03CV14postpone

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 16  A 10: 44

US DISTRICT COURT
HARTFORD CT

----------------------------------------X
MARVIN KEY,                             :
                                        :   CIVIL ACTION NO.
                Plaintiff,              :   3:03CV144(RNC)
                                        :
        v.                              :
                                        :
WAL-MART, INC. AND DR. ANTHONY          :
GORDON,                                 :
                                        :
                Defendants.             :   October 15, 2003
----------------------------------------X

## MOTION ON CONSENT FOR POSTPONEMENT
## OF ORAL ARGUMENT ON MOTION TO COMPEL

Defendants Wal-Mart, Inc. and Dr. Anthony Gordon ("Defendants") submit this motion for a postponement of the oral argument on Plaintiff's Motion to Compel, which is currently scheduled to be heard before Magistrate Judge Martinez at 2:00 p.m. on Monday, October 27, 2003. On the basis of our understanding of Judge Martinez's calendar, we respectfully request that the motion be heard on Friday, October 31, 2003. Plaintiff consents to postponing argument on the motion until October 31, 2003.

In support of this motion, Defendants here state that the attorney handling this case on behalf of Defendants, Gregory Reilly, has a previous engagement where he will be in New York City on October 27, 2003 representing 215 Equities Corp. in a labor arbitration (the "Arbitration") brought by Local 32B-32J, Service Employees International Union AFL-CIO.

The Arbitration has been rescheduled on two prior occasions, and Mr. Reilly has been advised that the Arbitrator will not allow any further postponements.

DEFENDANTS WAL-MART STORES INC. and
DR. ANTHONY GORDON

By: _____
Gregory B. Reilly (ct07101)
Brown Raysman Millstein Felder & Steiner LLP
185 Asylum Street, 10th Floor
Hartford, CT 06103
(860) 275-6400

## CERTIFICATE OF SERVICE

This is to certify that on October 15, 2003, a true copy of the foregoing Motion on Consent For Postponement of Oral Argument on Motion to Compel was sent via Federal Express, to:

Loraine M. Cortese-Costa
Durant, Nichols, Houston,
  Hodgson & Cortese-Costa, P.A.
1057 Broad Street
Bridgeport, CT  06804

_____
Gregory B. Reilly