03CV144postpone

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

43

----------------------------------------------- X
MARVIN KEY,                                     :
                                                :   CIVIL ACTION NO.:
                    Plaintiff,                  :   3:03CV144(RNC) DFM
                                                :
        v.                                      :
                                                :
WAL-MART, INC. AND DR. ANTHONY                  :
GORDON,                                         :
                                                :
                    Defendants.                 :   October 15, 2003
----------------------------------------------- X

### MOTION ON CONSENT FOR POSTPONEMENT
### OF ORAL ARGUMENT ON MOTION TO COMPEL

Defendants Wal-Mart, Inc. and Dr. Anthony Gordon ("Defendants") submit this motion for a postponement of the oral argument on Plaintiff's Motion to Compel, which is currently scheduled to be heard before Magistrate Judge Martinez at 2:00 p.m. on Monday, October 27, 2003. On the basis of our understanding of Judge Martinez's calendar, we respectfully request that the motion be heard on Friday, October 31, 2003. Plaintiff consents to postponing argument on the motion until October 31, 2003.

In support of this motion, Defendants here state that the attorney handling this case on behalf of Defendants, Gregory Reilly, has a previous engagement where he will be in New York City on October 27, 2003 representing 215 Equities Corp. in a labor arbitration (the "Arbitration") brought by Local 32B-32J, Service Employees International Union AFL-CIO.

GRANTED. Oral argument on the plaintiff's motion to compel shall be held on October 31, 2003 at 9:30 a.m. SO ORDERED.

Donna F. Martinez, U.S.M.J.
10/21/03