UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARVIN KEY, | : |
| | : CIVIL ACTION NO. |
| Plaintiff, | : 3:03CV144 (RNC) |
| | : |
| v. | : |
| | : |
| WAL-MART, INC. and | : |
| DR. ANTHONY GORDON, | : |
| | : |
| Defendants. | : OCTOBER 23, 2003 |

**PLAINTIFF'S MOTION TO COMPEL**
**RESPONSES TO HIS SECOND SET OF DISCOVERY REQUESTS**

Plaintiff, by and through his undersigned counsel, for the reasons set forth in the accompanying affidavit and supporting memorandum of law, seeks an Order pursuant to Rules 37(a) and (c) (1) of the Federal Rules of Civil Procedure:

- compelling Defendant, Wal-Mart, Inc., to respond to Plaintiff's Second Set of Interrogatories and Requests for Production of Documents served on August 29, 2003;

- requiring Wal-Mart to pay the costs and attorney's fees incurred in making this motion.

**ORAL ARGUMENT NOT REQUESTED**

Done at Bridgeport, Connecticut this 23rd day of October, 2003.

                            _____
                            Pamela J. Coyne
                            DURANT, NICHOLS, HOUSTON,
                            HODGSON & CORTESE-COSTA, P.C.
                            1057 Broad Street
                            Bridgeport, CT  06604
                            (203)366-3438
                            Federal Bar No. ct3984

                            ATTORNEYS FOR PLAINTIFF

## **CERTIFICATION**

This is to certify that I have caused to be served the foregoing via U.S. Mail, certified mail, return receipt requested, this 23rd day of October, 2003, to all counsel and pro se parties as follows:

Gregory Reilly, Esq.
Brown Raysman Millstein Felder & Steiner
900 Third Avenue
New York, NY  10022

                                               _____
                                               Pamela J. Coyne

P:\lit\pjc\523818\001\00036416.DOC