UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARVIN KEY,                    :      CIVIL ACTION NO.
                               :      3:03CV144(RNC)
    Plaintiff,                 :
                               :
v.                             :
                               :
WAL-MART, INC. AND             :
DR. ANTHONY GORDON,            :
                               :
    Defendants.                :      OCTOBER 30, 2003

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, Marvin Key, by and through his undersigned counsel, moves for summary

judgement on Counts One and Three of the above-captioned complaint pursuant to Rule 56 of

the Federal Rules of Civil Procedure. The grounds for this motion are more fully set forth in the

accompanying memorandum of law.

Done at Bridgeport, Connecticut, this 30th day of October, 2003.

Loraine M. Cortese-Costa, Esq.
DURANT, NICHOLS, HOUSTON,
HODGSON & CORTESE-COSTA, P.C.
1057 Broad Street
Bridgeport, CT 06604
Tel. No. (203) 366-3438
Federal Bar No. ct03984

ATTORNEYS FOR PLAINTIFF

**ORAL ARGUMENT REQUESTED**

## **CERTIFICATION**

This is to certify that I have caused to be served, this 30th day of October, 2003, the above and foregoing via U.S. Mail, Certified Mail, Return Receipt Requested, to the following counsel and pro se parties of record:

Gregory Reilly, Esq.
Brown Raysman Millstein Felder & Steiner, LLP
900 Third Avenue
New York, NY 10022

Loraine M. Cortese-Costa, Esq.

P:\lit\CTC\523818\001\00036609.DOC