CTM(mhrg (January 10, 2002)

HONORABLE Martinez ~~Gusso~~

DEPUTY CLERK Walker     RPTR/ERO/(TAPE)

TOTAL TIME: ___ hours 50 minutes

DATE 10/31/03     START TIME 10:50am     END TIME 11:40am
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

Marvin Key                CIVIL NO. 3:03CV144        L. Cortese-Costa
                                §                    Plaintiffs Counsel
       vs.                      §   ☐ SEE ATTACHED CALENDAR FOR COUNSEL
                                §        G. Reilly
Wal-Mart                        §                   Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

- ☑ (mhrgh) Motion Hearing
- ☐ (confmhrg.) Confirmation Hearing
- ☐ (showhrg.) Show Cause Hearing
- ☐ (contmphrg.) Contempt Hearing
- ☐ (evidhrg.) Evidentiary Hearing
- ☐ (jgmdbexam.) Judgment Debtor Exam
- ☐ (pchrg.) Probable Cause Hearing
- ☐ (fairhrg.) Fairness Hearing
- ☐ (stlmthrg.) Settlement Hearing
- ☐ (mischrg.) Miscellaneous Hearing

**MOTION DOCUMENT NO.**

| | | | granted | denied | advisement |
|---|---|---|---|---|---|
| ☑ | #30 | Motion to Compel discovery | ☐ | ☐ | ☑ |
| ☐ | # | Motion | ☐ | ☐ | ☐ |
| ☐ | # | Motion | ☐ | ☐ | ☐ |
| ☐ | # | Motion | ☐ | ☐ | ☐ |
| ☐ | # | Motion | ☐ | ☐ | ☐ |
| ☐ | # | Motion | ☐ | ☐ | ☐ |
| ☐ | # | Motion | ☐ | ☐ | ☐ |
| ☐ | | Oral Motion | ☐ | ☐ | ☐ |
| ☐ | | Oral Motion | ☐ | ☐ | ☐ |
| ☐ | | Oral Motion | ☐ | ☐ | ☐ |
| ☐ | | Oral Motion | ☐ | ☐ | ☐ |

☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due _____

☐ filed ☐ docketed (×10)

_____ Hearing continued until _____ at _____