UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARVIN KEY, | : | CIVIL ACTION NO. |
| | : | 3:03CV144(RNC) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| WAL-MART, INC. AND | : | |
| DR. ANTHONY GORDON, | : | |
| | : | |
| Defendants. | : | NOVEMBER 11, 2003 |

### PLAINTIFF'S NOTICE OF SERVICE

Pursuant to the Court's Order, Plaintiff, Marvin Key, by and through his undersigned counsel, hereby notifies the Court and opposing counsel that his Settlement Conference Memorandum has been served upon the Special Masters, The Honorable Stephen P. Horner and The Honorable James F. Stapleton this date via Federal Express.

Done at Bridgeport, Connecticut, this 14th day of November, 2003.

*Pamela J. Coyne*
Pamela J. Coyne, Esq.
DURANT, NICHOLS, HOUSTON,
HODGSON & CORTESE-COSTA, P.C.
1057 Broad Street
Bridgeport, CT 06604
Tel. No. (203) 366-3438
Federal Bar No. ct22941

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATION**

This is to certify that I have caused to be served, this 11th day of November, 2003, the above and foregoing via U.S. Mail, Certified Mail, Return Receipt Requested, to the following counsel and pro se parties of record:

Gregory Reilly, Esq.
Brown Raysman Millstein Felder & Steiner, LLP
900 Third Avenue
New York, NY 10022

*Pamela Coyne*
Pamela J. Coyne.

P:\lit\CTC\523818\001\00036793.DOC