UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 NOV 21  A 11: 54

US DISTRICT COURT
HARTFORD CT

---------------------------------------------------------X
MARVIN KEY,                              :
                                         :    CIVIL ACTION NO.:
            Plaintiff,                   :    3:03CV144(RNC)
                                         :
      v.                                 :
                                         :
WAL-MART, INC. AND DR. ANTHONY           :
GORDON,                                  :
                                         :
            Defendants.                  :    November 20, 2003
---------------------------------------------------------X

### MOTION ON CONSENT FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendants Wal-Mart, Inc. and Dr. Anthony Gordon ("Defendants") submit this motion for an extension of time to submit opposition papers to Plaintiff's Motion for Partial Summary Judgment, which is currently due on Friday, November 21, 2003. Defendants respectfully request an extension of up to and including Monday, December 8, 2003 to file opposition papers. Plaintiff has kindly consented to Defendants' request.

In support of this motion, Defendants state that on November 19, 2000 Defendants' counsel received Plaintiff's motion to amend his complaint and proposed amended complaint.

1

Defendants need an opportunity to review Plaintiff's proposed amendment and how it may affect, *inter alia*, their opposition to Plaintiff's pending motion for summary judgment.

                DEFENDANTS WAL-MART STORES INC. and
                DR. ANTHONY GORDON

By: _____
       Gregory B. Reilly (ct07101)
       Brown Raysman Millstein Felder & Steiner LLP
       185 Asylum Street, 10th Floor
       Hartford, CT 06103
       (860) 275-6400

## CERTIFICATE OF SERVICE

This is to certify that on November 20, 2003, a true copy of the foregoing Motion on Consent For Extension of Time for Defendants to File an Opposition to Plaintiff's Motion for Partial Summary Judgment was sent via telefax and first class U.S. mail, to:

Loraine M. Cortese-Costa
Durant, Nichols, Houston,
  Hodgson & Cortese-Costa, P.A.
1057 Broad Street
Bridgeport, CT 06804

_____
Gregory B. Reilly