UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 NOV 21  A 11: 54
US DISTRICT COURT
HARTFORD CT

------------------------------------------------- X
MARVIN KEY,                                     :
                                                :   CIVIL ACTION NO.:
                    Plaintiff,                  :   3:03CV144(RNC)
                                                :
          v.                                    :
                                                :
WAL-MART, INC. AND DR. ANTHONY                  :
GORDON,                                         :
                                                :
                    Defendants.                 :   November 20, 2003
------------------------------------------------- X

**DEFENDANT'S MOTION ON CONSENT FOR ADDITIONAL TIME TO
COMPLY WITH MAGISTRATE JUDGE MARTINEZ'S NOVEMBER 3, 2003 ORDER**

Defendant Wal-Mart, Inc. ("Defendant") submits this motion for additional time to comply with Magistrate Judge Martainez's November 3, 2003 Order granting, in part, Plaintiff's Motion to Compel and for Related Relief. The Magistrate Judge's Order required Wal-Mart to comply on or before Monday, November 24, 2003. Defendant Wal-Mart requests (with Plaintiff's consent) that it be allowed to serve its responses on or before Wednesday, November 26, 2003.

In support of this motion, Defendant states that it is having logistical difficulty gathering all the materials required by the Court's Order.

DEFENDANTS WAL-MART STORES INC. and
DR. ANTHONY GORDON

By: _____
Gregory B. Reilly (ct07101)
Brown Raysman Millstein Felder & Steiner LLP
185 Asylum Street, 10th Floor
Hartford, CT  06103
(860) 275-6400

## CERTIFICATE OF SERVICE

This is to certify that on November 20, 2003, a true copy of the foregoing Motion on Consent for Additional Time Comply with Magistrate Judge Martinez's November 3, 2003 Order was sent via telefax and U.S. Mail to:

Loraine M. Cortese-Costa
Durant, Nichols, Houston,
  Hodgson & Cortese-Costa, P.A.
1057 Broad Street
Bridgeport, CT  06804

_____
Gregory B. Reilly