55

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 NOV 17 A 11:00

S DISTRICT COURT
HARTFORD CT

---------------------------------------------------------X
MARVIN KEY,                                            :
                                                       :     CIVIL ACTION NO.:
                    Plaintiff,                         :     3:03CV144(RNC)
                                                       :
            v.                                         :
                                                       :
WAL-MART, INC. AND DR. ANTHONY                         :
GORDON,                                                :
                                                       :
                    Defendants.                        :     November 14, 2003
---------------------------------------------------------X

**DEFENDANT'S MOTION ON CONSENT FOR ADDITIONAL TIME TO
FILE OPPOSITION TO PLAINTIFF'S SECOND MOTION TO COMPEL**

Defendant Wal-Mart, Inc. ("Defendant") submits this motion for additional time to file an opposition to Plaintiff's Second Motion to Compel, which is scheduled to be heard before Magistrate Judge Martinez at 2:00 p.m. on Friday, December 5, 2003. Plaintiff has consented to Defendant filing its opposition on or before Thursday, November 27, 2003.

In support of this motion, Defendant states that in light of Magistrate Martinez's ruling of November 3, 2003 on Plaintiff's initial motion to compel, the parties are going to attempt to resolve their remaining discovery disputes, which may obviate the need for a hearing or, at least, narrow the issues at the December 5, 2003 hearing.

GRANTED. So ordered. 11/19/03 [handwritten annotation]

DEFENDANTS WAL-MART STORES INC. and
DR. ANTHONY GORDON

By: _____
Gregory B. Reilly (ct07101)
Brown Raysman Millstein Felder & Steiner LLP
185 Asylum Street, 10th Floor
Hartford, CT  06103
(860) 275-6400

FILED 2003 NOV 21 A 10:28 US DISTRICT COURT HARTFORD CT