# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

#57

------------------------------------------------X
MARVIN KEY,

                Plaintiff,

        v.

WAL-MART, INC. AND DR. ANTHONY GORDON,

               Defendants.

CIVIL ACTION NO.:
3:03CV144(RNC)

November 20, 2003
------------------------------------------------X

2003 NOV 21 A 11: 54

*Allowed. So ordered. 11/25/03*

## DEFENDANT'S MOTION ON CONSENT FOR ADDITIONAL TIME TO COMPLY WITH MAGISTRATE JUDGE MARTINEZ'S NOVEMBER 3, 2003 ORDER

Defendant Wal-Mart, Inc. ("Defendant") submits this motion for additional time to comply with Magistrate Judge Martainez's November 3, 2003 Order granting, in part, Plaintiff's Motion to Compel and for Related Relief. The Magistrate Judge's Order required Wal-Mart to comply on or before Monday, November 24, 2003. Defendant Wal-Mart requests (with Plaintiff's consent) that it be allowed to serve its responses on or before Wednesday, November 26, 2003.

In support of this motion, Defendant states that it is having logistical difficulty gathering all the materials required by the Court's Order.

                                DEFENDANTS WAL-MART STORES INC. and
                                DR. ANTHONY GORDON

                        By: _____
                              Gregory B. Reilly (ct07101)
                              Brown Raysman Millstein Felder & Steiner LLP
                              185 Asylum Street, 10th Floor
                              Hartford, CT 06103
                              (860) 275-6400

2003 NOV 25 P 3: 50
DISTRICT COURT
HARTFORD CT