FILED

2003 NOV 17 P 4: 29

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARVIN KEY,<br>    PLAINTIFF, | 3:03cv144(RNC) |
| v. | |
| WAL-MART, INC. AND DR. ANTHONY GORDON,<br>    DEFENDANTS. | TRIAL BY JURY DEMANDED ON ALL CLAIMS<br><br>NOVEMBER 14, 2003 |

### MOTION TO AMEND COMPLAINT

Plaintiff, Marvin Key, pursuant to Rule 15(a) of the Federal Rules of Civil Procedures moves the Court for permission to amend his Complaint against Defendant Wal-Mart to add facts disclosed in the discovery process. Rule 15(a) provides that a "party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. . ." and Defendant Wal-Mart has not answered the Complaint. Although Defendant Attorney Gordon, acting *pro se* did serve a responsive pleading, the single claim against him is not impacted by the proposed amendment.

**WHEREFORE**, Plaintiff respectfully requests that this motion to amend be granted.

Done at Bridgeport, Connecticut, this 14Th day of November, 2003.

*Loraine M. Cortese-Costa*
Loraine M. Cortese-Costa
DURANT, NICHOLS, HOUSTON,
HODGSON & CORTESE-COSTA, P.C.
1057 Broad Street
Bridgeport, CT  06604
203-366-3438
Federal Bar No. ct03984

ATTORNEYS FOR PLAINTIFF

P:\lit\LCC\523818\001\00036882.DOC

**CERTIFICATION**

This is to certify that I have caused to be served, this 14th day of November, 2003, the above and foregoing via U.S. Mail, Certified Mail, Return Receipt Requested, to the following counsel and pro se parties of record:

Gregory Reilly, Esq.
Brown Raysman Millstein Felder & Steiner, LLP
900 Third Avenue
New York, NY 10022

*Loraine M. Cortese-Costa*
Loraine M. Cortese-Costa, Esq.

P:\lit\LCC\523818\001\00036882.DOC