#56

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------X
MARVIN KEY,                                           :
                                                      :   CIVIL ACTION NO.:
                              Plaintiff,              :   3:03CV144(RNC)
                                                      :
                    v.                                :
                                                      :
WAL-MART, INC. AND DR. ANTHONY                        :
GORDON,                                               :
                                                      :
                              Defendants.             :   November 20, 2003
------------------------------------------------------X

### MOTION ON CONSENT FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendants Wal-Mart, Inc. and Dr. Anthony Gordon ("Defendants") submit this motion for an extension of time to submit opposition papers to Plaintiff's Motion for Partial Summary Judgment, which is currently due on Friday, November 21, 2003. Defendants respectfully request an extension of up to and including Monday, December 8, 2003 to file opposition papers. Plaintiff has kindly consented to Defendants' request.

In support of this motion, Defendants state that on November 19, 2000 Defendants' counsel received Plaintiff's motion to amend his complaint and proposed amended complaint.

[Margin annotation, left side, rotated:] Counsel are reminded that motions for extension of time must be filed 5 days prior to the deadline in question. So ordered. Granted. November 25, 2003. Robert N. Chatigny U.S.D.J.

1