## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Marvin Key

v.

Wal-Mart, Inc. and
Dr. Anthony Sordo

:
:
:
:

Civil action No.
CASE NO.: 3:03 CV 144 (RNC)

~~PRELIMINARY~~ or FINAL

### SETTLEMENT CONFERENCE REPORT OF SPECIAL MASTERS

FILED 2003 NOV 19 P 12:22 US DISTRICT COURT BRIDGEPORT CT

**\*\*\*\*NOTE: ALL INFORMATION MUST BE LEGIBLY WRITTEN\*\*\*\***

DATE OF CONFERENCE(S): Nov. 19, 2003

TRIAL ATTORNEYS PRESENT:

PLAINTIFF: Loraine M. Cortese-Costa and Pamela J. Coyne

DEFENDANT: Gregory B. Reilly

PARTIES PRESENT: Marvin Key – P
Gregory Noll

CASE SETTLED:   YES___  NO X

FOLLOW UP CONFERENCE TO BE SCHEDULED:   YES___  NO X

FINAL SETTLEMENT CONFERENCE REPORT TO BE FILED BY: _____

COMMENTS:

James F. Stapleton
SPECIAL MASTER SIGNATURE

_____
SPECIAL MASTER SIGNATURE

**THE SPECIAL MASTERS ARE TO COMPLETE AND FILE THIS REPORT WITH
THE CLERK'S OFFICE, IMMEDIATELY FOLLOWING THE CONFERENCE**

**A SECOND OR FINAL REPORT MAY BE FILED AS NEEDED**

Rev. 06/01/98