FILED

2003 NOV 26  P 4: 26

US DISTRICT COURT
HARTFORD CT

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

-------------------------------------------------------- X

MARVIN KEY,                          :
                                     :    CIVIL ACTION NO.:
            Plaintiff,               :    3:03CV144(RNC)
                                     :
      v.                             :
                                     :
WAL-MART, INC. AND DR. ANTHONY       :
GORDON,                              :
                                     :
            Defendants.              :    NOVEMBER 26, 2003
-------------------------------------------------------- X

### DEFENDANT'S MOTION FOR ADDITIONAL TIME TO
### FILE OPPOSITION TO PLAINTIFF'S SECOND MOTION TO COMPEL
### AND FOR POSTPONEMENT OF ARGUMENT ON PLAINTIFF'S MOTION

Defendant Wal-Mart, Inc. ("Defendant") submits this motion for additional time, if

necessary, to file an opposition to Plaintiff's Second Motion to Compel, which is scheduled to be

heard before Magistrate Judge Martinez at 2:00 p.m. on Friday, December 5, 2003, and for

postponement of the Friday, December 5, 2003 argument on Plaintiff's motion.

In support of this motion, Defendant states that in light of Magistrate Martinez's ruling of

November 3, 2003, the parties' counsel have had several discussions in attempts to resolve the

discovery disputes set forth in Plaintiff's Second Motion to Compel. Defendant's counsel

believes those disputes have been resolved, which should obviate the need for a hearing.

Although Defendant's counsel has diligently attempted to gather the necessary information and

documents needed to comply with the parties' agreement, we have been severely hindered by the

Thanksgiving shopping season (one of Defendant Wal-Mart's busiest times of the year), which

has greatly limited our access to various of Defendant's personnel necessary to obtain

documents, information and to verify the accuracy and completeness of Defendant's responses.

Defendant proposes the following schedule if amenable to the Court:

(1) Defendant's discovery responses (based on the parties' negotiations and agreement) to be submitted to Plaintiff's counsel so they are received no later than Friday, December 5th.

(2) If Plaintiff is not satisfied with Defendant's responses then it shall advise Defendant in writing so such response is received on or before Tuesday, December 9th.

(3) If necessary, Defendant's Opposition to Plaintiff's Second Motion to Compel to be filed and served on or before Friday, December 12th with oral argument scheduled thereafter at the Court's convenience.

Although Plaintiff does not consent to this motion, Plaintiff's counsel has advised that she will not oppose it.

WHEREFORE, we respectfully request that the Court grant Defendant's motion, which would allow Defendant the time it needs to respond accurately and satisfactorily and with a good possibility of avoiding additional motion practice and waste of the Court's time and resources.

DEFENDANTS WAL-MART STORES INC. and
DR. ANTHONY GORDON

By: _____
Gregory B. Reilly (ct07101)
Brown Raysman Millstein Felder & Steiner LLP
185 Asylum Street, 10th Floor
Hartford, CT 06103
(860) 275-6400

## CERTIFICATE OF SERVICE

This is to certify that on November 26, 2003, a true copy of the foregoing Motion on

Consent for Additional Time to File Opposition to Plaintiff's Second Motion to Compel was sent

via telefax and U.S. Mail to:


Loraine M. Cortese-Costa
Durant, Nichols, Houston,
  Hodgson & Cortese-Costa, P.A.
1057 Broad Street
Bridgeport, CT  06804




Gregory B. Reilly