UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

----------------------------------------------------- X
MARVIN KEY,                              :
                                         :    CIVIL ACTION NO.:
                   Plaintiff,            :    3:03CV144(RNC)
                                         :
        v.                               :
                                         :
WAL-MART, INC. AND DR. ANTHONY           :
GORDON,                                  :
                                         :
                   Defendants.           :    NOVEMBER 26, 2003
----------------------------------------------------- X

### DEFENDANT'S MOTION FOR ADDITIONAL TIME TO COMPLY WITH MAGISTRATE JUDGE MARTINEZ'S NOVEMBER 3, 2003 ORDER

Defendant Wal-Mart, Inc. ("Defendant" or "Wal-Mart") submits this motion for additional time to comply with Magistrate Judge Martinez's November 3, 2003 Order granting, in part, Plaintiff's Motion to Compel and for Related Relief. The Magistrate Judge's Order required Wal-Mart to comply on or before Monday, November 24, 2003. Although Plaintiff consented to a two-day extension of time until November 26, 2003, this is insufficient for Wal-Mart to meet the demands of the Court's order, which requires it to obtain information from several individuals and Wal-Mart stores. For the reasons outlined below, Wal-Mart respectfully moves for an additional two weeks or up to and including December 10, 2003, to be allowed to serve its responses in compliance with the Court's November 3, 2003 Order.

In support of this motion, Defendant states that it is having logistical difficulty gathering all the materials required by the Court's Order. Although we have diligently attempted to gather the necessary information and documents needed to comply with the Court's November 3, 2003

Order, we have been severely hampered by the Thanksgiving shopping season (one of Defendant Wal-Mart's busiest times of year), which has limited our access to various of Defendant's personnel necessary to obtain documents and information and to verify the accuracy and completeness of Defendant's responses.

Although Plaintiff does not consent to this motion, Plaintiff's counsel has advised that she will not oppose it.

WHEREFORE, we respectfully request that the Court grant Defendant's motion, which would allow Defendant the time it needs to respond accurately and satisfactorily with the Court's November 3, 2003 Order.

DEFENDANTS WAL-MART STORES INC. and
DR. ANTHONY GORDON

By: _____
Gregory B. Reilly (ct07101)
Brown Raysman Millstein Felder & Steiner LLP
185 Asylum Street, 10th Floor
Hartford, CT 06103
(860) 275-6400

## CERTIFICATE OF SERVICE

This is to certify that on November 26, 2003, a true copy of the foregoing Motion on Consent for Additional Time Comply with Magistrate Judge Martinez's November 3, 2003 Order was sent via telefax and U.S. Mail to:

Loraine M. Cortese-Costa
Durant, Nichols, Houston,
　Hodgson & Cortese-Costa, P.A.
1057 Broad Street
Bridgeport, CT  06804

_____
Gregory B. Reilly