03CV144mtncomp

45

*Handwritten endorsement (left margin):*

> In view of the defendant's representation regarding production of its discovery responses, the plaintiff's motion is DENIED without prejudice to reinstatement on notice to the Clerk. To reinstate a motion, the moving party should simply file and serve a written notice informing the Clerk and the defendant that the motion is being reinstated. No other papers need be filed. This order is being entered for administrative purposes only and should not be construed as reflecting any view of the merits of the pending motion. SO ORDERED.
>
> Donna F. Martinez, U.S.M.J.
> 12/1/03

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARVIN KEY, | |
| Plaintiff, | CIVIL ACTION NO. 3:03CV144 (RNC) |
| v. | |
| WAL-MART, INC. and DR. ANTHONY GORDON, | |
| Defendants. | OCTOBER 23, 2003 |

## PLAINTIFF'S MOTION TO COMPEL
### RESPONSES TO HIS SECOND SET OF DISCOVERY REQUESTS

Plaintiff, by and through his undersigned counsel, for the reasons set forth in the accompanying affidavit and supporting memorandum of law, seeks an Order pursuant to Rules 37(a) and (c) (1) of the Federal Rules of Civil Procedure:

- compelling Defendant, Wal-Mart, Inc., to respond to Plaintiff's Second Set of Interrogatories and Requests for Production of Documents served on August 29, 2003;

- requiring Wal-Mart to pay the costs and attorney's fees incurred in making this motion.

**ORAL ARGUMENT NOT REQUESTED**