03CV144Mextreopp

FILED

2003 NOV 26 P 4: 26

US DISTRICT COURT
HARTFORD CT

63

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------X
MARVIN KEY,                              :
                                         :   CIVIL ACTION NO.:
            Plaintiff,                :   3:03CV144(RNC)
                                         :
    v.                                     :
                                         :
WAL-MART, INC. AND DR. ANTHONY           :
GORDON,                                  :
                                         :
           Defendants.              :   NOVEMBER 26, 2003
------------------------------------------------X

**DEFENDANT'S MOTION FOR ADDITIONAL TIME TO
FILE OPPOSITION TO PLAINTIFF'S SECOND MOTION TO COMPEL
AND FOR POSTPONEMENT OF ARGUMENT ON PLAINTIFF'S MOTION**

Defendant Wal-Mart, Inc. ("Defendant") submits this motion for additional time, if necessary, to file an opposition to Plaintiff's Second Motion to Compel, which is scheduled to be heard before Magistrate Judge Martinez at 2:00 p.m. on Friday, December 5, 2003, and for postponement of the Friday, December 5, 2003 argument on Plaintiff's motion.

In support of this motion, Defendant states that in light of Magistrate Martinez's ruling of November 3, 2003, the parties' counsel have had several discussions in attempts to resolve the discovery disputes set forth in Plaintiff's Second Motion to Compel. Defendant's counsel believes those disputes have been resolved, which should obviate the need for a hearing. Although Defendant's counsel has diligently attempted to gather the necessary information and documents needed to comply with the parties' agreement, we have been severely hindered by the Thanksgiving shopping season (one of Defendant Wal-Mart's busiest times of the year), which

[Handwritten margin annotation: GRANTED in part. The defendant shall produce its discovery responses by December 5, 2003; the plaintiff shall notify the defendant regarding the adequacy of the responses; and the oral argument scheduled to be heard on December 5, 2003 on the plaintiff's motion to compel is cancelled. See doc. #45. SO ORDERED. Donna F. Martinez, U.S.M.J. 12/1/03]