*GRANTED. The defendant shall produce its discovery responses by December 10, 2003. Future requests for extensions of time in which to comply with the court's order shall be viewed with disfavor. SO ORDERED.*

*Martinez, U.S.M.J.*
*12/2/03*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------X
MARVIN KEY,                           :
                                      :    CIVIL ACTION NO.:
            Plaintiff,                :    3:03CV144(RNC)
                                      :
      v.                              :
                                      :
WAL-MART, INC. AND DR. ANTHONY        :
GORDON,                               :
                                      :
            Defendants.               :    NOVEMBER 26, 2003
---------------------------------------------X

### DEFENDANT'S MOTION FOR ADDITIONAL TIME TO COMPLY WITH MAGISTRATE JUDGE MARTINEZ'S NOVEMBER 3, 2003 ORDER

Defendant Wal-Mart, Inc. ("Defendant" or "Wal-Mart") submits this motion for additional time to comply with Magistrate Judge Martinez's November 3, 2003 Order granting, in part, Plaintiff's Motion to Compel and for Related Relief. The Magistrate Judge's Order required Wal-Mart to comply on or before Monday, November 24, 2003. Although Plaintiff consented to a two-day extension of time until November 26, 2003, this is insufficient for Wal-Mart to meet the demands of the Court's order, which requires it to obtain information from several individuals and Wal-Mart stores. For the reasons outlined below, Wal-Mart respectfully moves for an additional two weeks or up to and including December 10, 2003, to be allowed to serve its responses in compliance with the Court's November 3, 2003 Order.

In support of this motion, Defendant states that it is having logistical difficulty gathering all the materials required by the Court's Order. Although we have diligently attempted to gather the necessary information and documents needed to comply with the Court's November 3, 2003