UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARVIN KEY, | : | |
| | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:03CV144 (RNC) |
| | : | |
| v. | : | |
| | : | |
| WAL-MART, INC. and | : | |
| DR. ANTHONY GORDON, | : | |
| | : | |
| Defendants. | : | NOVEMBER 21, 2003 |

## PLAINTIFF'S MOTION FOR SANCTIONS

Plaintiff, by and through his undersigned counsel, pursuant to Rule 37(c)(1) of the Federal Rules of Civil Procedure, hereby renews his motion for preclusion of a twenty-five page document purporting to be notes written about him by his supervisor at Defendant Wal-Mart which were withheld until the afternoon prior to his deposition. Plaintiff further moves for preclusion of the claimed source of the notes which were withheld until after Plaintiff completed depositions of Wal-Mart managers and which severely prejudiced him and for such further relief as the Court deems appropriate.

**ORAL ARGUMENT NOT REQUESTED**

The grounds for this motion are more fully set forth in the accompanying memorandum of law.

Done at Bridgeport, Connecticut this 21st day of November, 2003.

*Pamela Coyne*
Pamela J. Coyne
DURANT, NICHOLS, HOUSTON,
HODGSON & CORTESE-COSTA, P.C.
1057 Broad Street
Bridgeport, CT  06604
(203)366-3438
Federal Bar No. ct22941

ATTORNEYS FOR PLAINTIFF

## CERTIFICATION

This is to certify that I have caused to be served the foregoing via U.S. Mail, certified mail, return receipt requested, this 21st day of November, 2003, to all counsel and pro se parties as follows:

Gregory Reilly, Esq.
Brown Raysman Millstein Felder & Steiner
900 Third Avenue
New York, NY  10022

                                                         Pamela J. Coyne

P:\lit\LCC\523818\001\00036990.DOC