

# EXHIBIT A

*April 15, 2000*

*Marvin didn't show up for store meeting.*

*May 20, 2000*
*Verbal warning*

*Had to speak to Marvin on the subject of respecting others, and the way he talks to me. I told marvin about taking care of customers and not sending them back where they bought their glasses.*

*May 17, 2000*

*Customer came in the store to have some marks taken off her lenses, I observed Marvin asking her where she got them, she said "Norwich". Marvin said well go back there, they'll fix it for you. I asked the woman to let me look at it, the lens had magic marker marks on them, I cleaned the marks off and they looked good as new. I asked Marvin why he didn't remove the marks off her lenses ( sharpie marks were easy to notice ) He said the customer and I got him mixed up. I told Marvin what he was doing was wrong sending the customer back to Norwich and that if he had taken the time he would have noticed it was magic marker. I also reminded him that we repair all Norwich work. I told Marvin that we want the business.*



May 31, 2000

I called Phyllis at 1:30 pm and asked her to let Marvin and Jenilu know I would be there in about 45 minutes. When I arrived Marvin said he was leaving shortly . He was scheduled to work until 5:30pm. I said he had to wait till after the meeting and asked where Jenilu was. Marvin said she went to lunch. About 45 minutes went by when Marvin said he was leaving. I said he couldn't leave and he said he was, so I told him that I would coach him if he left. He immediately called Roger over who was at the a register in div.1 and said look, I have this ticket to my sons graduation at 4pm . I had no idea because he never told me about it. He also told Roger the meeting was for 1pm which I didn't set the time because it was during work hours and it was my day off so I was going at my pace. Marvin had told me last night that he'd like to cut out earlier because he had something to do but didn't elaborate on it. He made me look very stupid. Roger said : let him go Jer, you can't stop him from going to his kids graduation...I was dumb founded, I explained to Roger after that he never told me about his son's graduation, that I wouldn't have come in from home on my day off if I knew that!..

Marvin spent all week zoning his area, I noticed 20 frames not in order in his mens section. Spoke to him about keeping it straight.

**June 19, 2000**

Had to remind Marvin to put on his lab coat, he thought I wasn't coming in to work. 9:30am

**June 22, 2000**

I saw Marvin spending alot of time with a customer, about 45minutes dispensing eyewear. I asked Marvin what was the situation with the customer. He wouldn't be direct with giving me a stupid answer: He wasn't finished with his diagnosis.

I asked everyone to zone the store before they leave for the night. Marvin said he would if he had the time. I told him it wasn't an option, he needed to get his section done too. He told me he'd see.

**June 26, 2000**

Phyllis noted that Marvin said he wasn't coming to the meeting in which he never showed for the 9pm meeting.

**July 5, 2000**

Phyllis told me that Marvin said to a customer , We only sell nose pads after she told him she got them in Norwich, He told her to go back there, they'd fix them.

July 7, 2000

Kathy Shaw came into our store with her two daughters
inquiring about a six months supply of focus dailies . her
doctor charges $200.00. After investigating it , I found out
we sell them for $180.00 and she only had to buy a 3month
supply at a time. She then asked me why the other guy
didn't tell her. She said Marvin told her we don't carry
them. she asked him if he could order them and Marvin said
no he couldn't and kept on chatting with a friend of his. She
asked if she could talk to someone else in div.1 and Marvin
told her no, we're a separate store. She said Marvin
wouldn't give her the time of day. She told me she said to
herself ,the hell with us. She said she thought we would
have them and at the lowest price around.She said the only
reason she came in was because Marvin was not here, I
told her it wasn't our policy to push customers away and
that if she has any problem with anyone she could talk to
management.

JUL.23.2003   1:51PM   BROWN RAYSMAN LLP                    NO.425   P.6

**July 12, 2000**

*Verbal warning*
*I gave marvin a verbal warning about opening incoming shipment without it being checked in.*

**July 13, 2000**

*Coached Marvin on customer issues and for not wearing his lab jacket.*

*Warned Marvin and Jenilu about charging a customer for a lesser price frame when they knew it was a different frame. were trying to charge $38.00 for a $68.00 frame.*

**August 18, 2000**                taking

*I had instructed Marvin in the begining of the week that I wanted him out front zoning and cleaning the front of the store, to leave the lab work for myself or whoever I put in charge of it. Marvin was in the lab doing some tinting. I asked him what he was doing in there, I told him I didn't want him in the lab because of his workmanship, changing the settings on the machine, making excuses instead of responsibility.*

August 26, 2000

I called Marvin and asked him what we did in sales as of 2pm and he said he didn't know, so I asked Marvin to check for me. Marvin placed me on hold and told Dave to speak to me I wanted to talk to him.

October 14, 2000

Lorraine King was leaving the store as I entered and I noticed she had a sour look on her face as she was leaving. I went out following her with books in my hand I said to her "excuse me" Is everything ok? and she said no, everything is not ok. She was unhappy with Marvins attitude and the way he treated her. She explained to him that she had a brain injury and needed a little more time to understand what he was saying. Marvin told her to go home and bring her husband in and he would be able to explain it to her. She said she's not stupid and I said I know that I would be glad to answer all her questions, so I sat on the tail gate of her truck and gave her prices and explained the difference in materials without any problems. She came back late that evening with her husband but wouldn't come in unless I was here, She didn't want to be helped by Marvin,

December 1, 2000
Had Marvin scheduled to work in the am to do PA's, get exams. When I came in I noticed Marvin tinkering in the lab. Non of the equipment was uncovered, the tables were not placed out front of the store which we do every morning. I then showed Marvin everything that was expected of him i n the morning again. I told Marvin that I will not tolerate poor job performance.

December 1, 2000
I verbally coached Marvin about being late, told him the expectations we have and expect.

December 2, 2000
Told Marvin about giving out poor quality eyewear to Mr Saline.

December 12, 2000
Asked Marvin what time he got in , He said early. I asked him if he was on time, He said " I said I was didn't I. ( Marvin arrived at 8:09am )

December.14, 2000

A customer was upset with Marvin telling her an eye exam is about 50 dollars, no set price.

explained to Marvin

1) giving a set price for exam.

2) stop asking people if they want to use their own frame.

3) stop telling people to leave a deposit ,ask how they'll be paying.

4) When the Doctor suggests a product, don't change it.

Marvin sold a customer single vision lenses instead of progressives which the Doctor placed on the RX, Marvin told the customer he didn't need them.

December 16, 2000
Dr Gordon expressed his concern about Marvins unprofessionalism with customers over the phone and in person, also that he notices that Marvin spends way to much time with customers.

December 16, 2000
Had to tell Marvin along with Dave to get out of the lab and take care of the customers that were in the store, he was in the lab chating with Dave, neither paying attention to the store.

December 17, 2000

Mrs Gostin called complaining about her husbands glasses being made wrong. Marvin told him we made a mistake and have to change the height. She said she didn't like how forceful Marvin was with him. She will be in to see me tomorrow.

December 30, 2000

A customer called to change an appointment. Marvin answered the phone. He said "hold one moment. I looked out, thinking to myself that he was going to tell me it was for me. Marvin was straightening out things on the counter leaving the phone on hold. the phone started beeping, Marvin got the appt. book and answered it. I told him he should have taken care of the customer first, he could of lost the call

November 4, 2000
Coached Marvin on customer service issues.
Decision making day.
Gave Marvin day off with pay Monday.

November 7, 2000

Marvin came in to work, I asked him for his letter
for improvement, he said he gave it to Gaston to
give to Roger. I asked him why he gave it to
Gaston instead of me, He said because he wanted
to, I went over to personel to look it over but the
letter was address to Roger so I couldn't look at
it, Roger wouldn't let me look at it till 2:30pm
which the letter contain ultimatums and
consulations.

November 8, 2000

Asked Marvin why the change in height for
customer Garay, changed from 22mm too 27mm
high. Same frame, cut and edged, Marvin said he'd
have to diagnosis it first before he could tell me.
He was being wise.

Asked marvin why bifocals are crooked when edged?
I was wondering if he knew what he was doing that
caused it. He said to much pressure on the lens. I
explained that it isn't pressure on a _1.00 lens but
that they need to hold the lens when blocking.

November 13, 2000
Marvin called in ,saying he'd be out to Dave
but didn't want to talk to me. Told Dave to give
the call to me the next time someone calls out

November 15, 2000

Dylan Lesnewski's mom called ,She said that she was
very unhappy with the way Marvin handled an
adjustment on her sons glasses,She said Marvin
wouldn't listen to her sons complaint, that her son
has been wearing glasses for several years and knows
whether they are comfortable or not.She will be in
Saturday.

November 20, 2000
Marvin told me that his action plan is all set, He
gave it to Roger. I had explained to Marvin that he
was to give it to me because I'm his immediate
supervisor who need to check it over. Marvin has a
great lack of respect for me. Now I find myself
again chasing around for his paper work.

January 22, 2001
Told Marvin of his goals and expectations he need to follow through with, PA's, Vision screenings, zoning sections. Marvin said if he had the time he's see what he could do, I told Marvin that he needed to work through them and accomplish these goals.

January 23, 2000
I asked Marvin why he was in the lab doing lab work and not out front taking care of the projects he needs to do, because he has a habit of doing what he wants instead of what we set out for him to take care of. Marvin got defensive, saying he's not a child and doesn't like being treated like one, that he was doing a rush job. I told him I was just checking to see what he was doing, he just needed to say he was doing a rush job, thats all.

January 25, 2001
Sat down with Marvin and Dr.Gordon.
Spoke with Marvin about telling a customer that they might have diabetes, the customer reported.
Marvin denied saying that to the customer.
When the customer was in the doctors office, he voiced his concerns about having it and that Marvin told him he might have it.

January 26, 2001

Dr Gordon was upset with Marvin for charging a power on a Rx, that was written by Dr. Gordon, He explained to Marvin that when someone marks on the Rx and alters it, its becomes invalid. Marvin asked me if I have ever charged the Doctors information. I said no because when a doctor writes a prescription, it is a legal document and can not be altered.

January.31, 2001

Mr Pelletier pulled me aside to voice his feelings concerning his wife Wilma and him visiting my store to shop. He said that he told Marvin that they were not buying anything but were looking for prices on eyewear. Mr. Pelletier said that he didn't like the way Marvin was pushing them into buying eyeglasses. He said he himself has a short fuse and was about to tell Marvin to stick Wal*Mart up his @___. Mr Pelletier said he came back to see if I was around today to take care of them and wanted me to know how he felt. He also said he didn't want to get Marvin in any trouble but wanted to let us know how unhappy he was.

I myself noticed the husband a little upset, and thought it was because he didn't want to leave a deposit not knowing it was because he didn't want to buy yesterday and was being pushed into it. I appoligized for his experience letting him know we want them to be satisfied with their visit to the Vision Center. He bought her glasses and left.

Mr Pelletier pulled me aside to voice his feelings concerning his wife Wilma and him visiting my store to shop. He said that he told Marvin that they were not buying anything but were looking for prices on eyewear. Mr Pelletier said that he didn't like the way Marvin was pushing them into buying eyeglasses. He said he himself has a short fuse and was about to tell Marvin to stick Wal*Mart up his ___. Mr Pelletier said he came back today to see if I was around to take care of them and wanted me to know how he felt, he also said he didn't want to get Marvin in trouble but to let us know how unhappy he was.

February 3, 2001
I observed Mary Benedicts lenses in a markdown bag. I asked Marvin how much lower he dropped the seg heights on her glasses? He said enough to make her feel comfortable.( avoiding the issue ) I asked him again how many millimeters did he lower the segs? Marvin said I told you enough to make her happy. I said Marvin you know what I'm asking you, I told him I will coach him for being insubordinate . Marvin then told me he lowered the progressives 5 mm.

February 13, 2001 Tuesday
Asked Marvin and Dave if one of them would come in to cover Wednesday morning, neither one would cover. Phyllis told me that the dept. of public health ( the state board ) called at 7pm inquiring what time we had coverage.

February 17, 2001
A customer walked away from his girl sitting at the table with Marvin and asked me if Marvin just started working here. I didn't know what to say.

February 19, 2001
Had to explain several times to Marvin about using the cl book when ordering contacts. The Doctor asked me why I let him do that to me, Marvin understands, he likes to keep rephrasing the question

February 20, 2001

A customer came in looking to have glasses made, I noticed Marvin spending to much time so I went over to see what the situation was. Marvin handed me a sheet of yellow lined paper that had an Rx written on it. I told the customer that it wasn't a valid prescription and asked him if we could call his Doctor to get it faxed to us. He said that his Doctor was from his home country and he would not be able to get it. I suggested an eye exam, it had been over a year. I asked Marvin to place him in the appointment book for thursday which the customer agreed. The customer asked how much and Marvin said $74.00 instead of explaining $49 for exam and $25. for dilation, which the customer said he'd talk to his parents first.

I told marvin he could have broken it down, the cost.

*March 3, 01*

*Marvin called and asked me if I wanted to save on payroll. He would take today off, he was scheduled 11pm to 8pm, so I said ok. I found out after that Marvin came into work unscheduled yesterday and worked 8am to 4pm. Dave was scheduled to work but bowed out.*

---

*3/3/01*

*Had to talk to Marvin about telling Richard Gagnon we would remake his lenses when the screws just needed to be tightened.*

---

*3/2/01*

*Had to sit in with Marvin and Dr Gordon to discuss Marvin saying to Dr Gordon in front of customers 'whats up when the doctor approaches him to take care of a customers. Also Marvin does not explain the breakdown of the eye exam cost. I had to tell Marvin to lower his voice. The Doctor was very polite in telling Marvin why he needs to break down the cost to the customer, showing the value. exam is $49.00, cle is either $59, $69, or $79, and diiation is $25 dollars. Not just to say : how much is an eye exam? ohh about a hundred and fifty three dollars. When you throw out a high figure without explaining the customer gets turned off. Phyllis later mentioned that Marvin asked her if she heard him yelling at the Doctor.*

---

*3/8/01*

*Marvin pulled me aside and told me a job order that was signed was not his signature but Jeniu's. When I spoke to her she said it was Marvin's, so from talking to her I could tell she wasn't being honest, I asked Marvin to come into the lab with us. I told him that Jeniu insists that it is his signature. He says well maybe it is while he was looking at her, I could tell he was now covering up for her. I told Jeniu that I know she signed it but I wasn't going to doing anything about it but she better not do it again. She said ok. I later told Marvin that I knew Jeniu signed it and warned her about it. He didn't deny it either.*

3/13/01

Talked to Marvin about telling a customer we couldn't do a time job because his lab technician wasn't in after I had told him to take care of the customer over the phone, Jenini had called me to say that the customer was there and the glasses were not ready so I told her to put Marvin on the phone. When Marvin got on the phone I asked him if the lenses were there and he said yes. I said , then get the customer out on his way, Marvin said ok but didn't carry out.

*4/3/01*

*I called the office at 8:20 am to tell Jenilu to confirm appts. because we were so busy till the end of the evening. I called a little after 9am and Marvin answered the phone. I asked Marvin to ask Jenilu if she confirmed the apointments and he said " didn't you talk to her earlier about it?. I said Marvin, just ask her please. Marvin said yeah and carry on.*

Marvin

Monday 4-16-01

I was in the back office using the 1 computer making a flyer when Jennifer paged me back to the Vision Center. She said that Doctor Gordon needed me asap when I came back to the store Doctor Gordon said he needed to speak with me as soon as he got off the phone. Dr Gordon said that Marvin presented a customer and he had stapled the forms upside down and not in the order he has been shown many times by Dr Gordon and myself. Doctor Gordon said that he told Marvin he had the forms placed the wrong way and explained the reason why and at one point Marvin grabbed the forms out of the Doctors hands and then told the Doctor he'd talk to him later he needed to take care of a customer. We have the group of forms done as a sample of what to do in the patient room and Marvin faces as well as everyone else here it needs to be prepared. The forms have been done that way for at least three months.

*Tim Angell came into the office to see me about his sunglasses being scratched. He said that he was in Norwich so he stoped at Walmart V.S. to remove the glue he thought was on the one lens. They told him the lens was*

*scratched to go back to our store because it was in waranty. When he came in he saw Marvin in the store and told him He bought the sunglasses from the manager and the lens was scratched, Marvin told him the manager must of stepped on them. Marvin gave the customer the impression that he didn't want*

to take care of him, and at one point the customer had to walk to the lab and ask Marvin if he was finished with him. Marvin said : you can go , carry on.

Rather then taking care of the customer, Marvin tells him to come back and see the manager. this is a common pattern with Marvin. The store did $100.plus in sales for the day.

This is becoming an uncomfortable feeling for the customer that is questionable if they are going to return for another visit. I replaced the suns

and the customer was happy.

*The sunglasses should have been replaced right away at no cost , think what an impression it would have left on the customer that would most likely return time and time again. Marvin has warantied frames  himself. He could have taken care of the customer.*