UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARVIN KEY, | : |
|     Plaintiff, | : |
| v. | : CASE NO. 3:03CV144(RNC) |
| WAL-MART, INC., ET AL., | : |
|     Defendants. | : |

### REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

___ To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

___ To supervise discovery and resolve discovery disputes (orefmisc./dscv);

___ A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

___ To conduct settlement conferences (orefmisc./cnf);

___ To conduct a prefiling conference (orefmisc./cnf);

___ To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

_X_ A ruling on the following pending motion (orefm.): Plaintiff's Motion for Sanctions [doc. 68]

So ordered.

Dated at Hartford, Connecticut this 8 day of December 2003.

Robert N. Chatigny
United States District Judge