UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------- X
MARVIN KEY,                                           :
                                                      :      CIVIL ACTION NO.:
                              Plaintiff,              :      3:03CV144(RNC)
                                                      :
                    v.                                :
                                                      :
WAL-MART, INC. AND DR. ANTHONY                        :
GORDON,                                               :
                                                      :
                              Defendants.             :      DECEMBER 8, 2003
---------------------------------------------------------- X


## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Wal-Mart, Inc. and Dr. Anthony Gordon ("Defendants") submit this motion for summary judgment as to all claims in the above-captioned complaint pursuant to Rule 56 of the Federal Rules of Civil Procedure. In support of this motion Defendants submit the supporting Rule 56(c) materials attached to this motion and the accompanying memorandum of law.

WHEREFORE, Defendants respectfully request that the Court grant their motion for summary judgment dismissing Plaintiff's complaint in its entirety and awarding Defendants such further relief as the Court deems appropriate.

DEFENDANTS WAL-MART STORES INC. and
DR. ANTHONY GORDON

By: _____
Gregory B. Reilly (ct07101)
Brown Raysman Millstein Felder & Steiner LLP
185 Asylum Street, 10th Floor
Hartford, CT 06103
(860) 275-6400