FILED

2003 DEC 12 P 2: 44

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARVIN KEY, | : | |
| | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:03CV144 (RNC) |
| | : | |
| v. | : | |
| | : | |
| WAL-MART, INC. and | : | |
| DR. ANTHONY GORDON, | : | |
| | : | |
| Defendants. | : | DECEMBER 9, 2003 |

**PLAINTIFF'S MOTION PURSUANT TO
FEDERAL AND LOCAL RULES 16(f)
TO STRIKE DEFENDANTS' UNTIMELY
<u>MOTION FOR SUMMARY JUDGMENT</u>**

Plaintiff, by and through his undersigned counsel, hereby moves the Court pursuant to Fed. R. Civ. P. and D. Conn. L. Civ. R. 16(f) to strike Defendants' motion for summary judgment and supporting memorandum dated December 8, 2003 as untimely under this Court's Scheduling Order and to award him the costs associated with the instant motion.

The reasons for this motion are more fully set forth in the supporting memorandum filed herewith.

**ORAL ARGUMENT NOT REQUESTED**

Done at Bridgeport, Connecticut this 9th day of December, 2003.

_____
Pamela J. Coyne
DURANT, NICHOLS, HOUSTON,
HODGSON & CORTESE-COSTA, P.C.
1057 Broad Street
Bridgeport, CT  06604
(203)366-3438
Federal Bar No. ct22941

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATION**

This is to certify that I have caused to be served the foregoing via U.S. Mail, certified mail, return receipt requested, this 9th day of December, 2003, to all counsel and pro se parties as follows:

Gregory Reilly, Esq.
Brown Raysman Millstein Felder & Steiner
900 Third Avenue
New York, NY  10022

_____
Pamela J. Coyne

P:\lit\pjc\523818\001\00037318.DOC