```
                                    FILED
                              2003 DEC 15  P 2: 53
                              US DISTRICT COURT
                              HARTFORD CT
```

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARVIN KEY, | : |
| | : CIVIL ACTION NO. |
| Plaintiff, | : 3:03CV144 (RNC) |
| | : |
| v. | : |
| | : |
| WAL-MART AND DR. GORDON | : |
| | : |
| Defendants. | : DECEMBER 12, 2003 |

## MOTION FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7(b), Plaintiff hereby requests an extension of time in which to serve a reply to Defendants' Opposition to his Motion for Summary Judgment, for the following reasons:

(1)   Defendants' memorandum in opposition to Plaintiff's motion for summary judgment is combined with their memorandum in support of their own motion for summary judgment ("supporting memorandum") and was filed outside the deadline for dispositive motions set in this case;

(2)   Plaintiff has moved to strike Defendants' entire memorandum or to require that Defendants separate their opposition to his summary judgment ("separate opposition") from the supporting memorandum;

**ORAL ARGUMENT NOT REQUESTED**

(3)    If Plaintiff's motion to strike is granted, either no reply or a reply to the separate opposition will be required; and/or

(4)    If Plaintiff's motion to strike is denied, he seeks to combine his reply to Defendants' opposition with his opposition to their summary judgment motion as they chose to combine the two.

Accordingly, Plaintiff requests an extension of time until the date on which his opposition to Defendants' motion for summary judgment (if one is required) is due, or ten (10) days following (a) the Court's decision on his pending motion to strike and/or (b) Defendants' compliance therewith, i.e., serving a separate opposition.

This is the first extension of time requested in regard to this deadline. Defendants' counsel has been contacted, and has been sent a copy of this motion via electronic mail, but has not responded to voice his consent or objection to this motion. The case is not assigned for trial.

Done at Bridgeport, Connecticut, this 12th day of December, 2003.

*Pamela J. Coyne*
Pamela J. Coyne
Federal Bar No. ct22941
DURANT, NICHOLS, HOUSTON,
HODGSON & CORTESE-COSTA, P.C.
1057 Broad Street
Bridgeport, CT 06604
(203) 366-3438
ATTORNEYS FOR PLAINTIFF

## **CERTIFICATION**

I hereby certify that I have caused to be served this 12th day of December, 2003, the above and foregoing by United States mail, postage paid, return receipt requested, on the following counsel and pro se parties of record:

Gregory Reilly, Esq.
Brown Raysman Millstein Felder & Steiner LLP
900 Third Avenue
New York, NY 10022

_____
PAMELA J. COYNE

P:\lit\CTC\523818\001\00037356.DOC