FILED

2003 DEC 12 P 2: 44

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARVIN KEY, | : | |
| Plaintiff, | : | CIVIL ACTION NO. 3:03CV144 (RNC) |
| v. | : | |
| WAL-MART AND DR. GORDON | : | |
| Defendants. | : | DECEMBER 9, 2003 |

### MOTION FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7(b), Plaintiff hereby requests an extension of time of thirty (30) days following this Court's decision regarding its motion pursuant to Fed. R. Civ. P. and D. Conn. L. Civ. R. 16(f) to strike Defendants' motion for summary judgment and supporting memorandum as untimely, in which to serve his opposition to Defendants' motion for summary judgment.

This is the first extension of time requested in regard to this deadline. Defendants' counsel consents to the extension of thirty (30) days following a decision on Plaintiff's motion in which to file his opposition, should an opposition be required, provided they are allowed fifteen (15) days thereafter in which to serve a reply. The case is not assigned for trial.

**ORAL ARGUMENT NOT REQUESTED**