*03cv144mtnamd*

**FILED**

2003 NOV 17 P 4: 29

US DISTRICT COURT
HARTFORD CT

### UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARVIN KEY,<br>        PLAINTIFF, | ) ) ) |
| v. | ) ) |
| WAL-MART, INC. AND DR. ANTHONY<br>GORDON,<br>        DEFENDANTS. | ) ) ) ) |

3: 03cv144(RNC)

**TRIAL BY JURY DEMANDED
ON ALL CLAIMS**

NOVEMBER _14_, 2003

### MOTION TO AMEND COMPLAINT

Plaintiff, Marvin Key, pursuant to Rule 15(a) of the Federal Rules of Civil

Procedures moves the Court for permission to amend his Complaint against Defendant

Wal-Mart to add facts disclosed in the discovery process.  Rule 15(a) provides that a

"party may amend the party's pleading once as a matter of course at any time before a

responsive pleading is served. . ." and Defendant Wal-Mart has not answered the

Complaint.  Although Defendant Attorney Gordon, acting *pro se* did serve a responsive

---

December 20, 2003.  <u>Key v. Wal-Mart, Inc., et al.</u>, 3:03cv0144(RNC)

Re:  Motion to Amend Complaint [Doc. #60]

Granted in the absence of opposition.  Though the motion makes reference to amendment as a matter of right, the court will treat it as a motion for leave to amend.  Defendants' response was due on December 8 but none has been filed.  The proposed amendment adds allegations to the section of the complaint entitled "Background."  No new causes of action are asserted.  I see no basis for believing that the amendment will cause undue prejudice to either defendant.  Accordingly, the motion is granted in the absence of opposition.  So ordered.

Robert N. Chatigny  U.S.D.J.