UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARVIN KEY,

    Plaintiff,

v.

WAL-MART, ET AL.,

    Defendants.

CASE NO. 3:03CV144(RNC)

FILED
2003 DEC 22 A 7:57
U.S. DISTRICT COURT
HARTFORD, CT.

## REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

___ To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

___ To supervise discovery and resolve discovery disputes (orefmisc./dscv);

_X_ A ruling on all non-dispositive motions, a recommended ruling on all dispositive motions;

___ To conduct settlement conferences (orefmisc./cnf);

___ To conduct a prefiling conference (orefmisc./cnf);

___ To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

___ A ruling on the following pending motions (orefm.):

_____
_____
_____

So ordered.

Dated at Hartford, Connecticut this 19th day of December 2003.

Robert N. Chatigny
United States District Judge