D

# U.S. District Court
## District of Connecticut (New Haven)
### CIVIL DOCKET FOR CASE #: 3:03-cv-00144-RNC

Key v. Wal-Mart, Inc, et al
Assigned to: Robert N. Chatigny
Referred to: Donna F. Martinez
Demand: $0
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: No cause code entered

Date Filed: 01/22/03
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Diversity

**Special Master**
_____

Stephen P Horner

James Stapleton


**Plaintiff**
_____

Marvin Key     represented by     Loraine M. Cortese-Costa
Durant, Nichols, Houston,
Hodgson & Cortese-Costa PC

1057 Broad St.
Bridgeport, CT 06604-0351
203-366-3438
Fax : 203-384-0317
Email: Lcortese-costa@durantnic.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Pamela J. Coyne
Durant, Nichols, Houston,
Hodgson & Cortese-Costa PC

                              1057 Broad St.
                              Bridgeport, CT 06604-0351
                              203-366-3438
                              Email:
                              pcoyne@durantnic.com
                              *LEAD ATTORNEY*
                              *ATTORNEY TO BE NOTICED*

**V.**

**Defendant**

---

| | | |
|---|---|---|
| **Wal-Mart, Inc** | represented by | Catherine L. Moreton<br>3 Pleasant Street<br>Windsor, CT 06095<br>860-298-0718<br>*TERMINATED: 08/29/2003*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | Gregory B. Reilly<br>Brown, Raysman, Millstein, Felder & Steiner<br>900 Third Ave.<br>New York, NY 10022<br>212-895-2000<br>Fax : 212-895-2900<br>Email: greilly@brownraysman.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Anthony Gordon, *MD*** | represented by | Catherine L. Moreton<br>(See above for address)<br>*TERMINATED: 08/29/2003*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | Gregory B. Reilly<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Filing Date | # | Docket Text |
|---|---|---|
| 01/22/2003 | 1 | COMPLAINT Filing Fee $ 150.00 Receipt # B005482 (D'Andrea, S.) (Entered: 01/22/2003) |
| 01/22/2003 | | SUMMONS(ES) issued for Wal-Mart, Inc, Anthony Gordon (D'Andrea, S.) (Entered: 01/22/2003) |
| 01/22/2003 | 2 | ORDER on Pretrial Deadlines handed to counsel; Discovery cutoff 7/24/03; Amended Pleadings due 3/22/03; Motions to Dismiss due 4/22/03 (D'Andrea, S.) (Entered: 01/22/2003) |
| 01/30/2003 | 3 | SUMMONS Returned Executed on 1/23/03 as to Wal-Mart, Inc (Sprong, R.) (Entered: 01/30/2003) |
| 01/30/2003 | 4 | SUMMONS Returned Executed on 1/23/03 as to Anthony Gordon (Sprong, R.) (Entered: 01/30/2003) |
| 01/30/2003 | 5 | SUMMONS Returned Executed on CHRO on 1/23/03 individually (Gothers, M.) (Entered: 01/31/2003) |
| 02/11/2003 | 6 | ANSWER to Complaint by Anthony Gordon (Gothers, M.) (Entered: 02/12/2003) |
| 02/13/2003 | 7 | MOTION by Wal-Mart, Inc to Extend Time until 3/14/03 to respond to complaint (Gothers, M.) (Entered: 02/14/2003) |
| 02/13/2003 | 8 | APPEARANCE of Attorney for Wal-Mart, Inc -- Catherine L. Moreton (Gothers, M.) (Entered: 02/14/2003) |
| 02/14/2003 | | ENDORSEMENT [7-1] motion to Extend Time until |

|  |  |  |
|---|---|---|
|  |  | 3/14/03 to respond to complaint ordered accordingly ( signed by Clerk ) (Gothers, M.) (Entered: 02/14/2003) |
| 03/03/2003 | 9 | APPEARANCE of Attorney for Wal-Mart, Inc -- Gregory B. Reilly (Gothers, M.) (Entered: 03/05/2003) |
| 03/19/2003 | 10 | APPEARANCE of Attorney for Anthony Gordon -- Catherine L. Moreton (Gothers, M.) (Entered: 03/19/2003) |
| 03/20/2003 | 11 | Telephone Pre-Filing Conference held. Motion to dismiss will be filed on or before 4/11/03 (RNC) (Kunofsky, L.) (Entered: 03/20/2003) |
| 04/09/2003 | 12 | Notice to counsel regarding 26(f). Report of Conference due 4/30/03 ( signed by Chief Judge Robert N. Chatigny ) (Gothers, M.) (Entered: 04/09/2003) |
| 04/11/2003 | 13 | MOTION by Wal-Mart, Inc to Dismiss 1st, 2nd, & 3rd counts of complaint (Brief Due 5/2/03 ) (Gothers, M.) (Entered: 04/15/2003) |
| 04/11/2003 | 14 | MEMORANDUM by Wal-Mart, Inc in support of [13-1] motion to Dismiss 1st, 2nd, & 3rd counts of complaint (Gothers, M.) (Entered: 04/15/2003) |
| 04/11/2003 | 15 | Disclosure Statement by Wal-Mart, Inc (Gothers, M.) (Entered: 04/15/2003) |
| 04/21/2003 | 20 | REPORT of Parties Planning Meeting (Kunofsky, L.) (Entered: 05/29/2003) |
| 04/23/2003 | 16 | LETTER dated 4/18/03 Regarding: deposition by Wal-Mart, Inc, Anthony Gordon (Gothers, M.) (Entered: 04/23/2003) |
|  |  |  |

| | | |
|---|---|---|
| 04/23/2003 | | ENDORSEMENT denying [16-1] letter Regarding: deposition - waiver ( signed by Chief Judge Robert N. Chatigny ) (Gothers, M.) (Entered: 04/23/2003) |
| 05/05/2003 | 17 | MEMORANDUM by Marvin Key in opposition to [13-1] motion to Dismiss 1st, 2nd, & 3rd counts of complaint by Wal-Mart, Inc (Gothers, M.) (Entered: 05/05/2003) |
| 05/19/2003 | 18 | REPLY by Wal-Mart, Inc to response to [13-1] motion to Dismiss 1st, 2nd, & 3rd counts of complaint (Gothers, M.) (Entered: 05/22/2003) |
| 05/23/2003 | 19 | MOTION by Marvin Key to Extend Time until 6/20/03 to respond to discovery (Walker, J.) (Entered: 05/23/2003) |
| 05/27/2003 | | ENDORSEMENT granting [19-1] motion to Extend Time until 6/20/03 to respond to discovery ( signed by Chief Judge Robert N. Chatigny ) (Gothers, M.) (Entered: 05/27/2003) |
| 05/30/2003 | 21 | ORDER approving [20-1] report, reset Discovery deadline to 9/30/03 , reset Filing of Trial Memorandum due by 12/30/03 , set Status Report deadline to 8/29/03 & in accordance with attached addendum ( signed by Chief Judge Robert N. Chatigny ) (Gothers, M.) (Entered: 05/30/2003) |
| 06/02/2003 | 22 | APPEARANCE of Attorney for Marvin Key -- Pamela J. Coyne (Gothers, M.) (Entered: 06/02/2003) |
| 06/05/2003 | 23 | MOTION by Wal-Mart, Inc to Extend Time until 6/27/03 to respond to discovery (Gothers, M.) (Entered: 06/05/2003) |
| 06/09/2003 | | ENDORSEMENT granting [23-1] motion to Extend Time until 6/27/03 to respond to discovery - interrogatories ( signed by Chief Judge Robert N. |

| | | |
|---|---|---|
| | | Chatigny ) (Gothers, M.) (Entered: 06/09/2003) |
| 07/14/2003 | 24 | MOTION by Wal-Mart, Inc to Extend Time until 7/11/03 to respond to discovery (Gothers, M.) (Entered: 07/14/2003) |
| 07/16/2003 | | ENDORSEMENT granting [24-1] motion to Extend Time until 7/11/03 to respond to discovery - interrogatories ( signed by Chief Judge Robert N. Chatigny ) (Gothers, M.) (Entered: 07/16/2003) |
| 07/22/2003 | 25 | Motion hearing held re: [13-1] motion to Dismiss 1st, 2nd, & 3rd counts of complaint by Wal-Mart, Inc ( RNC) (Gothers, M.) (Entered: 07/29/2003) |
| 07/22/2003 | | MINUTE Entry: denying [13-1] motion to Dismiss 1st, 2nd, & 3rd counts of complaint ( RNC) (Gothers, M.) (Entered: 07/29/2003) |
| 07/28/2003 | 26 | APPEARANCE of Attorney for Anthony Gordon -- Gregory B. Reilly (Gothers, M.) (Entered: 07/29/2003) |
| 07/31/2003 | 27 | MOTION by Wal-Mart, Inc, Anthony Gordon to Extend Time until 7/31/03 to serve expert reports (Gothers, M.) (Entered: 07/31/2003) |
| 08/01/2003 | | ENDORSEMENT denying without prejudice [27-1] motion to Extend Time until 7/31/03 to serve expert reports ( signed by Chief Judge Robert N. Chatigny ) (Gothers, M.) (Entered: 08/01/2003) |
| 08/12/2003 | 28 | MOTION by Wal-Mart, Inc, Anthony Gordon to Extend Time to 08/21/03 to serve upon plaintiff an expert report(s) (Grady, B.) (Entered: 08/12/2003) |
| 08/13/2003 | 29 | MOTION by Marvin Key to Extend Time until 8/22/03 to file discovery motions (Basile, F.) (Entered: 08/13/2003) |

| Date | No. | Entry |
|---|---|---|
| 08/18/2003 | | ENDORSEMENT granting [29-1] motion to Extend Time until 8/22/03 to file discovery motions ( signed by Chief Judge Robert N. Chatigny ) (Gothers, M.) (Entered: 08/19/2003) |
| 08/18/2003 | | ENDORSEMENT granting [28-1] motion to Extend Time to 8/21/03 to serve upon plaintiff an expert report(s) ( signed by Chief Judge Robert N. Chatigny ) (Gothers, M.) (Entered: 08/19/2003) |
| 08/25/2003 | 30 | MOTION by Marvin Key to Compel discovery (Brief Due 9/15/03 ) (Gothers, M.) (Entered: 08/25/2003) |
| 08/25/2003 | 31 | MEMORANDUM by Marvin Key in support of [30-1] motion to Compel discovery (Gothers, M.) (Entered: 08/25/2003) |
| 08/25/2003 | 32 | AFFIDAVIT of Loraine M. Cortese-Corta by Marvin Key Re [30-1] motion to Compel discovery (Gothers, M.) (Entered: 08/25/2003) |
| 08/26/2003 | 33 | ORDER referring: [30-1] motion to Compel discovery referred to Mag. Judge Donna F. Martinez (signed by Chief Judge Robert N. Chatigny ) (Gothers, M.) (Entered: 08/26/2003) |
| 08/27/2003 | 34 | MOTION by Wal-Mart, Inc, Anthony Gordon for Catherine L. Moreton to Withdraw as Attorney (Ferguson, L.) (Entered: 08/27/2003) |
| 08/29/2003 | | ENDORSEMENT granting [34-1] motion for Catherine L. Moreton to Withdraw as Attorney (Terminated attorney Catherine L. Moreton for Anthony Gordon, attorney Catherine L. Moreton for Wal-Mart, Inc ( signed by Chief Judge Robert N. Chatigny ) (D'Onofrio, B.) (Entered: 09/03/2003) |
| 08/29/2003 | 35 | LETTER dated 8/15/03 Regarding: prefiling conference & leave to file supplemental motion for |

| | | |
|---|---|---|
| | | summary judgment by Wal-Mart, Inc, Anthony Gordon (D'Onofrio, B.) (Entered: 09/03/2003) |
| 08/29/2003 | | ENDORSEMENT granting in part, denying in part [35-1] letter Regarding: prefiling conference & leave to file supplemental motion for summary judgment. Counsel may file proposed motion without prefiling conference ( signed by Chief Judge Robert N. Chatigny ) (D'Onofrio, B.) (Entered: 09/03/2003) |
| 08/29/2003 | 36 | LETTER dated 8/19/03 Regarding: prefiling conference & to file a motion for summary judgment by Wal-Mart, Inc, Anthony Gordon (D'Onofrio, B.) (Entered: 09/03/2003) |
| 08/29/2003 | | ENDORSEMENT granting in part, denying in part [36-1] letter Regarding: prefiling conference & to file a motion for summary judgment. Counsel may file proposed motion without prefiling conference ( signed by Chief Judge Robert N. Chatigny ) (D'Onofrio, B.) (Entered: 09/03/2003) |
| 08/29/2003 | 37 | STATUS REPORT by Marvin Key, Wal-Mart, Inc, Anthony Gordon (Bauer, J.) (Entered: 09/03/2003) |
| 09/12/2003 | 38 | REPLY by Wal-Mart, Inc to response to [30-1] motion to Compel discovery by Marvin Key (Gothers, M.) (Entered: 09/12/2003) |
| 09/24/2003 | 39 | MOTION by Marvin Key to Extend Time until 10/17/03 to conduct depositions of Roger Noll, Jerry Ellis & Edgar Morales (Gothers, M.) (Entered: 09/24/2003) |
| 09/25/2003 | | ENDORSEMENT granting [39-1] motion to Extend Time until 10/17/03 to conduct depositions of Roger Noll, Jerry Ellis & Edgar Morales ( signed by Chief Judge Robert N. Chatigny ) (Gothers, M.) |

| | | |
|---|---|---|
| | | (Entered: 09/25/2003) |
| 09/29/2003 | 40 | PROTECTIVE ORDER/ Order of Confidentiality (signed by Chief Judge Robert N. Chatigny ) (Gothers, M.) (Entered: 09/30/2003) |
| 09/29/2003 | | ENDORSEMENT approving [40-1] protective order ( signed by Chief Judge Robert N. Chatigny ) (Gothers, M.) (Entered: 09/30/2003) |
| 09/29/2003 | 41 | AFFIDAVIT of Loraine Cortese-Costa by Marvin Key Re: Reply Opposition [30-1] motion to Compel discovery (Gothers, M.) (Entered: 09/30/2003) |
| 10/07/2003 | 42 | ORDER REFERRING CASE to Stephen P Horner, James F. Stapleton as special masters ( signed by Clerk ) (Gothers, M.) (Entered: 10/07/2003) |
| 10/15/2003 | | Settlement Conference set for 11/19/2003 10:00 AM Clerk's Office in Bridgeport with SM. (Kunofsky, L.) (Entered: 10/15/2003) |
| 10/16/2003 | 43 | MOTION to Postpone Oral Argument on Motion to Compel by Anthony Gordon, Wal-Mart, Inc. (Gothers, M.) (Entered: 10/17/2003) |
| 10/21/2003 | | Set Deadlines as to [30] Motion to Compel. Oral argument. Motion Hearing set for 10/31/2003 09:30 AM in East Courtroom - Hartford before Donna F. Martinez. (Gothers, M.) (Entered: 10/27/2003) |
| 10/22/2003 | 44 | ORDER granting 43 Motion to Postpone of Oral Argument on Motion to Compel . Signed by Judge Donna F. Martinez on 10/22/03. (Gothers, M.) (Entered: 10/27/2003) |
| 10/24/2003 | 45 | MOTION to Compel responses to Second Set of Discovery Requests by Marvin Key.Responses due by 11/14/2003 (Gothers, M.) (Entered: 10/29/2003) |

| | | |
|---|---|---|
| 10/24/2003 | 46 | Memorandum in Support re 45 MOTION to Compel responses to discovery filed by Marvin Key. (Gothers, M.) (Entered: 10/29/2003) |
| 10/24/2003 | 47 | AFFIDAVIT re 45 MOTION to Compel Signed By Pamela J. Coyne filed by Marvin Key. (Attachments: # 1 Exhibit)(Gothers, M.) (Entered: 10/31/2003) |
| 10/30/2003 | 49 | ORDER REFERRING MOTION: 45 MOTION to Compel filed by Marvin Key Referred to Magistrate Judge Donna F. Martinez. Signed by Judge Robert N. Chatigny on 10/30/03. (Gothers, M.) (Entered: 11/04/2003) |
| 10/31/2003 | 48 | MOTION for Summary Judgment by Marvin Key.Responses due by 11/21/2003 (Gothers, M.) Modified on 11/6/2003 (Gothers, M.). - attached case appendix & exhibits 1-12 as hard pleading. (Entered: 10/31/2003) |
| 10/31/2003 | 50 | Statement of Material Facts re 48 MOTION for Summary Judgment filed by Marvin Key. (Johnson, D.) (Entered: 11/05/2003) |
| 10/31/2003 | 51 | Memorandum in Support re 48 MOTION for Summary Judgment filed by Marvin Key. (Johnson, D.) (Entered: 11/05/2003) |
| 10/31/2003 | 52 | Minute Entry for proceedings held before Magistrate Judge Donna F. Martinez : Motion Hearing held on 10/31/2003, Under Advisement re [30] Motion to Compel filed by Marvin Key. (Gothers, M.) Modified on 11/6/2003 (Gothers, M.). (Entered: 11/05/2003) |
| 10/31/2003 | | ORDER taking under advisement [30] Motion to Compel (Gothers, M.) (Entered: 11/05/2003) |
| | | |

| Date | No. | Description |
|---|---|---|
| 11/04/2003 | 53 | RULING granting in part and denying in part [30] Motion to Compel Signed by Judge Donna F. Martinez on 11/3/03. (Gothers, M.) (Entered: 11/06/2003) |
| 11/13/2003 | 54 | NOTICE of service by Marvin Key (Kunofsky, L.) (Entered: 11/19/2003) |
| 11/17/2003 | 55 | MOTION for Extension of Time until 11/27/03 to File Opposition to 45 MOTION to Compel by Anthony Gordon, Wal-Mart, Inc. (Gothers, M.) (Entered: 11/19/2003) |
| 11/17/2003 | 60 | MOTION to Amend [1] Complaint by Marvin Key. Responses due by 12/8/2003 (Gothers, M.) (Entered: 11/26/2003) |
| 11/19/2003 | 62 | Settlement Conference Report of Special Masters for proceedings held before Clerk-SM : Settlement Conference held on 11/19/2003. Case not settled. (Gothers, M.) (Entered: 12/01/2003) |
| 11/21/2003 | 56 | MOTION for Extension of Time to File Response as to 48 MOTION for Summary Judgment by Anthony Gordon, Wal-Mart, Inc. (Wiggins, M.) (Entered: 11/24/2003) |
| 11/21/2003 | 57 | MOTION for Extension of Time to Comply with Magistrate Judge Martinez's November 3, 2003 Order by Anthony Gordon, Wal-Mart, Inc. (Wiggins, M.) (Entered: 11/24/2003) |
| 11/21/2003 | 58 | ENDORSEMENT ORDER granting 55 Motion for Extension of Time until 11/27/03 to file Response re 45 MOTION to Compel Responses due by 11/27/2003. Signed by Magistrate Judge Donna F. Martinez on 11/21/03. (Gothers, M.) (Entered: 11/25/2003) |

| | | |
|---|---|---|
| 11/24/2003 | 68 | MOTION for Sanctions by Marvin Key. Responses due by 12/15/2003 (Gothers, M.) (Entered: 12/05/2003) |
| 11/24/2003 | 69 | Memorandum in Support of 68 MOTION for Sanctions filed by Marvin Key. (Attachments: # 1 Exhibit A to Memorandum in Support, (see hard copy for Exhibit B to Memorandum in Support) (Kunofsky, L.) (Entered: 12/05/2003) |
| 11/25/2003 | 59 | ENDORSEMENT ORDER granting 57 Motion for Extension of Time until 11/24/03 to comply with Magistrate Judge' order . Signed by Judge Donna F. Martinez on 11/25/03. (Gothers, M.) (Entered: 11/26/2003) |
| 11/25/2003 | 61 | ENDORSEMENT ORDER granting 56 Motion for Extension of Time until 12/8/03 to file Reply re 48 MOTION for Summary Judgment Responses due by 12/8/2003. Signed by Judge Robert N. Chatigny on 11/25/03. Counsel are reminded that motions for extension of time must be filed 5 days prior the deadline in question. (Gothers, M.) (Entered: 12/01/2003) |
| 11/25/2003 | 70 | ANSWER and Defenses to Complaint by Wal-Mart, Inc.(Kunofsky, L.) (Entered: 12/05/2003) |
| 11/26/2003 | 63 | MOTION for Extension of Time to File Response as to 45 MOTION to Compel & Postponement of 12/5/03 argument on Plaintiff's Motion by Anthony Gordon, Wal-Mart, Inc. (Gothers, M.) (Entered: 12/01/2003) |
| 11/26/2003 | 64 | MOTION for Extension of Time to comply with Magistrate Judge Martinez's 11/3/03 order. by Anthony Gordon, Wal-Mart, Inc. (Gothers, M.) (Entered: 12/01/2003) |

| | | |
|---|---|---|
| 12/01/2003 | 65 | ENDORSEMENT ORDER denying without prejudice 45 Motion to Compel . Signed by Magistrate Judge Donna F. Martinez on 12/1/03. (Gothers, M.) (Entered: 12/03/2003) |
| 12/02/2003 | 66 | ORDER granting in part 63 Motion for Extension of Time until 12/5/03 to File Response to Motion to Compel [doc #45]. Responses due by 12/5/2003. Signed by Magistrate Judge Donna F. Martinez on 12/2/03. (Gothers, M.) (Entered: 12/03/2003) |
| 12/02/2003 | 67 | ORDER granting 64 Motion for Extension of Time until 12/10/03 to comply re: 53 order dated 11/4/03 on Motion to Compel. Future requests for extention of time to which to comply with the Court's Order shall be viewed with disfavor. Signed by Magistrate Judge Donna F. Martinez on 12/1/03. (Gothers, M.) (Entered: 12/03/2003) |
| 12/08/2003 | 71 | ORDER REFERRING MOTION: 68 MOTION for Sanctions filed by Marvin Key Referred to Magistrate Judge Donna F. Martinez. Signed by Judge Robert N. Chatigny on 12/8/03. (Bauer, J.) (Entered: 12/11/2003) |
| 12/08/2003 | 72 | Statement of Material Facts re 48 MOTION for Summary Judgment filed by Wal-Mart, Inc. (Bauer, J.) (Entered: 12/11/2003) |
| 12/08/2003 | 73 | MOTION for Summary Judgment by Anthony Gordon, Wal-Mart, Inc.Responses due by 12/29/2003 (Bauer, J.) (Entered: 12/11/2003) |
| 12/08/2003 | 74 | Memorandum in Support re 73 MOTION for Summary Judgment filed by Wal-Mart, Inc.AND, Memo in opposition to Key's Motion for summary judgment (Part 1 of 2) (Attachments: # 1 Memo Part 2# 2 Memo Part 3)(Bauer, J.) (Entered: 12/11/2003) |

| | | |
|---|---|---|
| 12/08/2003 | 75 | Memo in supoort of dft motion for summary judgment AND Memorandum in Opposition re 48 MOTION for Summary Judgment filed by Wal-Mart, Inc. (Part 2 of 2) (Attachments: # 1 Memo Part 2# 2 Memo Part 3)(Bauer, J.) (Entered: 12/11/2003) |
| 12/08/2003 | 76 | Statement of Material Facts re 73 MOTION for Summary Judgment filed by Anthony Gordon, Wal-Mart, Inc. (Bauer, J.) (Entered: 12/11/2003) |
| 12/12/2003 | 77 | MOTION for Extension of Time to File Response as to 73 MOTION for Summary Judgment until 30 days after decision on Motion to Strike by Marvin Key. (D'Onofrio, B.) (Entered: 12/15/2003) |
| 12/12/2003 | 78 | MOTION to Strike 73 MOTION for Summary Judgment by Marvin Key.Responses due by 1/2/2004 (D'Onofrio, B.) (Entered: 12/15/2003) |
| 12/12/2003 | 79 | Memorandum in Support re 78 MOTION to Strike 73 MOTION for Summary Judgment filed by Marvin Key. (Attachments: # 1 Exhibit A)(D'Onofrio, B.) (Entered: 12/15/2003) |
| 12/15/2003 | 80 | MOTION for Extension of Time to File Response as to 48 MOTION for Summary Judgment (no specific date requested) by Marvin Key. (D'Onofrio, B.) (Entered: 12/16/2003) |
| 12/15/2003 | 81 | Endorsement ORDER granting 77 Motion for Extension of Time to File Response until 30 days after decision on Plaintiff's motion. Signed by Judge Robert N. Chatigny on 12/15/03. (D'Onofrio, B.) (Entered: 12/16/2003) |
| 12/15/2003 | 83 | Memorandum in Opposition re 68 MOTION for Sanctions filed by Wal-Mart, Inc. (Attachments: # 1 Affidavit of Gregory Reilly# 2 Declaration of Jerome Ellis)(D'Onofrio, B.) (Entered: 12/17/2003) |

| | | |
|---|---|---|
| 12/16/2003 | 82 | TRANSCRIPT of Proceedings held on October 31, 2003 before Judge Donna F. Martinez, U.S.M.J.. Court Reporter: Stephen C. Bowles. (Wood, R.) (Entered: 12/17/2003) |
| 12/22/2003 | 84 | TRANSCRIPT of Proceedings held on October 31, 2003 before Judge Donna F. Martinez, U.S.M.J.. Court Reporter: Stephen C. Bowles. (Wood, R.) (Entered: 12/23/2003) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/23/2003 16:26:12 | | | |
| PACER Login: | br0191 | Client Code: | 005107-00099 |
| Description: | Docket Report | Case Number: | 3:03-cv-00144-RNC |
| Billable Pages: | 5 | Cost: | 0.35 |