E

Case 3:03-cv-00144-RNC   Document 89-6   Filed 12/29/2003   Page 1 of 3

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARVIN KEY,

    Plaintiff,

v.                            CASE NO. 3:03CV144(RNC)

WAL-MART, INC. AND DR. ANTHONY
GORDON,

    Defendants.

## RULING ON PLAINTIFF'S MOTION TO COMPEL

Pending before the court is the plaintiff's "motion to compel discovery and for related relief." (Doc. #30.) The motion is GRANTED in part and DENIED in part as follows:

1. Interrogatory No. is 2 is GRANTED.

2. Interrogatory Nos. 3, 4, 5, 6, 8, 10, 11, 12, 12A, and 14 and Request for Production 8 are GRANTED but the time period is limited to the period of the plaintiff's employment.

3. Interrogatory Nos. 7 and 9 and Requests for Production Nos. 3 and 4 are WITHDRAWN at the request of the moving party.

4. Interrogatory No. 13 is GRANTED but limited to investigations regarding the delivery of optical services.

5. Request for Production 9 is GRANTED as to complaints alleging discrimination on basis of being African-American.

6. The defendant shall produce its responses within twenty (20) days of the filing of this order.

7. The deadline for discovery is extended to December 31, 2003.

8.  The plaintiff's motion for preclusion is DENIED without prejudice to any subsequent application. The daytimer, the original source of the supervisor's notes, was not produced until the night before the oral argument on the plaintiff's motion. Although the court does not condone the defendant's untimely disclosure, the instant record is insufficient for the court to grant the plaintiff's request.

9. At the conclusion of the case, upon application, the court will consider the amount of attorney's fees, if any, that should be awarded in connection with this motion.

The parties are reminded of their meet and confer obligations under both the federal and local rules of procedure to resolve any differences and present to the court only those issues of discovery that are necessary for the full weight of judicial authority.

SO ORDERED at Hartford, Connecticut this 3rd day of November, 2003.

Donna F. Martinez
United States Magistrate Judge

2