UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 DEC 31 P 2: ??

U.S. DISTRICT COURT
HARTFORD, CT.

---------------------------------------------------- X
MARVIN KEY,                                          :
                                                     :   CIVIL ACTION NO.:
                    Plaintiff,                       :   3:03CV144(RNC)
                                                     :
       v.                                            :
                                                     :
WAL-MART, INC. AND DR. ANTHONY                       :
GORDON,                                              :
                                                     :
                    Defendants.                      :   DECEMBER 31, 2003
---------------------------------------------------- X

### MOTION ON CONSENT FOR EXTENSION OF TIME FOR TAKING TWO DEPOSITIONS

Defendants Wal-Mart, Inc. and Dr. Anthony Gordon ("Defendants") submit this motion for an extension of time for the limited purpose of Plaintiff taking the depositions of two witnesses in this case. Plaintiff noticed the depositions of two witnesses for December 29 and 31, 2003. We respectfully request that the parties' time to complete these depositions be extended until January 20, 2003. Plaintiff consents to this motion.

In support of this motion, Defendants state that the depositions were noticed by Plaintiff on December 17, 2003. Thereafter, Defendants' counsel contacted the witnesses (one of whom is a third party witness) and learned that neither one was available on the dates noticed because of the holidays and prior commitments.

The parties agree that additional time is needed for the limited purpose of conducting these two depositions.

DEFENDANTS WAL-MART STORES INC. and
DR. ANTHONY GORDON

By: _____
Gregory B. Reilly (ct07101)
Brown Raysman Millstein Felder & Steiner LLP
185 Asylum Street, 10th Floor
Hartford, CT 06103
(860) 275-6400

## CERTIFICATE OF SERVICE

This is to certify that on December 31, 2003, a true copy of the foregoing Motion on Consent For Additional Time to Take Two Depositions was sent via telefax and first-class mail, postage prepaid, to:

Loraine M. Cortese-Costa
Durant, Nichols, Houston,
  Hodgson & Cortese-Costa, P.A.
1057 Broad Street
Bridgeport, CT 06804

_____
Kristi E. Mackin