CT/cvmhrg (January 10, 2002)

TOTAL TIME: ___ hours _40_ minutes

HONORABLE _D. F. Martinez_
DEPUTY CLERK _R. K. Wood_   RPTR/ERO/TAPE _____

DATE _1/8/04_   START TIME _9:45 a.m._   END TIME _10:25 a.m._
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

_Key_

CIVIL NO. _3:03CV144(RNC)_
§
§                          _P. Coyne_
§                          Plaintiffs Counsel
vs.                        § ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§                          _G. Reilly_
_Walmart_                  § Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrgh) Motion Hearing          ☐ (confmhrg.) Confirmation Hearing     ☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing   ☐ (evidhrg.) Evidentiary Hearing       ☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing ☐ (fairhrg.) Fairness Hearing          ☐ (stlmthrg.) Settlement Hearing
☐ (mischrg.) Miscellaneous Hearing

MOTION
DOCUMENT NO.

☑ .... #68   Motion _for Sanctions_ _____ ☐ granted ☐ denied ☑ advisement
☑ .... #78   Motion _to strike_ _____ ☐ granted ☐ denied ☑ advisement
☑ .... #80   Motion _for Extension of Time_ ___ ☐ granted ☐ denied ☑ advisement
☐ .... #___  Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .... #___  Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .... #___  Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ....       Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ....       Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ....       Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ....       Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ........   ☐ Brief(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ ........   _____ ☐ filed ☐ docketed
☐ ........   _____ ☐ filed ☐ docketed
☐ ........   _____ ☐ filed ☐ docketed
☐ ........   _____ ☐ filed ☐ docketed
☐ ........   _____ ☐ filed ☐ docketed
☐ ........   _____ ☐ filed ☐ docketed
☐ ........   _____ ☐ filed ☐ docketed
☐ ........   _____ ☐ filed ☐ docketed
☐ ........   _____ ☐ filed ☐ docketed
☐ ........   _____ Hearing continued until _____ at _____