90

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

------------------------------------------------------- X
MARVIN KEY,                                         :
                                                    :      CIVIL ACTION NO.:
                                    Plaintiff,      :      3:03CV144(RNC)
                                                    :
                    v.                              :
                                                    :
WAL-MART, INC. AND DR. ANTHONY                      :
GORDON,                                             :
                                                    :
                                    Defendants.     :      DECEMBER 31, 2003
------------------------------------------------------- X

## MOTION ON CONSENT FOR EXTENSION OF TIME FOR
## TAKING TWO DEPOSITIONS

Defendants Wal-Mart, Inc. and Dr. Anthony Gordon ("Defendants") submit this motion for an extension of time for the limited purpose of Plaintiff taking the depositions of two witnesses in this case. Plaintiff noticed the depositions of two witnesses for December 29 and 31, 2003. We respectfully request that the parties' time to complete these depositions be extended until January 20, 2003. Plaintiff consents to this motion.

In support of this motion, Defendants state that the depositions were noticed by Plaintiff on December 17, 2003. Thereafter, Defendants' counsel contacted the witnesses (one of whom is a third party witness) and learned that neither one was available on the dates noticed because of the holidays and prior commitments.

GRANTED. SO ORDERED 1/8/04
DONNA F. MARTINEZ, U.S.M.J.