UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARVIN KEY,

    Plaintiff,

v.

                                              CASE NO. 3:03CV144(RNC)

WAL-MART, INC. and DR. ANTHONY
GORDON,

    Defendants.

## RULING ON PENDING DISCOVERY MOTIONS

The plaintiff's motion for sanctions (doc. #68) is denied in part and granted in part as follows. The plaintiff's request that the defendants be precluded from using 25 pages of notes transcribed from the plaintiff's supervisor's DayPlanner and the DayPlanner is denied. However, because the defendant's failure to timely disclose the existence of the DayPlanner prevented the plaintiff from asking certain deponents about its contents, the plaintiff may, at the defendant's expense, re-depose Jenilu Zboray, Roger Noll, Edgar Morales and Jerome Ellis by February 13, 2004.

The plaintiff's motion to strike the defendants' motion for summary judgment (doc. #78) is denied and the plaintiff's motion for an extension of time in which to respond to the defendants' motion (doc. #80) is granted. The plaintiff shall respond to the defendants' motion for summary judgment by March 15, 2004. The defendant shall file its reply brief by April 5, 2004.

SO ORDERED at Hartford, Connecticut this 8th day of January, 2004.

Donna F. Martinez
United States Magistrate Judge