*Held 15 mins.*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Amended
Telephonic Status Conference Calendar

Honorable Donna F. Martinez, U. S. Magistrate Judge
450 Main Street
Hartford
Chambers Room 262

February 5, 2004

9:15 a.m.

CASE NO. **3:03CV144 (RNC)**   **Key v. Walmart, et al.**

COUNSEL OF RECORD:

| | |
|---|---|
| Loraine M. Cortese-Costa | Durant, Nichols, Houston, Hodgson & Cortese-Costa PC<br>1057 Broad St.<br>Bridgeport, CT 06604-0351<br>203-366-3438<br>203-384-0317 (fax)<br>Lcortese-costa@durantnic.com |
| ✓ Pamela J. Coyne | Durant, Nichols, Houston, Hodgson & Cortese-Costa PC<br>1057 Broad St.<br>Bridgeport, CT 06604-0351<br>203-366-3438<br>pcoyne@durantnic.com |
| Catherine L. Moreton | 3 Pleasant Street<br>Windsor, CT 06095<br>860-298-0718 |
| ✓ Gregory B. Reilly | Brown, Raysman, Millstein, Felder & Steiner<br>900 Third Ave.<br>New York, NY 10022<br>212-895-2000<br>212-895-2900 (fax)<br>greilly@brownraysman.com |

*Please note-Atty. Coyne will initiate the conf. call to Chambers.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK