UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2003 DEC 22 A 7:57
U.S. DISTRICT COURT
HARTFORD, CT.

MARVIN KEY,
    Plaintiff,

v.          CASE NO. 3:03cv144(RNC)

WAL-MART, ET AL.,
    Defendants.

<u>REFERRAL TO MAGISTRATE JUDGE</u>

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

___   To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

___   To supervise discovery and resolve discovery disputes (orefmisc./dscv);

_X_   A ruling on all non-dispositive motions, a recommended ruling on all dispositive motions;

___   To conduct settlement conferences (orefmisc./cnf);

___   To conduct a prefiling conference (orefmisc./cnf);

___   To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

___   A ruling on the following pending motions (orefm.):

_____
_____
_____

So ordered.

Dated at Hartford, Connecticut this 19th day of December 2003.

                                  Robert N. Chatigny
                                 United States District Judge

[Margin annotation, left side, handwritten:] February 5, 2004. The referral of dispositive motions only is hereby vacated. So ordered. /s/ Robert N. Chatigny, U.S.D.J.