UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 FEB 18 P 2: 10

---------------------------------------------------------- X
MARVIN KEY,                                : CIVIL ACTION NO.:
                                           :  3:03CV144(RNC)
          Plaintiff,                  :
                                           :
          v.                          :
                                           :
WAL-MART, INC. AND DR. ANTHONY             :
GORDON,
                                           :
          Defendants
---------------------------------------------------------- X

## APPEARANCE

Please enter the appearance of the undersigned as counsel for defendants Wal-Mart Stores, Inc. ("Wal-Mart") and Dr. Anthony Gordon in the above-captioned matter.

                                      DEFENDANTS,
                                      WAL-MART, INC. and
                                      DR. ANTHONY GORDON

                                      By: _____
                                         Mitchell L. Fishberg (ct19661)
                                         BROWN RAYSMAN MILLSTEIN
                                           FELDER & STEINER, LLP
                                       CityPlace II, 10th Floor
                                       185 Asylum Street
                                       Hartford, CT 06103
                                       (860) 275-6400

HARTFORD 83035v1

## CERTIFICATION

This is to certify that on February 13, 2004, a true copy of the foregoing Appearance was sent via first-class mail, postage prepaid to:

Pamela Coyne, Esq.
Durant, Nichols, Houston, Hodgson
   & Cortese-Costa, P.C.
1057 Broad Street
Bridgeport, CT 06604

_____
Mitchell L. Fishberg

HARTFORD 83028v1