UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------ X
MARVIN KEY,                                    :    CIVIL ACTION NO.:
                                               :    3:03CV144(RNC)
                    Plaintiff,                 :
                                               :
         v.                                    :
                                               :
WAL-MART, INC. AND DR. ANTHONY                 :
GORDON,                                        :
                                               :
                    Defendants                 :
------------------------------------------------------------ X

## APPEARANCE

Please enter the appearance of the undersigned as counsel for defendants Wal-Mart Stores, Inc. ("Wal-Mart") and Dr. Anthony Gordon in the above-captioned matter.

DEFENDANTS,
WAL-MART, INC. and
DR. ANTHONY GORDON

By: _____
Kristi E. Mackin (ct23394)
BROWN RAYSMAN MILLSTEIN
 FELDER & STEINER, LLP
CityPlace II, 10th Floor
185 Asylum Street
Hartford, CT 06103
(860) 275-6400

HARTFORD 83025v1

## CERTIFICATION

      This is to certify that on February 13, 2004, a true copy of the foregoing Appearance was sent via first-class mail, postage prepaid to:

Pamela Coyne, Esq.
Durant, Nichols, Houston, Hodgson
   & Cortese-Costa, P.C.
1057 Broad Street
Bridgeport, CT 06604

_____
Kristi E. Mackin