U.S. DISTRICT COURT
HARTFORD, CT.

$35 pd

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------- X
MARVIN KEY,                          :    CIVIL ACTION NO.:
                                     :    3:03CV144(RNC)
            Plaintiff,               :
                                     :    MOTION (ON CONSENT) FOR
      v.                             :    ADMISSION OF JOEL L. FINGER
                                     :    *PRO HAC VICE*
WAL-MART, INC. AND DR. ANTHONY       :
GORDON,                              :
                                     :
            Defendants               :
------------------------------------------------- X

Pursuant to Rule 2(d) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, Defendant Wal-Mart Stores, Inc. ("Wal-Mart") and Defendant Dr. Anthony Gordon, by and through their undersigned counsel, a member of the Bar of this Court, hereby request that Joel L. Finger be permitted to represent Wal-Mart and Dr. Anthony Gordon *pro hac vice* in all proceedings in this action. Pamela Coyne, Esq., counsel for Plaintiff, consents to this motion and Mr. Finger's admission.

Mr. Finger is a partner with the law firm Brown Raysman Millstein Felder & Steiner LLP, 900 Third Avenue, New York, New York 10022. He is admitted to practice, and in good standing, in the States of New York and New Jersey. Mr. Finger also is admitted to practice before the United States District Courts for the Southern, Northern, Western and Eastern Districts of New York, the Northern District of California, the Eastern District of Michigan, and the District of New Jersey, as well as the United States Supreme Court and the United States Courts of Appeals for the Second, Third and Fourth Circuits.

Mr. Finger has not been disciplined in accordance with Rule 3 of this Court's Local Civil Rules, or disciplined by any other Court. As explained in his affidavit, hereto annexed, in or around 1985, Mr. Finger was once denied admission *pro hac vice* in a case by the Superior Court of New Jersey. The Judge in that matter stated that he believed it unnecessary for Mr. Finger, as a New York attorney, to appear in the case at that time. Mr. Finger subsequently was admitted *pro hac vice* in cases in the Superior Court of New Jersey on numerous occasions. In 1989, he was admitted to the New Jersey State Bar. He has not been denied admission in any other case or to any other Court. (*See* Affidavit of Joel L. Finger in Support of Motion for *Pro Hac Vice* Admission, ¶ 4.)

There exists good cause supporting this application as Mr. Finger has a longstanding attorney-client relationship with Wal-Mart predating the litigation at bar and has represented Wal-Mart in employment related matters in federal court, including in this Court. Mr. Finger has acquired a specialized knowledge with respect to Wal-Mart's affairs important to its defense of this matter. Wal-Mart has expressed a desire to have Mr. Finger represent it in this case. Likewise, Defendant Dr. Anthony Gordon has requested that Mr. Finger represent him.

In support of said motion Wal-Mart and Dr. Anthony Gordon rely upon the annexed Affidavit of Joel L. Finger, sworn to February 4, 2004. A proposed form of order is submitted herewith.

WHEREFORE, Defendants Wal-Mart and Dr. Anthony Gordon respectfully request that Mr. Finger be admitted *pro hac vice*.

Dated: February 11, 2004

                                       Respectfully submitted,

                                       BROWN RAYSMAN MILLSTEIN FELDER
                                          & STEINER LLP
                                       900 Third Avenue
                                       New York, New York 10022
                                       (212) 895-2000

                                       Gregory B. Reilly (CT 07101)
                                       Joel L. Finger (CT 06114)

                                       BROWN RAYSMAN MILLSTEIN FELDER
                                         & STEINER LLP
                                       Cityplace II
                                       85 Asylum Street – 10th Floor
                                       Hartford, Connecticut  06103
                                       (203) 275-6400

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 11th day of February 2004, he caused a true and correct copy of the annexed Motion (On Consent) for Admission of Joel L. Finger *Pro Hac Vice*, Affidavit of Joel L. Finger in Support of Motion for Pro Hac Vice Admission, and Proposed Order Granting the Pro Hac Vice Admission of Joel L. Finger to be served by first class mail, postage prepaid, upon:

> Pamela Coyne, Esq.
> Durant, Nichols, Houston, Hodgson
>     & Cortese-Costa, P.C.
> 1057 Broad Street
> Bridgeport, Connecticut 06604
> Attorney for Plaintiff

Dated: February 11, 2004

Gregory B. Reilly