UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------- X
MARVIN KEY,                          : CIVIL ACTION NO.:
                                     : 3:03CV144(RNC)
            Plaintiff,               :
                                     : AFFIDAVIT OF JOEL L. FINGER
      v.                             : IN SUPPORT OF MOTION FOR
                                     : *PRO HAC VICE* ADMISSION
WAL-MART, INC. AND DR. ANTHONY       :
GORDON,                              :
                                     :
            Defendants               :
------------------------------------------------------- X

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

JOEL L. FINGER, being duly sworn, deposes and says:

1. I am a partner with the law firm of Brown Raysman Millstein Felder & Steiner LLP, 900 Third Avenue, New York, New York 10022, attorneys for the Defendant Wal-Mart Stores, Inc. ("Defendant" or "Wal-Mart") and Defendant Dr. Anthony Gordon.

2. I am admitted to practice, and in good standing, in the States of New York and New Jersey. I am also admitted to practice in the United States District Courts for the Southern, Northern, Western and Eastern Districts of New York, the Northern District of California, the Eastern District of Michigan, and the District of New Jersey, as well as the United States Supreme Court and the United States Courts of Appeals for the Second, Third and Fourth Circuits.

3. I have never been disciplined by this Court or by any other Court.

4. In or around 1985, I once was denied admission *pro hac vice* in a case by the Superior Court of New Jersey. The Judge in that matter stated that he believed it unnecessary for a New York attorney to appear in the case at that time. I subsequently was admitted *pro hac vice* in cases in the

Superior Court of New Jersey on numerous occasions. In 1989, I was admitted to the New Jersey State Bar. I have not been denied admission in any other case or to any other Court.

5. I regularly represent Wal-Mart in employment-related matters and have done so for several years. Defendants have requested that I represent them in this case.

6. Your Deponent believes there exists good cause supporting this application for *pro hac vice* admission.

7. I am told that Pamela Coyne, Esq., counsel for Plaintiff, consents to this application.

WHEREFORE, on behalf of Wal-Mart and Dr. Anthony Gordon, I respectfully request that the motion for my *pro hac vice* admission be granted.

Dated: February 4, 2004

_____
Joel L. Finger

Sworn to before me this
4th day of February, 2004

_____
Notary Public

GREGORY B. REILLY III
Notary Public, State of New York
No. 02RE5030138
Qualified in New York County
Commission Expires 08/16/2006

2