UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Marvin Key

V.                              Case Number:  3:03cv144(RNC)

Wal-Mart Inc etal

**Motion for PHV** doc.# **101**

**GRANTED** as to Joel L. Finger

Dated at Hartford, Connecticut, February 20, 2004.

KEVIN F. ROWE, CLERK

By: _____/s/_____
    Bonnie P. D'Onofrio
    Deputy Clerk