**FILED**

2004 MAR -1 P 2: 08

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARVIN KEY, | : |
| Plaintiff, | : CIVIL ACTION NO. |
| | : 3:03CV144 (RNC) |
| v. | : |
| WAL-MART AND DR. GORDON, | : |
| Defendants. | : FEBRUARY 26, 2004 |

## MOTION ON CONSENT FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7(b), Plaintiff hereby requests an extension of time until March 8, 2004 in which to serve his Motion to Compel responses to Plaintiff's Third Set of Interrogatories and Requests for Production of Documents directed to Defendant Wal-Mart, Inc. The parties are currently attempting to resolve their differences and request the extension of time to enable them to do so. If the parties do not come to an agreement, Plaintiff will require additional time to prepare and serve a sufficient Motion to Compel and Memorandum of Law in Support of same.

This is the first extension of time requested in regard to this deadline. Defendants' counsel consents to the granting of this Motion. The case is not assigned for trial.

**ORAL ARGUMENT NOT REQUESTED**

Done at Bridgeport, Connecticut, this 26th day of February, 2004.

*Pamela Coy*
Pamela J. Coyne
Federal Bar No. ct22941
DURANT, NICHOLS, HOUSTON,
HODGSON & CORTESE-COSTA, P.C.
1057 Broad Street
Bridgeport, CT 06604
(203) 366-3438
ATTORNEYS FOR PLAINTIFF

**CERTIFICATION**

I hereby certify that I have caused to be served this 26th day of February, 2004, the above and foregoing by United States mail, postage paid, return receipt requested, on the following counsel and pro se parties of record:

Joel Finger, Esq.
Brown Raysman Millstein Felder & Steiner, LLP
900 Third Avenue
New York, NY 10022

Kristi Mackin, Esq.
Mitchell L. Fishberg, Esq.
Brown Raysman Millstein Felder & Steiner, LLP
City Place II
10th Floor
185 Asylum Street
Hartford, CT 06103

*Pamela Coyne*
PAMELA J. COYNE

P:\lit\CTC\523818\001\00038604.DOC