**FILED**

2004 MAR -1 P 2:08

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARVIN KEY, | : |
|     Plaintiff, | : CIVIL ACTION NO. |
| | : 3:03CV144 (RNC) |
| v. | : |
| WAL-MART AND DR. GORDON, | : |
|     Defendants. | : FEBRUARY 26, 2004 |

### MOTION ON CONSENT FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7(b), Plaintiff hereby requests an extension of time until March 8, 2004 in which to serve his Motion to Compel responses to Plaintiff's Third Set of Interrogatories and Requests for Production of Documents directed to Defendant Wal-Mart, Inc. The parties are currently attempting to resolve their differences and request the extension of time to enable them to do so. If the parties do not come to an agreement, Plaintiff will require additional time to prepare and serve a sufficient Motion to Compel and Memorandum of Law in Support of same.

This is the first extension of time requested in regard to this deadline. Defendants' counsel consents to the granting of this Motion. The case is not assigned for trial.

**ORAL ARGUMENT NOT REQUESTED**

GRANTED. So ordered. 3/3/04.