UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR -9  A 8: 20
U.S. DISTRICT COURT
HARTFORD, CT.

---------------------------------------------------------- X
MARVIN KEY,                                                :
                                                           :  CIVIL ACTION NO.:
                        Plaintiff,                         :  3:03CV144(RNC)
                                                           :
        v.                                                 :
                                                           :
WAL-MART, INC. AND DR. ANTHONY                             :
GORDON,                                                    :
                                                           :
                        Defendants.                        :  MARCH 8, 2004
---------------------------------------------------------- X

## MOTION FOR A PROTECTIVE ORDER
## OF THE PERSONNEL FILE OF DALE CENEVIVA

Pursuant to Fed. R. Civ. P. 45(c) and D. Conn. L. Civ. R. 37(a)(2), the defendant, Wal-Mart Stores, Inc. ("Wal-Mart"), respectfully moves this Court for a protective order to protect the personnel file of Dale Ceneviva, which was subpoenaed by the plaintiff on February 27, 2004.

In support of this Motion, Wal-Mart submits its Memorandum of Law in Support of Wal-Mart Stores, Inc.'s Motion for A Protective Order of the Personnel File of Dale Ceneviva, and attached exhibits.

1

DEFENDANTS WAL-MART STORES INC. and
DR. ANTHONY GORDON

By: _____
Mitchell L. Fishberg (ct19661)
Kristi E. Mackin (ct23394)
Brown Raysman Millstein Felder & Steiner LLP
185 Asylum Street, 10th Floor
Hartford, CT 06103
(860) 275-6400

Joel L. Finger
Brown Raysman Millstein Felder & Steiner LLP
900 3rd Avenue
New York, NY 10022

## CERTIFICATE OF SERVICE

This is to certify that on this 8th day of March, a true copy of the foregoing was sent via telefax and first-class mail, postage prepaid, to:

Loraine M. Cortese-Costa, Esq.
Pamela Coyne, Esq.
Durant, Nichols, Houston,
  Hodgson & Cortese-Costa, P.A.
1057 Broad Street
Bridgeport, CT 06804

_____
Kristi E. Mackin