UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAR 11  P 2: 16

U.S. DISTRICT COURT
HARTFORD, CT.

MARVIN KEY,      :
   Plaintiff,    :
                 :
   v.            :   CASE NO. 3:03CV144 (RNC)
                 :
WAL-MART, INC., ET AL.,  :
                 :
   Defendants.   :

REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

___ To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

___ To supervise discovery and resolve discovery disputes (orefmisc./dscv);

___ A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

___ To conduct settlement conferences (orefmisc./cnf);

___ To conduct a prefiling conference (orefmisc./cnf);

___ To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

_X_ A ruling on the following pending motions (orefm.): _____
    Motion for Protective Order [doc. 105]

So ordered.

Dated at Hartford, Connecticut this _11th_ day of _March_ 2004.

_____
Robert N. Chatigny
United States District Judge