UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------- X
MARVIN KEY,                               :
                                          :     CIVIL ACTION NO.:
                    Plaintiff,            :     3:03CV144(RNC)
                                          :
        v.                                :
                                          :
WAL-MART, INC. AND DR. ANTHONY            :
GORDON,                                   :
                                          :
                    Defendants.           :     MARCH 31, 2004
---------------------------------------------------------- X

## DEFENDANTS' MOTION TO PRECLUDE AND/OR TO STRIKE

Pursuant to Rules 12(f) and 56(e) of the Federal Rules of Civil Procedure, the defendants, Wal-Mart Stores, Inc. ("Wal-Mart") and Dr. Anthony Gordon, move to preclude the testimony and the February 8, 2002 attorney-client meeting notes of David Fabricant, Esq., ("Fabricant") on the basis that neither Attorney Fabricant nor his notes were timely disclosed by plaintiff. Additionally, or in the alternative, Fabricant's notes and any references thereto should be stricken from plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment and in Reply to Defendants' Opposition to Plaintiff's Motion for Summary Judgment (the "Opposition"), inter alia, because they are comprised entirely of inadmissible hearsay and seemingly contravene the attorney-client privilege. Defendants further request that this Court strike the affidavit of Pamela Coyne ("Coyne"), and any references thereto, as it is laden with inadmissible hearsay beyond Coyne's personal knowledge and improperly provides substantive fact testimony from plaintiff's counsel. Defendants also seek the costs and fees associated with filing this motion.

DEFENDANTS WAL-MART STORES INC. and
DR. ANTHONY GORDON

By: _____
Mitchell L. Fishberg (ct19661)
Kristi E. Mackin (ct23394)
Brown Raysman Millstein Felder & Steiner LLP
185 Asylum Street, 10th Floor
Hartford, CT 06103
(860) 275-6400
Joel L. Finger (ct06114)
Brown Raysman Millstein Felder & Steiner LLP
900 3rd Avenue
New York, NY 10022

## CERTIFICATE OF SERVICE

This is to certify that on this 31th day of March 2004, a true copy of the foregoing was sent via facsimile and first-class mail, postage prepaid, to:

Loraine M. Cortese-Costa, Esq.
Pamela Coyne, Esq.
Durant, Nichols, Houston,
   Hodgson & Cortese-Costa, P.A.
1057 Broad Street
Bridgeport, CT 06804

_____
Kristi E. Mackin

HARTFORD 84327v1