UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARVIN KEY, | : |
| | : |
|     Plaintiff, | : |
| | : |
| v. | : CASE NO.3:03CV144(RNC) |
| | : |
| WAL-MART, INC., ET AL., | : |
| | : |
|     Defendants. | : |

<u>REFERRAL TO MAGISTRATE JUDGE</u>

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

\_\_\_ To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

\_\_\_ To supervise discovery and resolve discovery disputes (orefmisc./dscv);

\_\_\_ A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

\_\_\_ To conduct settlement conferences (orefmisc./cnf);

\_\_\_ To conduct a prefiling conference (orefmisc./cnf);

\_\_\_ To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

_X_ A ruling on the following pending motions (orefm.):
Motion for Extension of Time [doc. 113]
Defendants Motion to Preclude and/or to Strike [doc. 114]

    So ordered.

    Dated at Hartford, Connecticut this    day of April 2004.


                                                      /s/RNC
                                      Robert N. Chatigny
                               United States District Judge