# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**APPEARANCE**

CASE NUMBER: 3:03 cv144 (RNC)

MARVIN KEY
vs.
WAL-MART, INC. and DR. ANTHONY GORDON

**To the Clerk of this court and all parties of record:**

Enter my appearance as counsel in this case for: Defendants

March 22, 2004
Date

ct06114
Connecticut Federal Bar Number

212-895-2340
Telephone Number

212-895-2900
Fax Number

jfinger@brownraysman.com
E-mail address

Signature

Joel L. Finger, Esq.
Print Clearly or Type Name
Brown Raysman Millstein Felder & Steiner
900 Third Avenue, NY, NY 10022
Address

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Loraine Cortese-Costa, Esq.
Pamela J. Coyne, Esq.
Durant, Nichols, Houston, Hodgson & Cortese-Costa, P.C.
1057 Broad Street
Bridgeport, Connecticut 06604-4219

Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)