UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARVIN KEY,

    Plaintiff,

v.

CASE NO. 3:03CV144(RNC)

WAL-MART, INC. and DR. ANTHONY GORDON,

    Defendants.

## NOTICE AND ORDER

On March 31, 2004, the defendants filed a motion to preclude and/or to strike (doc. #114.) The plaintiff's memoranda in opposition is due by April 12, 2004. The court shall hear oral argument on the motion on April 14, 2004.

The defendant's motion for extension of time (doc. #113) in which to file its reply to the plaintiff's motion for summary judgment is GRANTED. The defendant shall file its reply brief by May 7, 2004.

SO ORDERED at Hartford, Connecticut this 2nd day of April, 2004.

_____
Donna F. Martinez
United States Magistrate Judge