Civil (April 12, 2004)

HONORABLE **D.F. Martinez**
DEPUTY CLERK **R.K. Wood**   RPTR/ERO/TAPE

TOTAL TIME: ___ hours **20** minutes

DATE **4/30/04**   START TIME **3:55 p.m.**   END TIME **4:15 p.m.**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**key**

CIVIL NO. **3:03 CV 144 (RNC)**

§
§
vs.                                        § ☑ SEE ATTACHED CALENDAR FOR COUNSEL
§
**wal mart**                               §

_____ Plaintiffs Counsel

_____ Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ Motion Hearing            ☐ Show Cause Hearing
☐ Evidentiary Hearing       ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

**MOTION DOCUMENT NO.**

| | | |
|---|---|---|
| ☑ #105 | Motion **for Protective order** | ☐ granted ☐ denied ☑ advisement |
| ☑ #114 | Motion **to Preclude Testimony & to strike** | ☐ granted ☐ denied ☑ advisement |

☐ Brief(s) due _____  ☐ Proposed Findings due _____  Response due _____

_____ Hearing continued until _____ at _____

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Second Amended
Miscellaneous Calendar

Honorable Donna F. Martinez, U. S. Magistrate Judge
450 Main Street
Hartford
East Courtroom

April 30, 2004

3:00 p.m.

The motion(s) listed below will be heard at oral argument. The
scheduling of a motion for oral argument does not relieve the
opposing party of its obligation to file responsive papers. If no
response has been filed 21 days after the filing of the motion,
the motion may be granted and oral argument cancelled. See D.
Conn., L. Civ. R. 9.

CASE NO. **3:03CV144 (RNC)     Key v. Walmart**

Oral Argument on Defendant's Motion for Protective Order
(doc.#105) & Motion to Preclude Testimony & Motion to Strike
(doc.#114).

COUNSEL OF RECORD:

Loraine M. Cortese-Costa          Durant, Nichols, Houston, Hodgson
                                  & Cortese-Costa PC
                                  1057 Broad St.
                                  Bridgeport, CT 06604-0351
                                  203-366-3438
                                  203-384-0317 (fax)
                                  Lcortese-costa@durantnic.com

Pamela J. Coyne                   Durant, Nichols, Houston, Hodgson
                                  & Cortese-Costa PC
                                  1057 Broad St.
                                  Bridgeport, CT 06604-0351
                                  203-366-3438
                                  pcoyne@durantnic.com

Joel L. Finger                    Brown, Raysman, Millstein, Felder
                                  & Steiner
                                  900 Third Ave.
                                  New York, NY 10022
                                  212-895-2340
                                  jfinger@brownraysman.com

Mitchell L. Fishberg          Brown Raysman Millstein Felder &
                              Steiner
                              Cityplace II
                              185 Asylum St.
                              Hartford, CT 06103
                              860-275-6400
                              860-275-6410 (fax)
                              mfishberg@brownraysman.com

Kristi E. Mackin             Brown Raysman Millstein Felder &
                             Steiner, LLP
                             Cityplace II 10 Floor
                             185 Asylum Street
                             Hartford, CT 06103
                             860-275-6400
                             860-275-6410 (fax)
                             kmackin@brownraysman.com

Gregory B. Reilly            Brown, Raysman, Millstein, Felder &
                             Steiner
                             900 Third Ave.
                             New York, NY 10022
                             212-895-2000
                             212-895-2900 (fax)
                             greilly@brownraysman.com

                                        BY ORDER OF THE COURT
                                        KEVIN F. ROWE, CLERK