UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------------------------------- X
MARVIN KEY,                                             :
                                                        :   CIVIL ACTION NO.:
                        Plaintiff,                      :   3:03CV144(RNC)
                                                        :
            v.                                          :
                                                        :
WAL-MART, INC. AND DR. ANTHONY                          :
GORDON,                                                 :
                                                        :
                        Defendants.                     :   MAY 5, 2004
------------------------------------------------------- X
```

## MOTION FOR EXTENSION OF TIME

Defendants Wal-Mart Stores, Inc. ("Wal-Mart") and Dr. Anthony Gordon, respectfully request an extension of time up to and including two weeks after the Court's resolution of the issues set forth in the Defendants' Motion to Preclude and/or to Strike to file its Reply to the Plaintiff's Motion in Opposition to Defendants' Motion for Summary Judgment and in Reply to Defendants' Opposition to Plaintiff's Motion for Summary Judgment (the "Opposition"). A previous motion for extension of time requesting the same (docketed as Motion No. 73) has been granted. However, the Court's Order of April 2, 2004 (docketed as No. 118) indicated that oral argument in this matter would take place on April 14, 2004, with a reply to be filed on May 7, 2004. The date of the argument, however, was thereafter changed to April 30, 2004. No new date for the reply brief was noted.

1

Here, the May 7, 2004 filing date would be inconsistent with the granting of the Defendant's Motion for Extension of Time granted on April 2, 2004, causing the Defendants to file a reply before receiving the Court's decision on the pending discovery motions. Thus, the Defendants respectfully request that the May 7, 2004 deadline set forth in the April 2, 2004 Order be extended to provide the Defendants two (2) weeks after this Court issues its Order on Defendant's Motion to Preclude and/or to Strike. As set forth more fully in Defendants' Motion to Preclude and/or to Strike, plaintiff's Opposition presents a host of evidentiary and discovery issues that must, in fairness, be resolved before the Defendants can properly craft a reply.

Defendants' counsel was unable to reach Plaintiff's counsel regarding this matter.

DEFENDANTS WAL-MART STORES, INC. and
DR. ANTHONY GORDON

By: _____
Mitchell L. Fishberg (ct19661)
Kristi E. Mackin (ct23394)
Brown Raysman Millstein Felder & Steiner LLP
185 Asylum Street, 10th Floor
Hartford, CT 06103
(860) 275-6400

Joel L. Finger (ct06114)
Brown Raysman Millstein Felder & Steiner LLP
900 3rd Avenue
New York, NY 10022
(212) 895-2000

## CERTIFICATE OF SERVICE

This is to certify that on this 5th day of May 2004, a true copy of the foregoing Motion for Extension of Time was sent via facsimile and first-class mail, postage prepaid, to:

Loraine M. Cortese-Costa, Esq.
Pamela Coyne, Esq.
Durant, Nichols, Houston,
  Hodgson & Cortese-Costa, P.A.
1057 Broad Street
Bridgeport, CT  06804

_____
Kristi E. Mackin