UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------X
MARVIN KEY,                                          :
                                                     :   CIVIL ACTION NO.:
                         Plaintiff,                  :   3:03CV144(RNC)
                                                     :
         v.                                          :
                                                     :
WAL-MART, INC. AND DR. ANTHONY                       :
GORDON,                                              :
                                                     :
                         Defendants.                 :   MARCH 8, 2004
------------------------------------------------------X

### MOTION FOR A PROTECTIVE ORDER
### OF THE PERSONNEL FILE OF DALE CENEVIVA

Pursuant to Fed. R. Civ. P. 45(c) and D. Conn. L. Civ. R. 37(a)(2), the defendant, Wal-Mart Stores, Inc. ("Wal-Mart"), respectfully moves this Court for a protective order to protect the personnel file of Dale Ceneviva, which was subpoenaed by the plaintiff on February 27, 2004.

In support of this Motion, Wal-Mart submits its Memorandum of Law in Support of Wal-Mart Stores, Inc.'s Motion for A Protective Order of the Personnel File of Dale Ceneviva, and attached exhibits.

[Margin annotation: DENIED. The court is persuaded that the information sought by the plaintiff has some relevance to his claims. SO ORDERED. Donna F. Martinez, U.S.M.J. 5/ ]

[Stamp: FILED 2004 MAY 20 P 4:58 U.S. DISTRICT COURT HARTFORD, CT.]

1