UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

----------------------------------------------------------- X
MARVIN KEY,                                                 :
                                                            :    CIVIL ACTION NO.:
                              Plaintiff,                    :    3:03CV144(RNC)
                                                            :
                    v.                                      :
                                                            :
WAL-MART, INC. AND DR. ANTHONY                              :
GORDON,                                                     :
                                                            :
                              Defendants.                   :    MAY 5, 2004
----------------------------------------------------------- X

### MOTION FOR EXTENSION OF TIME

Defendants Wal-Mart Stores, Inc. ("Wal-Mart") and Dr. Anthony Gordon, respectfully request an extension of time up to and including two weeks after the Court's resolution of the issues set forth in the Defendants' Motion to Preclude and/or to Strike to file its Reply to the Plaintiff's Motion in Opposition to Defendants' Motion for Summary Judgment and in Reply to Defendants' Opposition to Plaintiff's Motion for Summary Judgment (the "Opposition"). A previous motion for extension of time requesting the same (docketed as Motion No. 73) has been granted. However, the Court's Order of April 2, 2004 (docketed as No. 118) indicated that oral argument in this matter would take place on April 14, 2004, with a reply to be filed on May 7, 2004. The date of the argument, however, was thereafter changed to April 30, 2004. No new date for the reply brief was noted.

DENIED as moot in view of the court's ruling on doc. #113. SO ORDERED.
Donna F. Martinez, U.S.M.J.
6/2/04

FILED 2004 JUN -7 A 10: [ ] U.S. DISTRICT COURT HARTFORD CT.

1