UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------- X
MARVIN KEY,                                             :
                                                        :   CIVIL ACTION NO.:
                        Plaintiff,                      :   3:03CV144(RNC)
                                                        :
        v.                                              :
                                                        :
WAL-MART, INC. AND DR. ANTHONY                          :
GORDON,                                                 :
                                                        :
                        Defendants.                     :   MARCH 31, 2004
------------------------------------------------------- X

## MOTION FOR EXTENSION OF TIME

Defendants Wal-Mart Stores, Inc. ("Wal-Mart") and Dr. Anthony Gordon, respectfully request an extension of time up to and including two weeks after the Court's resolution of the issues set forth in the Defendants' Motion to Preclude and/or to Strike (filed simultaneously with this Motion) to file its Reply to the Plaintiff's Motion in Opposition to Defendants' Motion for Summary Judgment and in Reply to Defendants' Opposition to Plaintiff's Motion for Summary Judgment (the "Opposition"). The defendants' Reply is currently due on April 5, 2004. As set forth more fully in defendants' Motion to Preclude and/or to Strike, plaintiff's Opposition presents a host of evidentiary and discovery issues that must, in fairness, be resolved before the defendants can properly craft a reply.

Plaintiff's Opposition contains an affidavit from David Fabricant, Esq., a "fact witness" who formerly served as plaintiff's counsel in the underlying administrative charge filed with

GRANTED. The defendants' reply brief shall be filed by June 16, 2004. SO ORDERED.

Donna F. Martinez, U.S.M.J.
6/2/04

1