UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------- X
MARVIN KEY,                                :
                                           :    CIVIL ACTION NO.:
              Plaintiff,   :    3:03CV144(RNC)
                                           :
     v.                              :
                                           :
WAL-MART, INC. AND DR. ANTHONY             :
GORDON,                                    :
                                           :
              Defendants.  :    JUNE 8, 2004
------------------------------------------------------------- X


**MOTION TO EXTEND PAGE LIMIT FOR REPLY BRIEF IN FURTHER SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

      Defendants, Wal-Mart Stores, Inc. ("Wal-Mart") and Dr. Anthony Gordon, respectfully request an extension of the page limit to file a reply from 10 to 15 pages, so that the defendants can craft a proper reply to plaintiff's Opposition to Defendants' Motion for Summary Judgment. The defendants have moved for judgment on all of plaintiff's five claims, and each of these claims must be addressed in the reply. Moreover, the plaintiff's opposition sets forth numerous argument and interpretations of case law that require an extensive breakdown of the claims in order to rebut their legal and factual claims therein, and additional discovery has taken place since the defendants' filing that must be addressed. Defendants will do their best to ensure that the responses to plaintiff's oppositions are kept as brief and concise as possible.

DEFENDANTS WAL-MART STORES INC. and
DR. ANTHONY GORDON

By: _____
Mitchell L. Fishberg (ct19661)
Kristi E. Mackin (ct23394)
Brown Raysman Millstein Felder & Steiner LLP
185 Asylum Street, 10th Floor
Hartford, CT 06103
(860) 275-6400

Joel L. Finger
Brown Raysman Millstein Felder & Steiner LLP
900 3rd Avenue
New York, NY 10022

## CERTIFICATE OF SERVICE

This is to certify that on this 8th day of June 2004, a true copy of the foregoing Motion to Extend Page Limit for Reply Brief in Further Support of Defendants' Motion for Summary Judgment was sent via facsimile and first-class mail, postage prepaid, to:

Loraine M. Cortese-Costa, Esq.
Pamela Coyne, Esq.
Durant, Nichols, Houston,
   Hodgson & Cortese-Costa, P.A.
1057 Broad Street
Bridgeport, CT 06804

_____
Kristi E. Mackin