UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUN -9 A 10: 27
U.S. DISTRICT COURT
HARTFORD, CT.

----------------------------------------------------------X
MARVIN KEY,

                      Plaintiff,

              v.

WAL-MART, INC. AND DR. ANTHONY
GORDON,

                      Defendants.
----------------------------------------------------------X

CIVIL ACTION NO.:
3:03CV144(RNC)

JUNE 8, 2004

## MOTION TO EXTEND PAGE LIMIT FOR REPLY BRIEF IN FURTHER SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants, Wal-Mart Stores, Inc. ("Wal-Mart") and Dr. Anthony Gordon, respectfully request an extension of the page limit to file a reply from 10 to 15 pages, so that the defendants can craft a proper reply to plaintiff's Opposition to Defendants' Motion for Summary Judgment. The defendants have moved for judgment on all of plaintiff's five claims, and each of these claims must be addressed in the reply. Moreover, the plaintiff's opposition sets forth numerous argument and interpretations of case law that require an extensive breakdown of the claims in order to rebut their legal and factual claims therein, and additional discovery has taken place since the defendants' filing that must be addressed. Defendants will do their best to ensure that the responses to plaintiff's oppositions are kept as brief and concise as possible.

FILED
2004 JUN 10 P 3: 02
U.S. DISTRICT COURT
HARTFORD, CT.