# EXHIBIT H

```
00001
 1      UNITED STATES DISTRICT COURT
        DISTRICT OF CONNECTICUT
 2
              Case No: 3:03CV144(RNC)
 3
 4  MARVIN KEY,
 5      Plaintiff
 6  VS.
 7  WAL-MART, INC., and ANTHONY GORDON,
 8      Defendants
 9
10      DEPOSITION OF: MARVIN KEY
        DATE: JUNE 24, 2003
11      HELD AT: BROWN, RAYSMAN, MILLSTEIN, FELDER & STEINER
        CITYPLACE II, 185 ASYLUM ST., HARTFORD, CT
12
13  APPEARANCES:
14  Representing the Plaintiff
15  DURANT, NICHOLS, HOUSTON, HODGSON & CORTESE-COSTA
    1057 Broad Street
16  P.O. Box 351
    Bridgeport, CT  06601
17  BY: Loraine Cortese-Costa, Esq.
18  Representing the Defendants
19  BROWN, RAYSMAN, MILLSTEIN, FELDER & STEINER
    CityPlace II
20  185 Asylum Street
    Hartford, CT  06103
21  BY: Gregory Reilly, Esq.
22  ALSO PRESENT: Anthony Gordon and Jerry Ellis
23      Reporter: JUDITH L. FREER, RPR LSR#403
        BRANDON SMITH REPORTING SERVICE
24          44 Capitol Avenue
        Hartford, Connecticut  06106
25          (860) 549-1850
```

00179
1    A    As a matter of fact, I think they had me
2    fired before I even came back.
3    Q    What do you mean before you came back?
4    A    I guess. I'm trying to remember. I think
5    Jerry led me back there. I think the decision was
6    made to terminate me, so I was terminated and this
7    here is an exit interview. This is nothing to get
8    my side of the story, or anything, before they
9    decide.
10   Q    So after you were advised -- is it correct
11   to say that you only raised the issue of Doctor
12   Gordon after you were advised of your termination?
13   A    Well, of the followup of my previous -- as
14   we said, previous abusive statements, you know, that
15   he had made.
16   Q    Okay. Let's talk about those abusive
17   statements, alleged abusive statements. When did
18   they occur?
19   A    A couple days before I was terminated.
20   Q    Okay. What did Doctor Gordon say that you
21   claim are abusive statements?
22   A    Well, first of all, he was yelling and he
23   accused me of something about the stapled documents
24   in one of his optometric patient files. And also,
25   not writing -- I think he said, he claimed or

```
00180
 1  something, like writing the name or something, which
 2  I deny.
 3     Q   Was it writing sloppily, is that what he
 4  was allegedly talking about?
 5     A   I think he accused of me illegible, or not
 6  writing it down; illegibility.
 7     Q   Okay.
 8     A   And he -- this came out of nowhere.  I
 9  wasn't expecting this at all.  Just like I noticed
10  that type of behavior from other -- you know, I have
11  seen it happen, other people, they just start
12  yelling.  But he yelled at me about just, you know,
13  words to the affect that he's tired of black people
14  messing up.
15     Q   What did he say about black people,
16  according to you?
17     A   You know, we don't do things right and
18  he's sick of black people messing up; words like
19  that.
20     Q   Okay.
21     A   Or tired, sick and tired.
22     Q   So, according to what you're saying, and
23  correct me if I'm wrong, Doctor Gordon allegedly
24  said words to the affect that he is sick and tired
25  of black people messing up?
```

00181
1    A    Yeah. Before that, he accused me of
2  messing up his files.
3    Q    Okay. Is this what you're claiming is the
4  abusive statements by Doctor Gordon?
5    A    Well, I was fired shortly thereafter.
6    Q    That's not what I asked. I asked is
7  Doctor Gordon's alleged statement that he is sick
8  and tired of black people messing up, is that what
9  you are calling the alleged abusive statement?
10    A    He directed it at me because he was
11  yelling at me and talking to me. He accused me of
12  messing up his files, so --
13         MS. CORTESE-COSTA: Yes or no.
14    A    Yeah.
15    Q    Is there anything else that Doctor Gordon
16  said to you on that day that you consider to be an
17  alleged abusive statement?
18    A    That day?
19    Q    Yes.
20    A    It came out of the blue.
21    Q    Is there anything else he said that you
22  viewed as an abusive statement that day?
23    A    Other than that incident, I can't recall.
24    Q    Is there any document or other material
25  that would assist you in recalling?