# EXHIBIT I

11-02-01

To Whom it May Concern:

Jeffery Kroll herasses not only me but everyone els in the vision center. I'm really tired of the way he talks to me. For example Friday October 26, 2001, I was put in an appointment in the computer when he started yelling about me going over time. Earlier that day he had asked Manager Pam to look up my hours. She looked up the wrong person, that person had 29 hours. That morning I was told to take some hours off. I was at 33½ hours. The woman that I was helping had asked me if he was the doctor, I said no, she said, "Thank God, I was about to walk out!!" She was not very pleased to here all this stuff. After that I had to pre-test someone, that person asked me why does he treat you like that! She was also disturbed. I also hate the fact when he takes 50 million break through the day, when I need a measurement he's not there and the customers get mad

D001833

because they have to wait. Customers are always waiting because of him. He thinks he's my manager. He told me one day that I had to stay, I said I can't I'm going over time. He said, I said so because if there's no management I'm the manager. He is not my manager. I love what I do but the envirnment stinks! Jeff needs to STOP."

Sincerely,
Melissa Mercado
Melissa Mercado

D001834

① 

11/07/01

As I write this statement my mind keeps focusing on how uncomfortable I feel working in the Vision Center. The shop permit is under my name. I have apprentices under my license. The shop permit makes <u>ME</u> totally responsible for <u>all</u> employees, including my co-worker and fellow license optician, Jeffery Kroll.

It has been my experience that he creates hostile environment for many individuals. Many times the apprentices have come to me in tears by what Jeff had said or mistreated them. Remarks by Jeff on the same subject I heard from these apprentices confirm that there is truth in what I was told.

I have had numerous customers tell me they do not like the manner in which they were treated by him, and they refuse to stop in if he is there.

I have witnessed him, rather than use his optical skill, tell the customer to call this phone number (sometimes the district manager's numbers, sometimes the phone was

D001835

number of individuals to contact, to file a complaint.) It is HIS position as L.O. is to use his training and fix the error or comfort the customer, not encourage to file complaint.

He does not follow state law, by not signing and dating the files upon dispense. He also has on numerous occassion mis-informed associates and tried to convince me of laws I KNOW to be untrue.

He personally made lude remarks about my body to my face. Such remarks were uninvited and make me feel uncomfortable. I reported them to my acting manager at those times, Jerry Ellis.

I feel very uncomfortable working with him and fear he will try to retaliate by attacking the "good Standing" I have always tried to maintain pertaining to my license.

I so fear his unethical, unprofessional, rude, and sometimes cruel ways will fall back on me.

He certainly has created a very hostile enviroment for all those who have contact with him.

Phyllis [signature] L.O.

D001836

November 7, 2001

I arrived at the Vision Center at 11:00AM. A man came in from his eye doctors with his eyes dialated, with his Rx and wanted to pick out and order glasses. I helped him pick out some frames and we sat down to make his order. His Rx was for a Progressive with AR Coating. Since I cannot take a Seg height (which I needed for the Progressive lenses) I asked Jeff if he could, he gave me a look like I was bothering him, (and sighed like I was dumb and didn't know what I was doing.) he came out and decided to teach me right then how to take my own Seg heights (which I cannot because I'm not a Licenced Optician) I informed him that the man was in a hurry and another time would be better, he got upset because I just needed him to take the measurement and that was it, he gave me many scowles and sighed because I had to hurry him. He took the measurement, put the glasses down and went back into the lab gripeing and groaning under his breath. The customer asked me with concern "if he had gotten me in trouble?" I told him "no" and started to write out his order. Since he wasen't going to pay or leave a down payment, I was writing down what he had decided on and I was going to hold it for his wife to come in later that night. Jeff had made me feel like I was stupid and like it was a bother for him to help me and <u>do his job</u> that my eyes were tearing up. The customer looked up at me and grabbed his Rx and told me "I'm sorry, but I am

D001837

②

going to go somewhere else. I'm Sorry!" he smiled and walked out. Jeff saw the man leave, came out of the lab gave me a dirty look and went after the customer. (I'm Sorry. I'm not made of stone and I was tearing, he made me feel 2 inches big in front of a customer.)

* A few days before the incident listed above Jeff had brought a tray to Gerry's attention that had Seg Heights that he didn't take and he told Gerry that I had taken them ~~today~~ myself. I did not take the Seg Heights on the patients glasses. I told Gerry infront of Jeff, "No, I did not take the Seg Heights because I'm not supposto!" Gerry thanked me and I went back on the floor w/ the customers.

* 11-7-01
   I was at the register taking a payment and dispensing a patients contact lenses, a lady went over to the lab ~~an~~ (She was Hispanic and had a Little Accent) She said exactly to Jeff

"My Name is Marta Bonilla, are my glasses ready?"
I was across the store and heard her clearly and understood her.
Jeff very snotty and rudely said, "You have to speak slowly - What? I can't understand you. →



③

give me your first name or your last name and you'll have to wait."

The lady that I was helping opened her eyes really wide and looked over at Jeff and then back at me and said"
 "My GOD, How rude, He is like that to the customers?"
and she was very disgusted. I told her I was sorry and she smiled at me said thank you and left.
— That looks really Professional and nice for a customer.

* On many occasions I have been helping a customer and had to ask Jeff for assistance, when he comes over to help me, he coughs on me or my customers and they get <u>very</u> mad and disgusted. I personally don't appreciate being coughed all over and I know that it is not very sanitary or Professional for a "Optician" to be coughing all over the customers.

* Many customers come in and ask that Jeff <u>not</u> cut their glasses because he is rude to them or that he is always

D001839

④

dosing off, (not dosing off from being tired), dosing off from being all <u>Druged</u> up. I don't appreciate going to the Vision Center and see him sitting at a desk, in the middle of the Vision Center and being "High" and dosing off, nodding his head with his tongue half out of his mouth. many customers asks me if he is alright, and why he is like that. I don't know what to tell them!!

* There have been many instances where he has insulted our staff or embarrased our staff, not all I can exactly recall, but I've seen alot of tears and alot of frustration.

<u>*FACT*</u>
The Vision Center Staff gets along very well and works very well together when Jeff is off. We have a good system going and I have alot of faith and respect for all of the girls that I work with. We all have alot of Respect for each other which we see absolutely none from either side of Jeff.

⑤

* There have been many times when I will have to ask Jeff a question (because I am in Training) and he will refuse to either answer my question or help me. There I am, stuck with no answers and a customers who wants their answers and me the one who has to tell them.

* I don't know who is right or wrong on this matter but when a customer is in the Vision Center and needs something done that is out of my league, (meaning I cannot do it) and Jeff refuses, what am I supposto do? Or what am I supposto tell them. How can he be so busy in the lab all day when I hear the Lens cutter run only 5 or 6 times and he's been in the lab for 6 or 7 hours and had 10 30 minute breaks, then when I ask him to help me he says "Oh I'll be back in a minute, I'm taking a break." That's if I'm even lucky to be told he's leaving, half of the time he just leaves and doesn't tell anyone.
  I'm not trying to talk bad about this associate, I am just telling the truth about what is, and has been going on since I've been working here and who knows how much longer, I just want everyone who

D001841

6

should know or needs to know all of these things knows about what is going on in the Vision Center. I am really sorry that I can't write down all that I wish to say, because this was on the spot, there is lots more but this is all for right now.

* I love my job and I am very set to persue the Optical field, I like my co-workers (minus Jeff) and I love my customers. I have a great feeling when I can learn something that will help my customers, I only regret all of the customers who have to undergo the help of Jeff Krol. It gives our Vision Center a bad face and I see many customers leave when they see him there. I only hope that I will get to learn all I need to know in a <u>Healthy</u> working environment.

thank you –
Holly Simpson

D001842

7-21-2001

# EXIT INTERVIEW

WMP-20 REVISED 04/01

An Exit Interview is to be conducted for all Associates leaving the employment of Wal★Mart Stores, Inc. DATE OF TERMINATION MUST BE THE LAST DAY WORKED, EXCEPT IN CASES OF A LEAVE OF ABSENCE, OR 3 DAYS UNREPORTED ABSENCE.

Associate Name: **Jeffrey Krol**
Social Security No.: ___
Associate ID No.: **2114**
Facility/Dept./Store #: **2077**
[X] Hourly   [ ] Management
Actual Last Day Worked: **11-7-01**
Vacation Avail (Mgmt. Only): **N/A**

Updated Address and Phone Number: ___

Detailed Statement of Termination. This Section Needs To Be Completed By The Associate for Voluntary Termination or By The Manager/Supervisor for Involuntary Termination. (Please be specific.)

*Jeffrey has created a very hostile and uncomfortable atmosphere for the employees in the vision center. Wal-mart strives itself in maintaining a comfortable work atmosphere*

### VOLUNTARY TERMINATION (Eligible to re-apply)

- 03 ___ Not Available For Work (NVL)
- 04 ___ Failure to Return From L.O.A. (NRL)
- 05 ___ Refused Offer of Work (ROW)
- 06 ___ Job Abandonment/Three Days Unreported Absence (DUA)
- 10 ___ To Leave the Area (LTA)
- 16 ___ Child Care/Dependent Care Issues (CHI)
- 17 ___ Due to Health (DTH)
- 20 ___ Work Hours (HRS)
- 21 ___ Salary (PAY)
- 22 ___ Working Conditions (WOR)
- 24 ___ Benefits (BEN)
- 25 ___ Career Opportunities (PRM)
- 28 ___ Supervisor (SUP)
- 29 ___ Walked Off Job (WOJ)
- 30 ___ Stay at Home (SAH)
- 31 ___ Attend School (EDU)
- 85 ___ Retirement (RTD)
- 106 ___ Failure to Produce Employment Documents in a Timely Manner (FTP)

### INVOLUNTARY TERMINATION (Eligible to re-apply)

- 37 ___ Misconduct w/Coachings (CON)
- 47 ___ Excessive Absences and/or Tardies (EAT)
- 53 ___ Insubordination (INS)
- 55 ___ Inability to Perform Job (IPJ)
- 66 ___ 1st Violation of Fraternization Policy (FVP)
- 75 ___ Deceased (Call Profit Sharing & Life Ins.) (DEA)
- 92 ___ Lack of Work (Job Eliminated, Location Closed, Reduction of Force) (LOW)
- 97 ___ End of Temporary Assignment (ASC)

### INVOLUNTARY TERMINATION (Mandatory No Rehire)

- 78 ___ Gross Misconduct - Integrity Issue (Theft, Violent Act, Dishonesty, Misappropriation of Company Assets) (GMI)
- 79 **X** Gross Misconduct - Other (GMO)
- 99 ___ 2nd Violation of Fraternization Policy (FRA)
- 107 ___ Falsification of Employment Documents (FED)

Re-Hire Recommended  [ ] Yes  [X] No  (Explain-General Comments) **Gross Misconduct**

The following Wal★Mart property must be collected at the time of Exit interview: (Please check all that apply)
( ) Badge        ( ) Discount Card (s)                      ( ) Weight Belt   ( ) Other ___
( ) Smock        ( ) Company Credit Cards/Phone card        ( ) Box Cutter

NOTE: To be considered for re-employment, you must re-apply. Your previous work record with Wal★Mart will be reviewed. The Company assumes no obligation to contact you for possible re-employment.

ASSOCIATE: *Pamela Orsoy*  DATE: **11-7-01**
HOURLY SUPERVISOR / Salaried member of Management  DATE

SALARIED MEMBER OF MANAGEMENT: *Tatiana Tumalan*  DATE: **11/7/01**
FACILITY MANAGER: *Edgar Morales*  DATE: **11-7-01**

D001845