# EXHIBIT J

  

# WAL*MART
## *Vision Centers Personnel*

*Teri Johannesen RPM Div A*
702 SW 8th Street
Bentonville, AR  72716
*(479) 273-6255 PH*
*(479) 277-0918 FX*
E-Mail: *tmjohan@walmart.com*

To: Whom It May Concern:

Subject:  Reinstatement of Dale Ceneviva

I have recently reviewed a termination, which resulted in an open door opportunity. After investigating the issues, I have overturned the termination and would like to request this associate's reinstatement. We would like to have her start on March 06, 2004.

The associate is Dale Ceneviva from store 2897 on 2/6/04 she was terminated for walking off the job.  She had no previous coaching on file.  Upon detailed investigation, the decision has been made by the Regional Manager, Tina Frank and Divisional Manager, Matt Herlevic, to turn over her termination. Therefore, we should reinstate her with her original benefits, vacation and tenure, and pay her back pay from 2/6/04 to present.  She will be placed in store 2896  Derby Ct.

Thank you for your immediate attention in this matter.

*Teri Johannesen*
Teri Johannesen

D001923

# EXIT INTERVIEW

WMP-28 Revised 04/01)
An Exit Interview is to be conducted for all Associates leaving the employment of Wal★Mart Stores, Inc. **DATE OF TERMINATION MUST BE THE LAST DAY WORKED, EXCEPT IN CASES OF A LEAVE OF ABSENCE, SUSPENSION, OR 3 DAYS UNREPORTED ABSENCE.**

Associate Name: _Dale Consolie_     Social Security No. _____

Associate ID No. _902_     Facility/Dept./Store # _2897_   ☑ Hourly   ☐ Management

Actual Last Day Worked _2/6/04_     Vacation Avail (Mgmt. Only _80 Hrs B. d Aci_

Updated Address and Phone Number: _____

Detailed Statement of Termination. This Section Needs To Be Completed By The Associate for Voluntary Termination or By The Manager/Supervisor for Involuntary Termination. (Please be specific.)

_Dale sched from 12-8 pm She walked out of the Dept. at 11:41 pm_

| VOLUNTARY TERMINATION (Eligible to re-apply) | | | INVOLUNTARY TERMINATION (Eligible to re-apply) | |
|---|---|---|---|---|
| 03 | Not Available For Work (NVL) | 37 | Misconduct w/Coachings (CON) | |
| 04 | Failure to Return From L.O.A. (NRL) | 47 | Excessive Absences and/or Tardies (EAT) | |
| 05 | Refused Offer of Work (ROW) | 53 | Insubordination (INS) | |
| 06 | Job Abandonment/Three Days Unreported Absence (DUA) | 55 | Inability to Perform Job (IPJ) | |
| | | 66 | 1st Violation of Fraternization Policy (FVP) | |
| 10 | To Leave the Area (LTA) | 72 | Unintentional Violation of Corporate HIPAA* Privacy Policy (UVH) *Health Insurance Portability and Accountability Act | |
| 16 | Child Care/Dependent Care Issues (CHI) | | | |
| 17 | Due to Health (DTH) | 75 | Deceased (Call Profit Sharing & Life Ins.) (DEA) | |
| 20 | Work Hours (HRS) | 92 | Lack of Work (Job Eliminated, Location Closed, Reduction in Force) (LOW) | |
| 21 | Salary (PAY) | | | |
| 22 | Working Conditions (WOR) | 97 | End of Temporary Assignment (ASC) | |
| 24 | Benefits (BEN) | | | |
| 25 | Career Opportunities (PRM) | | | |

| INVOLUNTARY TERMINATION (Mandatory No Rehire) | |
|---|---|
| 77 | Intentional Violation of Corporate HIPAA* Privacy Policy (IVH) *Health Insurance Portability and Accountability Act |
| 78 | Gross Misconduct – Integrity Issue (Theft, Violent Act, Dishonesty, Misappropriation of Company Assets) (GMI) |
| 79 | Gross Misconduct – Other (GMO) |
| 99 | 2nd Violation of Fraternization Policy (FRA) |
| 107 | Falsification of Employment Documents (FED) |

(continued voluntary list):
28 — Supervisor (SUP)
29 — X — Walked Off Job (WOJ)
30 — Stay at Home (SAH)
31 — Attend School (EDU)
85 — Retirement (RTD)
106 — Failure to Produce Employment Documents in a Timely Manner (FTP)

Re-Hire Recommended ☐ Yes ☑ No (Explain-General Comments) _____

The following Wal★Mart property must be collected at the time of Exit Interview: (Please check all that apply)
(✓) Badge   ( ) Discount Card (s)   ( ) Weight Belt   ( ) Other _____
(✓) Smock   ( ) Company Credit Cards/Phone card   ( ) Box Cutter

**NOTE:** To be considered for re-employment, you must re-apply. Your previous work record with Wal★Mart will be reviewed. The Company assumes no obligation to contact you for possible re-employment. Where state law allows, a Neutral Reference will be provided to external employers seeking information regarding your employment with Wal-Mart Stores, Inc. Dates of employment and last position held is the only information that will be released.

_Refused to sign_     _____     _Linda K. Miller_   _2/5/04_
ASSOCIATE          DATE         SALARIED HOURLY MANAGEMENT       DATE

_____ _2/6/04_         _____     _____
HOURLY SUPERVISOR    DATE         FACILITY MANAGER       DATE

D001925

WAL-MART
235 QUEEN ST.
SOUTHINGTON,CONNECTICUT

2-5-04

YESTERDAY AFTERNOON ABOUT 2:40 MY STAFF AND I DECIDE TO TAKE
A LUNCH BEFORE OUR NEXT EXAM. EVERYBODY ELSE CAME BACK ON
TIME EXCEPT DALE SHE DECIDE TO TAKE A LONGER LUNCH. SHE WAS
VERY UPSET THAT I HAD OPEN THE SHOP WITHOUT OUT HER BEING
THERE. I TOLD HER IF SHE WANTED TO TAKE A LONGER LUNCH, SHE
SHOULD HAD TOLD ME SOONER.

PERSONNEL MGR. BETH HAD CALL ME TO LET ME KNOW THAT THE CASH
OFFICE ASSO. HAD COMPLAINED ABOUT DALE. DALE HAD TOLD HER THAT
SHE COULDNT USE THE FAX MACHINE BECAUSE SHE WASNT A MEMBER
OF THE MNG TEAM. BECAUSE OF THE HIPPA POLICY. SANDY THE ASSO.
SAID DALE WAS VERY RUDE TO HER. AFTER I HAD FOUND THAT OUT I
TOOK DALE INTO THE LAB AND HAD A TALKED WITH HER., I ASKED HER
WHAT HER PROBLEM WAS, WHY SHE WAS LOOKING FOR TROUBLE WITH
THE OFFICE ASSO, SHE SAID THAT KNOW ONE CARES. DALE WHAT CAN I
DO FOR YOU , WHAT DO YOU WANT ME TO DO. I ASK HER IF SHE WANT ME
TO CALL THE DM OR TINA FRANKS SHE NO BECAUSE SHE ALREADY LEFT
A MESSAGE AND KNOW ONE CALLED HER BACK. DALE WAS VERY UPSET
AND STARTED TO CRY. I LEFT THE ROOM AND SHE WENT TO THE BACK
OFFICE WERE SHE REALLY STARTED TO CRY. SHE LEFT THE DEPT. AND
WENT TO THE LADIES ROOM , WHEN SHE CAME BACK TO USED THE
PHONE AND CALLED HER BOYFREIND. SHE CAME OUT AND TOLD ME THAT
SHE WAS LEAVING AND SHE CALL FOR HER RIDE. SHE HAD HER COAT
AND HER PURSE AND WHILE SHE WAS LEAVING SHE SAID THAT SHE
DIDNT CARE IF WE STOOD OPEN WITHOUT A LIC. HERE. THE DR ALSO ME
THAT SHE TOLD HIM THAT SHE WAS LEAVING. SHE LEFT THE DEPT ABOUT
445 WHEN SHE LEFT I CALLED THE STORE MNG AND MY DM . THE SAID
LET HER GO. SHE WALKED OFF THE JOB.

THE NEXT DAY WE TERMINATED DALE, WHILE I WAS WALKING OUT OF
THE DEPT SHE HANDLE ME A DR, NOTE AND SAID THAT SHE TALKED TO
ASST MNG STEVE.

DALE HAS NOT BEEN HAPPY SINCE SHE TO OUR STORE IN OCT. SHE
ALWAYS SAYING THAT SHE LOOKING FOR ANOTHER JOB THAT WALMART
DOES CARE.

                    VISION CENTER MNG.
                    LINDA L WILLIS 2897

                    *Linda L Willis*

D001927

Untitled

FEB, 6, 2004

I OBSERVED DALE SITTING AT A TABLE AT THE SNACK BAR YESTERDAY, AROUND 4PM, SHE HAD HER COAT ON
AND SHE WAS CRYING. I ASKED HER WHAT SHE WAS DOING AND SHE TOLD ME SHE WAS UPSET. SHE DID NOT GO
INTO DETAIL ABOUT WHY SHE WAS CRYING. I ASKED HER IF SHE WAS GOING BACK TO WORK AND SHE SAID NO.
 SHE SAID SHE COULDN'T DEAL WITH IT TODAY. SHE DID NOT SAY ANYTHING ABOUT GOING TO THE DOCTOR
DURING THE CONVERSATION. BUT SHE WAS CLEARLY VERY UPSET. SHORTLY AFTERWORDS,
LINDA CALLED STORE MANAGER OMAR TO LET HIM KNOW WHAT WAS GOING ON.


I SAW HER AGAIN TODAY AROUND 11AM. SHE SAID SHE WAS SUSPENDED AND SHE WAS COMING
BACK AT 1PM TO SPEAK WITH LANCE. SHE MENTIONED THAT SHE SAID SHE TOLD LINDA YESTERDAY THAT
SHE DIDN'T FEEL WELL AND THAT SHE WAS GOING HOME SICK.


STEVE KRAMER
ASST. MGR. 2877
SOUTHINGTON, CONN.

Page 1

D001928

WAL-MART
235 QUEEN ST.
SOUTHINGTON, CONNECTICUT

2-5-04
WHEN I WENT TO DO A FAX AT THE VISION CENTER , AFTER I HAD TALKED
TO THEM ABOUT WHAT DAN CYR WANTED ME TO TELL THEM. DALE TOLD
ME THAT I WAS VIOLATING THE HIPPA POLICY BECAUSE I WASNT A
SALARIED MEMBER OF MGN. SHE SAID IT WITH A ATTITUDE AND WAS
VERY RUDE.
SHE SAID IT A SECOND TIME WHEN I HAD TO GO BACK. SO I WENT TO
BETH THE PERSONNEL MGN AND TOLD HER AND SAID THAT SHE WILL
TELL LINDA. I ALSO TOLD STEVE AND BOB.
DALE SAID THAT ONLY SALARIED MEMBERS OF MNG. WERE ALLOWED IN
THE FAX ROOM.

SANDY  CASH OFFICE

D001929