# EXHIBIT K



**Name** _____

**Hire Date** _____

CONFIDENTIAL

D 000493        8824857

# WAL★MART Academy of Vision
**Level 3**

## Vision Screenings



This is one instrument iused to perform Vision Screenings. Vision screenings are an important service that we offer for our WAL★MART Customers. This instrument is designed to give an objective reading of your Customer's prescription. A Vision Screening may also be performed with a Snellen Chart. (Discussed later in this section) or an Optec or Titmus screener.

**CONFIDENTIAL**

D 000653

*Raising the Bar of Excellence*     159

# WAL★MART Academy of Vision
**Level 3**

## Vision Screening

Vision Screenings are a service that we provide for our WAL★MART Customers. There are several important reasons that we require all Vision Centers to perform Vision Screenings.
- To educate the Customer about their eye health
- To provide a convenient, simple test to help determine the need for an eye exam
- To inform our Customer about the valuable services that our Dr. Partners offer to their patients

A Vision Screening is a screening test and is not meant to be a replacement for a thorough eye exam. As you move forward in this level, you will see that the process of an eye exam involves much more than just determining if a Customer needs corrective lenses. Your Dr. will spend a great deal of their chair time looking at the overall health of the patient's eyes.

Your mentor will walk you through the procedure for vision screenings. It is important that you take this opportunity to learn how to educate your Customer about the importance of a yearly eye exam. Some sample scripts for vision screenings might sound like this.

"Mrs. Jones, this test will give us a good indication whether you have had a change in your prescription. This test is not meant to replace your regular eye exam with your Eye Doctor. The National Society for the Prevention of Blindness tells us that 80% of all blindness can be prevented with a yearly eye exam. Since eye diseases rarely have any symptoms until damage to the eye has been done, you'll want to make sure that you follow up with an appointment with your Eye care Specialist. And Mrs. Jones, there is an independent Dr. of Optometry located nearby that would be glad to check your vision and your eye health."

"Mrs. Jones, Timmy's vision screening looks great. But this is just a screening and since you've not had Timmy's eyes checked before, you will want to have a complete eye exam with an Eye care Specialist. There is an independent Dr. of Optometry located nearby. Dr. Smith's eye exam would include not only a check on Timmy's vision but he will also look at the health of Timmy's eyes."

These are just examples of what might be said during a vision screening. Check with your Manager and Mentor to determine exactly how they wish for your vision screenings to be handled.

**CONFIDENTIAL**

# WAL★MART Academy of Vision

**Level 3**

## Preliminary exams and pre-testing

When performing a preliminary examination for your doctor, you will be gathering important information that will assist the doctor. Many times you will be the first impression of your doctor's practice. As always, you should conduct the pre-test procedure in a professional manner.

**It is very important that during the preliminary examination that you not make comments regarding the Customer's eye health or vision.** Innocent remarks such as, "You really can't see." or "The pressure in your eye is really high." have been the cause of law suits that have been won in the past. Your job is to gather the information and pass it along to the doctor. The doctor will then evaluate your findings and make a case presentation to the Customer. The Customer may very well ask you for the results of the pre-tests. You should always tell them, "Mrs. Jones, Dr. Smith will discuss the results of these tests during your examination." **It cannot be stressed enough that we do not relay the actual test results to the Customer.**

**Case History**

The first step in the preliminary examination is to take a case history. There are two portions of this:
- Medical history
- Patient history

It is important to take a medical history for the following reasons:

- To improve the flow in your office and increase the number of exams per day. It is important to give the doctor as much information as possible. The doctor should be able to pre-diagnosis 90% of the patients based on history alone.
- When filing third party claims, proper documentation is mandatory. Insurance companies have the right to audit medical files at any time. Discrepancies in filing the claim versus improper chart documentation could lead to legal action.
- A chart should be able to standalone in court. Never use white out or erase information on a chart. If you make an error, draw one line through it and initial and date the error. Always use a pen when writing on a patient's chart.



D 000655

*Raising the Bar of Excellence*     161

# WAL★MART Academy of Vision
## Level 3

The second part of taking a case history is the patient history. There are five basic steps in taking a proper patient history:

1. **CC or chief complaint:** What brought this patient in for an eye examination today? The doctor will know immediately what the patient's chief concern is and why they felt it necessary to come for an exam.
2. **Other visual complaints or comments:** While secondary complaints may seem insignificant, they may be important to the overall picture.
3. **Medical history including family history:** This will include any medications, allergies or family medical history. Include all of the information even if you don't think it's important.
4. **Pre-Selling:** You will be the first person to hear the patient's concerns. This is the perfect opportunity to discuss lens options and enhancements. For example, if a patient complains of having trouble seeing at night, you would mention No Glare coatings. If a patient mentions they are having problems with their bifocals, you may want to discuss a No Line progressive lens.
5. **Initials:** It is very important that you finish each history with your initials. This will give the doctor a reference in case of a question and will also provide legal documentation in a legal situation.

It is important that the history be as brief as possible to allow for the maximum amount of information to be relayed in the shortest form. Be concise and to the point.

The following is an example of a proper history:

HX: Patient is here today because she is having problems reading her newspaper. She has also experienced floaters in her left eye. Patient is diabetic and takes insulin daily. Her mother and aunt have glaucoma. Patient is interested in new eyewear today, and we have discussed high index lenses to offset current weight of glasses.   JLD

There are numerous medical abbreviations that can save you time when taking a patient history. Ask your doctor to supply you with a list of abbreviations and their meanings.

Every doctor may have a different format or preference for taking a case history and the preliminary exam process. You should discuss the doctor's preferences prior to beginning to the pre-testing process.

**The future belongs to those who believe in the beauty of their dreams.**
-Eleanor Roosevelt

CONFIDENTIAL

162     *Raising the Bar of Excellence*      D 000656