# EXHIBIT M

Page 1

```
 1    IN THE UNITED STATES DISTRICT COURT
 2    FOR THE DISTRICT OF CONNECTICUT
 3
 4    ------------------------------x
 5    MARVIN KEY,                   :
 6         Plaintiff,               : Civil Action No.
 7            -v-                   : 3:03 CV 144 (RNC)
 8    WAL-MART, INC., AND,          :
 9    DR. ANTHONY GORDON,           :
10    Defendants.                   :
11    ------------------------------x
12
13
14         .Deposition of ROGER NOLL, taken
15    pursuant to the Federal Rules of Civil Procedure,
16    at the law offices of Durant, Nichols, Houston,
17    Hodgson & Cortese-Costa, 1057 Broad Street,
18    Bridgeport, Connecticut, before James A. Martone,
19    LSR and Notary Public, in and for the State of
20    Connecticut, on October 14, 2003 at 4:38 p.m.
21
22
23
24
25
```

```
 1   related testing being performed within the North
 2   Windham store?
 3        A.    Yes.
 4        Q.    Are you aware of customers receiving free
 5   screenings for vision?
 6        A.    Yes.
 7        Q.    And where have those been conducted?
 8        A.    I assume in the Vision Center.
 9        Q.    Was there ever a time at the North
10   Windham store, when they were being conducted at
11   the entrance to the store?
12        A.    I don't know.
13        Q.    And were you involved in any way with the
14   termination of Marvin Key's employment from the
15   North Windham store?
16        A.    Yes, I was.
17        Q.    And what was your involvement with that?
18        A.    I made the final decision.
19        Q.    How was it brought to your attention that
20   there was an issue involving Mr. Key that required
21   you to make a decision as to his termination?
22        A.    Edgar Morales came to me with the
23   complaint.
24        Q.    And what kind of complaint was that?
25        A.    That a customer was upset in the Vision
```

1   Center, in the way they were treated.
2      Q.   And what did Mr. Morales say to you when
3   he came to you with that complaint?
4      A.   He was upset that Marvin had not given
5   good customer service, and wanted to terminate him.
6      Q.   I'm sorry?
7      A.   And wanted to terminate him.
8      Q.   Did he say anything else?
9      A.   I don't remember.  Exact details.
10     Q.   Did you say anything in response?
11     A.   I don't recall exactly what I said.
12     Q.   Is there anything that would help you to
13  recall that?
14     A.   I --
15     Q.   Did you take any notes of anything
16  involving Mr. Key?
17     A.   No.
18     Q.   Is there anything else that might help
19  you recall that?
20     A.   Possibly.
21     Q.   And what might that be?
22     A.   I don't know.
23     Q.   So after Mr. Morales brought you the
24  complaint, did you take any action?
25     A.   We discussed his termination.

```
 1      Q.   And what did Mr. Morales say in that
 2  discussion?
 3      A.   He wanted to terminate him.
 4      Q.   Anything else?
 5      A.   No.
 6      Q.   And what did you say?
 7      A.   I agreed.
 8      Q.   Anything else?
 9      A.   Not that I recall.
10      Q.   Did you do anything else?
11      A.   I don't remember exactly.
12      Q.   Did you read the customer complaint?
13      A.   Yes.
14      Q.   Did you talk to anyone other than
15  Mr. Morales prior to making your decision to
16  terminate Mr. Key's employment?
17      A.   No, I did not.
18      Q.   And after you and Mr. Morales discussed
19  the termination as you have testified, were you
20  involved at all in the termination of Mr. Key?
21      A.   Yes.
22      Q.   What was that involvement?
23      A.   Me and Edgar, and I believe John Irons
24  sat down with him, and filled out the exit
25  interview for the termination.
```