UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARVIN KEY, : | |
| : | CIVIL ACTION NO. |
| Plaintiff, : | 3:03CV144 (RNC) |
| : | |
| v. : | |
| : | |
| WAL-MART AND DR. GORDON, : | |
| : | |
| Defendants. : | JUNE 18, 2004 |

REQUEST FOR LEAVE TO FILE
SUPPLEMENT TO PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND
IN REPLY TO DEFENDANT'S OPPOSITION TO
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, Marvin Key, by and through his undersigned counsel, hereby requests leave of this Court to supplement his Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment and in Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment. The reasons for Plaintiff's request are as follows:

1)    Plaintiff filed his Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment and in Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment on March 15, 2004.

2)    Plaintiff had previously requested a copy of Dale Ceneviva's personnel file from Wal-Mart. (*See* Plaintiff's Third Set of Interrogatories and Third Request for Production of Documents Directed to Wal-Mart Stores, Inc., dated December 17, 2003, a copy of which is

attached to Plaintiff's Supplement to Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment and in Reply to Defendants' Opposition to Plaintiff's Motion for Summary Judgment filed herewith.)

3) In response to Plaintiff's request for Ms. Ceneviva's personnel file, Wal-Mart filed a Motion for a Protective Order, which was denied by this Court on May 20, 2004. (*See* Order of United States Magistrate Judge Donna F. Martinez dated May 20, 2004.)

4) Wal-Mart produced a portion of Ms. Ceneviva's personnel file on June 4, 2004.

5) On March 15, 2004, Plaintiff did not have Ms. Ceneviva's personnel file, and therefore, relied on an affidavit by his attorney, Pamela J. Coyne, which was based on a telephone conversation between Attorney Coyne and Ms. Ceneviva, to establish that Ms. Ceneviva had been terminated from employment with Wal-Mart on February 6, 2004, and reinstated with full back pay on March 6, 2004. (*See* Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment and in Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment,[1] p. 10.)

6) Defendants moved to strike and/or preclude Attorney Coyne's affidavit, which was granted in part and denied in part by this Court on June 1, 2004. This Court granted Defendants' motion with respect to the paragraphs regarding Ms. Ceneviva's termination from employment and subsequent reinstatement. (*See* Ruling on Defendants' Motion to Preclude and/or Strike by United States Magistrate Judge Donna F. Martinez dated June 1, 2004.)

---

[1] hereinafter," Pl. Mem., p. ___."

7)    The portion of Ms. Ceneviva's personnel file produced by Wal-Mart contains documents verifying Ms. Ceneviva's termination from employment on February 6, 2004 and reinstatement on March 6, 2004. (*See* copy of Memorandum re: "Reinstatement of Dale Ceneviva" attached as Exhibit 2 to Plaintiff's Supplement to Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment and in Reply to Defendants' Opposition to Plaintiff's Motion for Summary Judgment filed herewith).

8)    Had Plaintiff received Ms. Ceneviva's in a timely manner, he would have submitted the relevant documents in support of his opposition and reply instead of relying on Attorney Coyne's affidavit.

Therefore, Plaintiff requests leave of the Court to supplement his Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment and in Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment in order to offer evidence of Ms. Ceneviva's termination from employment and reinstatement, which clearly support his argument regarding Wal-Mart's actions with respect to opticians providing optometric services and is evidence of material issues of fact in dispute, as explained in the attached supplement.

Done at Bridgeport, Connecticut, this 18th day of June, 2004.

*Pamela J. Coyne*
Pamela J. Coyne
Federal Bar No. ct22941
DURANT, NICHOLS, HOUSTON,
HODGSON & CORTESE-COSTA, P.C.
1057 Broad Street
Bridgeport, CT  06604
(203) 366-3438
ATTORNEYS FOR PLAINTIFF

## CERTIFICATION

I hereby certify that I have caused to be served this 18th day of June, 2004, the above and foregoing by United States mail, postage paid, return receipt requested, on the following counsel and pro se parties of record:

Joel Finger, Esq.
Brown Raysman Millstein Felder & Steiner LLP
900 Third Avenue
New York, NY 10022

Kristi Mackin, Esq.
Mitchell L. Fishberg, Esq.
Brown Raysman Millstein Felder & Steiner, LLP
CityPlace II
10th Floor
185 Asylum Street
Hartford, CT  06103

*Pamela J. Coyne/c*
Pamela J. Coyne

40507