FILED
2004 JUN 21 A 11: 10
U.S. DISTRICT COURT
HARTFORD, CT.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARVIN KEY, | CIVIL ACTION NO. |
| Plaintiff, | 3:03CV144 (RNC) |
| v. | |
| WAL-MART AND DR. GORDON, | |
| Defendants. | JUNE 18, 2004 |

**REQUEST FOR LEAVE TO FILE
SUPPLEMENT TO PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND
IN REPLY TO DEFENDANT'S OPPOSITION TO
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Marvin Key, by and through his undersigned counsel, hereby requests leave of this Court to supplement his Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment and in Reply to Defendant's Opposition to Plaintiff's Motion for Summary

---

July 15, 2004.  Key v. Wal-Mart, 3:03CV144 (RNC)

Re:  Plaintiff's Request for Leave to File Supplement to Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment [Doc. # 134]

Denied.  Plaintiff's request for leave is not supported by good cause. Plaintiff seeks to introduce evidence that fellow employee Dale Ceneviva was terminated on February 6, 2004.  He contends that this evidence tends to prove that Ceneviva was terminated for protesting defendant's pre-testing policy.  However, the evidence shows only that Ceneviva was terminated, officially for walking off the job, and then quickly reinstated.  It does not tend to establish, by itself or in conjunction with other evidence, that Ceneviva was terminated for protesting the pre-testing policy.

So ordered.

Robert N. Chatigny, U.S.D.J.