# EXHIBIT A

# PERFORMANCE APPRAISAL

| | | |
|---|---|---|
| Name: Marvin Keys | Store # 2022 | Position: optician |
| SS#: 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 | | Current Pay Rate: 21 85 |
| Review Period: | | Increase Amount: .87 |
| From: 2/07/00 | To: 2/07/01 | New Pay Rate: 22.72 |

☐ 90 Day          ☒ Annual          ☐ Follow Up

## STRENGTHS

Very well at selling cleaning products.

Marvin has a good knowledge of optical products

Marvin can be very friendly and good with customers when he comes to work with a good attitude.

## AREAS FOR IMPROVEMENT

Marvin needs to be more self motivated.

Place more effort in following procedures.                    Visual screenings

Listen more to instruction, then follow through with it.

Need to communicate better with associates and customers.

Answer the phone within 3 rings.      Be in work on time.

Greet people as soon as they enter the store.    Focus on Lab work to insure jobs are done right.

Take care of customers in a timely manner, not to rush them out ,but to move from one to another.

## ASSOCIATES COMMENTS/ GOAL SETTINGS

*This is an evaluation of the Associate's Overall Job Performance.*

☐ EXCEEDS EXPECTATIONS      ☒ MEETS EXPECTATIONS      ☐ BELOW EXPECTATIONS

## SIGNATURES

| | | |
|---|---|---|
| Associate's Signature | Marvin Keys | |
| | Print Associate's Name | Date |
| Supervisor's Signature | Jerry Ellis | |
| | Print Supervisor's Name | Date |
| Signature of Next Level of Supervision | Print Supervisor's Name | Date |



PLAINTIFF'S EXHIBIT

Keyed

## Performance Appraisal
# Optician

| | EXCEEDS | MEETS | BELOW |
|---|:---:|:---:|:---:|
| **Customer Service * Respect for the Individual** | | | |
| Answers Customer phone calls promptly, within 3 rings. Needs to improve on answering in timely mannor | ☐ | ☐ | ☒ |
| Practices 10 foot Attitude. Marvin needs to keep his back to the wall, to insure proper greeting. | ☐ | ☐ | ☒ |
| Maintains a professional appearance, including compliance with dress code. Marvin is always very neat. | ☒ | ☐ | ☐ |
| Communicates effectively with customers, Optometrists and other healthcare professionals. coached | ☐ | ☐ | ☒ |
| Familiar with Optical merchandise to attend to all customer needs. good knowledge of product | ☐ | ☒ | ☐ |
| Shows a high sense of urgency with all assignments. Needs to pick up the pace when zoning . | ☐ | ☐ | ☒ |
| Exceeds customer's expectations by assisting them whenever possible. has missed oppportunities. | ☐ | ☐ | ☒ |
| Works and communicates well with all members of the Vision Center team need to improve , finishing jobs | ☐ | ☐ | ☒ |
| **Productivity * Strive for Excellence** | | | |
| Meets sales objectives        Goal _____        Actual _____ | ☐ | ☐ | ☐ |
| Understands and operates lensometer effectively. | ☐ | ☐ | ☐ |
| Able to fit and adjust glasses for all customers. | ☐ | ☒ | ☐ |
| Able to insert and remove contact lenses. Hasn't had the opportunity to do I/Rs | ☐ | ☐ | ☐ |
| Discusses patient's lifestyles before taking their order. | ☐ | ☒ | ☐ |
| Able to fit all multifocal lenses. | ☐ | ☒ | ☐ |
| Able to read and transpose a prescription. | ☐ | ☒ | ☐ |
| Resolves all troubleshooting issues for patients. | ☐ | ☒ | ☐ |
| Understands and participates in maintaining Perpetual Inventory. | ☐ | ☒ | ☐ |
| Participates in daily presentation and maintenance of Vision Center department. | ☐ | ☒ | ☐ |
| Able to cut 1-hour jobs in the lab. Yes | ☐ | ☒ | ☐ |
| Follow through on equipment maintenance. Needs to improve on cleaning lab and equipment. | ☐ | ☐ | ☒ |
| Assures all jobs are quality checked and approved. | ☐ | ☒ | ☐ |
| Ensures jobs delivered on time (Review WTP) | ☐ | ☒ | ☐ |
| **Safe Work Practices** | | | |
| Ensures departments are kept neat and clean. Needs to improve on keeping the store clean. | ☐ | ☐ | ☒ |
| Is knowledgeable about emergency and safety procedures. | ☐ | ☒ | ☐ |
| Ensures ANSI standards followed. | ☐ | ☒ | ☐ |
| Follows proper lifting techniques. | ☐ | ☒ | ☐ |
| Ensures all displays are secured in a safe and proper manner. | ☐ | ☒ | ☐ |
| Ensures OSHA guidelines are being followed properly. | ☐ | ☒ | ☐ |
| Ensures stable stacking of merchandise. | ☐ | ☒ | ☐ |
| **Dependability** | | | |
| Attendance and punctuality is within acceptable Company guidelines. Company Goal:        Days Absent:        Days Tardy | ☐ | ☐ | ☒ |
| **Training** | | | |
| Current on CBLs        Company Goal: 100%        Associate Current %: 100 % | | ☒ | ☐ |
| Shares knowledge with other Associates. Marvin shares what he knows when possible | | ☒ | ☐ |

# EXHIBIT B

CONFIDENTIAL

Friendship is like money, easier made than kept.
— Samuel Butler

**14**
Wednesday
February 2001

## Daily Record of Events

45th Day  320 Left  Week 7

Meeting in 2174

* Phyllis told me that the dept of Public health called at 7pm inquiring what time an optician worked today and what time they left. Phyllis asked why they were inquiring. They said they were doing a survey. (Marvin?) Marvin and Dave knew no optician wasn't going to show Wed morning because they wouldn't come in to cover the shift.

© 1998 Franklin Covey Co.          www.franklincovey.com          Original - Classic

D 000974

# EXHIBIT C



Monthly Focus: Values—
Are the things you value
most governing your
decisions?

*A person reveals his character by nothing
so clearly as the joke he resents.*
— G. C. Lichtenberg

**6**
Friday
April 2001

## Daily Record of Events

96th Day   269 Left   Week 14

New Store, 2184 Seekonk   Heather

Review all Coachings and decide if it is
possible to terminate.

Saw Roger, he said he'd sit down with
me stat. and during the week to discuss
Martin.

→ We need to make sure all CT stores are at
state standards for when Marvin gets terminated
he doesn't cause any trouble.

© 1998 Franklin Covey Co.        www.franklincovey.com        Original-Classic

# EXHIBIT D

Page 1

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE DISTRICT OF CONNECTICUT

3

4    ---------------------------x        ORIGINAL

5    MARVIN KEY,                   :

6         Plaintiff,              : Civil Action No.

7         -v-                     : 3:03 CV 144 (RNC)

8    WAL-MART, INC., AND,         :

9    DR. ANTHONY GORDON,          :

10   Defendants.                  :

11   ---------------------------x

12

13

14       Deposition of JEROME ELLIS, taken

15   pursuant to the Federal Rules of Civil Procedure,

16   at the law offices of Durant, Nichols, Houston,

17   Hodgson & Cortese-Costa, 1057 Broad Street,

18   Bridgeport, Connecticut, before James A. Martone,

19   LSR and Notary Public, in and for the State of

20   Connecticut, on October 14, 2003 at 10:10 a.m.

21

22

23

24

25

1   A. All but one.

2   Q. And which one doesn't?

3   A. Beverly.

4   Q. Why doesn't she?

5   A. She can't fit in the room.  She's a big

6 woman.

7   Q. How about the pretesting?

8   A. That's what I thought you were talking

9 about.  You said pretesting, didn't you?

10   Q. I said vision screening.

11   A. I'm sorry.  That's pretesting.  With

12 vision screening, everybody does.

13   Q. Do the associates that do the pretesting

14 have any resource if they have questions

15 regarding --

16   A. Sure.

17   Q. What do they do if they have any

18 questions?

19   A. If they have any questions, there's other

20 opticians there.  There's also a doctor there if

21 they needed to ask him something.

22   Q. Are the associates told that it's okay to

23 ask the doctor if they have any questions?

24   A. Oh, of course.  Sure.

25   Q. And was that true at the North Windham

```
 1        store as well?

 2             A.    Sure.

 3             Q.    When you were employed at the North

 4        Windham store, what were your job duties there?

 5        And if they were the same as what you've described,

 6        that's fine.

 7             A.    Yes.    The same.

 8             Q.    Okay.    How many associates did you have

 9        at the Vision Center in the North Windham store?

10                   MR. REILLY:    Objection.    Timeframe?

11             Q.    During the time you were employed?    And

12        if it differed at any time, if you can tell me

13        when.

14             A.    When I first started, it was four people.

15             Q.    And who were they?

16             A.    Phyllis Parmeter.    Marvin Key.    Jenilu

17        Zboray.    And we had a guy -- we had a gentleman

18        named Dave, from Southington, who was there part --

19        you know, was helping out part time.

20             Q.    Was that Dave Peterson?

21             A.    No.

22             Q.    Different Dave?

23             A.    Different Dave, yeah.

24             Q.    Okay.

25             A.    Nice kid.
```

1        I don't intend to go any further

2   than 5:00, 5:30 at most, I have my own issues.  Now

3   you're entering a whole new subject area, which

4   you're asking broad questions about.  And this

5   witness is done.  He's got to get going.  When are

6   you going the finish this thing?

7               MS. CORTESE-COSTA:   I'll be done in

8   a few minutes.

9        Q.   Anything else?

10       A.   No.

11              MS. CORTESE-COSTA:   I think I am

12   done.

13              MR. REILLY:  Thank you.

14              (Time noted: 3:15 p.m.)

15

16

17      JEROME ELLIS, SR.

18

19              SUBSCRIBED AND SWORN TO BEFORE ME, the

20   undersigned authority, on this

21   the        day  of                   , 2003.

22

23

24

25

# C E R T I F I C A T E

I hereby certify that I am a Notary Public, in and for the State of

Connecticut, duly commissioned and qualified to administer oaths.

I further certify that the deponent named in the foregoing deposition

was by me duly sworn and thereupon testified as appears in the foregoing

deposition; that said deposition was taken by me stenographically in the

presence of counsel and reduced to print under my direction, and the

foregoing is a true and accurate transcript of the testimony.

I further certify that I am neither of counsel nor related to either of the

parties to said suit, nor am I interested in the outcome of said cause.

Witness my hand and seal as Notary Public this ___20___ day of

_October_ , 20_03_

_____
NOTARY PUBLIC

My Commission Expires:

4/2008

# EXHIBIT E



Name _____

Hire Date _____

CONFIDENTIAL

D 000493          8824857

# WAL★MART Academy of Vision

## Level 3

The second part of taking a case history is the patient history.  There are five basic steps in taking a proper patient history:

1. **CC or chief complaint:**  What brought this patient in for an eye examination today?  The doctor will know immediately what the patient's chief concern is and why they felt it necessary to come for an exam.
2. **Other visual complaints or comments:**  While secondary complaints may seem insignificant, they may be important to the overall picture.
3. **Medical history including family history:**  This will include any medications, allergies or family medical history.  Include all of the information even if you don't think it's important.
4. **Pre-Selling:**  You will be the first person to hear the patient's concerns.  This is the perfect opportunity to discuss lens options and enhancements.  For example, if a patient complains of having trouble seeing at night, you would mention No Glare coatings.  If a patient mentions they are having problems with their bifocals, you may want to discuss a No Line progressive lens.
5. **Initials:**  It is very important that you finish each history with your initials.  This will give the doctor a reference in case of a question and will also provide legal documentation in a legal situation.

It is important that the history be as brief as possible to allow for the maximum amount of information to be relayed in the shortest form.  Be concise and to the point.

The following is an example of a proper history:

HX:   Patient is here today because she is having problems reading her newspaper.   She has also experienced floaters in her left eye.   Patient is diabetic and takes insulin daily.  Her mother and aunt have glaucoma.  Patient is interested in new eyewear today, and we have discussed high index lenses to offset current weight of glasses.   JLD

There are numerous medical abbreviations that can save you time when taking a patient history.  Ask your doctor to supply you with a list of abbreviations and their meanings.

Every doctor may have a different format or preference for taking a case history and the preliminary exam process.  You should discuss the doctor's preferences prior to beginning to the pre-testing process.

**The future belongs to those who believe in the beauty of their dreams.**
-Eleanor Roosevelt

## CONFIDENTIAL
*Raising the Bar of Excellence*

D 000656