FILED

2004 OCT 22  A 10: 50

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARVIN KEY, | : | |
| Plaintiff, | : | CIVIL ACTION NO.<br>3:03CV144 (RNC) |
| v. | : | |
| WAL-MART AND DR. GORDON, | : | |
| Defendants. | : | OCTOBER 19, 2004 |

## MOTION FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7(b), Plaintiff hereby requests an extension of time until thirty (30) days following a decision on his Motion for Reconsideration in which to file the Joint Trial Memorandum.

This is the first extension of time requested in regard to this deadline. Defendants' counsel has been contacted and has no objection to the granting of this Motion. The case is not assigned for trial.

Done at Bridgeport, Connecticut, this 19th day of October, 2004.

*Pamela [signature]*
Pamela J. Coyne
Federal Bar No. ct22941
DURANT, NICHOLS, HOUSTON,
HODGSON & CORTESE-COSTA, P.C.
1057 Broad Street
Bridgeport, CT  06604
(203) 366-3438
ATTORNEYS FOR PLAINTIFF

**ORAL ARGUMENT NOT REQUESTED**

## CERTIFICATION

I hereby certify that I have caused to be served this 19th day of October, 2004, the above and foregoing by United States mail, postage paid, return receipt requested, on the following counsel and pro se parties of record:

Joel Finger, Esq.
Brown Raysman Millstein Felder & Steiner, LLP
900 Third Avenue
New York, NY 10022

Kristi Mackin, Esq.
Mitchell L. Fishberg, Esq.
Brown Raysman Millstein Felder & Steiner, LLP
City Place II
10th Floor
185 Asylum Street
Hartford, CT  06103

*[signature]*
Pamela J. Coyne

P:\lit\pjc\523818\001\00042731.DOC