FILED

2004 OCT 22 A 10: 50

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARVIN KEY,                        :
                                   :     CIVIL ACTION NO.
    Plaintiff,                    :     3:03CV144 (RNC)
                                   :
v.                                 :
                                   :
WAL-MART AND DR. GORDON,           :
                                   :
    Defendants.                   :     OCTOBER 19, 2004

### MOTION FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7(b), Plaintiff hereby requests an extension of time until thirty (30) days following a decision on his Motion for Reconsideration in which to file the Joint Trial Memorandum.

This is the first extension of time requested in regard to this deadline. Defendants' counsel has been contacted and has no objection to the granting of this Motion. The case is not assigned for trial.

Done at Bridgeport, Connecticut, this 19th day of October, 2004.

_Pamela J. Coyne_
Pamela J. Coyne
Federal Bar No. ct22941
DURANT, NICHOLS, HOUSTON,

---

October 25, 2004.    Key v. Wal-Mart
                     3:03CV00144 (RNC)

Re: Plaintiff's Motion for Extension of Time (Doc. # 141).

Granted. So ordered.

FILED
2004 OCT 25
U.S. DISTRICT COURT
HARTFORD, CT.

_Robert N. Chatigny_
Robert N. Chatigny, U.S.D.J.