UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------ X
MARVIN KEY,                              :
                                         :    CIVIL ACTION NO.:
                    Plaintiff,           :    3:03CV144(RNC)
                                         :
        v.                               :
                                         :
WAL-MART, INC. AND DR. ANTHONY           :
GORDON,                                  :
                                         :
                    Defendants.          :    NOVEMBER 1, 2004
------------------------------------------------------------ X

## MOTION FOR EXTENSION OF TIME

Defendants Wal-Mart Stores, Inc. ("Wal-Mart") and Dr. Anthony Gordon, respectfully request an extension of time from November 5, 2004 up until and including November 12, 2004, to file an Objection to Plaintiff's Motion for Reconsideration. Defendant's counsel will be out of the country until November 8, 2004. Plaintiff's counsel has no objection to this motion and it is the first request for an extension with regard to this objection.

DEFENDANTS WAL-MART STORES, INC. and
DR. ANTHONY GORDON

By: _____
Mitchell L. Fishberg (ct19661)
Kristi E. Mackin (ct23394)
Brown Raysman Millstein Felder & Steiner LLP
185 Asylum Street, 10th Floor
Hartford, CT 06103
(860) 275-6400

Joel L. Finger (ct06114)
Brown Raysman Millstein Felder & Steiner LLP
900 3rd Avenue
New York, NY 10022
(212) 895-2000

## CERTIFICATE OF SERVICE

This is to certify that on this 1st day of November 2004, a true copy of the foregoing Motion for Extension of Time was sent via facsimile and first-class mail, postage prepaid, to:

Loraine M. Cortese-Costa, Esq.
Pamela Coyne, Esq.
Durant, Nichols, Houston,
   Hodgson & Cortese-Costa, P.A.
1057 Broad Street
Bridgeport, CT  06804

*Kristi E. Mackin*
Kristi E. Mackin

HARTFORD 91072v1