143

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------X
MARVIN KEY,                                   :
                                              :   CIVIL ACTION NO.:
                Plaintiff,                    :   3:03CV144(RNC)
                                              :
        v.                                    :
                                              :
WAL-MART, INC. AND DR. ANTHONY                :
GORDON,                                       :
                                              :
                Defendants.                   :   NOVEMBER 1, 2004
------------------------------------------------------------X

## MOTION FOR EXTENSION OF TIME

Defendants Wal-Mart Stores, Inc. ("Wal-Mart") and Dr. Anthony Gordon, respectfully request an extension of time from November 5, 2004 up until and including November 12, 2004, to file an Objection to Plaintiff's Motion for Reconsideration. Defendant's counsel will be out of the country until November 8, 2004. Plaintiff's counsel has no objection to this motion and it is the first request for an extension with regard to this objection.

DEFENDANTS WAL-MART STORES, INC. and
DR. ANTHONY GORDON

By: _____
Mitchell L. Fishberg (ct19661)

November 2, 2004    Key v. Wal-Mart
                    3:03CV00144 (RNC)

Re: Defendant's Motion for Extension of Time (Doc. # 143).

Granted. So ordered.

_____
Robert N. Chatigny, U.S.D.J.

03cv144 end 143