UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MARVIN KEY,** : | |
| : | **CIVIL ACTION NO.** |
| **Plaintiff,** : | **3:03CV144 (RNC)** |
| : | |
| v. : | |
| : | |
| **WAL-MART AND DR. GORDON,** : | |
| : | |
| **Defendants.** : | **NOVEMBER 24, 2004** |

**PLAINTIFF'S MEMORANDUM IN REPLY TO
DEFENDANT'S OBJECTION TO
PLAINTIFF'S MOTION FOR RECONSIDERATION**

Plaintiff, Marvin Key, by and through his undersigned counsel, hereby submits this memorandum in reply to Defendant's Objection to his Motion for Reconsideration.

I.  **PRELIMINARY STATEMENT**

Despite Defendant's claims to the contrary, Plaintiff contends that the grounds stated in his Motion for Reconsideration are properly before the Court and warrant due consideration. According to Rule 7(c) of the Local Rules of Civil Procedures, the purpose of a motion for reconsideration is to set "forth concisely the matters or controlling decisions which counsel believes the Court overlooked in the initial decision or order," and that is precisely what Plaintiff did in his Motion for Reconsideration.

Plaintiff respectfully requests this court to reconsider its decision dated September 29, 2004 partially granting Defendants' Motion for Summary Judgment for the reasons already stated, and for those asserted herein in response to Defendant's objection.

## II.    COUNT ONE -- DISCHARGE IN VIOLATION OF PUBLIC POLICY

Defendant contends that the public policies alleged by Plaintiff to have been violated "do not even exist." (*See* Defendant's Objection to Plaintiff's Motion for Reconsideration,[1] p. 3.) This bold assertion is made despite the fact that the State of Connecticut Department of Public Health ("DPH") is currently investigating Wal-Mart's practices involving Opticians and Optometrists. (*See* Letter from Gary Griffin, Investigations Supervisor, Div. of Health Sys. Regulation, dated November 22, 2004, copy attached hereto as Exhibit A.) It is highly doubtful that DPH, the agency responsible for enforcement of the licensing laws cited by Plaintiff, would undertake the time and expense of such an investigation into non-existent public policies. It is also unlikely that our Attorney General would use his valuable resources to issue an opinion letter with respect to a non-existent public policy. *See e.g., Leiberman v. Connecticut State Bd. of Examiners in Optometry*, 130 Conn. 344, 34 A.2d 213 (1943) (cited in A.G. Op. No. 92-026, 1992 WL 532115 (Oct. 2, 1992) (copy attached)); A.G. Op. No. 87-55, 1987 WL 341285 (Oct. 28, 1987) (copy attached). Contrary to Defendant's claims, this state's licensing laws governing the practice of Opticians and Optometrists, and delineating their respective duties, embody a

---

[1] Hereinafter "Def. Obj., p. ___."

public policy that does exist, is "important" and "clearly articulated" to support Plaintiff's claim for wrongful discharge.

### III.  CONCLUSION

For the reasons stated in his Motion for Reconsideration, and further articulated herein in reply to Defendant's objection thereto, Plaintiff respectfully requests reconsideration of this Court's Order granting Defendants' Motion for Summary Judgment with respect to Count One (discharge in violation of public policy) and Count Three (negligent misrepresentation).

Done at Bridgeport, Connecticut, this 24th day of November, 2004.

*Pamela J. Coyne*
Pamela J. Coyne
Federal Bar No. ct22941
DURANT, NICHOLS, HOUSTON,
HODGSON & CORTESE-COSTA, P.C.
1057 Broad Street
Bridgeport, CT  06604
(203) 366-3438
ATTORNEYS FOR PLAINTIFF

## **CERTIFICATION**

I hereby certify that I have caused to be served this 24th day of November, 2004, the above and foregoing by United States mail, certified mail, return receipt requested, on the following counsel and *pro se* parties of record:

Joel Finger, Esq.
Brown Raysman Millstein Felder & Steiner LLP
900 Third Avenue
New York, NY 10022

Kristi Mackin, Esq.
Mitchell L. Fishberg, Esq.
Brown Raysman Millstein Felder & Steiner, LLP
CityPlace II
10th Floor
185 Asylum Street
Hartford, CT  06103

_____
Pamela J. Coyne

P:\lit\pjc\523818\001\00043633.DOC