# EXHIBIT A

# STATE OF CONNECTICUT
DEPARTMENT OF PUBLIC HEALTH

November 22, 2004

Pamela J. Coyne, Esq.
Durant, Nichols, Houston, Hodgson & Cortese-Costa
1057 Broad Street
Bridgeport   CT   06604-4219

Re:   Marvin Key, L.O.  Petition No. 2003-0321-003-002
       Freedom of Information Request

Dear Attorney Coyne:

You had previously been advised that this petition was closed on 04/21/2004. Please be advised that the Department of Public Health is now reviewing the allegations involving opticians and optometrists working at Wal-Mart stores.

If you have any questions, please feel free to contact me at 860-509-7420. Thank you.

Very truly yours,

Gary Griffin
Investigations Supervisor
Division of Health Systems Regulation



*Phone: (860) 509-7400*
*Telephone Device for the Deaf (860) 509-7191*
*410 Capitol Avenue - MS # 12HSR*
*P.O. Box 340308 Hartford, CT 06134*
*An Equal Opportunity Employer*