1

140

FILED

2004 OCT 15 P 12: 02

US DISTRICT COURT
HARTFORD, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARVIN KEY,                              :
                                         :     CIVIL ACTION NO.
    Plaintiff,                           :     3:03CV144 (RNC)
                                         :
v.                                       :
                                         :
WAL-MART AND DR. GORDON,                 :
                                         :
    Defendants.                          :     OCTOBER 14, 2004

### PLAINTIFF'S MOTION FOR RECONSIDERATION

Plaintiff, Marvin Key, by and through his undersigned counsel, hereby moves for reconsideration of this Court's Order dated September 29, 2004 (the "Order"), granting Defendants' Motion for Summary Judgment with respect to Count One (discharge in violation of public policy) and Count Three (negligent misrepresentation). The grounds for reconsideration are fully set forth below.

---

**February 17, 2005.**     Key v. Wal-Mart
                           3:03CV0144 (RNC)

Re: Plaintiff's Motion for Reconsideration (Doc. # 140).

Granted. Upon reconsideration, the court adheres to its decision granting summary judgment on the wrongful discharge claim, for the reasons stated by the defendant in its objection to the motion for reconsideration; but withdraws its ruling granting summary judgment on the breach of implied contract claim and now denies summary judgment on that claim, for the reasons stated by the plaintiff in his motion for reconsideration. The parties will file their joint trial memorandum on or before March 21, 2005. So ordered.

                                                  Robert N. Chatigny, U.S.D.J.