UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 MAR -3 A 10: 57
U.S. DISTRICT COURT
HARTFORD, CT.

---------------------------------------------------------X
MARVIN KEY,                                        :
                                                   :    CIVIL ACTION NO.:
                Plaintiff,                         :    3:03CV144(RNC)
                                                   :
        v.                                         :
                                                   :
WAL-MART STORE, INC.                               :
                                                   :
                Defendants.                        :    MARCH 1, 2005
---------------------------------------------------------X

*Robert N. Chatigny, U.S.D.J.*

## MOTION FOR EXTENSION OF TIME

Defendant Wal-Mart Stores, Inc. ("Wal-Mart") respectfully requests an extension of time for the parties to submit their Joint Trial Memorandum from March 21, 2005 up until and including April 4, 2005. Defendant's counsel will be away on a pre-planned vacation and will not be available from March 9 to 18, 2005, which will affect Defendant's ability to prepare the memorandum by the current March 21, 2005 deadline. Plaintiff's counsel has no objection to this motion and it is the first request for an extension.

DEFENDANT WAL-MART STORES, INC.,

By: /s/ Kristi E. Mackin
Mitchell L. Fishberg (ct19661)
Kristi E. Mackin (ct23394)
Brown Raysman Millstein Felder & Steiner LLP
185 Asylum Street, 10th Floor
Hartford, CT 06103
(860) 275-6400

Joel L. Finger (ct06114)
Brown Raysman Millstein Felder & Steiner LLP
900 3rd Avenue
New York, NY 10022
(212) 895-2000

*March 3, 2005. Granted. so ordered.*

FILED
2005 MAR -3 P 2:24
U.S. DISTRICT COURT
HARTFORD, CT.

HARTFORD 116642v1