UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------- X
MARVIN KEY,                                  :
                                             :   CIVIL ACTION NO.:
                Plaintiff,    :   3:03CV144(RNC)
                                             :
      v.                             :
                                             :
WAL-MART STORE, INC.                         :
                                             :
                                             :
                Defendants.   :   MARCH 29, 2005
---------------------------------------------------------- X

## MOTION FOR EXTENSION OF TIME

Defendant Wal-Mart Stores, Inc. ("Wal-Mart") respectfully requests an extension of time for the parties to submit their Joint Trial Memorandum up until and including May 1, 2005. Lead counsel, Joel Finger, is traveling to New Zealand on March 30, 2005 and will be unavailable until April 21, 2005. Additionally, counsel assisting with the preparation of the Joint Trial Memorandum will be out of state for several days due to a family emergency. This is the second request for an extension.

Plaintiff consents to an extension of time up until and including April 25, 2005, but did not consent for an extension until May 1, 2005. Neither party has submitted proposed exhibits or witnesses to the other party at this point for purposes of finalizing objections and there have been no agreements or stipulations made to date. Therefore, in light of the circumstances, Defendant believes that May 1, 2005 is a much more realistic deadline.

WHEREFORE, the Defendants request up until and including May 1, 2005 to submit the Joint Trial Memorandum.

DEFENDANT WAL-MART STORES, INC.,

By: _____
Mitchell L. Fishberg (ct19661)
Kristi E. Mackin (ct23394)
Brown Raysman Millstein Felder & Steiner LLP
185 Asylum Street, 10th Floor
Hartford, CT 06103
(860) 275-6400

Joel L. Finger (ct06114)
Brown Raysman Millstein Felder & Steiner LLP
900 3rd Avenue
New York, NY 10022
(212) 895-2000

## CERTIFICATE OF SERVICE

This is to certify that on this 29th day of March 2005, a true copy of the foregoing Motion for Extension of Time to file a Joint Trial Memorandum was sent via facsimile and first-class mail, postage prepaid, to:

Loraine M. Cortese-Costa, Esq.
Pamela Coyne, Esq.
Durant, Nichols, Houston,
  Hodgson & Cortese-Costa, P.A.
1057 Broad Street
Bridgeport, CT 06804

_____
Kristi E. Mackin

HARTFORD 117957v1