UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------- X
**MARVIN KEY,**                            :
                                           :   CIVIL ACTION NO.
          Plaintiff,                       :   3:03CV144(RNC)
                                           :
     v.                                    :
                                           :
**WAL-MART STORE, INC.**                   :
                                           :
                                           :
          Defendants.                      :   MARCH 29, 2005
---------------------------------------------------------- X

## MOTION FOR EXTENSION OF TIME

Defendant Wal-Mart Stores, Inc. ("Wal-Mart") respectfully requests an extension of time for the parties to submit their Joint Trial Memorandum up until and including May 1, 2005. Lead counsel, Joel Finger, is traveling to New Zealand on March 30, 2005 and will be unavailable until April 21, 2005. Additionally, counsel assisting with the preparation of the Joint Trial Memorandum will be out of state for several days due to a family emergency. This is the second request for an extension.

Plaintiff consents to an extension of time up until and including April 25, 2005, but did not consent for an extension until May 1, 2005. Neither party has submitted proposed exhibits or

April 4, 2005.     Key v. Wal-Mart
                   3:03CV0144 (RNC)

Re: Defendant's Motion for Extension of Time (Doc. # 151).

Granted. Further requests for extension of this date will be viewed with disfavor and are unlikely to be granted. So ordered.

Robert N. Chatigny, U.S.D.J.