UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARVIN KEY, : | |
| : | CIVIL ACTION NO. |
| Plaintiff, : | 3:03CV144 (RNC) |
| : | |
| v. : | |
| : | |
| WAL-MART, INC. and : | |
| DR. ANTHONY GORDON, : | |
| : | |
| Defendants. : | April 14, 2005 |

**PLAINTIFF'S MOTION TO QUASH AND**
**REQUEST FOR EXPEDITED DECISION**

Plaintiff, Marvin Key, hereby moves this Court to quash the Subpoena Duces Tecum served by Wal-Mart, Inc. on Mr. Key's current and former employers demanding the production of various employment records, including personnel files. The employers are: (1) Lenscrafters; (2) National Vision; (3) Joshua's Limousine; and (4) Macy's. The subpoenas should be quashed because discovery in this matter closed on December 31, 2003. Further, upon information and belief, the subpoenas specifically direct Mr. Key's employers to submit the requested documents directly to Wal-Mart, Inc.'s counsel. Wal-Mart, Inc. did not provide Mr. Key or his counsel with prior notice of the subpoenas or a copy of the subpoenas. Had Mr. Key not been working at the time of service upon his current employer, neither he nor his counsel would know that the

**ORAL ARGUMENT NOT REQUESTED**

subpoenas had been issued. Finally, Mr. Key's personnel files are privileged and state law prohibits their disclosure.

Mr. Key also requests this Court to sanction Wal-Mart for its abuse of the subpoena power granted by the Fed. R. Civ. P. 45, by ordering Wal-Mart to: (1) disclose each and every subpoena issued to non-parties during the pendency of this matter; (2) produce any and all documents received in response to such subpoenas; (3) pay all costs and fees associated with this motion; (4) be precluded from using any documents or evidence produced by non-parties pursuant to its subpoenas; and (5) cease and desist from issuing additional subpoenas to non-parties. Finally, due to the privileged and sensitive nature of the documents demanded from non-parties by Wal-Mart, Mr. Key respectfully requests an expedited decision on this motion.

Plaintiff's reasons for this motion are more fully set forth in the accompanying memorandum.

Done at Bridgeport, Connecticut this 14th day of April, 2005.

Pamela J. Coyne
Federal Bar No. ct22941
DURANT, NICHOLS, HOUSTON,
HODGSON & CORTESE-COSTA, P.C.
1057 Broad Street
Bridgeport, CT 06604
(203) 366-3438
ATTORNEYS FOR PLAINTIFF

## **CERTIFICATION**

I hereby certify that I have caused to be served this 14th day of April, 2005, the above and foregoing by United States mail, postage paid, return receipt requested, on the following counsel and pro se parties of record:

Joel Finger, Esq.
Brown Raysman Millstein Felder & Steiner, LLP
900 Third Avenue
New York, NY 10022

Kristi Mackin, Esq.
Mitchell L. Fishberg, Esq.
Brown Raysman Millstein Felder & Steiner, LLP
City Place II
10th Floor
185 Asylum Street
Hartford, CT 06103

_____
Pamela J. Coyne

P:\lit\pjc\523818\001\00046030.DOC