UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MARVIN KEY,

    Plaintiff,

v.

WAL-MART, INC., ET AL.,

    Defendants.

CASE NO. 3:03CV144 (RNC)

FILED
2005 APR 18 P 3:38
US DISTRICT COURT
HARTFORD CT

## REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

___ To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b);

___ To supervise discovery and resolve discovery disputes;

___ A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B);

___ To conduct settlement conferences;

___ To conduct a prefiling conference;

___ To assist the parties in preparing a joint trial memorandum;

_X_ A ruling on the following pending motions:
Plaintiff's Motion to Quash and Request for Expedited Decision [doc. 153]

So ordered.

Dated at Hartford, Connecticut this _17_ day of April 2005.

Robert N. Chatigny
United States District Judge