# EXHIBIT A

# PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

Plaintiff objects to Defendant's Proposed Voir Dire Questions to the extent they address the merits of Mr. Key's claim, and to the extent they inquire into irrelevant areas, such as union activities. Plaintiff contends that his Proposed Voir Dire Questions are a full and fair inquiry into all areas and issues necessary to determine whether each individual juror is able to render a fair verdict in this matter.

Plaintiff hereby proposed the following voir dire questions for use at trial:

1. Do you know the Plaintiff, Marvin Key or any of his family members?

2. Do you know Attorney Pamela Coyne or Attorney Loraine Cortese-Costa in Bridgeport, Connecticut?

3. Do you know any of the attorneys who work with Attorneys Coyne and Cortese-Costa at Durant, Nichols, Houston, Hodgson and Cortese-Costa, P.C. in Bridgeport? They are: E. Terry Durant, George N. Nichols, Donald F. Houston, Christopher M. Hodgson, Natale V. DiNatale, Lisa Grasso-Egan, Peter Dagostine and Stephen M. Sedor.

4. Do you or anyone in your family work for Wal-Mart?

5. Have you or anyone in your family ever worked for Wal-Mart?

6. Do you know anyone who works, or has worked, for Wal-Mart?

8. Are you or is anyone in your family a licensed optician?

9. Do you or anyone in your family work for an optometrist or opthamologist?

10. Do you know Attorney Kristi Mackin, Attorney Mitchell Fishberg or Attorney Joel Finger of Brown Raysman Millstein Felder & Steiner, LLP, or any attorney or employee of that law firm? They are: [please identify all attorneys who work for Brown Raysman].

11. Do you know Attorney Gregory Reilly, formerly of Brown Raysman Millstein Felder & Steiner, LLP and Epstein, Becker & Green, P.C., and currently of Reed Smith, LLP?

12. What is your current employment status, full-time, part-time, self-employed, retired, unemployed, homemaker, disabled or student? What about your spouse? What about your children?

13. Where do you work and in what capacity are you employed?

14. If you are married, where does your spouse work and in what capacity is he or she employed?

15. Have you ever served on a jury? What was the nature of the case and the result? Would that affect your ability to keep an open mind until you hear all the evidence in this case?

16. Have you ever been a party to a lawsuit? Were you a Plaintiff or Defendant? Who won?

17. Has your husband/wife, family members or friends ever been involved in a law suit? Please tell me about it.

18. Have you or anyone in your family ever been a plaintiff or defendant in a legal action, with an administrative agency or in court, involving an employment-related matter? If so, explain.

19. How did you feel about the process -- was it fair?

20. Are you interested in newspaper articles or media reports that cover the subject of civil lawsuits? Explain.

- 2 -

21. Do you have an opinion with respect to how case verdicts may or may not affect your insurance premiums? Explain.

22. What books do you read?

23. What TV shows do you watch?

24. Explain the type of work you do.

25. What other jobs have you held?

26. Do you now any of the individuals who may be called as witnesses in this case? They are:

   a. Marvin Key
   b. Anthony Gordon
   c. Phillip Roger Noll
   d. Jerome (or Jerry) Ellis
   e. Edgar Morales
   f. Christopher Adkins
   g. Jenilu Zboray
   h. Dale Ceneviva
   i. Sheldon Wishnick
   j. Gary M. Crakes
   k  Huong Nguyen
   l. David M. Fabricant

27. Is there anything else about your that you think the Court would want to know or should know about your or your life experience in relation to your being a juror in this case?

28. Is there any reason why you believe that you could not make a fair decision in this case?

P:\lit\pjc\523818\001\00045588.DOC

- 3 -