EXHIBIT C.1

PLAINTIFF'S MOTION *IN LIMINE* TO PRECLUDE
CERTAIN TESTIMONY

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARVIN KEY, | : |
| | :    CIVIL ACTION NO. |
| Plaintiff, | :    3:03CV144 (RNC) |
| | : |
| v. | : |
| | : |
| WAL-MART, INC. and | : |
| DR. ANTHONY GORDON, | : |
| | : |
| Defendants. | :    MAY 2, 2005 |

PLAINTIFF'S MOTION *IN LIMINE*
TO PRECLUDE CERTAIN TESTIMONY

Plaintiff, by and through undersigned counsel, hereby moves the Court for an Order precluding the introduction by Defendant of the following witnesses: Phyllis Parmenter, Tina Frank, Terri Johannassen, Wilma Pelletier, Temple Dasitra, Tim Angell and Dylan Lesnewski; and further to limit testimony by Dr. Anthony Gordon and Jenilu Zboray to the incident with Dr. Gordon, which Ms. Zboray witnessed, on April 27, 2001.

The grounds for this motion are as more fully set forth in the accompany memorandum of law.

Done at Bridgeport, Connecticut this 2nd day of May, 2005.

*Pamela J. Coyne* (signature)
Pamela J. Coyne
DURANT, NICHOLS, HOUSTON,
HODGSON & CORTESE-COSTA, P.C.
1057 Broad Street
Bridgeport, CT 06604
(203)366-3438
Federal Bar No. ct22941
ATTORNEYS FOR PLAINTIFF

## CERTIFICATION

This is to certify that I have caused to be served the foregoing via U.S. Mail, certified mail, return receipt requested, this 2nd day of May, 2005 to all counsel and pro se parties as follows:

Joel Finger, Esq.
Brown Raysman Millstein Felder & Steiner, LLP
900 Third Avenue
New York, NY 10022

Kristi Mackin, Esq.
Mitchell L. Fishberg, Esq.
Brown Raysman Millstein Felder & Steiner, LLP
City Place II
10th Floor
185 Asylum Street
Hartford, CT 06103

_____
Pamela J. Coyne

P:\lit\pjc\523818\001\00046351.DOC