EXHIBIT C.2

PLAINTIFF'S MOTION *IN LIMINE* TO PRECLUDE
CERTAIN EXHIBITS

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARVIN KEY, | : |
| | : CIVIL ACTION NO. |
| Plaintiff, | : 3:03CV144 (RNC) |
| | : |
| v. | : |
| | : |
| WAL-MART, INC. and | : |
| DR. ANTHONY GORDON, | : |
| | : |
| Defendants. | : MAY 2, 2005 |

PLAINTIFF'S MOTION *IN LIMINE*
TO PRECLUDE CERTAIN EXHIBITS

Plaintiff, by and through undersigned counsel, hereby moves the Court for an Order precluding the introduction by Defendant of the following exhibits:

6. CBL Scores for Marvin Key
70. Coaching for Improvement Form issued to Jenilu Zboray dated 1/30/01
71. Associate Commendation Form issued to Jenilu Zboray dated 6/29/05
72. Associate Evaluation dated 12/28/93 issued to Jenilu Zboray
73. Performance Appraisal, Optical Lab Technician (Jenilu Zboray)
74. Performance Appraisal, Department Manager (Jenilu Zboray)
75. Performance Appraisal, Department Manager, dated 11/28/99 issued to Jenilu Zboray
76. Performance Appraisal, Optician dated 9/15/00 issued to David Peterson
77. January 8, 2002 Performance Appraisal, Optician (Phyllis Parmenter)
78. January 15, 2001 Performance Appraisal, Optician (Phyllis Parmenter)
79. November 2, 2001 Handwritten Complaint about Jeff Kroll
80. November 7, 2001 Handwritten Complaint about Jeff Krol from
81. November 7, 2001 Handwritten Complaint about Jeff Kroll
82. Notice of Trespass issued to Jeffrey Kroll
83. Exit Interview form of Jeffrey Krol dated November 7, 2001 for Gross Misconduct
84. Coaching for improvement form issued to Jeffrey Krol dated "10-16"
85. Jeffrey Krol performance appraisal dated March 13, 2001

- 2 -

86. Typewritten note, "Meeting 6/15/00," "The Manager" signed by Parmenter, Zboray, Key and Peterson
87. Typewritten note, "Service Issues" signed by Parmenter, Zboray, Key and Peterson
88. Typewritten note, "Meeting 6/15/00," "The Customer" signed by Parmenter, Zboray, Key and Peterson
89. Typewritten note, "The Doctor" signed by Parmenter, Zboray, Key and Peterson

The grounds for this motion are as more fully set forth in the accompany memorandum of law.

Done at Bridgeport, Connecticut this 2nd day of May, 2005.

*Pamela J. Coyne* (signature)
Pamela J. Coyne
DURANT, NICHOLS, HOUSTON,
HODGSON & CORTESE-COSTA, P.C.
1057 Broad Street
Bridgeport, CT 06604
(203)366-3438
Federal Bar No. ct22941
ATTORNEYS FOR PLAINTIFF

**CERTIFICATION**

This is to certify that I have caused to be served the foregoing via U.S. Mail, certified mail, return receipt requested, this 2nd day of May, 2005 to all counsel and pro se parties as follows:

Joel Finger, Esq.
Brown Raysman Millstein Felder & Steiner, LLP
900 Third Avenue
New York, NY 10022

Kristi Mackin, Esq.
Mitchell L. Fishberg, Esq.
Brown Raysman Millstein Felder & Steiner, LLP
City Place II
10th Floor
185 Asylum Street
Hartford, CT 06103

Pamela J. Coyne

P:\lit\pjc\523818\001\00046352.DOC

- 3 -