# EXHIBIT D

# PLAINTIFF'S PROPOSED VERDICT FORM

**PLAINTIFF'S VERDICT FORM:**

**TITLE VII AND CONNECTICUT FAIR EMPLOYMENT PRACTICES ACT -- COVERAGE:**

1. Is Wal-Mart subject to Title VII?

    YES_____    NO_____

2. Is Wal-Mart subject to the Connecticut Fair Employment Practices Act?

    YES_____    NO_____

**TITLE VII AND CONNECTICUT FAIR EMPLOYMENT PRACTICES ACT -- DISCRIMINATION:**

1. Was Mr. Key's race and/or color a factor in Wal-Mart's decision to terminate his employment on April 30, 2001?

    YES_____    NO_____

If you answered YES to the preceding questions, proceed to Question No. 2.

If you answered NO to the preceding question, skip to Question No. 8.

3. What is the amount of damages to be awarded to Mr. Key?

    $_____

4. Do you find that Wal-Mart knew or showed reckless disregard for whether its conduct was prohibited by Title VII?

    YES_____    NO_____

5.  If your answer to the preceding question is YES, what is the amount of punitive damages to be awarded under federal law?

    $_____

6.  Do you find that Wal-Mart's conduct was willful under the Connecticut Fair Employment Practices Act?

    YES_____        NO_____

7.  If your answer to the preceding question is YES, what is the amount of punitive damages to be awarded under state law?

    $_____

**TITLE VII AND CFEPA -- RETALIATION:**

8.  Did Wal-Mart retaliate against Mr. Key?

    YES_____        NO_____

If you answered YES to the preceding question, proceed to Question No. 9.

If you answered NO to the preceding question, skip to question No. 14.

9.  What is the amount of damages to be awarded to Mr. Key?

    $_____

10. Do you find that Wal-Mart knew or showed reckless disregard for whether its conduct was prohibited by Title VII?

    YES_____        NO_____

- 2 -

11. If your answer to the preceding question is YES, what is the amount of punitive damages to be awarded under federal law?

    $_____

12. Do you find that Wal-Mart's conduct was willful under the Connecticut Fair Employment Practices Act?

    YES_____        NO_____

13. If your answer to the preceding question is YES, what is the amount of punitive damages to be awarded under state law?

    $_____

**NEGLIGENT MISREPRESENTATION:**

14. Is Wal-Mart liable for negligent misrepresentation with respect to Mr. Key?

    YES_____        NO_____

If you answered YES to the preceding questions, proceed to Question No. 15.

If you answered NO to the preceding question, you are finished.

15. What is the amount of damages to be awarded to Mr. Key?

    $_____

P:\lit\pjc\523818\001\00046097.DOC

- 3 -