UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MARVIN KEY,                                 :
                                            :   Case No. 3:03CV144(RNC)
                         Plaintiff,         :
                                            :
             v.                             :
                                            :
WAL-MART STORES, INC.,                      :
                                            :
                         Defendant.         :   **DEFENDANT'S PROPOSED**
                                            :   ***VOIR DIRE***
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :
                                            x

       Defendant Wal-Mart Stores, Inc. (the "Defendant"), by and through its attorneys, Brown,

Raysman, Millstein, Felder & Steiner LLP, hereby proposes that the following voir dire

questions be used in the trial of the above matter.[1]

## INTRODUCTION

       1.     Our judicial system provides that the parties are entitled to have a trial by a fair

and impartial jury. I will be asking you certain questions and the purpose of this process is not to

intrude into your privacy, but so that the Court and the parties may ensure that the jurors selected

to decide this case will be fair and impartial.

       2.     This lawsuit was filed by Marvin Key against Wal-Mart Stores, Inc. Without

explaining the details of this case to you, I will inform you that this case generally involves

claims for race discrimination and retaliatory termination of employment, involving Wal-Mart's

North Windham store.

---

1 Wal-Mart reserves its right to submit additional voire dire questions, as appropriate.

## VOIR DIRE QUESTIONS

A.    General Questions

3.    Are any of you related to Mr. Key or do you know him or any members of his family?

4.    Mr. Key's attorneys are Lorraine Cortese-Costa and Pamela Coyne of the law firm of Durant, Nichols, Houston, Hodgson and Cortese-Costa, P.C. Do any of you know Ms. Costa or Ms. Coyne, anyone at their law firm or have you had any dealings with the law firm of Durant, Nichols, Houston, Hodgson and Cortese-Costa, P.C?

5.    Have any of you ever been represented by Durant, Nichols, Houston, Hodgson and Cortese-Costa, P.C or any attorneys from that firm?

6.    Defendant's attorneys are Joel Finger, Mitchell Fishberg and Kristi Mackin of the law firm of Brown Raysman Millstein Felder & Steiner LLP. Do any of you know Mr. Finger, Mr. Fishberg, Ms. Mackin or any other lawyers at Brown Raysman Millstein Felder & Steiner LLP?

7.    Have any of you ever been represented by Brown Raysman Millstein Felder & Steiner LLP or any of the attorneys in that firm?

8.    Have any of you ever been involved in any legal matter or proceeding where another party was represented by any attorney in Brown Raysman Millstein Felder & Steiner, LLP?

9.    During the trial of this case, the following witnesses, in addition to the named parties, may be called to testify on behalf of the parties. The parties are not required to call all of these witnesses but might decide to call some of them. Do you know of, or are you related to, any of the following potential witnesses?

2

A.    Marvin Key
B.    Anthony Gordon
C.    Phillip Roger Noll
D.    Jerry Ellis
E.    Jenilu Zboray
F.    Phyllis Parmenter
G.    Chris Atkins
H.    Sheldon Wishnick
I.    Gary Crakes
J.    Huong Nugyen
K.    Kimberly Nugyen
L.    Harrison Nugyen
M.    Edgar Morales
N.    Gregory Reilly

10.    Were you acquainted with any of the members of this jury panel prior to being

called to jury duty?

11.    Wal-Mart is a company and Mr. Key, of course, is an individual.  Do any of you

have any beliefs or feelings against companies being sued by an individual that might prevent

you from being completely fair and impartial in this case?

12.    Can you treat the corporate Defendant, Wal-Mart, as if it were just another

individual?

13.    Are any of you or a member of your family presently involved in a civil lawsuit of

any kind, or been involved in one at any time during the past five years?  If so, please describe

the nature of the lawsuit.

14.    Have any of you ever been involved as a witness, or otherwise, in any civil

lawsuit or administrative claim involving the workplace?  If so, please describe.

15.    Have you ever had any legal training, taken any law courses or been employed by

any law firm or by any government law entity such as any prosecutor's office, any court system

or any type of legal investigation office in any government entity?

3

16.     What is your current employment status, full-time, part-time, self-employed, retired, unemployed, homemaker, disabled or student?  What about your spouse?  What about your children?

17.     Who is your current employer?  If you are not currently employed, who was your most recent employer?

18.     Who is your spouse's current employer?  If your spouse is not currently employed, who was your spouse's most recent employer?

19.     How long were you or have you been employed with your most recent employer?

20.     Thinking of all the jobs you have had, what job for what employer did you work for the longest period of time?  How long was that?

21.     If you or someone close to you did serve as a juror in any type of case, was there anything about that experience as a juror that left you with an unfavorable impression of our legal system?

22.     Are you a member of any organization, club or group that is concerned with employment or employee advocacy, union activity issues or civil lawsuits?  If so, please describe the organization and your role.

23.     Are you or your spouse a member of a union? Which one?  For how long?

24.     Are any of you a member of any organization, club or group whose purpose is to combat racial discrimination?  If so, please describe the organization and your role.

25.     Would jury service in this case conflict in anyway with your or your spouse's social or religious beliefs or activities?

4

26.     Do you understand that if chosen as a juror, you have to decide this case based on the law and the facts as the jury finds them from the evidence and testimony presented in this courtroom without regard to any sympathy you may feel for Mr. Key?

27.     Does anyone have a problem accepting that the purpose of this trial is to determine whether or not Mr. Key's lawsuit has any merit and that he is not entitled to recover anything just because he filed this lawsuit?

28.     In general, would you, at the beginning of this trial, have any preconceived feelings toward Mr. Key's case or toward Wal-Mart's case?

29.     Would you agree that, in general, you would favor an individual over a corporation?

30.     Will you be able to follow the legal instructions given to you by the Court regardless of any personal feelings you may have as to what the law should be?

31.     Do any of you feel that, for any reason, you would not be able to return a fair and impartial verdict in this case?

32.     Is there anything else about you that you think the Court would want to know or should know about you or your life experience in relation to you being a juror in this case?

B.     <u>Questions Relating to Wal-Mart</u>

33.     Have any of you been, or are any of you currently, an employee of Wal-Mart?

34.     Has your spouse or have any of your relatives ever been an employee of Wal-Mart?

35.     Do any of you have, or have you had, any type of business relationship with Wal-Mart?  If so, describe the relationship.

5

36.     Have any of you purchased goods produced or sold by Wal-Mart? If so, have you ever had any problems with those goods? If you have had any problems with Wal-Mart goods, do you have any ill feelings towards the Company?

37.     Do any of you, any members of your immediate family or any of your friends own Wal-Mart stock? If so, did any of you, or any members of your immediate family, or any of your friends, lose money with respect to the disposition of Wal-Mart stock? If you lost money with respect to such stock, do you have any ill feelings towards the Company?

38.     Have you ever been involved in a lawsuit or dispute involving Wal-Mart?

39.     Do any of you have a close friend or relative who has been involved in any dispute or lawsuit with Wal-Mart?

40.     Do you have any negative feelings towards Wal-Mart?

41.     Have you heard, read, or viewed any articles in the media that might affect how you feel about Wal-Mart and/or give you any impressions of how it handles its relationship with its employees?

C.     Questions Relating to Various Causes of Action

42.     Do you or any members of your family or any close friends or their families feel that they have been the victims of racial discrimination? Please describe your situation.

43.     Have any of you ever been involved as a witness, or otherwise, in any situation involving a claim of employment discrimination? If so, please describe.

44.     Have any of you ever sued or been involved in a serious dispute with your employer?

45.     Do any of you have a friend or a relative who has been involved in a serious dispute with or sued his or her employer?

6

46.    Have you or any member of your family or any of your friends ever sued anyone or filed a charge, claim or complaint against any person or corporation alleging discrimination of any type whatsoever?  If so, what type of discrimination was involved, and what was the outcome of that charge or claim?

47.    Have any of you, or any member of your family ever been discharged or involuntarily terminated from a job?  If so, describe the circumstances and whether any action was taken challenging the employer's decision.

48.    Do any of you feel that you have been unfairly treated at work?  If so, please describe the circumstances and whether you took any action concerning this unfair treatment.

49.    Do any of you believe that you have ever been discriminated against in employment?  If so, please describe the circumstances and whether you took any action such as filing a grievance, filing an internal complaint, filing a discrimination charge or lawsuit?

50.    Do any of you have a close friend or relative who has ever been discriminated against in employment?  If so, please describe the circumstances.

51.    Have you or any member of your family or any of your friends received any special training in personnel matters, human resources or employment discrimination law?

52.    Do any of you have any biases or feelings about any discrimination case that would make it more difficult for you compared to the average person from being a fair and impartial juror in this type of case?

53.    Do any of you supervise or manage employees on your job or have any of you ever done so?

54.    Have any of you ever been in a work position that required you to discharge someone?  If so, please specify.

7

55.    Have any of you ever been in a work position that has required you to handle a complaint of race discrimination?

56.    Do you have any opinion about claims for emotional distress damages in civil litigation?  If yes, please describe.

57.    Have you or, to your knowledge, has any member of your family or anyone close to you ever been accused of employment discrimination?  If so, please describe who was involved and the circumstances of that situation.

58.    Have you ever worked for an individual of African-American background?  Did you have any negative experiences in this situation?

59.    Have you worked with someone who demonstrated poor customer service skills which affected your ability to do your job?

D.    Media Reports

60.    Have you ever heard of, do you have any knowledge of, or do you have any particular interest in the facts or events of this case?

61.    Have you seen heard or read any articles about this case in any news media, whether it was on TV, radio, or any print media or on the internet?

62.    Has anything that you may have seen in newspapers, television or other media led you to believe that Wal-Mart mistreats its employees?  If yes, please specify.

BROWN RAYSMAN MILLSTEIN
FELDER & STEINER LLP
Attorneys for Defendants

_____
Mitchell L. Fishberg (ct19661)
Kristi E. Mackin (ct23394)
Brown Raysman Millstein Felder & Steiner
LLP
185 Asylum Street, 10th Floor
Hartford, CT  06103
(860) 275-6400

Joel L. Finger (ct06114)
Brown Raysman Millstein Felder & Steiner
LLP
900 3rd Avenue
New York, NY 10022
(212) 895-2000

Dated:  May 2, 2005

9

HARTFORD 118351v2