UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| MARVIN KEY, | : | |
| | : | Case No. 3:03CV144(RNC) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| WAL-MART STORES, INC., | : | |
| | : | |
| Defendant. | : | **DEFENDANT'S PROPOSED** |
| | : | **DESIGNATIONS OF THE** |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - : | | **DEPOSITION TESTIMONY OF** |
| | x | **PLAINTIFF MARVIN KEY** ) |

Defendant Wal-Mart Stores, Inc. ("Wal-Mart"), by and through their attorneys,

Brown, Raysman, Millstein, Felder & Steiner LLP, hereby designates the following

testimony of Plaintiff Marvin Key, obtained by way of deposition on June 24, 2003 and

August 13, 2003, as it may be submitted at trial.[1]

**FIRST DAY OF TESTIMONY- JUNE 24, 2003**

**PAGES:LINES**
3:8-6:15
6:24-9:1
9:16-13:16
14:1-28:8
18:14 – 31:9
31:9
31:17-41:3
41:9-42:1
42:5-57:2
57:7-59:20

---

[1] Wal-Mart does not believe that any testimony relating to Plaintiff's now-dismissed allegations of wrongful termination or his allegations that Wal-Mart's Vision Center Practices were inappropriate are proper to submit as evidence or otherwise relevant to Plaintiff's remaining discrimination and negligent misrepresentation claims. However, to the extent that Plaintiff has indicated that he believes these areas are still at issue, Wal-Mart has marked testimony relating to these matters. Wal-Mart reserves its right to submit additional designations, as appropriate.

59:24-64:13
67:21-74:17
75:2-25
76:11-22
77:10-78.25
79:5 – 84:13
84:19-85:2
85:24-88:20
89:2-90:3
92:17-94:5
94:17-101:23
102:6-103:20
103:25-116:6
116:9-117:19
117:23-120:21
121:15-126:13
127:21-24
128:9-138:1
138:7-143:13
143:17-148:25
149:4-152:19
152:22-153:17
154:7-155:1
155:4-157:16
158:5-11
159:23-165:20
166:3-169:14
170:6-190:2
190:4-6
190:19-193:22
194:11-195:11
195:14-196:18
197:1-11
197:18-199:2
199:22-202:9
202:12-207:9

## SECOND DAY OF TESTIMONY- AUGUST 13, 2003

### PAGES:LINES
5:5 - 6:11
6:14 – 7:13
7:16-23
7:25 – 9:2
9:7 – 10:4
10:13 – 11:11

11:17 – 15:9
15:13 – 17:16
17:18 – 18:5
19:5 – 20:25
21:17 – 21:20
22:23 – 24:20
25:1 – 32:8
32:13 – 35:3
35:7 – 41:12
42:7 – 46:9
46:19 – 50:5
50:10 – 56:5
56:6 – 59:9
60:18 – 64:8
64:10 – 64:16
64:17 – 65:13
66:3 – 66:16
67:1 – 68:25
69:6 – 73:24
74:7 – 74:24
75:12 – 77:13
78:11 – 80:13
80:14 – 80:19
81:9 – 81:16
81:21 – 82:15
83:14 – 85:2
85:3 – 85:23
86:23 – 90:12
90:23 – 91:16
91:18 – 93:8
93:9 – 93:20
94:10 – 95:4
95:25 – 98:5
98:11 – 98:25
99:22 – 105:15
106:22 – 115:25
117:8 – 117:25
118:15 – 119:3
119:4 – 124:12
124:17 – 128:4
128:7 – 130.21
131:3 – 131:28
132:9 – 132:16
132:24 – 135:9
135:18 – 135:25
136:16 – 136:24

137:7 – 139:19
140:1 – 140:25
141:7 – 144:13
144:21 – 148:8
148:9 – 149:24
150:12 – 157:23
158:3 – 162:23
163:6 – 192:4
192:12 – 198:24
199:21 – 200:18

RESPECTFULLY SUBMITTED,

BROWN RAYSMAN MILLSTEIN
FELDER & STEINER LLP
Attorneys for Wal-Mart Stores, Inc.

_____
Mitchell L. Fishberg (ct19661)
Kristi E. Mackin (ct23394)
Brown Raysman Millstein Felder &
Steiner LLP
185 Asylum Street, 10th Floor
Hartford, CT  06103
(860) 275-6400

Joel L. Finger (ct06114)
Brown Raysman Millstein Felder &
Steiner LLP
900 3rd Avenue
New York, NY 10022
(212) 895-2000

Dated:  May 2, 2005