UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARVIN KEY, | : | |
| | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:03CV144 (RNC) |
| | : | |
| v. | : | |
| | : | |
| WAL-MART STORES, INC. | : | |
| | : | |
| Defendant. | : | MAY 3, 2005 |

### DEFENDANT WAL-MART STORES, INC.'S MOTION TO AMEND ITS TRIAL MEMORANDUM

Defendant Wal-Mart Stores, Inc. ("Wal-Mart") respectfully moves to amend the trial memorandum submitted to this Court yesterday, May 2, 2005. After review of Wal-Mart's submission, it appeared that there were some errors in the document that Wal-Mart would like to correct. Wal-Mart was unaware that the parties would be filing individual joint trial memoranda until approximately 2:00 P.M. yesterday and therefore had to make changes to its documents very quickly.

When we asked Plaintiff's counsel earlier today if she consented to this request, she advised that Plaintiff would not take a position on the filing of this Amended Joint Trial Memorandum.

WHEREFORE, Wal-Mart respectfully requests that it be allowed to amend its Trial Memorandum.

Case 3:03-cv-00144-RNC    Document 158    Filed 05/04/2005    Page 2 of 2

**DEFENDANT
WAL-MART STORES, INC.**

_____
Mitchell L Fishberg (ct19661)
Kristi E. Mackin (ct23394)
Brown Raysman Millstein Felder & Steiner LLP
CityPlace II, 10th Floor
185 Asylum Street
Hartford, CT  06103
860-275-6400

Joel L. Finger (ct06114)
Brown Raysman Millstein Felder & Steiner LLP
900 Third Avenue
New York, NY  10022

## CERTIFICATION

I hereby certify that I have caused to be served this 3nd day of May 2005, the above and foregoing by United States mail, postage paid, return receipt requested, on the following counsel and pro se parties of record:

Pamela J. Coyne
Federal Bar No. ct22941
Durant, Nichols, Houston, Hodgson &
Cortese-Costa, PC
1057 Broad Street
Bridgeport, CT  06604
203-366-3438

_____
Kristi E. Mackin