**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| MARVIN KEY, | : |
| | : Case No. 3:03CV144 (RNC) |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| WAL-MART STORES, INC., | : MAY 3, 2005 |
| Defendant. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## MOTION TO BIFURCATE THE TRIAL WITH RESPECT TO LIABILITY AND DAMAGES

Defendant Wal-Mart Stores, Inc. ("Wal-Mart") respectfully moves this Court, pursuant to Fed.R.Civ.P. 42(b), for an order bifurcating the issues of liability and damages at trial. Attached is Wal-Mart's Memorandum of Law in Support of Defendant's Motion to Bifurcate the Trial with Respect to Liability and Damages in support of this Motion.

WAL-MART STORES, INC.,

By:_____
Mitchell L. Fishberg (ct19661)
Kristi E. Mackin (ct23394)
Brown Raysman Millstein Felder & Steiner LLP
185 Asylum Street, 10th Floor
Hartford, CT 06103
(860) 275-6400

Joel L. Finger (ct06114)
Brown Raysman Millstein Felder & Steiner LLP
900 3rd Avenue
New York, NY 10022
(212) 895-2000

- 2 -

## CERTIFICATION

I hereby certify that I have caused to be served this 3nd day of May 2005, the above and foregoing by United States mail, postage paid, return receipt requested, on the following counsel and pro se parties of record:

Pamela J. Coyne  
Federal Bar No. ct22941  
Durant, Nichols, Houston, Hodgson &  
Cortese-Costa, PC  
1057 Broad Street  
Bridgeport, CT  06604  
203-366-3438

                                    _____  
                                    Kristi E. Mackin

HARTFORD 119666v1