158

*May 4, 2005. Granted. So ordered.    Robert N. Chatigny, U.S.D.J.*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARVIN KEY, | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:03CV144 (RNC) |
| v. | : | |
| | : | |
| WAL-MART STORES, INC. | : | |
| Defendant. | : | MAY 3, 2005 |

## DEFENDANT WAL-MART STORES, INC.'S MOTION TO AMEND ITS TRIAL MEMORANDUM

Defendant Wal-Mart Stores, Inc. ("Wal-Mart") respectfully moves to amend the trial memorandum submitted to this Court yesterday, May 2, 2005. After review of Wal-Mart's submission, it appeared that there were some errors in the document that Wal-Mart would like to correct. Wal-Mart was unaware that the parties would be filing individual joint trial memoranda until approximately 2:00 P.M. yesterday and therefore had to make changes to its documents very quickly.

When we asked Plaintiff's counsel earlier today if she consented to this request, she advised that Plaintiff would not take a position on the filing of this Amended Joint Trial Memorandum.

WHEREFORE, Wal-Mart respectfully requests that it be allowed to amend its Trial Memorandum.