# EXHIBIT A

*12/2/90*

*Norwich Bulletin*

*B-1*

SECTION **B**

*FILE COPY*

# For local resident, the eyes have it

■ Norwich man gets license and becomes one of the few black opticians in the state.

**By CARA MATTHEWS**
*Norwich Bulletin*

NORWICH — While waiting for a delayed plane's arrival at a New York City airport, Marvin Key, then a chauffeur, meandered into an optical store that caught his eye.

"I walked in and kind of looked around and I said to myself, 'I could do that,'" he said.

A former electronic mechanic, Key, 46, was looking for a stable second career.

"I wanted to do something that you would always be employed no matter where you went in the world."

Key, who received his license in Norwich Thursday, said he learned through unofficial accounts he is the only black optician in the state.

"They told me that in school," he said of professors at Middlesex Community Technical College in Middletown. "There's a lack of African-Americans in the field.

"There's very few role models or anybody making minorities aware that this industry is wide open to them."



Key

Debra Tomassone, chief of licensing for the state Department of Public Health, said the agency does not record licensee's race or ethnicity. A likely assumption would be there are not many minorities who are opticians, she said.

Key, of Norwich, said he had a lot of help getting licensed.

About five years ago, when he first started looking into the field, he learned of a new program in Connecticut. Two years of study at Middlesex Community-Technical College could substitute for four years of apprenticeship under an optician.

Flexible work hours as a chauffeur for New London businessman John C. Ellis and his associates allowed Key to earn the money he needed for school and provide for his family. Key and his wife, Darlene, have four children.

When Key had some difficulty with the licensing exam and state bureaucracy, Michael Doyle of the governor's eastern office helped him navigate. In part due to Key's input, the state changed the licensing requirements to more accurately reflect what is required of an optician, Key and Doyle said.

Only 40 percent of licensing candidates for opticians passed the test last year. Key was one of them.

"Marvin's a living example of that motivation to be the best you can be," Ellis said.

000002