**BROWN RAYSMAN MILLSTEIN**
**FELDER & STEINER LLP**
Joel L. Finger (ct06114)
Brown Raysman Millstein Felder & Steiner LLP
900 3rd Avenue
New York, NY 10022
(212) 895-2000

Mitchell L. Fishberg (ct19661)
Kristi E. Mackin (ct23394)
185 Asylum Street
CityPlace II, 10th Floor
Hartford, CT 06103
(860) 275-6400
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

------------------------------------- x
- - -

| | |
|---|---|
| MARVIN KEY, | Case No. 3:03CV144(RNC) |
| Plaintiff, | |
| v. | |
| WAL-MART STORES, INC., | **DEFENDANT'S PROPOSED** |
| Defendant. | **DESIGNATIONS OF THE** |
| | **DEPOSITION TESTIMONY OF** |
| | **HUONG NGUYEN** |

------------------------------------- x
- - -

Defendant Wal-Mart Stores, Inc. ("Wal-Mart"), by and through its attorneys, Brown, Raysman, Millstein, Felder & Steiner LLP, hereby designates the following testimony of Huong Nguyen, obtained by way of deposition on September 29, 2003, as it may be submitted at trial.[1]

---

[1] Wal-Mart reserves its right to submit additional designations, if appropriate.

BRMFS1 579533v1

**PAGES: LINES**

7:8-18:25
19:8-43:22
44:1-50:20
51:3-18
51:22-52:23
53:6-54:18
55:12-56:19
57:3-59:7
67:20-68:14
68:20-69:2
70:4-10
70:18-22
76:11-78:21
79:4-19

RESPECTFULLY SUBMITTED,

BROWN RAYSMAN MILLSTEIN
FELDER & STEINER LLP
Attorneys for Wal-Mart Stores, Inc.

_____

Mitchell L. Fishberg (ct19661)
Kristi E. Mackin (ct23394)
Brown Raysman Millstein Felder &
Steiner LLP
185 Asylum Street, 10th Floor
Hartford, CT  06103
(860) 275-6400

Joel L. Finger (ct06114)
Brown Raysman Millstein Felder &
Steiner LLP
900 3rd Avenue
New York, NY 10022
(212) 895-2000

Dated:  May 3, 2005

BRMFS1 579533v1