# Exhibit D

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------- x
: 
MARVIN KEY, :
: CIVIL ACTION NO.:
Plaintiff, : 3:03CV144(RNC)
:
v. :
: MAY 23, 2005
WAL-MART STORES, INC. :
Defendant. :
:
------------------------------------- :
:
x

## DECLARATION OF KRISTI E. MACKIN

I, Kristi E. Mackin, do depose and say:

1. I am an associate attorney at the law firm of Brown Raysman Millstein Felder & Steiner LLP ("Brown Raysman"), working from the firm's Hartford, Connecticut office. In conjunction with Joel L. Finger and Mitchell L. Fishberg, I am counsel for Defendant Wal-Mart Stores, Inc. ("Wal-Mart") in the above captioned matter.

2. The purpose of this Declaration is to respond to certain claims made by Plaintiff in his Motion *in Limine* to Exclude Certain Evidence, *inter alia*, that he did not receive certain discovery documents from Wal-Mart.

3. During the time that the parties were attempting to prepare the Joint Trial Memorandum, the parties had a number of conversations regarding the proposed exhibit and witness lists. In one of these conversations with Plaintiff's counsel, Pamela Coyne, Attorney Coyne informed Mitchell Fishberg and I that she was unfamiliar with some of the documents on

Wal-Mart's draft exhibit list and had "never seen" a number of other exhibits. The documents identified by Attorney Coyne included the following:

1. January 20, 2000 Note from Plaintiff to Roger Noll regarding customer service book (Wal-Mart Exhibit 2);
2. Note dated April 30, 2001, "Given to Marvin" (Wal-Mart Exhibit 5);
3. CBL Scores for Marvin Key (Wal-Mart Exhibit 6);
4. Optician/Licensed Optician Job Description, Training Plans (Wal-Mart Exhibit 12);
5. Computer Based Learning Module, 3 Basic Beliefs (Wal-Mart Exhibit 36);
6. Associate Commendation Form issued to Jenilu Zboray dated 6/29/95 (Wal-Mart Exhibit 71);
7. Performance Appraisal, Department Manager (Jenilu Zboray) (Wal-Mart Exhibit 74);
8. Performance Appraisal, Department Manager, dated 11/28/99 issued to Jenilu Zboray (Wal-Mart Exhibit 75);
9. Typewritten note, "Meeting 6/15/00," "The Manager" signed by Parmenter, Zboray, Key and Peterson (Wal-Mart Exhibit 85);
10. Typewritten note, "Service Issues" signed by Parmenter, Zboray, Key and Peterson (Wal-Mart Exhibit 86);
11. Typewritten note, "Meeting 6/15/00," "The Customer" signed by Parmenter, Zboray, Key and Peterson (Wal-Mart Exhibit 87); and
12. Typewritten note, "The Doctor" signed by Parmenter, Zboray, Key and Peterson (Wal-Mart Exhibit 88).

Plaintiff's counsel also told me and Attorney Fishberg that she had not seen certain documents relating to Jerry Ellis that Wal-Mart had placed on its draft list of exhibits, but later opted not to include as part of its Trial Memorandum.

4. The large majority of discovery in this action occurred prior to my involvement in the case. However, being that I was personally involved in the production of the documents relating to the personnel files of several Wal-Mart employees including Ms. Zboray (Exhibits 6, 7, and 8), I knew that these exhibits had been produced to Plaintiff. I had also seen bates label

documents corresponding to a few of the other exhibits that Plaintiff's counsel was unsure whether she had seen.

5. Within an hour or less of this telephone conversation, I telephoned Attorney Coyne to ask a question about an administrative matter relating to how the parties would list their objections on the proposed Joint Trial Memoranda. I left a message, which Attorney Coyne returned soon thereafter. During this telephone conversation, I also provided Attorney Coyne with the bates stamp numbers for some of the documents that she told us she had not received. Two of the documents for which I provided the bate stamp number were performance reviews for Jenilu Zboray, one of which Plaintiff lists on his Motion *in Limine* as a document which he has not been provided. Attorney Coyne conceded that there may be some documents she just did not recall, but remained adamant that she knew she had "never seen" some of the documents that appeared on Wal-Mart's exhibit list.

6. I also told Attorney Coyne that two of the exhibits with which she told us she was not familiar, the January 20, 2001 note to Roger Noll and the August 30, 2001 "Note to Marvin," had been introduced as exhibits in Plaintiff's deposition. I provided her with the exhibit numbers for those documents.

7. In his Motion *in Limine* to Preclude Certain Evidence, Plaintiff still claims that he did not receive the following documents, as listed in Wal-Mart's Trial Memorandum:

    6.      Plaintiff's CBL [Computer Based Learning] Scores;
    72.    Performance evaluation dated 12/18/93 issued to Jenilu Zboray;
    74.    Performance Appraisal, Department Manager, Jenilu Zboray;
    84.    Typewritten note, "Meeting 6/15/00," "The Manager" signed by Parmenter, Zboray, Key and Peterson;
    85.    Typewritten note, "Service Issues" signed by Parmenter, Zboray, Key and Peterson;

3

86. Typewritten note, "Meeting 6/15/00," "The Customer" signed by Parmenter, Zboray, Key and Peterson; and

87. Typewritten note, "The Doctor" signed by Parmenter, Zboray, Key and Peterson.

8. As noted above, I was involved in the preparation and disclosure of personnel file documents provided to Plaintiff, including the Zboray documents, and therefore knew that they had been produced. Specifically, on March 4, 2004, with the assistance of Brown Raysman paralegal Karen Sullivan, I provided Plaintiff the personnel file documents of several Wal-Mart employees, including the documents that Wal-Mart listed as Exhibits 71 – 75 relating to Ms. Zboray and the documents relating to Jerry Ellis that Plaintiff's counsel previously said Plaintiff had not received. The correspondence and the pertinent bates stamped documents are attached hereto as Exhibit 1. This package was sent via Federal Express and according to the Federal Express tracking website was received and signed for by Plaintiff's counsel's firm.

9. Plaintiff's CBL scores and the typewritten notes included on Wal-Mart's exhibit list, attached hereto as Exhibit 2, are located in Plaintiff's personnel file. This file was provided to Plaintiff's former counsel, David Fabricant, on January 31, 2002 directly by Wal-Mart prior to this firm's involvement in this matter. *See* Facsimile cover sheet, bate stamped by Plaintiff as document numbers 10 and 29, attached hereto collectively as Exhibit 3. A copy of this same personnel file was sent to this firm once it became involved in this matter. There are two duplicate copies of this personnel file in Brown Raysman's litigation files, both of which contain identical documents including the list of CBL scores, Exhibit 6, and the typewritten notes signed by Plaintiff and other Vision Center employees, Exhibit Nos. 85-88.

10. From my experience in representing Wal-Mart in conjunction with several administrative claims and litigations, I can advise the Court that at the time of Plaintiff's

4

employment, Wal-Mart regularly maintained a list of CBL scores in the personnel files of separated employees, such as Plaintiff.

## **VERIFICATION PURSUANT TO 28 U.S.C §1746**

I declare on this 23rd day of May 2005, under the penalty of perjury that the foregoing is true and correct.

_____
Kristi E. Mackin

# Exhibit D1

# BROWN RAYSMAN

**BROWN RAYSMAN MILLSTEIN FELDER & STEINER LLP**

Karen P. Sullivan
New 860-275-6427
ksullivan@brownraysman.com

March 4, 2004

**BY FEDERAL EXPRESS**

Pamela Coyne, Esq.
Durant, Nichols, Houston,
Hodgson & Cortese-Costa, P.A.
1057 Broad Street
Bridgeport, CT 06804

   Re: Marvin Key v. Wal-Mart, Inc. et. al.
      Case No.: 3:03 CV 144(RNC)

Dear Attorney Coyne:

  Pursuant to your Subpoeona of February 27, 2004 and your discussion with Kristi Mackin of today's date please find enclosed, personnel files of the following individuals:

- Phyllis Parmenter, Bates labeled D001814 – D001831;

- Jeffrey Krol, Bates labeled D001832 – D001866;

- Jenilu Zboray, Bates labeled D001867 – D001895;

- David R. Peterson, Bates labeled D001896 – D001908; and

- Jerry Ellis, Bates labeled D001909 – D001920.

Pamela Coyne, Esq.
March 4, 2004
Page 2

    Should you have any questions or concerns regarding the enclosed please give our offices a call.

Sincerely,

Karen P. Sullivan
Paralegal

Enclosures

KPS:kps

cc:    Kristi E. Mackin, Esq.
       Mitchell L. Fishberg, Esq.

HARTFORD 83569v1

# New Associate Orientation Training Plan

Associate: **Phyllis Parmenter**   Sponsor: **Pati.**

Hire Date: **2/7/00**   Division: **30**   Dept. **49**

## DAY ONE ORIENTATION

**PP**
- _PP_ Welcome / Introduction
- _✓_ Employment Paperwork
- _✓_ Watch and discuss the "Beginning & the Difference" video
- _✓_ Introduction to Computer Based Learning
- _✓_ Complete the Discovery Basic CBL module
- _✓_ Associate Handbook discussion
- _✓_ Watch and discuss the "You Picked a Great Place to Work" video
- Complete these CBL modules
  - _✓_ Bloodborne Pathogens
  - _✓_ Hazardous Communications
  - _✓_ Personal Protective Equipment (only if required by job code)

Associate's Initials: **PP**   Personnel Manager's Initials: **GS**

## DAY ONE ON-THE-JOB TRAINING

- _✓_ Store Informational Tour
- _✓_ Watch and discuss the "All the King's Horses" video
- _✓_ Benefits overview
- _✓_ Risk management tour
- _✓_ Watch and discuss the "Magic of a Blink" video
- _✓_ Job-specific training with sponsor

Associate's Initials: **PP**   Personnel Manager's Initials: **GS**

## 30 DAY FOLLOW-UP SESSION

- _✓_ Benefits discussion

http://pipeline.wal-mart.com/training/cbl/job_info/newhireo.htm         2/22/00

D001814

New Hire Orientation Training Plan

Page 2 of 2

Associate's Initials: _PP_   Personnel Manager's Initials: _GS_

## 60 DAY FOLLOW-UP SESSION

- Discuss the Scavenger Hunt
- Discuss performance appraisals
- Discuss the "No Quit Policy"
- Discuss career opportunities with Wal-Mart
- Discuss the 5 Committments

Associate's Initials: _PP_   Personnel Manager's Initials: _GS_

## 90 DAY FOLLOW-UP SESSION

- Discuss the transfer policy
- Discuss the Grass Roots process
- Question / Answer Session
- Orientation Post Test (CBL)

Associate's Initials: _PP_   Personnel Manager's Initials: _GS_

This Training Plan is to be used as a tool to help Associates in new positions, along with helping Sponsors better coach new Associates. This should be printed by the Personnel Manager and completed by the new Associate. Please sign and date below.

Associate: _Phyllis Paint_

Personnel Mgr: _____

Completion Date: _2/28/00_

http://pipeline.wal-mart.com/training/cbl/job_info/newhireo.htm

2/22/00

D001815

## Performance Appraisal
### Optician

| Criteria | Exceeds | Meets | Below |
|---|---|---|---|
| **Customer Service * Respect for the Individual** | | | |
| Answers Customer phone calls promptly, within 3 rings. | ☐ | ☑ | ☐ |
| Practices 10 foot Attitude. | ☐ | ☑ | ☐ |
| Maintains a professional appearance, including compliance with dress code. | ☐ | ☑ | ☐ |
| Communicates effectively with customers, Optometrists and other healthcare professionals. | ☐ | ☑ | ☐ |
| Familiar with Optical merchandise to attend to all customer needs. | ☑ | ☐ | ☐ |
| Shows a high sense of urgency with all assignments. | ☐ | ☐ | ☑ |
| Exceeds customer's expectations by assisting them whenever possible. | ☐ | ☑ | ☐ |
| Works and communicates well with all members of the Vision Center team | ☐ | ☑ | ☐ |
| **Productivity * Strive for Excellence** | | | |
| Meets sales objectives      Goal _____  Actual _____ | ☐ | ☐ | ☐ |
| Understands and operates lensometer effectively. | ☐ | ☑ | ☐ |
| Able to fit and adjust glasses for all customers. | ☐ | ☑ | ☐ |
| Able to insert and remove contact lenses. | ☐ | ☑ | ☐ |
| Discusses patient's lifestyles before taking their order. | ☐ | ☑ | ☐ |
| Able to fit all multifocal lenses. | ☐ | ☑ | ☐ |
| Able to read and transpose a prescription. | ☐ | ☑ | ☐ |
| Resolves all troubleshooting issues for patients. | ☐ | ☑ | ☐ |
| Understands and participates in maintaining Perpetual Inventory. | ☐ | ☑ | ☐ |
| Participates in daily presentation and maintenance of Vision Center department. | ☐ | ☑ | ☐ |
| Able to cut 1-hour jobs in the lab. | ☐ | ☑ | ☐ |
| Follow through on equipment maintenance. | ☐ | ☑ | ☐ |
| Assures all jobs are quality checked and approved. | ☐ | ☑ | ☐ |
| Ensures jobs delivered on time (Review WTP) | ☐ | ☐ | ☑ |
| **Safe Work Practices** | | | |
| Ensures departments are kept neat and clean. | ☐ | ☑ | ☐ |
| Is knowledgeable about emergency and safety procedures. | ☐ | ☐ | ☑ |
| Ensures ANSI standards followed. | ☐ | ☑ | ☐ |
| Follows proper lifting techniques. | ☐ | ☑ | ☐ |
| Ensures all displays are secured in a safe and proper manner. | ☐ | ☑ | ☐ |
| Ensures OSHA guidelines are being followed properly. | ☐ | ☑ | ☐ |
| Ensures stable stacking of merchandise. | ☐ | ☑ | ☐ |
| **Dependability** | | | |
| Attendance and punctuality is within acceptable Company guidelines. Company Goal: ___ Days Absent: ___ Days Tardy ___ | ☐ | ☐ | ☑ |
| **Training** | | | |
| Current on CBLs   Company Goal: 100%   Associate Current %: 100% | | ☑ | ☐ |
| Shares knowledge with other Associates. | | ☑ | ☐ |

D001816

| Name: PHYLLIS PARMENTER | Store# 2854 | Position: LD |
| SS# | | Current Pay Rate: 26.40 |
| Review Period: | | Increase Amount: 1.06 |
| From: 2-7-2002 | To: 2-7-2003 | New Pay Rate: 27.46 |

☐ 90 Day   ☑ Annual   ☐ Follow Up

### STRENGTHS
YOU GO OUT OF YOUR WAY TO TAKE CARE OF THE CUSTOMER, AND YOU ARE VERY FRIENDLY AND WELL DRESSED.

### AREAS FOR IMPROVEMENT
GETTING IN ON TIME AND FOLLOWEN COMO POLICY

### ASSOCIATES COMMENTS / GOAL SETTINGS

☐ EXCEEDS EXPECTATIONS   ☑ MEETS EXPECTATIONS   ☐ BELOW EXPECTATIONS

SIGNATURES:

| Associate's Signature | Print Associate's Name: Phyllis Parmenter | Date: 1/13/03 |
| Hourly Supervisor Signature | Print Hourly Supervisor Name | Date |
| Salaried Manager's Signature: Barbara Mlin | Print Salaried Manager's Name: Barbara Maximowicz | Date: 1-6-03 |
| Facility Manager's Signature: Jerry Edwards | Print Facility Manager's Name: Jerry Edwards | Date: 1-13-03 |

D001817

## ASSOCIATE'S COMMENDATION FORM

| NAME | SS# | FACILITY# |
|---|---|---|
| PHYLLIS PARMENTER | | 2854 |

| DATE HIRED: | POSITION |
|---|---|
| 02-07-00 | LICENSED OPTICIAN |

This form is to be used to recognize any action for which an Associate should be commended. Please give all the details, including dates.

PHYLLIS'S JOB CODE IS INCORRECT. SHE IS JOB CODED AS A NON-CERTIFIED OPTICIAN AND SHOULD BE JOB CODED AS A LICENSED OPTICIAN. PAY RATE IS TO REMAIN THE SAME.

If a change in position occurs, please fill out the following:

| | FROM: | TO: |
|---|---|---|
| POSITION: | 852 | 856 |
| DEPARTMENT: | 49 | 49 |
| SALARY: | SAME | SAME |
| STATUS: | F P T | F P T |

** F = FULL TIME ** ** P = PART TIME ** ** T = TEMPORARY **

ASSOCIATE SIGNATURE: [signature]     DATE: 9/26/02
HOURLY SUPERVISOR:                    DATE:
SALARIED MEMBER OF MANAGEMENT: [signature Barbara Murry]   DATE: 7-26-02
FACILITY MANAGER'S APPROVAL:          DATE:
EFFECTIVE DATE:

COPIES TO ASSOCIATE'S PERSONNEL FILE

D001818

## Performance Appraisal
### Optician

| | Exceeds | Meets | Below |
|---|---|---|---|
| **Customer Service * Respect for the Individual** | | | |
| Answers Customer phone calls promptly, within 3 rings. | ☐ | ☒ | ☐ |
| Practices 10 foot Attitude. | ☐ | ☒ | ☐ |
| Maintains a professional appearance, including compliance with dress code. | ☐ | ☒ | ☐ |
| Communicates effectively with customers, Optometrists and other healthcare professionals. | ☒ | ☐ | ☐ |
| Familiar with Optical merchandise to attend to all customer needs. | ☒ | ☐ | ☐ |
| Shows a high sense of urgency with all assignments. | ☐ | ☒ | ☐ |
| Exceeds customer's expectations by assisting them whenever possible. | ☒ | ☐ | ☐ |
| Works and communicates well with all members of the Vision Center team | ☐ | ☐ | ☒ |
| **Productivity * Strive for Excellence** | | | |
| Meets sales objectives          Goal _____    Actual _____ | ☐ | ☐ | ☐ |
| Understands and operates lensometer effectively. | ☒ | ☐ | ☐ |
| Able to fit and adjust glasses for all customers. | ☒ | ☐ | ☐ |
| Able to insert and remove contact lenses. | ☐ | ☒ | ☐ |
| Discusses patient's lifestyles before taking their order. | ☐ | ☒ | ☐ |
| Able to fit all multifocal lenses. | ☐ | ☒ | ☐ |
| Able to read and transpose a prescription. | ☐ | ☒ | ☐ |
| Resolves all troubleshooting issues for patients. | ☒ | ☐ | ☐ |
| Understands and participates in maintaining Perpetual Inventory. | ☐ | ☒ | ☐ |
| Participates in daily presentation and maintenance of Vision Center department. | ☐ | ☒ | ☐ |
| Able to cut 1-hour jobs in the lab. | ☐ | ☒ | ☐ |
| Follow through on equipment maintenance. | ☐ | ☒ | ☐ |
| Assures all jobs are quality checked and approved. | ☒ | ☐ | ☐ |
| Ensures jobs delivered on time (Review WTP) | ☐ | ☐ | ☒ |
| **Safe Work Practices** | | | |
| Ensures departments are kept neat and clean. | ☐ | ☒ | ☐ |
| Is knowledgeable about emergency and safety procedures. | ☐ | ☒ | ☐ |
| Ensures ANSI standards followed. | ☒ | ☐ | ☐ |
| Follows proper lifting techniques. | ☐ | ☒ | ☐ |
| Ensures all displays are secured in a safe and proper manner. | ☐ | ☒ | ☐ |
| Ensures OSHA guidelines are being followed properly. | ☒ | ☐ | ☐ |
| Ensures stable stacking of merchandise. | ☐ | ☒ | ☐ |
| **Dependability** | | | |
| Attendance and punctuality is within acceptable Company guidelines. Company Goal: _____  Days Absent: _____  Days Tardy _Almost Daily_ | ☐ | ☐ | ☒ |
| **Training** | | | |
| Current on CBLs       Company Goal: 100%       Associate Current %: _100_ | ☐ | ☐ | |
| Shares knowledge with other Associates. | ☐ | ☐ | ☒ |

D001819

# PERFORMANCE APPRAISAL

Name: Phyllis PARMENTER  Store # 2022  Position: Optician
SS#: 
Review Period: 1-7-02  Current Pay Rate: 25.15
From: FEB 7 2001  To: Feb 7, 2002  Increase Amount: 1.25
New Pay Rate: 26.40

☐ 90 Day  ☒ Annual  ☐ Follow Up

**STRENGTHS**

Knowlage of lenses + optical terms. Her ability to communicate with customers and make them feel comfortable with all aspects of their experience. Knowlage of the lab and ability to Run and Maintain the equipment.

**AREAS FOR IMPROVEMENT**

Attendance and working with all associates on a regual basis. Getting lab jobs out in a timely manner. Not letting everyone pull you away from your job. Follow through - Complete one task before starting another.

**ASSOCIATES COMMENTS/ GOAL SETTINGS**

I agree tardiness still needs improvement also, I feel I have a lot to learn from Jane so far as focusing on my task at hand.

* I would like very much (after we straighten out other areas) to get the lab organized.

This is an evaluation of the Associate's <u>Overall</u> Job Performance.

☐ EXCEEDS EXPECTATIONS   ☒ MEETS EXPECTATIONS   ☐ BELOW EXPECTATIONS

**SIGNATURES**

Associate's Signature / Print Associate's Name: Phyllis Parmenter / Date: 01/07/02
Supervisor's Signature: Jane A. Consolie / Print Supervisor's Name: JANE A. CONSOLIE / Date: 01-08-02
Facility Manager's Signature / Print Facility Manager's Name: Edna Mood / Date: 01/08/02

D001820

# PERFORMANCE APPRAISAL

| | | |
|---|---|---|
| Name: Phyllis Pamenter | Store # 2022 | Position: optician |
| SS#: | | Current Pay Rate: 23.95 |
| Review Period: | | Increase Amount: 1.20 |
| From: 2/07/00 | To: 2/07/01 | New Pay Rate: 25.15 |

☐ 90 Day    ☒ Annual    ☐ Follow Up

### STRENGTHS
Self motivated, Eager to help and assist others. Very knowledgeable of optical.
Very well at troubleshooting visual problems with customers.
good optical skills.

### AREAS FOR IMPROVEMENT
Phyllis is late alot but has been improving making an effort to be in on time.
Needs to address answering the phone with in 3 rings.
We need to take care of the customers in a timely manner, not to rush them out but to be able to move along from one customer to another.

### ASSOCIATES COMMENTS/ GOAL SETTINGS

*This is an evaluation of the Associate's Overall Job Performance.*

☐ EXCEEDS EXPECTATIONS    ☒ MEETS EXPECTATIONS    ☐ BELOW EXPECTATIONS

### SIGNATURES

| Associate's Signature | Phyllis Pamenter / Print Associate's Name | 1/15/1 Date |
| Supervisor's Signature | Print Supervisor's Name | 1/15/1 Date |
| Signature of Next Level of Supervision | Print Supervisor's Name | Date |

D001821

## Performance Appraisal
## Optician

| | EXCEEDS | MEETS | BELOW |
|---|---|---|---|
| **Customer Service * Respect for the Individual** | | | |
| Answers Customer phone calls promptly, within 3 rings. | ☐ | ☐ | ☒ |
| Practices 10 foot Attitude. | ☐ | ☒ | ☐ |
| Maintains a professional appearance, including compliance with dress code. | ☐ | ☒ | ☐ |
| Communicates effectively with customers, Optometrists and other healthcare professionals. | ☐ | ☒ | ☐ |
| Familiar with Optical merchandise to attend to all customer needs. | ☐ | ☒ | ☐ |
| Shows a high sense of urgency with all assignments. | ☐ | ☒ | ☐ |
| Exceeds customer's expectations by assisting them whenever possible. | ☐ | ☒ | ☐ |
| Works and communicates well with all members of the Vision Center team | ☐ | ☒ | ☐ |
| **Productivity * Strive for Excellence** | | | |
| Meets sales objectives     Goal _____     Actual _____ | ☐ | ☐ | ☐ |
| Understands and operates lensometer effectively. | ☐ | ☒ | ☐ |
| Able to fit and adjust glasses for all customers. | ☐ | ☒ | ☐ |
| Able to insert and remove contact lenses. | ☐ | ☒ | ☐ |
| Discusses patient's lifestyles before taking their order. | ☐ | ☒ | ☐ |
| Able to fit all multifocal lenses. | ☐ | ☒ | ☐ |
| Able to read and transpose a prescription. | ☐ | ☒ | ☐ |
| Resolves all troubleshooting issues for patients. | ☐ | ☒ | ☐ |
| Understands and participates in maintaining Perpetual Inventory. | ☐ | ☒ | ☐ |
| Participates in daily presentation and maintenance of Vision Center department. | ☐ | ☒ | ☐ |
| Able to cut 1-hour jobs in the lab. | ☐ | ☒ | ☐ |
| Follow through on equipment maintenance. | ☐ | ☐ | ☒ |
| Assures all jobs are quality checked and approved. | ☐ | ☒ | ☐ |
| Ensures jobs delivered on time (Review WTP) | ☐ | ☒ | ☐ |
| **Safe Work Practices** | | | |
| Ensures departments are kept neat and clean. | ☐ | ☐ | ☒ |
| Is knowledgeable about emergency and safety procedures. | ☐ | ☒ | ☐ |
| Ensures ANSI standards followed. | ☐ | ☒ | ☐ |
| Follows proper lifting techniques. | ☐ | ☒ | ☐ |
| Ensures all displays are secured in a safe and proper manner. | ☐ | ☒ | ☐ |
| Ensures OSHA guidelines are being followed properly. | ☐ | ☒ | ☐ |
| Ensures stable stacking of merchandise. | ☐ | ☒ | ☐ |
| **Dependability** | | | |
| Attendance and punctuality is within acceptable Company guidelines. Company Goal: _____ Days Absent: _____ Days Tardy _____ | ☐ | ☐ | ☒ |
| **Training** | | | |
| Current on CBLs     Company Goal: 100%     Associate Current %: 100% | | ☒ | ☐ |
| Shares knowledge with other Associates. | | ☒ | ☐ |

D001822

# Wal-Mart Stores, Inc.
## Customer Service Scheduling Availability
### Associate

Dear Associate:

Thank you for your continued service with Wal-Mart. We strive to provide flexible hours for our Associates while ensuring excellent customer service. Wal-Mart recognizes that opportunities may arise that require an Associate to change their availability. We respect your request to do so. However, we want to remind you how our scheduling process works. We must ensure that we have trained Associates available when our customer traffic is heaviest. Wal-Mart tracks information about where and what time of day our customers are shopping. This aids management in scheduling Associates properly to assist our customers. Your open availability is important to this process. Changing your availability could affect the number of hours you receive. If you have any questions, please see your facility manager.

__Phyllis Parmenter__
(Print Name)

_____
(Social Security Number)

Please indicate the hours you ARE AVAILABLE to work. Changes to your availability must be approved by your facility manager.

Wal-Mart Store # _____

Is your store 24 hours? Please circle:  Yes   No
(Shift times vary in 24 hr. facilities. Please see the Personnel Manager for shift times.)

| | Saturday | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|---|---|---|
| Store Shifts (extends slightly beyond store hours) | | | | | | | |
| Overnight Receiving Shifts | | | | | | | |
| Your availability: Start Time | N/A | 12:00 am | 12:00 am | 12:00 pm | 12:00 pm | 12:00 pm | N/A |
| Stop Time | | 5:00 pm | 9:00 pm | 9:00 pm | 9:00 pm | 9:00 pm | |

— 24 HRS / 7 DAYS A WK —

Are you requesting a status change?   NO __✓__   YES ____   If YES, Part Time to Full Time (over 34 hours) ____   Full Time to Part Time (under 34 hours) ____

During vacation and emergency (11am willing to help when needed)

**Weekly**
Minimum hours requested weekly __28.0__
Maximum hours requested weekly __40.0__ (not to exceed 40 hours)

**Daily**
Minimum hours requested daily __6__
Maximum hours requested daily __8__

Please indicate any reoccurring times you are not available to work. Some examples include night classes every other Thursday night, military service duty the 2nd weekend of every month, etc.

| Beginning | | Ending | | Exception | Date To | |
|---|---|---|---|---|---|---|
| Day | Time | Day | Time | (how often it occurs) | Begin | End |
| | | | | | | |
| | | | | | | |
| | | | | | | |

You MUST be available for a minimum of 16 hours per week.

Associate's Signature __Phyllis_____   Date __3/19/03__

Facility Manager's Signature __Edwards / Barbara__   Date __3-19-03__

This form is no guarantee of a shift or minimum number of hours.
This form supersedes the availability section contained on the application.

**Maintain this form in the Associate's Personnel File**

Revised Jan. 02

WM Associate

D001823

# EXIT INTERVIEW

WMP-36 REVISED 04/01

An Exit Interview is to be conducted for all Associates leaving the employment of Wal★Mart Stores, Inc. DATE OF TERMINATION MUST BE THE LAST DAY WORKED, EXCEPT IN CASES OF A LEAVE OF ABSENCE, OR 3 DAYS UNREPORTED ABSENCE.

Associate Name: Phyllis Parmater (?)
Social Security No.: _____
Associate ID No.: _____
Facility/Dept./Store #: 2022
[x] Hourly  [ ] Management
Actual Last Day Worked: 3/28/02
Vacation Avail (Mgmt. Only): _____
Updated Address and Phone Number: _____

Detailed Statement of Termination. This Section Needs To Be Completed By The Associate for Voluntary Termination or By The Manager/Supervisor for Involuntary Termination. (Please be specific.)

Transfer # 2854

## VOLUNTARY TERMINATION (Eligible to re-apply)

- 03 __ Not Available For Work (NVL)
- 04 __ Failure to Return From L.O.A. (NRL)
- 05 __ Refused Offer of Work (ROW)
- 06 __ Job Abandonment/Three Days Unreported Absence (DUA)
- 10 ✓ To Leave the Area (LTA)
- 16 __ Child Care/Dependent Care Issues (CHI)
- 17 __ Due to Health (DTH)
- 20 __ Work Hours (HRS)
- 21 __ Salary (PAY)
- 22 __ Working Conditions (WOR)
- 24 __ Benefits (BEN)
- 25 __ Career Opportunities (PRM)
- 28 __ Supervisor (SUP)
- 29 __ Walked Off Job (WOJ)
- 30 __ Stay at Home (SAH)
- 31 __ Attend School (EDU)
- 85 __ Retirement (RTD)
- 106 __ Failure to Produce Employment Documents in a Timely Manner (FTP)

## INVOLUNTARY TERMINATION (Eligible to re-apply)

- 37 __ Misconduct w/Coachings (CON)
- 47 __ Excessive Absences and/or Tardies (EAT)
- 53 __ Insubordination (INS)
- 55 __ Inability to Perform Job (IPJ)
- 66 __ 1st Violation of Fraternization Policy (FVP)
- 75 __ Deceased (Call Profit Sharing & Life Ins.) (DEA)
- 92 __ Lack of Work (Job Eliminated, Location Closed, Reduction of Force) (LOW)
- 97 __ End of Temporary Assignment (ASC)

## INVOLUNTARY TERMINATION (Mandatory No Rehire)

- 78 __ Gross Misconduct - Integrity Issue (Theft, Violent Act, Dishonesty, Misappropriation of Company Assets)(GMI)
- 79 __ Gross Misconduct - Other (GMO)
- 99 __ 2nd Violation of Fraternization Policy (FRA)
- 107 __ Falsification of Employment Documents (FED)

Re-Hire Recommended: [x] Yes  [ ] No (Explain-General Comments) _____

The following Wal★Mart property must be collected at the time of Exit Interview: (Please check all that apply)
( ) Badge   ( ) Discount Card (s)
(—) Smock   ( ) Company Credit Cards/Phone card   ( ) Weight Belt   ( ) Other _____
( ) Box Cutter

NOTE: To be considered for re-employment, you must re-apply. Your previous work record with Wal★Mart will be reviewed. The Company assumes no obligation to contact you for possible re-employment.

ASSOCIATE: [signature]   DATE: 3/28/02
HOURLY SUPERVISOR: _____   DATE: _____
SALARIED MEMBER OF MANAGEMENT: [signature]   DATE: 3-29-02
FACILITY MANAGER: [signature]   DATE: _____

D001824