# WAL★MART STORES, INC.
# TRANSFER REQUEST

WMP-52 (5/35)

THIS FORM IS TO BE USED FOR ASSOCIATE TRANSFERS BY ALL DIVISIONS OF WAL★MART STORES, INC.

TO BE ELIGIBLE FOR TRANSFER YOU:

| YES | NO | |
|---|---|---|
| ☒ | ☐ | 1. MUST BE IN CURRENT POSITION AT LEAST TWELVE (12) MONTHS; EXCEPTION - (6) MONTHS FIELD OPERATIONS. |
| ☒ | ☐ | 2. MUST HAVE AN OVERALL JOB PERFORMANCE RATING OF SATISFACTORY OR ABOVE |
| ☒ | ☐ | 3. MUST NOT HAVE AN ACTIVE COACHING FOR IMPROVEMENT (WRITTEN) LEVEL. |
| ☒ | ☐ | 4. MUST HAVE APPROVAL/RECOMMENDATION FROM SUPERVISOR & NEXT LEVEL OF MANAGEMENT |

## PERSONAL DATA

**ASSOCIATE NAME:** Phyllis Parmenter
**SOCIAL SECURITY #:**
**DATE OF HIRE:**
**HOME ADDRESS:**
**CITY/STATE:**
**TELEPHONE NUMBER:**

### CURRENT POSITION

**JOB POSITION / TIME IN POSITION:** License Optician (2 yrs.)
**LOCATION/EXTENSION/FACILITY#:**
**CLASS/PAY BAND (HOME OFFICE ONLY):**
**SUPERVISOR:** Jane A. Consodie

### REQUESTED POSITION

**JOB POSITION:** License Optician
**LOCATION:** N. Windham
**CURRENT RATE OF PAY:** 26.40
**SUPERVISOR:** Jane A. Consodie

**JOB POSITION:** License Optician
**LOCATION:** Lisbon
**SUPERVISOR:** Jane A. Consodie

**REASON FOR SEEKING TRANSFER:** Closer to home.

**PLEASE SUMMARIZE YOUR EXPERIENCE, SKILLS, AND TRAINING:**
(IF APPLYING FOR CLERICAL POSITION(S), PLEASE COMPLETE REVERSE SIDE)
All aspects of Optical Shop duties

**ASSOCIATE SIGNATURE:** Phyllis Parmenter
**DATE:** 3/28/02
This certifies that the above is requesting a transfer

**FACILITY MANAGER/HOME OFFICE SUPERVISOR COMMENTS/RECOMMENDATIONS:**

**FACILITY MANAGER/HOME OFFICE SUPERVISOR SIGNATURE:** Jane A. Consodie
**DATE:** 3-28-02
This certifies approval for requested transfer

**DISTRICT MANAGER/HOME OFFICE PERSONNEL AUTHORIZATION:**
**DATE:**
This certifies the receipt and approval of this request

NOTE: FIELD ASSOCIATES ONLY - ONCE A TRANSFER IS FINALIZED WITH THE RECEIVING STORE MANAGER, THIS FORM SHOULD BE PLACED IN THE TRANSFERRING ASSOCIATE'S FILE AND IMMEDIATELY MAILED TO THE RECEIVING STORE, TO THE ATTENTION OF THE PERSONNEL MANAGER.

D001825

CoachingSearchResults.jsp

Stock Price: $58.49 (-0.41)        Work   Services   Company

## Coaching For Improvement Detail - View

Field   1   2854   ********   Saved

[<< Back to Search]   [Printer Friendly]

2 Coachings        Page 1 of 1

| Coaching Number | Type | Level | Previous Coachings | Date Given | Observations |
|---|---|---|---|---|---|
| 157856 | Misconduct | Written | Not Available | Not Available | On 8/26/2003 I was giving Phyllis Par[t] verbal for the dress code policy. She sta[ted] you are not going to start with me and t[h] far as her pointing her finger at me and [] she said you are lucky that I have this b[] the way it was said it seemed like a thre[at] manager Gerard was a witness to this, a[nd] was threatening. |
| 158494 | Misconduct | Written | Not Available | Not Available | On August 26th during a discussion Ph[yllis] out of her seat, pointed her finger at Ass[t] Manager Barbara and said, I wish I was [] my name badge. Phyllis was disrespect[ful] and did not control herself. |

------------------------------------------------------------

Terms and Conditions
All Material Wal-Mart Stores Inc. Confidential. © 2003.

cppah01 portalmain 14

*[handwritten annotations: "Gerard statement", "Barbara statement"]*

http://java.wal-mart.com/Coaching/SearchServlet?action=displayResults&page=CoachingS...   10/8/2003

D001826

WMP-57 (REV.5-92)
PAGE 1

# INTERVIEW COMMENT SHEET

Date _____

Applicant (Name) _____ Telephone # _____

Social Security No. _____ Position Applied for _____

Fulltime _____ Peaktime _____ Interviewer's Name _____

**Group 1 Questions related to application:**
  Example:
  • "Previously you have worked in manufacturing. Why do you want to work in retail?"

Write additional questions and answers:

*Transfer from Norwich*

**Group 2 Questions related to past actions:**
  Example:
  • "How have you dealt with difficult people at work?"

Write additional questions and answers:

*Per D.M.
Patti Vision Center*

D001827

WMP-54 (REV.5-92)
PAGE 2

# TELEPHONE REFERENCE CHECK

_____ _____
Person Contacted                                    Position or Title

_____ _____ _____
Company                         City and State              Telephone Number

I would like to verify some of the information given to us by _____
who is applying for a position with our company.                    (Applicant's Name)

1. What were the date of his/her employment? From _____ 19__ to _____ 19__

2. Could you comment on his/her—                Excellent   Good   Satis-   Poor
                                                                   factory
    a. Attendance
    b. Dependability
    c. Ability to work with others
    d. Degree of supervision needed
    e. Honesty/character
    f. Overall attitude

    [handwritten: Transf to Norwich fun / Per D.P. / Path Vision Center]

3. What are his/her strong points? _____

4. What was his/her ending salary? _____

5. Why did he/she leave your company? _____

6. Would you re-employ? Yes ( ) No ( ) Explain: _____

Thank the individual for their cooperation and assure them this information will be kept strictly confidential.
If associate is hired, place in the Associate's Personnel file. If not hired, attach to application and file with
inactive applications.

D001828

After you have read the contents of this handbook:

1. Read and sign the Acknowledgment,

2. Separate the Acknowledgment at the perforation, and

3. Give the signed Acknowledgment to your Manager.

This handbook is intended solely as a general information guide to let Associates know about the current policies and programs Wal-Mart has in place. The policies and benefits presented in this handbook are for your information and do not constitute terms or conditions of employment. This handbook supersedes all prior handbooks. This handbook is not a contract. From time to time, Wal-Mart may determine that it needs to change some of the policies or programs in this handbook in order to better meet the requirements of our Associates and the Company. If any policies or programs are changed, modified, deleted, or supplemented, Wal-Mart will notify Associates as soon as possible. I acknowledge that I have received and read this handbook as well as this Acknowledgment, and that I have had the opportunity to ask my Manager questions about both: and that I fully understand the contents of both as they relate to my employment with Wal-Mart. I understand that the information contained in this handbook are guidelines only, and are in no way to be interpreted as a contract.

Date: 4/12/01

Social Security Number: _____

Print Your Name: Phyllis Parmenter

Signature: Phyllis Parmenter

D001829

# WAL★MART STORES, INC.

## ACKNOWLEDGMENT OF RECEIPT OF ALCOHOL AND DRUG ABUSE POLICY

I have received and read a copy of Wal-Mart Stores, Inc. **ALCOHOL AND DRUG ABUSE POLICY** ("POLICY"). I understand that such drug testing may consist of the taking of urine and/or blood samples or any other medically recognized test designed to detect traceable amounts of drugs or alcohol in the body. Any positive result in the initial procedures will automatically be confirmed by GC/MS method (Gas Chromatography/Mass Spectrometry).

I understand that if such testing indicates the presence of illegal drugs or abuse of prescription drugs (taking someone else's medication) in my body in any detectable amount, I will be terminated.

I further understand that testing for alcohol will be administered by blood sample. Any associate testing at .04% Blood Alcohol Content (BAC) or above will be considered under the influence, resulting in automatic termination for violation of company policy.

Job offers are made contingent upon passing Wal-Mart's drug test. As a condition of employment, applicants must agree to successfully complete a drug test in compliance with this Policy and Procedures. Applicants who have received job offers are cautioned against giving notice at their current job, or incurring any costs associated with accepting employment with Wal-Mart until after the results of the test have been received by Wal-Mart. Applicants who fail the drug test or do not report to the collection facility within 24 hours of being instructed will have their offer of employment withdrawn and may not re-apply with the company for a minimum of one (1) year.

I hereby acknowledge all of the above drug testing policies and procedures and the use by Wal-Mart of results thereof in further determining my continued employment with this company. Associates who refuse to timely submit a specimen for testing, or refuse to sign a consent form will be considered to have voluntarily resigned his or her employment. I understand this is not a contract for employment and that I remain "terminable at will" and free to resign at any time I wish.

DATE: 02-07-00

_____
Associate's Signature

_____
Associate's Social Security Number

Phyllis Parmenter
(Associate's Printed Name)

D001830

DEPARTMENT MANAGERS RISK CONTROL ORIENTATION GUIDELINES

Associate's Name: Phyllis Parmenter   Social Security # _____
Supervisor: Patty   Date of Hire: 02·07·00

|   | Associate Initials | Supervisor Initials | Date Completed |
|---|---|---|---|

1   Review the proper lifting techniques for the material handled in the department (Tab # 6)
   • Discuss large or heavy items in the department and how to properly lift them.    —    P.M.    02·15·00

2   Review the chemicals used (not sold) in their department and the following: (Tab # 23)
   • Explain the hazards Associated with each chemical used in the department.    —    P.M.    02·15·00
   • Demonstrate the proper method of handling each chemical    —    P.M.    02·15·00
   • Show location and demonstrate the used of the nearest Eye Wash station    —    P.M.    02·15·00
   • Explain where to find the Material Safety Data Sheets (MSDS) for items in your department on Pipeline under Risk Management.    —    P.M.    02·15·00

3   Demonstrate safe operating procedures on all Power Equipment used in the department:
   • Demonstrate proper Lock Out Tag Out procedures for specific equipment used within the department.
   • Demonstrate how to safely clean equipment used in the department.    —    P.M.    02·15·00

4   Explain the Emergency Procedures (as outlined on the flip chart) including exits, exit routes and where to meet. (Tab # 15)
   • Identify specific door to exit during an evacuation and EXACT meeting location    —    P.M.    02·15·00

5   Explain Zone Defense and Safety Sweep and importance of cleaning-as-you-go (Tab # 5)
   • Show the location, and demonstrate the use of "Spill Magic Stations".    —    P.M.    02·15·00

6   Review expectation of Good Housekeeping and Cleanliness
   • Explain where and how the department supplies should be stored    —    P.M.    02·15·00

7   Show Ladder location(s) and explain the department policy on using and storing ladders. (Tab # 16)
   • ... department.    —    P.M.    02·15·00

Associates are our # 1 Asset and their Safety and well being should be a priority. We encourage our Associates to advise us of ANY unsafe conditions that may exist within the store. By correcting these hazards timely, we can minimize the chance of accidents that could result in serious injuries.

# Welcome to WAL★MART®
## New Associate Orientation Packet



Name: KROL, JEFFREY
Phone #:
SSN:           USERID: JKROL
Birthdate: 08/03/55
Hire Date: 07/21/00
EEOC CODE: 1, CAUCASIAN (WHITE)

30-Day Session Completion Date

60-Day Session Completion Date

90-Day Session Completion Da

D001832

11-02-01

To whom it May Concern:

Jeffery Kroll herasses not only me but everyone els in the vision center. I'm really tired of the way he talks to me. For example Friday October 26, 2001, I was put in an appointment in the computer when he started yelling about me going over time. Earlier that day he had asked Manager Pam to look up my hours. She looked up the wrong person, that person had 29 hours. That morning, I was told to take some hours off. I was at 33½ hours. The woman that I was helping had asked me if he was the doctor, I said no, she said, "Thank God, I was about to walk out!!" She was not very pleased to here all this stuff. After that I had to pre-test someone, that person asked me why does he treat you like that! She was also disturbed. I also hate the fact when he takes 50 million break through the day, When I need a measurement he's not there and the customers get mad

D001833

① 

11/07/01

As I write this statement my mind keeps focusing on how uncomfortable I feel working in the Vision Center. The shop permit is under my name. I have apprentices under my license. The shop permit makes <u>ME</u> totally respons for <u>all</u> employees, including my co-work and fellow license optician, Jeffery Kroll.

It has been my experience that he creates hostile environment for many individuals. Many times the apprentice have come to me in tears by what Jeff had said or mistreated them. Remarks by Jeff on the same subject I heard from these apprentices confirm that there is truth in what I was told.

I have had numerous customers tell me they do not like the manner in which they were treated by him and they refuse to stop in if he is there.

I have witnessed him, rather than use his optical skills, tell the customer to call this phone number (sometimes the district manager's numbers, sometimes the phone