November 7, 2001

I arrived at the Vision Center at 11:00AM. A man came in from his eye doctors with his eyes dialated, with his Rx and wanted to pick out and order glasses. I helped him pick out some frames and we sat down to make his order. His Rx was for a Progressive with AR Coating. Since I cannot take a Seg height (which I needed for the Progressive lenses) I asked Jeff if he could, he gave me a look like I was bothering him, (and sighed like I was dumb and didn't know what I was doing.) he came out and decided to teach me right then how to take my own Seg heights (which I cannot because I'm not a Licenced Optician) I informed him that the man was in a hurry and another time would be better, he got upset because I just needed him to take the measurement and that was it, he gave me many scowles and sighed because I had to hurry him. He took the measurement, put the glasses down and went back into the lab gripeing and groaning under his breath. The customer asked me with concern "if he had gotten me in trouble?" I told him "No" and started to write out his order. Since he wasen't going to pay or leave a down payment, I was writing down what he had decided on and I was going to hold it for his wife to come in later that night. Jeff had made me feel like I was stupid and like it was a bother for him to help me and do his job that my eyes were tearing up. The customer looked up at me and grabbed his Rx and told me "I'm sorry, but I am

D001837



give me your first name or your last name and you'll have to wait."

The lady that I was helping opened her eyes really wide and looked over at Jeff and then back at me and said"
  "My God, How rude, He is like that to the customers?"
and she was very disgusted. I told her I was sorry and she smiled at me said thank you and left.
— That looks really Professional and nice for a customer.

* On many occasions I have been helping a customer and had to ask Jeff for assistance, when he comes over to help me, he coughs on me or my customers and they get <u>very</u> mad and disgusted. I personally don't appreciate being coughed all over and I know that it is not very sanitary or Professional for a "Optician" to be coughing all over the customers.

* Many customers come in and ask that Jeff <u>not</u> cut their glasses because he is rude to them or that he is always

D001839

⑤

\* There have been many times when I will have to ask Jeff a question (because I am in Training) and he will refuse to either answer my question or help me. There I am, stuck with no answers and a customers who wants their answers and me the one who has to tell them.

\* I don't know who is right or wrong on this matter but when a customer is in the Vision Center and needs something done that is out of my league, (meaning I cannot do it), and Jeff refuses, what am I supposto do? Or what am I supposto tell them. How can he be so busy in the lab all day when I hear the lens cutter run only 5 or 6 times and he's been in the lab for 6 or 7 hours, and had 10 30minute breaks, then when I ask him to help me he says "Oh I'll be back in a minute, I'm taking a break." Thats if I'm even lucky to be told he's leaving, half of the time he just leaves and doesn't tell anyone.

I'm not trying to talk bad about this associate, I am just telling the truth about what is, and has been going on. Since I've been working here and who knows how much longer, I just want everyone who

D001841

# WAL ☆ MART

## Store # 2022
## 474 Boston Post Road
## North Windham, CT 06256

## Notice of Trespass

Notice

You __Jeffrey Krol__ are hereby notified in accordance to Connecticut General Statute Section 53a-107, as amended, Pursuant to Section 46b-38c, after issued, you are barred from entering in or upon the premises, or curtilage of the property owned by Wal-Mart Stores, Inc. Further, you are hereby notified that if you are found upon the above premises after the date of (month) __NOV__ (day) __8th__ (year) __2001__ your presence shall be deemed as trespassing on said property herein described and the owner, or duly authorized representative, shall take every measure permitted by law to prevent such trespass, which shall include arrest by a police officer.

I (Name) _____

of (address) _____

(City) _____ (State) _____

(Zip Code) _____ (DOB) _____

(Social Security Number) _____

have read and fully understand the significance of the above notice of trespass and voluntary affix my signature.

_____         _Edgar Morales_ (signature)
Signature                                    Issued By

witness: _Pamela Roy_ (signature)         witness: _Tatiana Timoteo_ (signature)

D001843

CBL Scores for JEFFREY KROL  (USER ID:  JKROL)

| Score | Module | Date Taken |
|---|---|---|
| 93 | Associate Safety | 7/26/00 |
| 100 | Bloodborne Pathogens | 7/21/00 |
| 80 | Cash Drawer Maintenance | 9/28/00 |
| 92 | Check Tendering | 10/15/00 |
| 87 | Customer Safety | 7/26/00 |
| 94 | Customer Service | 7/26/00 |
| 100 | Delegation | 10/19/00 |
| 80 | Direct Store Delivery | 8/23/00 |
| 100 | Discovery Basic Training | 7/21/00 |
| 100 | Diversity Awareness | 10/19/00 |
| 93 | Electronic Article Surv. | 8/23/00 |
| 89 | Family Medical Leave Act | 8/24/00 |
| 90 | General Equipment | 7/28/00 |
| 80 | Greet, Show and Ask | 8/23/00 |
| 100 | Hazard Communications | 7/21/00 |
| 82 | Hrly Sup Labor Rel Test | 9/9/00 |
| 100 | Inappropriate Behavior | 7/27/00 |
| 80 | Lab Overview | 8/11/00 |
| 95 | Loss Prevention | 7/26/00 |
| 83 | Optical Service One | 8/11/00 |
| 80 | Optical Service Two | 8/11/00 |
| 90 | Orientation Post Test | 10/19/00 |
| 88 | Personal Protect Equip. | 7/21/00 |
| 95 | Power Equipment | 7/31/00 |
| 85 | Price Change Overview | 8/23/00 |
| 80 | Pricing Equipment | 8/23/00 |
| 87 | Profit | 9/28/00 |
| 80 | Resources for Living | 8/23/00 |
| 95 | SMART System Overview | 8/23/00 |
| 92 | Safe Electrical Work | 7/28/00 |
| 93 | Selecting the Lens | 8/15/00 |
| 100 | Sexual Harassment - Hrly | 2/23/01 |
| 97 | Sexual Harassment - Mgt | 7/27/00 |
| 86 | Team Building | 10/19/00 |
| 86 | Tendering | 10/5/00 |
| 100 | Three Basic Beliefs | 7/21/00 |
| 93 | Understanding the RX | 8/15/00 |
| 90 | Vision Center Overview | 8/11/00 |
| 84 | WM Academy of Vision 1 | 8/26/01 |
| 96 | WM Academy of Vision 2 | 8/26/01 |
| 88 | WM Academy of Vision 3 | 8/26/01 |
| 100 | Wal-Mart.com | 11/21/00 |
| 87 | Working Price Changes | 8/23/00 |

D001844

7-21-2001

# EXIT INTERVIEW

WMP-20 REVISED 04/01

An Exit Interview is to be conducted for all Associates leaving the employment of Wal★Mart Stores, Inc. DATE OF TERMINATION MUST BE THE LAST DAY WORKED, EXCEPT IN CASES OF A LEAVE OF ABSENCE, OR 3 DAYS UNREPORTED ABSENCE.

Associate Name: Jeffrey Krol   Social Security No.: ___
Associate ID No.: 2114   Facility/Dept./Store #: 2072   [X] Hourly   [ ] Management
Actual Last Day Worked: 11-7-01   Vacation Avail (Mgmt. Only): N/A
Updated Address and Phone Number: ___

Detailed Statement of Termination. This Section Needs To Be Completed By The Associate for Voluntary Termination or By The Manager/Supervisor for Involuntary Termination. (Please be specific.)

Jeffrey has created a very hostile and uncomfortable atmosphere for the employees in the vision center. Wal-mart strives itself in maintaining a comfortable work atmosphere.

## VOLUNTARY TERMINATION
(Eligible to re-apply)

- 03 ___ Not Available For Work (NVL)
- 04 ___ Failure to Return From L.O.A. (NRL)
- 05 ___ Refused Offer of Work (ROW)
- 06 ___ Job Abandonment/Three Days Unreported Absence (DUA)
- 10 ___ To Leave the Area (LTA)
- 16 ___ Child Care/Dependent Care Issues (CHI)
- 17 ___ Due to Health (DTH)
- 20 ___ Work Hours (HRS)
- 21 ___ Salary (PAY)
- 22 ___ Working Conditions (WOR)
- 24 ___ Benefits (BEN)
- 25 ___ Career Opportunities (PRM)
- 28 ___ Supervisor (SUP)
- 29 ___ Walked Off Job (WOJ)
- 30 ___ Stay at Home (SAH)
- 31 ___ Attend School (EDU)
- 85 ___ Retirement (RTD)
- 106 ___ Failure to Produce Employment Documents in a Timely Manner (FTP)

## INVOLUNTARY TERMINATION
(Eligible to re-apply)

- 37 ___ Misconduct w/Coachings (CON)
- 47 ___ Excessive Absences and/or Tardies (EAT)
- 53 ___ Insubordination (INS)
- 55 ___ Inability to Perform Job (IPJ)
- 66 ___ 1st Violation of Fraternization Policy (FVP)
- 75 ___ Deceased (Call Profit Sharing & Life Ins.) (DEA)
- 92 ___ Lack of Work (Job Eliminated, Location Closed, Reduction of Force) (LOW)
- 97 ___ End of Temporary Assignment (ASC)

## INVOLUNTARY TERMINATION
(Mandatory No Rehire)

- 78 ___ Gross Misconduct - Integrity Issue (Theft, Violent Act, Dishonesty, Misappropriation of Company Assets)(GMI)
- 79 _X_ Gross Misconduct - Other (GMO)
- 99 ___ 2nd Violation of Fraternization Policy (FRA)
- 107 ___ Falsification of Employment Documents (FED)

Re-Hire Recommended [ ] Yes [X] No (Explain-General Comments) Gross Misconduct

The following Wal★Mart property must be collected at the time of Exit interview. (Please check all that apply)
( ) Badge   ( ) Discount Card (s)   ( ) Weight Belt   ( ) Other ___
( ) Smock   ( ) Company Credit Cards/Phone card   ( ) Box Cutter

NOTE: To be considered for re-employment, you must re-apply. Your previous work record with Wal★Mart will be reviewed. The Company assumes no obligation to contact you for possible re-employment.

ASSOCIATE ___ DATE   SALARIED MEMBER OF MANAGEMENT _[signature]_ 11/7/01 DATE
HOURLY SUPERVISOR _Pamela O'Roy_ Salaried member of Management 11-7-01 DATE   FACILITY MANAGER _[signature]_ 11-7-01 DATE

D001845

## COACHING FOR IMPROVEMENT FORM

**NAME** JEFFREY KROL  
**SSN**  
**LOCATION** 2022  
**DEPT.** VISION CENTER  
**POSITION** OPTICIAN  
**DATE** 10-16

**PREVIOUS COACHINGS AND/OR DISCUSSIONS:**
PUNCTUALITY AND WORKING SCHEDULED HOURS HAS BEEN DISCUSSED PREVIOUSLY

**THE FOLLOWING WAS OBSERVED OF THIS ASSOCIATE'S BEHAVIOR AND/OR PERFORMANCE:**
JEFF WAS ABSENT FOR VISION CENTER MEETING ON 10-16-01 AND WAS ALSO TARDY FOR WORK ON SAME DAY.
SCHEDULED TIME WAS 9AM, CALL FROM JEFF WAS MADE AT 10AM.

**WHAT IS THE IMPACT OF THIS BEHAVIOR/PERFORMANCE ON CUSTOMER SERVICE, OTHER ASSOCIATES AND THE PROFITABILITY OF THE OPERATING UNIT?**
LACK OF EFFORT BRINGS BURDON OPON FELLOW ASSOCIATES AND CUSTOMER SERVICE.

**THE BEHAVIOR OR PERFORMANCE EXPECTED NEXT TIME:**
JEFF SHOULD CONCENTRATE ON BEING PUNCTUAL FOR WORK.

**THE NEXT LEVEL OF CORRECTIVE ACTION IF THIS BEHAVIOR/PERFORMANCE CONTINUES WILL BE:**
D-DAY

**WRITTEN PLAN OF ACTION TO BE COMPLTED BY THE ASSOCIATE:**

**ASSOCIATE COMMENTS:**

| | PRINT NAME | SIGNATURES | LEVEL OF COACHING |
|---|---|---|---|
| ASSOCIATE COACHED: | Jeffrey Krol | *(signed)* | WRITTEN COACHING |
| HOURLY SUPERVISOR: | | | DECISION-MAKING DAY |
| SALARIED MEMBER OF MANAGEMENT: | Edgar Morales | *(signed)* | |
| FACILITY MANAGER**: | | | |

** ONLY REQUIRED IF THE ASSOCIATE REFUSES TO SIGN THE COACHING FOR IMPROVEMENT FORM.

#9988664 - 3-01

*Mike Zimmerman Present.*

D001847

## PERFORMANCE APPRAISAL

| | | |
|---|---|---|
| Name: Jeff Krol | Store # 2719 | Position: HC Opt. |
| SS#: | | Current Pay Rate: 22.00 |
| Review Period: | | Increase Amount: .88 |
| From: | To: | New Pay Rate: 22.88 |

☐ 90 Day    ☒ Annual    ☐ Follow Up

**STRENGTHS**

Dependable, reliable, knowledgeable

**AREAS FOR IMPROVEMENT**

Can assist more frequently in daily tasks of cleaning and inventory

**ASSOCIATES COMMENTS/ GOAL SETTINGS**

This is an evaluation of the Associate's <u>Overall Job Performance</u>.

☐ EXCEEDS EXPECTATIONS    ☒ MEETS EXPECTATIONS    ☐ BELOW EXPECTATIONS

**SIGNATURES**

| Associate's Signature | Print Associate's Name: Jeffrey Krol | Date: 3/13/01 |
|---|---|---|
| Supervisor's Signature | Print Supervisor's Name: Dale Ceneviva | Date: 3/13/01 |
| Signature of Next Level of Supervision | Print Supervisor's Name | Date |

D001848

*Jeffrey Krol - Vision Center*

| *Performance Appraisal* **Optician** | EXCEEDS | MEETS | BELOW |
|---|:---:|:---:|:---:|
| **Customer Service * Respect for the Individual** | | | |
| Answers Customer phone calls promptly, within 3 rings. | ☐ | ☒ | ☐ |
| Practices 10 foot Attitude. | ☒ | ☐ | ☐ |
| Maintains a professional appearance, including compliance with dress code. | ☒ | ☐ | ☐ |
| Communicates effectively with customers, Optometrists and other healthcare professionals. | ☒ | ☐ | ☐ |
| Familiar with Optical merchandise to attend to all customer needs. | ☒ | ☐ | ☐ |
| Shows a high sense of urgency with all assignments. | ☒ | ☐ | ☐ |
| Exceeds customer's expectations by assisting them whenever possible. | ☒ | ☐ | ☐ |
| Works and communicates well with all members of the Vision Center team. | ☒ | ☐ | ☐ |
| **Productivity * Strive for Excellence** | | | |
| Meets sales objectives        Goal ____        Actual ____ | ☐ | ☒ | ☐ |
| Understands and operates lensometer effectively. | ☒ | ☐ | ☐ |
| Able to fit and adjust glasses for all customers. | ☒ | ☐ | ☐ |
| Able to insert and remove contact lenses. | ☒ | ☐ | ☐ |
| Discusses patient's lifestyles before taking their order. | ☐ | ☒ | ☐ |
| Able to fit all multifocal lenses. | ☒ | ☐ | ☐ |
| Able to read and transpose a prescription. | ☒ | ☐ | ☐ |
| Resolves all troubleshooting issues for patients. | ☐ | ☒ | ☐ |
| Understands and participates in maintaining Perpetual Inventory. | ☐ | ☒ | ☐ |
| Participates in daily presentation and maintenance of Vision Center department. | ☐ | ☒ | ☐ |
| Able to cut 1-hour jobs in the lab. | ☒ | ☐ | ☐ |
| Follow through on equipment maintenance. | ☐ | ☒ | ☐ |
| Assures all jobs are quality checked and approved. | ☐ | ☒ | ☐ |
| Ensures jobs delivered on time (Review WTP) | ☐ | ☒ | ☐ |
| **Safe Work Practices** | | | |
| Ensures departments are kept neat and clean. | ☐ | ☒ | ☐ |
| Is knowledgeable about emergency and safety procedures. | ☐ | ☒ | ☐ |
| Ensures ANSI standards followed. | ☒ | ☐ | ☐ |
| Follows proper lifting techniques. | ☐ | ☒ | ☐ |
| Ensures all displays are secured in a safe and proper manner. | ☐ | ☒ | ☐ |
| Ensures OSHA guidelines are being followed properly. | ☐ | ☒ | ☐ |
| Ensures stable stacking of merchandise. | ☐ | ☒ | ☐ |
| **Dependability** | | | |
| Attendance and punctuality is within acceptable Company guidelines. Company Goal: ____  Days Absent: ____  Days Tardy ____ | ☒ | ☒ | ☐ |
| **Training** | | | |
| Current on CBLs    Company Goal: 100%    Associate Current %: 100 | | ☒ | ☐ |
| Shares knowledge with other Associates. | | ☒ | ☐ |

D001849

# WAL★MART STORES, INC.

## ACKNOWLEDGMENT OF RECEIPT OF ALCOHOL AND DRUG ABUSE POLICY

I have received and read a copy of Wal-Mart Stores, Inc. ALCOHOL AND DRUG ABUSE POLICY ("POLICY"). I understand that such drug testing may consist of the taking of urine and/or blood samples or any other medically recognized test designed to detect traceable amounts of drugs or alcohol in the body. Any positive result in the initial procedures will automatically be confirmed by GC/MS method (Gas Chromatography/Mass Spectrometry).

I understand that if such testing indicates the presence of illegal drugs or abuse of prescription drugs (taking someone else's medication) in my body in any detectable amount, I will be terminated.

I further understand that testing for alcohol will be administered by blood sample. Any associate testing at .04% Blood Alcohol Content (BAC) or above will be considered under the influence, resulting in automatic termination for violation of company policy.

Job offers are made contingent upon passing Wal-Mart's drug test. As a condition of employment, applicants must agree to successfully complete a drug test in compliance with this Policy and Procedures. Applicants who have received job offers are cautioned against giving notice at their current job, or incurring any costs associated with accepting employment with Wal-Mart until after the results of the test have been received by Wal-Mart. Applicants who fail the drug test or do not report to the collection facility within 24 hours of being instructed will have their offer of employment withdrawn and may not re-apply with the company for a minimum of one (1) year.

I hereby acknowledge all of the above drug testing policies and procedures and the use by Wal-Mart of results thereof in further determining my continued employment with this company. Associates who refuse to timely submit a specimen for testing, or refuse to sign a consent form will be considered to have voluntarily resigned his or her employment. I understand this is not a contract for employment and that I remain "terminable at will" and free to resign at any time I wish.

6/20/01
DATE

_____
Associate's Signature

_____
Associate's Social Security Number

Jeffrey E Krol
(Associate's Printed Name)

acknowl.doc\12\92

D001850