

*Acknowledgment*



After you have read the contents of this handbook:

1. Read and sign the Acknowledgment,
2. Separate the Acknowledgment at the perforation, and
3. Give the signed Acknowledgment to your Manager.

This handbook is intended solely as a general information guide to let Associates know about the current policies and programs Wal-Mart has in place. The policies and benefits presented in this handbook are for your information and do not constitute terms or conditions of employment. This handbook supersedes all prior handbooks. This handbook is not a contract. From time to time, Wal-Mart may determine that it needs to change some of the policies or programs in this handbook in order to better meet the requirements of our Associates and the Company. If any policies or programs are changed, modified, deleted, or supplemented, Wal-Mart will notify Associates as soon as possible.

I acknowledge that I have received and read this handbook as well as this Acknowledgment, and that I have had the opportunity to ask my Manager questions about both and that I fully understand the contents of both as they relate to my employment with Wal-Mart. I understand that the information contained in this handbook are guidelines only, and are in no way to be interpreted as a contract.

Date: 6/20/01

Social Security Number: _____



Print Your Name: Jeff Kot

Signature: _____

D001851

| WAL★MART | SAM'S CLUB Members Only | WAL★MART SUPERCENTER |

☑ **New Hire Paperwork Checklist** ☑

Completing the right paperwork when a new Associate is hired is very important. Included in this packet is most of the paperwork that needs to be filled out for all new Associates during their first day of Orientation. Any additional paperwork that is not included in this packet is listed along with how to get a copy of it.

This form is only a check sheet to ensure all paperwork is completed. It does not need to be retained.

Associate _[signature]_

| Form | Where Found | Completed |
|---|---|---|
| Hourly Associate Information Sheet* | New Hire Paperwork Packet | ✓ |
| Employment Eligibility Verification Form (I-9) | New Hire Paperwork Packet | ✓ |
| Employee Withholding Allowance Certificate (W4)* | New Hire Paperwork Packet | ✓ |
| Alcohol and Drug Abuse Policy Form (WMP 26)* | New Hire Paperwork Packet | ✓ |
| Stock Ownership Plan Enrollment Form (WMP 6)* | New Hire Paperwork Packet | ✓ |
| Sam's Membership Enrollment Form | New Hire Paperwork Packet | ✓ |
| Department Orientation Checklist (WMRC 2)* | New Hire Paperwork Packet | ✓ |
| Associate Handbook Acknowledgement Form* | Associate Handbook (9947759) | ✓ |
| New Hire Orientation Training Plan* | Pipeline | ✓ |
| Age Certification Verification for Minors Form* (for minors only) | Pipeline | ✓ |

\* These forms should be retained in the Associate's personnel file.

WMP-22 (10/00)

9975978

D001853

# Hourly Associate Information Sheet

In order to ensure compliance with those laws and regulations requiring us to file annual statistical reports concerning the make-up of our workforce, we request your assistance in completing the following form. This information is requested solely for reporting purposes and will not be used in any decision affecting your continued status as an Associate of Wal-Mart Stores, Inc. (After the Associate fills out this form, enter the information in Time and Attendance and retain the form in the Associate's personnel file at the store.)

\* Do not fill in this information, it will be filled in by the Personnel Manager

Social Security Number _____ \*Store Number __2022__ \*Associate ID Number __2114__

Last Name: __Krol__   First Name: __Jeffrey__   Middle Initial __E__
(Please write your name exactly as it appears on your social security card)

First name as it should appear on name badge: _____

Address: __P.O. Box 4141__

City: __Old Lyme__   State: __CT__   Country: __USA__   Zip Code: __0637__

Home Phone: _____   Alt. Phone: __N/A__   Work Phone X: __N/A__

Birth Date: __8-3-55__   \*Hire Date: __July 21, 2000__

Federal Dependents: _____ (As appears on your W-4)

EEOC Code: _____ (1-White, 2-Black, 3-Hispanic, 4-Asian or Pacific Island, 5-American Indian or Alaskan Native)

State Dependents: _____   Sex: _____ (Male/Female)

Actual Marital: _____   Tax Marital: _____ (S – Single, M – Married, H – Head of Household)

Language Code: _____ (E - English, S – Spanish, F – French)

\*Associate Type: _____ (Full-time, Peak-Time, Temporary)   \*Division Number: _____

\*Department Number: _____   \*Job Code: _____   \*Pay Rate: _____

Emergency Information:

Name: __N/A__                                   Name: _____
Address: _____                          Address: _____
City: _____ State: _____        City: _____ State: _____
Zip: _____ Phone: _____         Zip: _____ Phone: _____

In the event my employment with Wal-Mart Stores, Inc. is terminated for any reason, the following person will always know where I can be reached or what my forwarding address will be. DO NOT include your spouse or a member of your immediate family.

Name: _____
Address: _____
City: _____ State: _____
Zip: _____ Phone: _____

D001854

# New Associate Risk Control Checklist

### New Associate Risk Control Checklist
### Orientation Guidelines

When new Associates begin their employment, they are taken through a new learning process. They begin to form attitudes about the Company, their job, their supervisor, and their fellow Associates. In order to ensure our newly hired Associates form positive attitudes, it is essential that we provide the right kind of department orientation and training.

**INSTRUCTIONS**
**The Risk Control Leader must lead the new Associate through this checklist. (The Supervisor or Department Manager must inform the Associate of the department/job specific chemicals/hazards.)**
This information is provided to familiarize the new Associate with the Risk Control procedures in the store and in their specific area/department. This orientation should address potential hazards that may arise, and the correction of these hazards to reduce the chance of accidents.

1. Within two (2) weeks of hire/transfer date, the Risk Control Leader, and Supervisor/Department Manager is responsible for ensuring the Risk Control training is complete.

2. On-the-job training is the most effective method of setting efficient and safe work patterns for Associates to follow. Too much emphasis can not be given to the importance of job training.

3. If training is ineffective or incomplete, or if instruction is improper, good results may not show up in work quality and accident frequency may increase as well as turnover. Job training must include safe-work practices as an integral part of daily work tasks.

**Retain** the completed New Associate Risk Control Checklist in the Associate's personnel file.

D001855



# New Associate Orientation Checklist

**On-The-Job Training**

**Day One Orientation**
- Welcome / Introduction
- Employment Paperwork
- Watch and discuss the "Beginning & the Difference" video
- Introduction to Computer Based Learning
- Complete the Discovery Basic CBL module
- Associate Handbook discussion (Assistant Manager)
- Associates under 18 must have a yellow dot on their badge. (Policy # PD – 47)
- Watch and discuss the "You Picked a Great Place to Work" video (Store Manager)
- Complete these CBL modules
  - Bloodborne Pathogens
  - Hazardous Communications
  - Personal Protective Equipment (only if required by job code)

**Day One On-The-Job Training**
- Store Informational Tour (Assistant Manager)
- Watch and discuss the "All the King's Horses" video (Assistant Manager)
- Benefits overview
- Risk Management tour / New Associate Risk Control Checklist (on back) (Risk Control Team Leader)
- Watch and discuss the "Magic of a Blink" video
- Job-specific training with sponsor

**30 Day Follow-up Session**
- Benefit discussion
- "Taking Care of your Back" video (optional)
- Discuss the Scavenger Hunt

**60 Day Follow-up Session**
- Discuss performance appraisals
- Discuss the "No Quit Policy" (Store Manager)
- Discuss career opportunities with Wal-Mart (Store Manager)
- Discuss the 5 Commitments (Assistant Manager)
- Discuss:
  - Slip/Trip/Fall and Falling Merchandise Prevention
  - Proper Lifting Practices (Risk Control Team Leader)

**90 Day Follow-up Session**
- Discuss the transfer policy
- Discuss the Grass Roots process (Assistant Manager)
- Question / Answer Session
- Orientation Post Test (CBL)

This Training Plan is used as a tool to help Associates in new positions, as well as helping Sponsors better coach new Associates. New Associates must complete this document. Please sign and date to the right, and file in the Associates personnel folder.

D001857

# Wal*Mart Stores, Inc.
## Customer Service Scheduling Availability
### Associate

Dear Associate:

Thank you for your continued service with Wal-Mart. We strive to provide flexible hours for our Associates while ensuring excellent customer service. Wal-Mart recognizes that opportunities may arise that require an Associate to change their availability. We respect your request to do so. However, we want to remind you how our scheduling process works. We must ensure that we have trained Associates available when our customer traffic is heaviest. Wal-Mart tracks information about where and what time of day our customers are shopping. This aids management in scheduling Associates properly to assist our customers. Your open availability is important to this process. Changing your availability could affect the number of hours you receive. If you have any questions, please see your facility manager.

__Jeffrey Krol_____                                   _____
(Print Name)                                                        (Social Security Number)

Please indicate the hours you ARE AVAILABLE to work. Changes to your availability must approved by your facility manager.

Wal-Mart Store # _____

Is your store 24 hours? Please circle: Yes  No
(Shift times vary in 24 hr. facilities Please see the Personnel Manager for shift times.)

|  | Saturday | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|---|---|---|
| Store Shifts (extends slightly beyond store hours) Overnight Receiving Shifts | (Doctor, MD. Will ok any reasonable schedule!) | | | | | | |
| Your availability: Start Time | 9 | — | 9 | 9 | 9 | 9 | 9 |
| Stop Time | 9 | One Sun a month | 9 | 9 | 9 | 9 | 9 |

Are you requesting a status change?    or by special arrangement approved by Doctor; every 3rd Sunday as needed
NO __X__  YES ____        If YES, Part Time to Full time (over 28 hours) ____   Full Time to Part Time (under 28 hours) ____

**Weekly**                                                                  **Daily**

Minimum hours requested weekly __40__              Minimum hours requested daily __10-12__
Maximum hours requested weekly __40+__ (not to exceed 40 hours)   Maximum hours requested daily __12__

Please indicate any reoccurring times you are not available to work. Some examples include night classes every other Thursday night, military service duty, the 2nd weekend of every month, etc.

| Beginning | | Ending | | Exception | Date To | |
|---|---|---|---|---|---|---|
| Day | Time | Day | Time | (how often it occurs) | Begin | End |
| Sunday | 12 | Sun | 5 | Because of religious and Doctor's orders I can work at least 1 a month or every 3rd as deemed by MD. | 11/4/01 | When MD gets review this Sched |

You MUST be available for a minimum of 16 hours per week.

Associate's Signature __Jeffrey E. Krol__                            Date __11/4/01__

Facility Manager's Signature _____              Date _____

This form is no guarantee of a shift or minimum number of hours.
This form supersedes the availability section contained on the application.

### Maintain this form in the Associate's Personnel File

Revised Sept./99                                                              WM Associate

D001859

# Wal*Mart Stores, Inc.
## Customer Service Scheduling Availability
### Associate

Dear Associate:
Thank you for your continued service with Wal-Mart. We strive to provide flexible hours for our Associates while ensuring excellent customer service. Wal-Mart recognizes that opportunities may arise that require an Associate to change their availability. We respect your request to do so. However, we want to remind you how our scheduling process works. We must ensure that we have trained Associates available when our customer traffic is heaviest. Wal-Mart tracks information about where and what time of day our customers are shopping. This aids management in scheduling Associates properly to assist our customers. Your open availability is important to this process. Changing your availability could affect the number of hours you receive. If you have any questions, please see your facility manager.

_____

Jeffrey Krol                                                           _____
(Print Name)                                                          (Social Security Number)

\* This Availability Change is Temporary, AND Due To Doctors Fax of 10/1/01

Please indicate the hours you ARE AVAILABLE to work. Changes to your availability must approved by your facility manager. mandated by Doctor Giordano, MD. as of 10/1/01

Wal-Mart Store # 2022

Is your store 24 hours? Please circle: Yes  No
(Shift times vary in 24 hr. facilities Please see the Personnel Manager for shift times.)

| | Saturday | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|---|---|---|
| Store Shifts (extends slightly beyond store hours) | 0-24 | 0-24 | 0-24 | 0-24 | 0-24 | 0-24 | 0-24 |
| Overnight Receiving Shifts | 11.30pm-8am | 11.30pm-8am | 11.30pm-8am | 11.30pm-8am | 11.30pm-8am | 11.30pm-8am | 11.30pm-8am |
| Your availability: Start Time | 8:00 AM | O | O | 8:00 AM | 8:00 AM | O | 8:00 AM |
| Stop Time | 9:00 pm | O | O | 9:00 pm | 9:00 pm | O | 9:00 pm |

Are you requesting a status change?
NO  X    YES ____   If YES, Part Time to Full time (over 28 hours) ____  Full Time to Part Time (under 28 hours) ____

**Weekly**                                                                                         **Daily**

Minimum hours requested weekly  40
Maximum hours requested weekly  40   (not to exceed 40 hours)

Minimum hours requested daily  12 hrs / All / Any
Maximum hours requested daily  12 hrs +/ All / Any

Please indicate any reoccurring times you are not available to work. Some examples include night classes every other Thursday night, military service duty the 2nd weekend of every month, etc.

| Beginning Day | Time | Ending Day | Time | Exception (how often it occurs) | Date To Begin | End |
|---|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A | N/A | N/A |

You MUST be available for a minimum of 16 hours per week.

Associate's Signature  _Jeffrey E Krol_                          Date  10/10/01
Facility Manager's Signature  _Edgar Mintz_                    Date  10/10/01

This form is no guarantee of a shift or minimum number of hours.
This form supersedes the availability section contained on the application.

D001860

**Maintain this form in the Associate's Personnel File**

Revised Sept./99

\* Note: Doctor will consider changes as needed!!
We understand Vision Center may need L.A. at

WM Associate

# Wal-Mart Stores, Inc.
## Customer Service Scheduling Availability
### Associate

Dear Associate:

Thank you for your continued service with Wal-Mart. We strive to provide flexible hours for our Associates while ensuring excellent customer service. Wal-Mart recognizes that opportunities may arise that require an Associate to change their availability. We respect your request to do so. However, we want to remind you how our scheduling process works. We must ensure that we have trained Associates available when our customer traffic is heaviest. Wal-Mart tracks information about where and what time of day our customers are shopping. This aids management in scheduling Associates properly to assist our customers. Your open availability is important to this process. Changing your availability could affect the number of hours you receive. If you have any questions, please see your facility manager.

___JEFFREY KROL_____     _____
(Print Name)                                    (Social Security Number)

Please indicate the hours you ARE AVAILABLE to work. Changes to your availability must approved by your facility manager.

Wal-Mart Store # _2022_

Is your store 24 hours? Please circle:   Yes   No
(Shift times vary in 24 hr. facilities Please see the Personnel Manager for shift times.)

|  | Saturday | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|---|---|---|
| Store Shifts (extends slightly beyond store hours) | 0-24AM | 0-24AM | 0-24AM | 0-24AM | 0-24AM | 0-24AM | 0-24AM |
| Overnight Receiving Shifts | 10PM-8AM | 10PM-8AM | 10PM-8AM | 10PM-8AM | 10PM-8AM | 10PM-8AM | 10PM-8AM |
| Your availability: Start Time / Stop Time | any | Never | any | any | any | any | any |

Are you requesting a status change?
NO ____   YES ____   If YES, Part Time to Full time (over 28 hours) ____   Full Time to Part Time (under 28 hours) ____

**Weekly**                                                **Daily**

Minimum hours requested weekly _____              Minimum hours requested daily _____
Maximum hours requested weekly _____ (not to exceed 40 hours)   Maximum hours requested daily _____

Please indicate any reoccurring times you are not available to work. Some examples include night classes every other Thursday night, military service duty the 2nd weekend of every month, etc.

| Beginning Day | Time | Ending Day | Time | Exception (how often it occurs) | Date To Begin | End |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

You MUST be available for a minimum of 16 hours per week.

Associate's Signature _____[signature]_____   Date _6/20/01_

Facility Manager's Signature _____   Date _____

This form is no guarantee of a shift or minimum number of hours.
This form supersedes the availability section contained on the application.

**Maintain this form in the Associate's Personnel File**

Revised Sept /99

D001861

```
RUN ON: 11/28/2001 AT 14:04:18                    WAL*MART STORES, INC.                         REPORT NO: sas334lr
                                                  Associate Attendance Report                   PAGE NO: 1
Supervisor:
                                                  From:  11/28/2000
Associate:  JEFFREY KROL                          To:    11/28/2001                STORE NO: 2022
SSN:

Unapproved Attendance Exceptions

    Unapproved Absences
                                                                                   TOTAL
                                                                                   ACTIVE
        DATE       DESCRIPTION                        REASON    RECURRING          ABSENCES (6 Month Rolling)
                                                      CODE
     10/03/2001    Other-Non-Unapproved Absence         75                            1

    Unapproved Tardies
                                                                                   APPLIES
                                                                                   TOWARD 3
        DATE       DESCRIPTION                        REASON    ACCRUED             TARDY
                                                      CODE      ABSENCE             ABSENCE
     09/18/2001    Unapproved Tardy                     77                             Y
     11/02/2001    Unapproved Tardy                     77                             Y

    Unapproved Left Earlys

        DATE       DESCRIPTION                        REASON
                                                      CODE
     09/12/2001    Unapproved Left Early                78
     09/17/2001    Unapproved Left Early                78
     10/19/2001    Unapproved Left Early                78
     10/20/2001    Unapproved Left Early                78
     10/30/2001    Unapproved Left Early                78

Timeframe:   Unapproved Attendance Exceptions Summary:
             Active Attendance Exceptions (6 Month Rolling)
             05/28/2001 to 11/27/2001
             Total Active Unapproved Absences           1
             Total Active Unapproved Tardies            2
             Total Active Unapproved Left Earlys        5
             Total Active Unapproved Worked Shifts      0

Timeframe:  11/28/2000 to 11/28/2001
             Coaching Should not be Based upon the Following:
                (For Management Reference Only)
             Total Unapproved Absences                  1
             Total Unapproved Tardies                   2
             Total Unapproved Left Earlys               5
             Total Unapproved Worked Shifts             0

Approved Attendance Exceptions

    Approved Absences
                                                                                   TOTAL
                                                                                   ACTIVE
        DATE       DESCRIPTION                        REASON    RECURRING          ABSENCES (6 Month Rolling)
                                                      CODE
     06/16/2001    Other-Non-Approved Absence           99
```

D001862

```
RUN ON: 11/28/2001 AT 14:04:20                          WAL * MART STORES, INC.                              REPORT NO: sas3341r
Supervisor:                                             Associate Attendance Report                          PAGE NO: 2

Associate: JEFFREY KROL                                 STORE NO: 2022
SSN:
                                                        From: 11/28/2000
                                                        To:   11/28/2001
                                                                                                TOTAL
                                                                                                ACTIVE
           06/23/2001   Other-Mgr. Approved Absence                 RECURRING                   ABSENCES(6 Month Rolling)
                                                                                                38
                        Approved Absences

                                                                                    REASON
DATE       DESCRIPTION                                                              CODE
06/25/2001 Other-Mgr. Approved Absence                                              38
06/26/2001 Other-Mgr. Approved Absence                                              38
06/27/2001 Other-Mgr. Approved Absence                                              38
06/30/2001 Other-Mgr. Approved Absence                                              38
07/02/2001 Other-Mgr. Approved Absence                                              38
07/04/2001 Other-Mgr. Approved Absence                                              38
07/10/2001 Other-Mgr. Approved Absence                                              38
07/14/2001 Other-Mgr. Approved Absence                                              38
07/17/2001 Other-Mgr. Approved Absence                                              38
07/23/2001 Other-Mgr. Approved Absence                                              38
07/28/2001 Other-Mgr. Approved Absence                                              38
07/31/2001 Other-Mgr. Approved Absence                                              38
08/04/2001 Other-Mgr. Approved Absence                                              38
08/08/2001 Other-Mgr. Approved Absence                                              38
08/15/2001 Other-Mgr. Approved Absence                                              38
08/20/2001 Other-Mgr. Approved Absence                                              38
08/22/2001 Other-Mgr. Approved Absence                                              38
08/29/2001 Other-Mgr. Approved Absence                                              38
09/01/2001 Other-Mgr. Approved Absence                                              38
09/10/2001 Other-Mgr. Approved Absence                                              38
09/15/2001 Other-Mgr. Approved Absence                                              38
09/19/2001 Other-Mgr. Approved Absence                                              38
09/26/2001 Other-Mgr. Approved Absence                                              38
10/07/2001 Other-Mgr. Approved Absence                                              38
10/08/2001 Other-Mgr. Approved Absence                                              38
10/14/2001 Other-Mgr. Approved Absence                                              38
10/22/2001 Other-Mgr. Approved Absence                                              38
10/28/2001 Other-Mgr. Approved Absence                                              38
11/09/2001 Other-Mgr. Approved Absence                                              38
11/17/2001 Other-Mgr. Approved Absence                                              38

Approved Tardies

                                                                                                            APPLIES
                                                                                    REASON    ACCRUED       TOWARD 3
DATE       DESCRIPTION                                                              CODE      ABSENCE       TARDY ABSENCE
06/19/2001 Manager Approved Tardy                                                   41                      N
07/03/2001 Manager Approved Tardy                                                   41                      N
07/24/2001 Manager Approved Tardy                                                   41                      N
08/11/2001 Manager Approved Tardy                                                   41                      N
08/28/2001 Manager Approved Tardy                                                   41                      N
09/04/2001 Manager Approved Tardy                                                   41                      N
09/25/2001 Manager Approved Tardy                                                   41                      N
10/02/2001 Manager Approved Tardy                                                   41                      N
10/16/2001 Manager Approved Tardy                                                   41                      N
10/23/2001 Manager Approved Tardy                                                   41                      N
```

D001863