```
RUN ON: 11/28/2001 AT 14:04:23                    WAL*MART STORES, INC.              REPORT NO: sas3341r
                                                  Associate Attendance Report        PAGE NO: 5
Supervisor:                                       STORE NO: 2022

Associate:    JEFFREY KROL                        From:  11/28/2000                  USER ID: AWGAUTH
SSN:                                              To:    11/28/2001

    LEGEND:

    **  ABSENCE: Associate did not work scheduled shift
    **  TARDY: Associate clocked in more than 10 minutes after scheduled start time
    **  LEFT EARLY: Associate clocked out 30 minutes or more prior to scheduled leave time
    **  NON-SCHEDULED WORKED SHIFT: Associate worked a shift not scheduled
    **  RECURRING: An absence tied/related to a previous absence counted as part of the original absence
        (ex. Strep throat: day 1 is an absence; day 2 and 3 are recurring absences tied to the original absence)
    **  APPLIES TOWARD 3 TARDY ACCRUED ABSENCE: Tardies which count toward the Unapproved Absence calculation for three accrued Unapproved tardies
    **  ACTIVE ATTENDANCE EXCEPTIONS(Absences: Left Early; Non-Sched Worked shifts): 
        Attendance exceptions which have occurred in the last six months, and are subject to Coaching
        if they are Unapproved

    NOTE: Attendance Exceptions are reported for all Job codes in which Associate has worked within the Timeframe above

                                     ** END OF JOB **
                              Associate Attendance Report
                      REPORT: sas3341r RUN ON: 11/28/2001 AT 14:04:23
```

****** WAL-MART STORES, INC. CONFIDENTIAL ******

D001864

```
RUN ON: 11/28/2001 AT 14:04:21                              WAL*MART STORES, INC.         STORE NO: 2022       REPORT NO: sas394lr
                                                         Associate Attendance Report                           PAGE NO: 3
Supervisor:
Associate:   JEFFREY KROL                                From:  11/28/2000
SSN:                                                     To:    11/28/2001

                        Approved Left Earlys

DATE         DESCRIPTION                                                                                REASON
                                                                                                        CODE
06/20/2001   Manager Approved Left Early                                                                42
07/07/2001   Manager Approved Left Early                                                                42
07/11/2001   Manager Approved Left Early                                                                42
07/16/2001   Manager Approved Left Early                                                                42
07/18/2001   Manager Approved Left Early                                                                42
07/21/2001   Manager Approved Left Early                                                                42
07/25/2001   Manager Approved Left Early                                                                42
08/01/2001   Manager Approved Left Early                                                                42
08/04/2001   Manager Approved Left Early                                                                42
08/11/2001   Manager Approved Left Early                                                                42
08/18/2001   Manager Approved Left Early                                                                42
08/25/2001   Manager Approved Left Early                                                                42
08/27/2001   Manager Approved Left Early                                                                42
09/03/2001   Manager Approved Left Early                                                                42
09/05/2001   Manager Approved Left Early                                                                42
09/08/2001   Manager Approved Left Early                                                                42
09/22/2001   Manager Approved Left Early                                                                42
09/24/2001   Manager Approved Left Early                                                                42
10/01/2001   Manager Approved Left Early                                                                42
10/24/2001   Manager Approved Left Early                                                                42
10/31/2001   Manager Approved Left Early                                                                42

                        Approved Non-Scheduled Worked Shifts

DATE         DESCRIPTION                                                                                REASON
                                                                                                        CODE
05/24/2001   Manager Approved Non-Sched Worked                                                          43
05/25/2001   Manager Approved Non-Sched Worked                                                          43
05/26/2001   Manager Approved Non-Sched Worked                                                          43
05/30/2001   Manager Approved Non-Sched Worked                                                          43
05/31/2001   Manager Approved Non-Sched Worked                                                          43
06/03/2001   Manager Approved Non-Sched Worked                                                          43
06/05/2001   Manager Approved Non-Sched Worked                                                          43
06/08/2001   Manager Approved Non-Sched Worked                                                          43
06/09/2001   Manager Approved Non-Sched Worked                                                          43
06/12/2001   Manager Approved Non-Sched Worked                                                          43
06/13/2001   Manager Approved Non-Sched Worked                                                          43
06/15/2001   Manager Approved Non-Sched Worked                                                          43
06/17/2001   Manager Approved Non-Sched Worked                                                          43
06/21/2001   Manager Approved Non-Sched Worked                                                          43
06/22/2001   Manager Approved Non-Sched Worked                                                          43
07/06/2001   Manager Approved Non-Sched Worked                                                          43
07/08/2001   Manager Approved Non-Sched Worked                                                          43
07/12/2001   Manager Approved Non-Sched Worked                                                          43
07/19/2001   Manager Approved Non-Sched Worked                                                          43
07/20/2001   Manager Approved Non-Sched Worked                                                          43
07/26/2001   Manager Approved Non-Sched Worked                                                          43
```

D001865

```
RUN ON: 11/28/2001 AT 14:04:23                                              WAL*MART STORES, INC.                         REPORT NO: sas3341r
Supervisor:                                                               Associate Attendance Report                    PAGE NO: 4
Associate:    JEFFREY KROL                                                                                                STORE NO: 2022
SSN:
                                                                          From:  11/28/2000
                                                                          To:    11/28/2001

                                                               REASON
              DESCRIPTION                                      CODE
08/03/2001    Manager Approved Non-Sched Worked                43

              Approved Non-Scheduled Worked Shifts

DATE          DESCRIPTION                                      REASON CODE
08/05/2001    Manager Approved Non-Sched Worked                43
08/07/2001    Manager Approved Non-Sched Worked                43
08/09/2001    Manager Approved Non-Sched Worked                43
08/16/2001    Manager Approved Non-Sched Worked                43
08/17/2001    Manager Approved Non-Sched Worked                43
08/19/2001    Manager Approved Non-Sched Worked                48
08/24/2001    Manager Approved Non-Sched Worked                43
08/26/2001    Manager Approved Non-Sched Worked                43
08/30/2001    Manager Approved Non-Sched Worked                43
09/06/2001    Manager Approved Non-Sched Worked                43
09/07/2001    Manager Approved Non-Sched Worked                48
09/11/2001    Manager Approved Non-Sched Worked                43
09/13/2001    Manager Approved Non-Sched Worked                43
09/20/2001    Manager Approved Non-Sched Worked                43
09/21/2001    Manager Approved Non-Sched Worked                43
09/23/2001    Manager Approved Non-Sched Worked                43
09/27/2001    Manager Approved Non-Sched Worked                43
09/28/2001    Manager Approved Non-Sched Worked                43
09/30/2001    Manager Approved Non-Sched Worked                43
10/05/2001    Manager Approved Non-Sched Worked                43
10/10/2001    Manager Approved Non-Sched Worked                43
10/17/2001    Manager Approved Non-Sched Worked                43
10/26/2001    Manager Approved Non-Sched Worked                43

Timeframe:        Approved Attendance Exceptions Summary:
             Active Attendance Exceptions (6 Month Rolling)
                  06/28/2001 to 11/27/2001
             Total Active Approved Absences                       33
             Total Active Approved Tardies                        11
             Total Active Approved Left Earlys                    22
             Total Active Approved Worked Shifts                  45

Timeframe:      11/28/2000 to 11/28/2001
             Coaching Should not be Based upon the Following:
                  (For Management Reference Only)
             Total Approved Absences                              33
             Total Approved Tardies                               11
             Total Approved Left Earlys                           22
             Total Approved Worked Shifts                         48
```

D001866



# Job Description
# Salesfloor Associate

**Position Requirements**  Primary position requirements are listed below.

- **Experience and Qualification**
  * Must be at least 18 years of age in designated areas.
- **Counting and Math Skills**
  * Must be able to count whole numbers and decimals, add, subtract, multiply, and divide, and be able to use whole numbers, decimals, and fractions.
- **Communication and Basic Writing and Reading**
  * Must be able to write, read, and understand printed material, and be able to communicate with both Customers and other Associates.

**Essential Functions**  Essential functions of this position are listed below.

- Frequently pick up, lift, carry, and place items of varying sizes, weighing up to and greater than 50 pounds, while moving up and down a ladder.
- Accurately and efficiently process returns, stock, label, price, sign, zone, and organize merchandise in accordance with Company guidelines.
- Accurately and efficiently place items in their correct locations, which may include bending, stooping, and reaching.
- Work in area that may require exposure to extreme conditions.
- Understand and effectively follow all Company procedures, Company policies, and laws on all restricted items.
- Resolve Customer concerns effectively.
- Pick up items such as small coins and change the labels/paper in the portable/SMART printers.
- Visually verify:
  * Small print.
  * Items to shipping labels, pricing labels, shelf labels, chemical container labels, and other store signing, and to the handheld/SMART terminal display.
- Communicate effectively with Customers and other Wal-Mart Associates.

I have read and understand these responsibilities and requirements for this position, and certify that (mark one):

✓ _____ I have the ability to perform the essential functions of this position either with or without a reasonable accommodation.

_____ I do not have the ability to perform the essential functions of this position either with or without a reasonable accommodation.

J. Z Bolay                         [signature]                         1/1/03
Associate/Applicant Printed Name    Associate/Applicant Signature        Date

D001867



# Job Description
# Salesfloor Associate

**General Responsibilities**

You assist your Customers and support the store by:

- Practicing the Three Basic Beliefs:
    * Respect for the Individual.
    * Service to our Customers.
    * Strive for Excellence.
- Maximizing sales and profitability through the efficient execution of Company programs.
- Providing Customers and other Associates with outstanding service through friendly, quick, efficient, accurate, and safe assistance.
- Ensuring a safe and clean environment.
- Following loss prevention, risk control, and quality assurance procedures.
- Maintaining pricing and inventory integrity.
- Utilizing job-specific procedures and tools when needed.
- Completing all Company required training including but not limited to on-the-job, paper, satellite broadcast, and computer based learning.
- Attending store and job-related meetings.
- Communicating with Customers and other Associates.
- Following and enforcing all applicable Company, local, state, and federal guidelines.
- Managing and selling tobacco, alcohol, and other sales restricted merchandise.
- Ensuring that your area of responsibility has sufficient supplies to complete assigned duties.
- Performing the responsibilities of other positions as needed.

**Position Responsibilities**

Primary position responsibilities and functions are listed below. At Wal-Mart, we work together as a team; therefore, additional responsibilities may be assigned throughout the store at anytime.

- Ensure good Customer service by:
    * Greeting and thanking every Customer by name whenever possible.
    * Locating merchandise on the salesfloor.
    * Verifying proper product rotation.
    * Immediately removing damaged and distressed merchandise.
- Operate handheld/SMART terminal, designated pricing and powered equipment, and use other assigned tools.
- Follow established Company guidelines for Customer satisfaction and merchandising.
- Verify price differences and missing item information between the register and salesfloor.
- Assist Customers with locating merchandise on the salesfloor and taking special order requests.
- Accurately and efficiently process returns, stock, label, price, sign, zone, clean, and organize merchandise in accordance with Company guidelines.
- Communicate as necessary with hourly supervisors and salaried management.

D001868

# Wal*Mart Stores, Inc.
## Customer Service Scheduling Availability
### Associate

Dear Associate:

Thank you for your continued service with Wal-Mart. We strive to provide flexible hours for our Associates while ensur customer service. Wal-Mart recognizes that opportunities may arise that require an Associate to change their availability your request to do so. However, we want to remind you how our scheduling process works. We must ensure that we Associates available when our customer traffic is heaviest. Wal-Mart tracks information about where and what tim customers are shopping. This aids management in scheduling Associates properly to assist our customers. Your open a important to this process. Changing your availability could affect the number of hours you receive. If you have an please see your facility manager.

_Jenifer Zbaray_
(Print Name)                                                   (Social Security Number)

Please indicate the hours you ARE AVAILABLE to work. Changes to your availability must approv your facility manager.

Wal-Mart Store # 2022    Is your store 24 hours? Please circle:  Yes  (No)
(Shift times vary in 24 hr. facilities Please see the Personnel Manager for shift times.)

|  | Saturday | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|---|---|---|
| Store Shifts (extends slightly beyond store hours) | 7a-11p | 9a-8p | 7a-10p | 7a-10p | 7a-10p | 7a-10p | 7a-10 |
| Overnight Receiving Shifts | 10p-8a | 10p-8a | 10p-8a | 10p-8a | 10p-8a | 10p-8a | 10p-8 |
| Your availability: Start Time | 7:00pm | 7:00Am | 7.am | 1-pm | 7.Am | 7.Am | 7.Am |
| Stop Time | 4:00pm | 4:00am | 4:00pm | close | 4.pm | 4.pm | 4.pm |

Are you requesting a status change?
NO ___  YES ✓   If YES, Part Time to Full time (over 28 hours) ___  (Full Time) to Part Time(under 28 l

**Weekly**                                               **Daily**

Minimum hours requested weekly ___
Maximum hours requested weekly  40  (not to exceed 40 hours)

Minimum hours requested daily ___
Maximum hours requested daily  8

Please indicate any reoccurring times you are not available to work. Some examples include night classes every other Th military service duty the 2nd weekend of every month, etc.

| Beginning Day | Time | Ending Day | Time | Exception (how often it occurs) | Date To Begin |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

You MUST be available for a minimum of 16 hours per week.

Associate's Signature _[signature]_                       Date  10-15-99

Facility Manager's Signature _[signature]_                Date ___

This form is no guarantee of a shift or minimum number of hours.
This form supersedes the availability section contained on the application.

**Maintain this form in the Associate's Personnel File**

D001869

# Wal*Mart Stores, Inc.
## Customer Service Scheduling Availability
### Associate

Dear Associate:

Thank you for your continued service with Wal-Mart. We strive to provide flexible hours for our Associates while ensuring excel[lent] customer service. Wal-Mart recognizes that opportunities may arise that require an Associate to change their availability. We res[pect] your request to do so. However, we want to remind you how our scheduling process works. We must ensure that we have trai[ned] Associates available when our customer traffic is heaviest. Wal-Mart tracks information about where and what time of day customers are shopping. This aids management in scheduling Associates properly to assist our customers. Your open availabilit[y is] important to this process. Changing your availability could affect the number of hours you receive. If you have any questi[ons] please see your facility manager.

_____ Zboray _____
(Print Name)                                                                                          (Social Security Number)

Please indicate the hours you ARE AVAILABLE to work. Changes to your availability must approved by your facility manager.

Wal-Mart Store # _____

Is your store 24 hours? Please circle: Yes   No
(Shift times vary in 24 hr. facilities Please see the Personnel Manager for shift times.)

| | Saturday | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|---|---|---|
| Store Shifts (extends slightly beyond store hours) | 9-6 | off | 12-9 | off | 12-9 | 9-6 | 9- |
| Overnight Receiving Shifts | | | | | | | |
| Your availability: Start Time | | | | | | | |
| Stop Time | | | | | | | |

Are you requesting a status change?
NO____  YES____   If YES, Part Time to Full time (over 28 hours)____   Full Time to Part Time (under 28 hours)____

**Weekly**
Minimum hours requested weekly _____
Maximum hours requested weekly _____ (not to exceed 40 hours)

**Daily**
Minimum hours requested daily _____
Maximum hours requested daily _____

Please indicate any reoccurring times you are not available to work. Some examples include night classes every other Thursday night military service duty, the 2nd weekend of every month, etc.

| Day | Beginning Time | Day | Ending Time | Exception (how often it occurs) | Date To Begin | End |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

You MUST be available for a minimum of 16 hours per week.

Associate's Signature _____   Date 11/6/01

Facility Manager's Signature _____   Date _____

This form is no guarantee of a shift or minimum number of hours.
This form supersedes the availability section contained on the application.

**Maintain this form in the Associate's Personnel File**

Revised Sept ___

D001870

# Wal-Mart Stores, Inc.
### Customer Service Scheduling Availability
### Associate

Dear Associate:

Thank you for your continued service with Wal-Mart. We strive to provide flexible hours for our Associates while ensuring excellent customer service. Wal-Mart recognizes that opportunities may arise that require an Associate to change their availability. We respect your request to do so. However, we want to remind you how our scheduling process works. We must ensure that we have trained Associates available when our customer traffic is heaviest. Wal-Mart tracks information about where and what time of day our customers are shopping. This aids management in scheduling Associates properly to assist our customers. Your open availability is important to this process. Changing your availability could affect the number of hours you receive. If you have any questions, please see your facility manager.

__Jenilu Zborny__
(Print Name)                                                                                                       (Social Security Number)

Please indicate the hours you ARE AVAILABLE to work. Changes to your availability must be approved by your facility manager.

Wal-Mart Store # __2022__

Is your store 24 hours? Please circle: Yes   No
(Shift times vary in 24 hr. facilities. Please see the Personnel Manager for shift times.)

| | Saturday | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|---|---|---|
| Store Shifts (extends slightly beyond store hours) | 0-24 | 0-24 | 0-24 | 0-24 | 0-24 | 0-24 | 0-24 |
| Overnight Receiving Shifts | 11:30PM-8AM | 11:30PM-8AM | 11:30PM-8AM | 11:30PM-8AM | 11:30PM-8AM | 11:30PM-8AM | 10:30PM-8AM |
| Your availability: Start Time | 9-6 | 12-5 | OFF | 9-9 | 9-6 | 9-9 | 9-6 |
| Stop Time | | | | | | | |

Are you requesting a status change?
NO __✓__   YES _____   If YES, Part Time to Full Time (over 34 hours) _____ Full Time to Part Time (under 34 hours) _____

**Weekly**
Minimum hours requested weekly __34__
Maximum hours requested weekly __40__ (not to exceed 40 hours)

**Daily**
Minimum hours requested daily _____
Maximum hours requested daily _____

Please indicate any reoccurring times you are not available to work. Some examples include night classes every other Thursday night, military service duty the 2nd weekend of every month, etc.

| Beginning | | Ending | | Exception | Date To | |
|---|---|---|---|---|---|---|
| Day | Time | Day | Time | (how often it occurs) | Begin | End |
| | | | | | | |

You MUST be available for a minimum of 16 hours per week.

Associate's Signature _____
District Manager  Mitchell Sullivan                                    Date __10/30/02__
Facility Manager's Signature _____                         10/30/02
                                                                                    Date _____

This form is no guarantee of a shift or minimum number of hours.
This form supersedes the availability section contained on the application.

**Maintain this form in the Associate's Personnel File**

Revised Jan./02

WM Associate

D001871

# Wal-Mart Stores, Inc.
Customer Service Scheduling Availability
Associate

Dear Associate:

Thank you for your continued service with Wal-Mart. We strive to provide flexible hours for our Associates while ensuring excellent customer service. Wal-Mart recognizes that opportunities may arise that require an Associate to change their availability. We respect your request to do so. However, we want to remind you how our scheduling process works. We must ensure that we have trained Associates available when our customer traffic is heaviest. Wal-Mart tracks information about where and what time of day our customers are shopping. This aids management in scheduling Associates properly to assist our customers. Your open availability is important to this process. Changing your availability could affect the number of hours you receive. If you have any questions, please see your facility manager.

__Jenilu Zboray__
(Print Name)                                                                                  (Social Security Number)

Please indicate the hours you ARE AVAILABLE to work. Changes to your availability must be approved by your facility manager.

Wal-Mart Store # __2022__

Is your store 24 hours? Please circle:   Yes   No
(Shift times vary in 24 hr. facilities. Please see the Personnel Manager for shift times.)

| | Saturday | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|---|---|---|
| Store Shifts (extends slightly beyond store hours) | 0-24 | 0-24 | 0-24 | 0-24 | 0-24 | 0-24 | 0-24 |
| Overnight Receiving Shifts | 1130PM-8AM | 1130PM-8AM | 1130PM-8AM | 1130PM-8AM | 1130PM-8AM | 1130PM-8AM | 1130PM-8AM |
| Your availability: Start Time | 8-9 | 8-9 | 8-9 | off | 8-9 | 8-9 | 9-6 |
| Stop Time | | 12-5 | | | | | |

Are you requesting a status change?
NO_____   YES_____   If YES, Part Time to Full Time (over 34 hours)_____   Full Time to Part Time (under 34 hours)_____

Weekly
Minimum hours requested weekly _____
Maximum hours requested weekly _____ (not to exceed 40 hours)

Daily
Minimum hours requested daily _____
Maximum hours requested daily _____

Please indicate any reoccurring times you are not available to work. Some examples include night classes every other Thursday night, military service duty the 2nd weekend of every month, etc.

| Beginning Day | Time | Ending Day | Time | Exception (how often it occurs) | Date To Begin | End |
|---|---|---|---|---|---|---|
| | | | | | | |

You MUST be available for a minimum of 16 hours per week.

Associate's Signature _____   Date __Oct. 24, 2002__

Facility Manager's Signature _____   Date __OCT 24, 2002__

This form is no guarantee of a shift or minimum number of hours.
This form supersedes the availability section contained on the application.

**Maintain this form In the Associate's Personnel File**

Revised Jan./02

WM Associate

D001872

WORK reference information (Get name AND phone number):

1) _On apple_____
2) _____
3) _____

Advise them of Company policy on relatives working in the same store. _Covered_

Recommendation: (Circle one)   NO      MAYBE     (YES)

General Comments: _Great_ _____ _check hours to interview_

D001873