WMP-57 (REV.5-92)
PAGE 1

## INTERVIEW COMMENT SHEET

Date _10/21/93_

Applicant (Name) _Jenila Zboray_ Telephone # _____

Social Security No. _____    Position Applied for _Counter Desk, etc_

Fulltime _X_    Peaktime _____    Interviewer's Name _Mal_

### Group 1 Questions related to application:
Example:
- "Previously you have worked in manufacturing.  Why do you want to work in retail?"

Write additional questions and answers:

_whms adventure, start w/ company._
_"like having a book." experience._

### Group 2 Questions related to past actions:
Example:
- "How have you dealt with difficult people at work?"

Write additional questions and answers:

_handle them nice + friendly_
_pleasantly cheerful._

D001874

## COACHING FOR IMPROVEMENT FORM

Name:  Jenilu Zboray _____    SSN __  __  __  Location _____  2022 Dept49 _

Position: _____  Optician Apprentice _____                    Date:01/30/01 _____

Previous coachings and / or discussions:   Repeat tardyness, Not answering phone in a timely manner. Following through with customer issues,unauthorized overtime.Lack of professionalism when handling Situations with customers.

What is the impact of this behavior / performance on customer service, other Associates, and the profitability of the operating unit?  Lack of confidence in service to the customer, not giving the best service possible to the customer , breakdown of good quality service

The behavior or performance expected next time: Answer Phones in a timely mannor, show up to work on time. Make sure customers know what they are getting for their money. Follow through with all orders.

The next level of of corrective action if this behavior / performance continues will be: Decision making day.

Written Plan of action to be completed by the Associate:

Associates
Comments:

|  | Print Name. | Signatures. | Level of Coaching |
|---|---|---|---|
| Associate Coached: |  |  | Written Coaching _____ |
| Supervisor: | JERRY ELLIS | Jerry Ellis | Decision making day _____ |
| Witness: | Lisa Halle | Lisa Halle |  |
| Next Level  of Supervision**: | Joshua Adams |  |  |

ASSOCIATE'S COMMENDATION FORM

ME: _Jenilu Zboray_          SS# _____          STORE# _2022_

TE HIRED: _12-28-93_         POSITION: _apprentice optician_

is form is to be used to recognize any action for which an associate
ould be commended. Please give all the details, including dates.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

a change in position occurs, please fill out the following:

ITION:     FROM: _Division 6_           TO: _Division 30_
ARTMENT:   FROM: _10 (TLE)_             TO: _44 (Vision)_
ARY:       FROM: _$10.35 /hr._          TO: _$11.00_
TUS:       FROM: [X] F  [ ] P  [ ] T    TO: [X] F  [ ] P  [ ] T

** F = FULL TIME ** P = PART TIME ** T = TEMPORARY **

OCIATE SIGNATURE _____    DATE: _3-23-00_
AGER'S APPROVAL _Patricia Milquist_       DATE: _3-23-00_
ECTIVE DATE _3-25-00_

IES TO ASSOCIATE'S PERSONNEL FILE

D001876

WMP-32 (REV. 7/94)

## ASSOCIATE'S COMMENDATION FORM

NAME: _Dorily Zburg_     SS# _____     STORE # _2022_
DATE HIRED: _12/26/93_     POSITION: _Dept Mgr_

This form is to be used to recognize any action for which an associate should be commended.  Please give all the details, including dates.

_Promoted from sales clerk to Dept Mgcs of Dept 10, will be taken to $7.50 per hour effective immediately._

If a change in position occurs, please fill out the following:

POSITION:     FROM: _____     TO: _____
DEPARTMENT:     FROM: _____     TO: _____
SALARY:     FROM: _____     TO: _____
STATUS:     FROM: _F_ _P_ _T_     TO: _F_ _P_ _T_
    ** F = FULL TIME ** P = PART TIME ** T = TEMPORARY **

ASSOCIATE SIGNATURE _____     DATE: _____
MANAGER'S APPROVAL _____     DATE: _____
EFFECTIVE DATE _____

COPIES TO ASSOCIATE'S PERSONNEL FILE

D001877

VMP-32 (REV. 7/94)

## ASSOCIATE'S COMMENDATION FORM

NAME: _Aprile Zborny_    SS# _____    STORE # _2022_

DATE HIRED: _____    POSITION: _____

This form is to be used to recognize any action for which an associate should be commended. Please give all the details, including dates.

Aprile has done a great job in sporting goods + has been a real asset to wal-mart with her dedication, concern + enthusiasm. Aprile has done a great job + is deserving of a .35 Merit raise. Effective 6/30/95 Aprile will be taking from $6.20 to $6.55. Aprile will be given back pay dating back to 6/16/9.

If a change in position occurs, please fill out the following:

POSITION:     FROM: _____    TO: _____
DEPARTMENT:   FROM: _____    TO: _____
SALARY:       FROM: _620_              TO: _655_
STATUS:       FROM: __F__  __P__  __T__    TO: __F__  __P__  __T__
              ** F = FULL TIME ** P = PART TIME ** T = TEMPORARY **

ASSOCIATE SIGNATURE _____    DATE: _6/29/95_

MANAGER'S APPROVAL _____    DATE: _____

EFFECTIVE DATE _____

COPIES TO ASSOCIATE'S PERSONNEL FILE

D001878

AP-32-REV. 7/94

## ASSOCIATE'S COMMENDATION FORM

AME: _Jenile Zborey_     88# _____     STORE # _2022_

ATE HIRED: _12/28/93_     POSITION: _Sales Assoc_

his form is to be used to recognize any action for which an associate
hould be commended.  Please give all the details, including dates.

This Associate is receiving an increase in their
Payrate to bring them up to a new payrate scale

! a change in position occurs, please fill out the following:

| | | |
|---|---|---|
| )SITION: | FROM: _____ | TO: _____ |
| :PARTMENT: | FROM: _____ | TO: _____ |
| _LARY: | FROM: _6.60  6.55_ | TO: _6.65_ |
| ATUS: | FROM:  F  P  T | TO:  F  P  T |

**(F)** = FULL TIME ** P = PART TIME ** T = TEMPORARY **

SOCIATE SIGNATURE _Jenile Zborey_     DATE: _9/2/95_

NAGER'S APPROVAL _____     DATE: _9-02-95_

FECTIVE DATE _Sept 9 1995_

PIES TO ASSOCIATE'S PERSONNEL FILE

D001879

**5. TEAMWORK / FLEXIBILITY:**    (List strengths & areas of improvement)
- Dependable (i.e. attendance, punctuality)  • Works well with others  • Promotes & maintains all safety requirements

Jenila is very Dependable And is willing to
Come in when Asked To Do Special
ProJects.

**6. INITIATIVE / SENSE OF URGENCY:**    (List strengths & areas of improvement)
- Meets deadlines without daily direction  • CBL training complete  • Plans & organizes workload to react to change

Jenila gets All Her TASKS Done on Time And
will find Something Else To Do when shes Done

**◆OVERALL STRENGTHS◆**    Bullet-point comments are recommended

Jenila is A Positive force in our Store. She
is Always Happy And very Hard working

**◆AREAS OF IMPROVEMENT◆**    Bullet-point comments are recommended

**◆ASSOCIATE COMMENTS / GOAL SETTING◆**

List goals that will aid in your personal development & impact your area of responsibility. Attach additional pages if necessary.

| OBJECTIVES | MEANS OF MEASUREMENT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

**SIGNATURES:**

| (Associate's Signature) | (Print Associate's Name) | Date |
|---|---|---|
| (Supervisor's Signature) | (Print Supervisor's Name) | Date |
| Manager/Director Signature | (Print Mgr/Dir Name) | Date |

D001880

# ASSOCIATE EVALUATION

| | |
|---|---|
| NAME: Jenilo Zherny | POSITION: Sales Assoc |
| SS#: STORE: 2022 | AREA OF RESPONSIBILITY: Sporting Goods |
| REVIEW PERIOD: | CURRENT PAY RATE: 6.65 |
| FROM: 12/24/94  TO: 12/28/95 | NEW PAY RATE: 6.95 |

☐ 90 DAY  ☐ OUTSTANDING  ☐ STANDARD

☒ ANNUAL  ☐ FOLLOW-UP  ☒ ABOVE STANDARD  ☐ BELOW STANDARD

## ◆PERSONAL DEVELOPMENT◆

**1. RESPECT FOR THE INDIVIDUAL:**  (List strengths & areas of improvement)
• Servant Leadership  • People Development  • Honesty & Integrity Always  • Empowering Others
• Confidentiality  • Creates & supports a working environment that embraces the diverse backgrounds of others.

Jenilo is a very Respectful And supports A working
Enviroment.

**2. SERVICE TO OUR CUSTOMERS** (INTERNAL & EXTERNAL): (List strengths & areas of improvement)
• Quality Always  • 10-Foot Rule  • Dress Code (name badge, vest, smock, etc.)
• Satisfaction Guaranteed (consistently meets or exceeds the Customer's needs).

Jenilo is Always Helpful & She goes out of Her
way To Help Costomers.

**3. STRIVE FOR EXCELLENCE** (JOB SPECIFIC PERFORMANCE): (List strengths & areas of improvement)
• Continuous Improvement  • Results-Driven  • Associate Accountability  • Store Within A Store
• Competitive Position  • Expense/Budget Responsibility  • Productivity  • Innovative  • Follow-up

Jenilo Always Strives for excellence And works
Hard Not only To improve Her Dept But
The Store As A whole (ie Toys).

**4. COMMUNICATION:**  (List strengths & areas of improvement)
▪ Expresses ideas clearly & concisely, written or verbal  • Asks questions when message is unclear
• Actively listens to, and keeps others informed

oh Jenilo can Communicate She Has no Problem
in Verbal Communication. And is Always Asking
Questions

D001881

**5. TEAMWORK / FLEXIBILITY:**     (List strengths & areas of improvement)
- Dependable (i.e. attendance, punctuality)  • Works well with others  • Promotes & maintains all safety requiremen

JENNILU HAS BEEN DEPENDABLE OVER THE PAST YEAR. SHE MAINTAINS GENERAL
SAFETY REQUIREMENTS. AS MENTIONED, JENNILU WORKS WELL ALL ASSOCIATES.

**6. INITIATIVE / SENSE OF URGENCY:**     (List strengths & areas of improvement)
- Meets deadlines without daily direction  • CBL training complete  • Plans & organizes workload to react to chang

JENNILU IS ONE OF OUR MOST DEDICATED ASSOCIATES. SHE IS 100 PERCENT
CBL COMPLETE. JENNILU COULD IMPROVE BY MAKING BETTER JUDGEMENT
CALLS. EXPERIENCE WILL BE HER GREATEST TOOL TO IMPROVEMENT. AS A DEPT.
MANAGER.

### ◆OVERALL STRENGTHS◆     Bullet-point comments are recommended

DEDICATED TO COMPANY
DEPENDABLE
GOOD CUSTOMER SERVICE
HARD WORKER

### ◆AREAS OF IMPROVEMENT◆     Bullet-point comments are recommended

FOCUS ON JOB RESPONSIBILITIES — USE BETTER JUDGEMENT
ASSOCIATE TRAINING & SETTING EXPECTATIONS
DEPARTMENT CONDITIONS HAVE IMPROVED, BUT NEED TO CLEAN SHELVES & MAINTAIN
MODULAR INTEGRITY.
COMMUNICATION W/ MANAGEMENT.

### ◆ASSOCIATE COMMENTS / GOAL SETTING◆
List goals that will aid in your personal development & impact your area of responsibility. Attach additional pages if necessary.

| OBJECTIVES | MEANS OF MEASUREMENT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**SIGNATURES:**

| Associate's Signature | (Print Associate's Name) Jenily Zberoy | Date 12/10/97 |
|---|---|---|
| Supervisor's Signature | (Print Supervisor's Name) | Date |
| Manager/Director Signature | (Print Mgr/Dir Name) John WRIGHT | Date 12/10/97 |

D001882

# ASSOCIATE EVALUATION

| NAME: *JENILL ZBORAY* | POSITION: *DEPARTMENT MANAGER* |
| --- | --- |
| SS#:      STORE: *2027* | AREA OF RESPONSIBILITY: *10* |
| REVIEW PERIOD: | CURRENT PAY RATE: *7.70* |
| FROM: *12/28/96*   TO: *12/28/97* | NEW PAY RATE:   *8.01* |

☐ 90 DAY           ☐ OUTSTANDING     ☒ STANDARD

☒ ANNUAL     ☐ FOLLOW-UP       ☐ ABOVE STANDARD    ☐ BELOW STANDARD

## ◆PERSONAL DEVELOPMENT◆

### 1. RESPECT FOR THE INDIVIDUAL:   (List strengths & areas of improvement)
- Servant Leadership    • People Development    • Honesty & Integrity Always    • Empowering Others
- Confidentiality    • Creates & supports a working environment that embraces the diverse backgrounds of others.

*JENILL IS RESPECTFUL TO OUR ASSOCIATES AND WORKS WELL WITH EVERYONE. SHE MUST IMPROVE ON EMPOWERING HER ASSOCIATES. THIS IS NECESSARY FOR JENILL TO COMPLETE THE DEPT. MGRS. RESPONSIBILITIES.*

### 2. SERVICE TO OUR CUSTOMERS (INTERNAL & EXTERNAL): (List strengths & areas of Improvement)
- Quality Always    • 10-Foot Rule    • Dress Code (name badge, vest, smock, etc.)
- Satisfaction Guaranteed (consistently meets or exceeds the Customer's needs).

*JENILL SERVES OUR CUSTOMERS BY UTILIZING THE TEN FT. RULE. SHE PROVIDE STRONG SERVICE TO EVERYONE. SHE FOLLOWS THE COMPANY DRESS CODE CONSISTENTLY.*

### 3. STRIVE FOR EXCELLENCE (JOB SPECIFIC PERFORMANCE): (List strengths & areas of improvement)
- Continuous Improvement    • Results-Driven    • Associate Accountability    • Store Within A Store
- Competitive Position    • Expense/Budget Responsibility    • Productivity    • Innovative    • Follow-up

*JENILLS SALES PERFORMANCE YTD INCREASED 5.60 PERCENT FOR THE AUTOMOTIVE DEPARTMENT. SHE UNDERSTANDS SWAS, BUT HAS NOT BEEN CONSISTENT WITH THE COMPANY PROGRAM. JENILL HAS IMPROVED DEPARTMENTAL ISSUES: FLAGGING, IN-STOCK, MERCHANDISING ENDCAPS. SHE COULD IMPROVE DEPARTMENT BY CLEANING SHELVES & MAINTAINING MODALAR INTEG*

### 4. COMMUNICATION:   (List strengths & areas of improvement)
- Expresses ideas clearly & concisely, written or verbal    • Asks questions when message is unclear
- Actively listens to, and keeps others informed    *LINES OF*

*JENILL COULD IMPROVE BY OPENING A COMMUNICATION WITH HER ASSISTANT MANAGER. JENILL NEEDS TO EXPRESS IDEAS ON A CONSISTENT BASIS. SHE NEEDS TO HOLD HER ASSOCIATES ACCOUNTABLE IN COMPLETING DEPARTMENTAL TASKS. FURTHERMORE, WORK WITH RECEIVING TO ELIMINATE DOUBLE WORK.*

D001883