**5. TEAMWORK / FLEXIBILITY:**     (List strengths & areas of improvement)
· Dependable (i.e. attendance, punctuality) · Works well with others · Promotes & maintains all safety requirements

_Jenilu is dependable, works very well with others & promotes & maintains all safety requirements_

**6. INITIATIVE / SENSE OF URGENCY:**     (List strengths & areas of improvement)
· Meets deadlines without daily direction · CBL training complete · Plans & organizes workload to react to changes

_Jenilu is CBL training complete — meets deadlines without daily direction while planning & organizing workload_

## OVERALL STRENGTHS    Bullet-point comments are recommended

_Jenilu is a positive influence in the dept. She is always cheerful & is a pleasure to work with. She is a very hardworking associate_

## AREAS OF IMPROVEMENT    Bullet-point comments are recommended

_needs to listen & follow directions_

## ASSOCIATE COMMENTS / GOAL SETTING
List goals that will aid in your personal development & impact your area of responsibility. Attach additional pages if necessary.

| OBJECTIVES | MEANS OF MEASUREMENT |
|---|---|
| | |
| | |
| | |
| | |

**SIGNATURES**

| Associate's Signature | Jenilu Zboray (Print Associate's Name) | 11/30/98 Date |
|---|---|---|
| Supervisor's Signature | (Print Supervisor's Name) | Date |
| Manager/Director Signature | (Print Mgr/Dir Name) | 11/28/98 Date |

D001884

# ASSOCIATE EVALUATION

| NAME: Jenill Zboray | POSITION: Department Manager |
| SS#: | STORE: 2022    AREA OF RESPONSIBILITY: 10 |
| REVIEW PERIOD: | CURRENT PAY RATE: 8.01 |
| FROM: 12/28/97    TO: 12/28/98 | NEW PAY RATE: 8.40 |

☐ 90 DAY          ☐ OUTSTANDING          ☐ STANDARD
☒ ANNUAL   ☐ FOLLOW-UP   ☒ ABOVE STANDARD   ☐ BELOW STANDARD

## PERSONAL DEVELOPMENT

### 1. RESPECT FOR THE INDIVIDUAL:          (List strengths & areas of improvement)
· Servant Leadership     · People Development     · Honesty & Integrity Always       · Empowering Others
· Confidentiality     · Creates & supports a working environment that embraces the diverse backgrounds of others.

Jenill is honest + has high integrity & creates + supports a pleasant work environment

### 2. SERVICE TO OUR CUSTOMERS (INTERNAL & EXTERNAL): (List strengths & areas of improvement)
· Quality Always       · 10-Foot Rule       · Dress Code (name badge, vest, smock, etc.)
· Satisfaction Guaranteed (consistently meets or exceeds the Customer's needs).

Jenill practices the 10ft rule, proper dress + quality always + satisfaction guaranteed — she a fine representative of Walmart

### 3. STRIVE FOR EXCELLENCE (JOB SPECIFIC PERFORMANCE): (List strengths & areas of improvement)
· Continuous Improvement       · Results-Driven  · Associate Accountability       · Store Within A Store
· Competitive Position     · Expense/Budget Responsibility     · Productivity     · Innovative     · Follow-up

Jenill practices SWAS, is results driven strives for increased productivity + is very responsive to mgmt instruction.

### 4. COMMUNICATION:          (List strengths & areas of improvement)
· Expresses ideas clearly & concisely, written or verbal · Asks questions when message is unclear
· Actively listens to, and keeps others informed

Jenill could express herself at times more concisely, but she is very active + listens + informs others ✓

D001885

WMP-32 (REV. 7/94)

## ASSOCIATE'S COMMENDATION FORM

NAME: _Jenifu Zboray._    SS# _____    STORE # _2022._

DATE HIRED: _12/28/93._    POSITION: _Dept Manager - Auto._

This form is to be used to recognize any action for which an associate should be commended.  Please give all the details, including dates.

_effective 12/04/99. will be going from_

_Div 1 auto to Div 6 auto PTLE._

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

If a change in position occurs, please fill out the following:

| | | | |
|---|---|---|---|
| POSITION: | FROM: _Dept. manager_ | TO: _Dept manager_ |
| DEPARTMENT: | FROM: _10_ | TO: _10_ |
| SALARY: | FROM: _____ | TO: _____ |
| STATUS: | FROM: ✓ F   P   T | TO: ✓ F   P   T |

** F = FULL TIME ** P = PART TIME ** T = TEMPORARY **

ASSOCIATE SIGNATURE _____    DATE: _12/4/55_

MANAGER'S APPROVAL _____    DATE: _12/4/58_

EFFECTIVE DATE _12/4/58._

COPIES TO ASSOCIATE'S PERSONNEL FILE

D001886

WMP-32 (REV. 7/94)

## ASSOCIATE'S COMMENDATION FORM

NAME: _Jenify Zbovay_    SS#    STORE # _2022_
DATE HIRED: _12/28/93_    POSITION: _Dept Manager_

This form is to be used to recognize any action for which an associate
should be commended.  Please give all the details, including dates.

_effective April 10th 1999 Jesify Zbovay will
be getting a .50 merit Raise the
new rate will be from 8.40 to 8.90
per hr._

If a change in position occurs, please fill out the following:

POSITION:     FROM: —————————     TO: —————
DEPARTMENT:   FROM: —————————     TO: —————
SALARY:       FROM: _8.40_        TO: _8.90_
STATUS:       FROM: _✓_ F   P   T   TO: _✓_ F   P   T
              ** F = FULL TIME ** P = PART TIME ** T = TEMPORARY **

ASSOCIATE SIGNATURE _____    DATE: _4/10/99_
MANAGER'S APPROVAL _____     DATE: _4/10/99_
EFFECTIVE DATE _4/10/99_

COPIES TO ASSOCIATE'S PERSONNEL FILE

D001887

## ASSOCIATE'S COMMENDATION FORM

NAME _Jenilu Zboray_ SS# _____ FACILITY# _2022_

DATE HIRED: _12-28-1993_ POSITION _Vision Center_

**This form is to be used to recognize any action for which an Associate should be commended. Please give all the details, including dates.** _Jenilu Zboray has helped train associates and has been an asset to our vision center._

_Mike Zimmerman Regional Vision center Manager has approved a merit for Jenilu for her tremendous strides. Merit 5% 57¢ effective 10-13-01_

**If a change in position occurs, please fill out the following:**

| | | |
|---|---|---|
| POSITION: | FROM: | TO: |
| DEPARTMENT: | FROM: | TO: |
| SALARY: | FROM: _11.44_ | TO: ~~11.?~~ _12.01_ |
| STATUS: | FROM: [ ] F [ ] P [ ] T | TO: [ ] F [ ] P [ ] T |

** F = FULL TIME **    ** P = PART TIME **    ** T = TEMPORARY **

| | | DATE: |
|---|---|---|
| ASSOCIATE SIGNATURE | _[signature]_ | _10-19-01_ |
| HOURLY SUPERVISOR | | DATE: |
| SALARIED MEMBER OF MANAGEMENT | _Elvia Frascarro_ | DATE: _10-19-01_ |
| FACILITY MANAGER'S APPROVAL | _E. Moral_ | DATE: _10-19-01_ |
| EFFECTIVE DATE | _10-13-01_ | |

COPIES TO ASSOCIATE'S PERSONNEL FILE

## Performance Appraisal
# Optical Lab Technician

| | EXCEEDS | MEETS | BELOW |
|---|---|---|---|
| **Customer Service * Respect for the Individual** | | | |
| Answers Customer phone calls promptly, within 3 rings | ☐ | ☐ | ☑ |
| Practices 10 foot Attitude. | ☐ | ☑ | ☐ |
| Maintains a professional appearance, including compliance with dress code. | ☐ | ☑ | ☐ |
| Communicates effectively with customers, Optometrists and other healthcare professionals. | ☐ | ☐ | ☑ |
| Familiar with Optical merchandise to attend to all customer needs. | ☐ | ☑ | ☐ |
| Shows a high sense of urgency with all assignments. | ☐ | ☐ | ☑ |
| Exceeds customer's expectations by assisting them whenever possible. | ☐ | ☐ | ☑ |
| Works and communicates well with all members of the Vision Center team. | ☐ | ☐ | ☑ |
| **Productivity * Strive for Excellence** | | | |
| Meets sales objectives.          Goal.          Actual. | | | |
| Understands and operates lensometer effectively.   *N A* | ☐ | ☐ | ☑ |
| Able to fit and adjust glasses for all customers.   *N/A* | ☐ | ☐ | ☑ |
| Able to insert and remove contact lenses.   *N/A* | ☐ | ☐ | ☑ |
| Discusses patient's lifestyles before taking their order. | ☐ | ☐ | ☑ |
| Able to fit all multifocal lenses.   *N A* | ☐ | ☐ | ☑ |
| Able to read and transpose a prescription.   *N A* | ☐ | ☐ | ☑ |
| Resolves all troubleshooting issues for patients.   *N A* | ☐ | ☐ | ☑ |
| Understands and participates in maintaining Perpetual Inventory.   *N A* | ☐ | ☐ | ☑ |
| Participates in daily presentation and maintenance of Vision Center department. | ☐ | ☑ | ☐ |
| Able to cut 1-hour jobs in the lab.   *N A* | ☐ | ☐ | ☑ |
| Follow through on equipment maintenance.   *N A* | ☐ | ☐ | ☑ |
| Assures all jobs are quality checked and approved.   *N A* | ☐ | ☐ | ☑ |
| Ensures jobs are delivered on time. (Review WIP) | ☐ | ☐ | ☑ |
| **Safe Work Practices** | | | |
| Ensures departments are kept neat and clean. | ☑ | ☐ | ☐ |
| Is knowledgeable about emergency and safety procedures.   *N A* | ☐ | ☑ | ☐ |
| Ensures ANSI standards followed.   *N A* | ☐ | ☑ | ☐ |
| Follows proper lifting techniques. | ☐ | ☑ | ☐ |
| Ensures all displays are secured in a safe and proper manner. | ☐ | ☑ | ☐ |
| Ensures OSHA guidelines are being followed properly. | ☐ | ☑ | ☐ |
| Ensures stable stacking of merchandise. | ☐ | ☑ | ☐ |
| **Dependability** | | | |
| Attendance and punctuality Is Ohm acceptable Company guidelines. Company Goal:          Days Absent:          Days Tardy: | ☐ | ☐ | ☑ |
| **Training** | | | |
| Current on CBLs  *N O*    Company Goal: 100%    Associate Current %: _____ | | ☐ | ☐ |
| Shares knowledge with other Associates. | | ☐ | ☑ |

D001889

# PERFORMANCE APPRAISAL

| | |
|---|---|
| Name: _Jenilu ZBoRAy_ Store # _2022_ | Position: _apprentice, optician_ |
| SSN: | Current Pay Rate: _11.00_ |
| Review Period: | Increase Amount: _.44_ |
| From: _12/28/99_    To: _12/28/00_ | New Pay Rate: _11.44_ |

☐ 90 Day          ☑ Annual          ☐ Follow Up

### STRENGTHS

_VERY FRIENDLY_

_Eager to help_

### AREAS FOR IMPROVEMENT

_follow instructions and follow through with them._
_Vanswer phone properly and in a timely manner._
_follow guide lines in apprenticeship. According to ansi standards and_
_state boards._
_follow through with customers. Be more Professional dealing with_
_Customers and Doctor. Get Educated on optical Knowledge finish what she starts_

### ASSOCIATES COMMENTS/ GOAL SETTINGS

_This is an evaluation of the Associate's **Overall Job Performance**._

☐ EXCEEDS EXPECTATIONS    ☑ MEETS EXPECTATIONS    ☐ BELOW EXPECTATIONS

_Was out on mat. leave_
_when Review was done_

### SIGNATURES

| | | |
|---|---|---|
| _[signature]_ | _JENILU ZBORAY_ | _1/15/01_ |
| Associate's Signature | Print Associate's Name | Date |
| _[signature]_ | _JERRY Ellis_ | _01-05-01_ |
| Supervisor's Signature | Print Supervisor's Name | Date |
| Signature of Next Level of Supervision | Print Supervisor's Name | Date |

_keyed_

## PERFORMANCE APPRAISAL

| | | |
|---|---|---|
| Name: _Jenilu Zbaray_   Store #: _2022_ | | Position: _Dpt Mgr_ |
| SS#: | | Current Pay Rate: _9.35_ |
| Review Period: | | Increase Amount: _1.00_ |
| From: | To: _Merrit_ | New Pay Rate: _10.35_ |

☐ 90 Day          ☐ Annual          ☐ Follow Up

### STRENGTHS

_Friendlyness_
_Good Humor_

### AREAS FOR IMPROVEMENT

_Timely Doss_
_Telzow_
_Intolirris_

### ASSOCIATES COMMENTS/ GOAL SETTINGS

_To have TIE 100% at all times. Being in stock customer_
_Services etc._

_This is an evaluation of the Associate's Overall Job Performance._

☑ EXCEEDS EXPECTATIONS    ☐ MEETS EXPECTATIONS    ☐ BELOW EXPECTATIONS

### SIGNATURES

| | | |
|---|---|---|
| _[signature]_ | _Jenilu Zbaray_ | _1-13-00_ |
| Associate's Signature | Print Associate's Name | Date |
| Supervisor's Signature | Print Supervisor's Name | Date |
| _[signature]_ | _Todd Vornoc_ | _01-13-00_ |
| Signature of Next Level of Supervision | Print Supervisor's Name | Date |

D001891

## Department Manager Evaluation Insert Financial Report

| NAME: JENILU ZBORAY | POSITION: DEPARTMENT MANAGER |
|---|---|
| SS#: | AREA OF RESPONSIBILITY: AUTOMOTIVE |
| DATE: 11/28/1999 | *FIGURES ARE YTD THROUGH 10/99 |

|  | T.Y. | L.Y. | % of CHANGE |
|---|---|---|---|
| Sales $ | 743,051 | 660,615 | + 12.48 % |
| Profit $  ESTIMATED 10/99 | 214,394 | 171,427 | + 25.0 % |
| Average Initial Gross MU%: | 31.09 | 30.40 | + 2.27 % |
| Markdown $ | 20,346   (2.97) | 29,241   (3.17) | - 30.0 % |
| Inventory $   YTD 10/99 | 183,937 | 174,759 | + 5.25 % |
| Tums: | 2.97 | 3.17 | |
| Shrink $ | 13,669 | 11,876 | + 15.0 % |
| CBL Completion: | 100 % | | |

| Negative On Hands: | Y/N  Y | Comments: |
|---|---|---|
| WORKED DAILY | | |

| Outs: | Y/N  Y | Comments: USE KEEP IT STOCKED SCREEN MORE |
|---|---|---|
| WORKED DAILY | | |

| Competition:  GOOD | | | |
|---|---|---|---|
| RANDOM SAMPLING OF 10-20 ITEMS | # OF ITEMS CHECKED | # OF ITEMS LOWER AT COMPETITION | % BELOW COMPETITION |

SAFETY:

| Riser Maintenance: | Y/N  N | Comments: RISERS NEED TO IMPROVE (IMAGE, SAFE) |
|---|---|---|
| NEAT/LEVEL/FLAGGED | | |

| Stockroom: | Y/N  N | Comments: IMPROVE ORGANIZATION, LABELLING |
|---|---|---|
| NEAT/ORGANIZED/LABELED | | |

D001892

## Performance Appraisal
# Department Manager

| | EXCEEDS | MEETS | BELOW |
|---|---|---|---|

**Customer Service**

| | EXCEEDS | MEETS | BELOW |
|---|---|---|---|
| Practices 10 Foot Attitude. | ☑ | ☐ | ☐ |
| Wears appropriate work attire. | ☐ | ☑ | ☐ |

**Productivity**

| | EXCEEDS | MEETS | BELOW |
|---|---|---|---|
| Maintains proper inventory levels. | ☐ | ☑ | ☐ |
| Follows budgets for department, including shrink budget. | ☐ | ☐ | ☑ |
| Ensures Associates are trained on departmental procedures. | ☑ | ☐ | ☐ |
| Ensures departments are kept neat and clean. | ☐ | ☑ | ☐ |
| Understands emergency procedures (e.g. accidents, codes). | ☐ | ☑ | ☐ |
| Obtains basic understanding of the SMART System. | ☐ | ☑ | ☐ |
| Understands how to use the handheld terminal. | ☑ | ☐ | ☐ |
| Completes Store Within A Store (SWAS) charts monthly. | ☐ | ☑ | ☐ |
| Completes price changes on time. | ☐ | ☑ | ☐ |
| Orders needed merchandise. | ☐ | ☑ | ☐ |
| Assists management with Stocker's performance reviews, coaching, and commendations. | ☐ | ☑ | ☐ |
| Follows proper procedures on: | | | |
|    Markups/markdowns. | ☐ | ☑ | ☐ |
|    Signing flagging labels. | ☐ | ☑ | ☐ |
|    Price changes. | ☐ | ☑ | ☐ |
|    Clearance. | ☐ | ☑ | ☐ |
|    Competition pricing. | ☐ | ☑ | ☐ |
| Follows rack rules. | ☐ | ☐ | ☐ |
| Sets modular layouts on time. | ☐ | ☑ | ☐ |
| Completes Correction of Errors in a timely manner. | ☐ | ☑ | ☐ |
| Maintains/tracks productivity of features. | ☐ | ☑ | ☐ |
| Displays correct signing. | ☐ | ☑ | ☐ |
| Ensures risers are neat and stable. | ☐ | ☑ | ☐ |
| Rotates merchandise. | ☐ | ☑ | ☐ |
| Empties backstock. | ☐ | ☑ | ☐ |
| Processes and stocks freight. | ☐ | ☑ | ☐ |
| Establishes and maintains adequate and accurate inventory levels. | ☐ | ☑ | ☐ |

**Dependability**

| | EXCEEDS | MEETS | BELOW |
|---|---|---|---|
| Attendance and punctuality is within Company guidelines. <br> Days Absent: _2_  Days Tardy: _30_ | ☐ | ☐ | ☑ |

**Training**

| | | |
|---|---|---|
| Current on CBLs    Company Goal: 100% Associate Current %_100_ | ☑ | ☐ |

D001893