## PERFORMANCE APPRAISAL

| | | |
|---|---|---|
| Name: JENILU ZBORAY | Store #: 2022 / N. WINDHAM | Position: DEPT. MANAGER |
| SS#: | | Current Pay Rate: 8.90 |
| Review Period: | | Increase Amount: .45 |
| From: 11/20/98 | To: 12/28/99 | New Pay Rate: 9.35 |

☐ 90 Day     ☒ Annual     ☐ Follow Up

**STRENGTHS**

Jenilu has a strong work ethic. She works well with all levels of associates. She does well in training new associates ensuring that they are equipped to serve the customer. Jenilu demonstrates care and concern for associates and customers, she does well in practicing the 3 Basic Beliefs (Respect for the Individual, Service to the Customers, and Strive for Excellence). Jenilu is a team player and is always willing to help in other areas. She is proficient in product and policy knowledge. She does well in practicing the 10 foot rule. Works well with Telxon functions, scans outs, stays current with price changes.

**AREAS FOR IMPROVEMENT**

Practice better communication skills with management team; she needs to keep supervisors informed of issues in her department (coverage), and she needs to improve her listening skills (including following direction). Cleanliness in the department (risers, sidecounter maintenance, register area). Jenilu needs to be more punctual (follow the schedule). Better organization of backstock including the security room. Increase focus on shrink prevention (top 10 department for 2 years). More involvement in SWAS planning (30/60/90 days), to include planning features and home office bought merchandise. Attention to detail in flagging, pricing, and modular integrity.

**ASSOCIATES COMMENTS/ GOAL SETTINGS**

*This is an evaluation of the Associate's Overall Job Performance.*

☐ EXCEEDS EXPECTATIONS     ☐ MEETS EXPECTATIONS     ☐ BELOW EXPECTATIONS

**SIGNATURES**

| Signature | Print Name | Date |
|---|---|---|
| Associate's Signature | JENILU ZBORAY | 11/28/99 |
| Supervisor's Signature | TODD D. METCALF | 11/28/99 |
| Signature of Next Level of Supervision | ROGER NOLL | 11/28/99 |

D001894

ACKNOWLEDGMENT

After you have read the contents of this handbook:

1) read and sign the Acknowledgment,
2) separate the Acknowledgment at the perforation,
3) give the signed Acknowledgment to your management supervisor.

The policies and benefits presented in this handbook are for your information and do not constitute terms and/or conditions of employment. Wal-Mart has the right to discontinue, modify or suspend any and all policies with or without notification.

Furthermore, the stated policies and benefits are not intended to create nor be interpreted in any way as a contract between Wal-Mart and you unless otherwise advised in a written agreement signed by you and the President of the company or the Vice President of Wal-Mart's People Division. Your employment with Wal-Mart is on an "at-will" basis. This means that you are free to terminate your employment at any time and that Wal-Mart equally reserves the right to terminate the employment relationship with or without good cause and without prior notice.

I acknowledge that I have received and read this handbook and the statement above and that I fully understand the contents of both as they relate to my employment with Wal-Mart.

Date: 12/28/93

Signature: *[signed]*

SSN:

Print Name: Jenna Zbeda

D001895

# Welcome to WAL★MART®
## New Associate Orientation Packet

Name: PETERSON, DAVID R.
Phone #:
Associate / [illegible]
SSN:
Birthdate: 12/06/61
Hire Date: 06/13/00
EEOC CODE: 1 , CAUCASIAN (WHITE)
USERID: DRPETER

30-Day Session

60-Day Session

90-Da[y]

D001896



# Acknowledgment



After you have read the contents of this handbook:

1. Read and sign the Acknowledgment,
2. Separate the Acknowledgment at the perforation, and
3. Give the signed Acknowledgment to your Manager.

This handbook is intended solely as a general information guide to let Associates know about the current policies and programs Wal-Mart has in place. The policies and benefits presented in this handbook are for your information and do not constitute terms or conditions of employment. This handbook supersedes all prior handbooks. This handbook is not a contract. From time to time, Wal-Mart may determine that it needs to change some of the policies or programs in this handbook in order to better meet the requirements of our Associates and the Company. If any policies or programs are changed, modified, deleted, or supplemented, Wal-Mart will notify Associates as soon as possible.

I acknowledge that I have received and read this handbook as well as this Acknowledgment, and that I have had the opportunity to ask my Manager questions about both and that I fully understand the contents of both as they relate to my employment with Wal-Mart. I understand that the information contained in this handbook are guidelines only, and are in no way to be interpreted as a contract.

Date: 06/13/2000

Social Security Number:

Print Your Name: David Richard Pitsn

Signature:

D001897

| *Performance Appraisal* **Optician** | Exceeds | Meets | Below |
|---|---|---|---|
| **Customer Service * Respect for the Individual** | | | |
| Answers Customer phone calls promptly, within 3 rings. | ☐ | ☑ | ☐ |
| Practices 10 foot Attitude. | ☐ | ☑ | ☐ |
| Maintains a professional appearance, including compliance with dress code. | ☐ | ☑ | ☐ |
| Communicates effectively with customers, Optometrists and other healthcare professionals. | ☐ | ☑ | ☐ |
| Familiar with Optical merchandise to attend to all customer needs. | ☑ | ☐ | ☐ |
| Shows a high sense of urgency with all assignments. | ☑ | ☐ | ☐ |
| Exceeds customer's expectations by assisting them whenever possible. | ☐ | ☑ | ☐ |
| Works and communicates well with all members of the Vision Center team | ☐ | ☑ | ☐ |
| **Productivity * Strive for Excellence** | | | |
| Meets sales objectives     Goal _____     Actual _____ | ☐ | ☐ | ☐ |
| Understands and operates lensometer effectively. | ☐ | ☑ | ☐ |
| Able to fit and adjust glasses for all customers. | ☐ | ☑ | ☐ |
| Able to insert and remove contact lenses. | ☐ | ☑ | ☐ |
| Discusses patient's lifestyles before taking their order. | ☐ | ☑ | ☐ |
| Able to fit all multifocal lenses. | ☐ | ☑ | ☐ |
| Able to read and transpose a prescription. | ☐ | ☑ | ☐ |
| Resolves all troubleshooting issues for patients. | ☐ | ☑ | ☐ |
| Understands and participates in maintaining Perpetual Inventory. | ☐ | ☑ | ☑ |
| Participates in daily presentation and maintenance of Vision Center department. | ☐ | ☑ | ☐ |
| Able to cut 1-hour jobs in the lab. | ☐ | ☑ | ☐ |
| Follow through on equipment maintenance. | ☐ | ☑ | ☐ |
| Assures all jobs are quality checked and approved. | ☐ | ☑ | ☐ |
| Ensures jobs delivered on time (Review WTP) | ☐ | ☑ | ☐ |
| **Safe Work Practices** | | | |
| Ensures departments are kept neat and clean. | ☐ | ☑ | ☐ |
| Is knowledgeable about emergency and safety procedures. | ☐ | ☑ | ☐ |
| Ensures ANSI standards followed. | ☐ | ☑ | ☑ |
| Follows proper lifting techniques. | ☐ | ☑ | ☐ |
| Ensures all displays are secured in a safe and proper manner. | ☐ | ☑ | ☑ |
| Ensures OSHA guidelines are being followed properly. | ☐ | ☑ | ☐ |
| Ensures stable stacking of merchandise. | ☐ | ☑ | ☐ |
| **Dependability** | | | |
| Attendance and punctuality is within acceptable Company guidelines. Company Goal: ____ Days Absent: ____ Days Tardy ____ | ☐ | ☑ | ☐ |
| **Training** | | | |
| Current on CBLs     Company Goal: 100%     Associate Current %: _____ | | ☐ | ☑ |
| Shares knowledge with other Associates. | | ☑ | ☐ |

D001898

# PERFORMANCE APPRAISAL

| | | |
|---|---|---|
| Name: DAVE PETERSON | Store # 2022 | Position: OPTICIAN |
| SS#: | | Current Pay Rate: 19.75 |
| Review Period: | | Increase Amount: 4% = .79 |
| From: 6/13 | To: 9/13 | New Pay Rate: 20.54 |

☑ 90 Day    ☐ Annual    ☐ Follow Up

**STRENGTHS**

Dave follows through with his day to day operation, always eager to help out. Dave is very Professional in opticianry. He has a good Personality, and treats the Customers very well. Dave is also a Pleasant Person to work with.

**AREAS FOR IMPROVEMENT**

Keeping the equipment Clean. Zoning & PI.

**ASSOCIATES COMMENTS/ GOAL SETTINGS**

This is an evaluation of the Associate's *Overall Job Performance*.

☐ EXCEEDS EXPECTATIONS    ☑ MEETS EXPECTATIONS    ☐ BELOW EXPECTATIONS

**SIGNATURES**

Associate's Signature / Print Associate's Name: David Peterson / Date: 9/15/00

Supervisor's Signature: Jerry Ellis / Print Supervisor's Name: JERRY ELLIS / Date: 9/15/00

Signature of Next Level of Supervision / Print Supervisor's Name / Date

D001899

| WAL★MART | SAM'S CLUB Members Only | WAL★MART SUPERCENTER |
|---|---|---|

## ☑ New Hire Paperwork Checklist ☑

Completing the right paperwork when a new Associate is hired is very important. Included in this packet is most of the paperwork that needs to be filled out for all new Associates during their first day of Orientation. Any additional paperwork that is not included in this packet is listed along with how to get a copy of it.

This form is only a check sheet to ensure all paperwork is completed. It does not need to be retained.

Associate  David Richard Peterson

| Form | Where Found | Completed |
|---|---|---|
| Hourly Associate Information Sheet* | New Hire Paperwork Packet | D.P. |
| Employment Eligibility Verification Form (I-9) | New Hire Paperwork Packet | D.P. |
| Employee Withholding Allowance Certificate (W4)* | New Hire Paperwork Packet | D.P. |
| Alcohol and Drug Abuse Policy Form (WMP 26)* | New Hire Paperwork Packet | D.P. |
| Stock Ownership Plan Enrollment Form (WMP 6)* | New Hire Paperwork Packet | D.P. |
| Sam's Membership Enrollment Form | New Hire Paperwork Packet | D.P. |
| Department Orientation Checklist (WMRC 2)* | New Hire Paperwork Packet | D.P. |
| Associate Handbook Acknowledgement Form* | Associate Handbook (9947759) | D.P. |
| New Hire Orientation Training Plan* | Pipeline | D.P. |
| Age Certification Verification for Minors Form* (for minors only) | Pipeline | D.P. |

* These forms should be retained in the Associate's personnel file.

WMP-22 (11/99)                                                                                               9975978

D001900

### DEPARTMENT MANAGERS RISK CONTROL ORIENTATION GUIDELINES

Associate's Name: Dave Peterson   Social Security #: _____
Supervisor: Jerry   Date of Hire: 6/13/00

| | Associate Initials | Supervisor Initials | Date Completed |
|---|---|---|---|
| 1 Review the proper lifting techniques for the material handled in the department (Tab # 6) | | | |
| • Discuss large or heavy items in the department and how to properly lift them. | D.P | JE | 6/19/00 |
| 2 Review the chemicals used (not sold) in their department and the following: (Tab # 23) | | | |
| • Explain the hazards Associated with each chemical used in the department. | D.P | JE | 6/19/00 |
| • Demonstrate the proper method of handling each chemical. | D.P | JE | 6/19/00 |
| • Show location and demonstrate the used of the nearest Eye Wash station | D.P | JE | 6/19/00 |
| • Explain where to find the Material Safety Data Sheets (MSDS) for items in your department on Pipeline under Risk Management. | D.P | JE | 6/19/00 |
| 3 Demonstrate safe operating procedures on all Power Equipment used in the department: | | | |
| • Demonstrate proper Lock Out Tag Out procedures for specific equipment used within the department. | DP | JE | 6/19/00 |
| • Demonstrate how to safely clean equipment used in the department. | | | |
| 4 Explain the Emergency Procedures (as outlined on the flip chart) including exits, exit routes and where to meet. (Tab # 15) | | | |
| • Identify specific door to exit during an evacuation and EXACT meeting location | D.P | JE | 6/19/00 |
| 5 Explain Zone Defense and Safety Sweep and importance of cleaning-as-you-go (Tab # 5) | | | |
| • Show the location, and demonstrate the use of "Spill Magic Stations" | DP | JE | 6/19/00 |
| 6 Review expectation of Good Housekeeping and Cleanliness | | | |
| • Explain where and how the department supplies should be stored | DP | JE | 6/19/00 |
| 7 Show Ladder location(s) and explain the department policy on using and storing ladders. (Tab # 16) | | | |
| • Show the location and storage place for the closest ladders to the department. | DP | JE | 6/19/00 |

Associates are our # 1 Asset and their Safety and well being should be a priority. We encourage our Associates to advise us of ANY unsafe conditions that may exist within the store. By correcting these hazards timely, we can minimize the chance of accidents that could result in serious injuries.

# WAL★MART STORES, INC.
# ALCOHOL AND DRUG ABUSE POLICY

WAL-MART STORES, INC. and its subsidiaries ("Wal-Mart") have a vital interest in maintaining safe, healthful and efficient working conditions for all Associates. Alcohol and illegal drug use pose a serious threat to workplace safety and health. Associates who abuse alcohol or use drugs are a danger to themselves, co-workers, our customers and Wal-Mart's assets.

The adverse impact of substance abuse at work has been recognized by the federal government and many state governments. Wal-Mart is committed to maintaining a drug-free workplace as required by all applicable federal and state laws and Wal-Mart policy. All Associates are advised that remaining drug-free is a condition of continued employment with Wal-Mart.

With this in mind, Wal-Mart has established the following policy:

- The use, possession, sale, transfer, acceptance, or purchase of illegal drugs at any time is strictly prohibited. The use, possession of an open container, personal sale, transfer or acceptance of alcohol on Wal-Mart property or while performing Wal-Mart business is strictly prohibited. Any violation of this policy will be grounds for immediate termination and may result in a report to the appropriate law enforcement authorities.
- No prescription drug shall be used by any person other than the individual to whom it is prescribed. Such substances or non-prescription (over-the-counter) drugs must be used only as prescribed or indicated.
- Any Associate who comes forward without incident and voluntarily admits to having an alcohol or drug use problem will not be terminated. However, that Associate will be required to seek counseling, execute a "Last Chance Agreement" and be periodically drug tested for 12 months. Associates may be placed on an approved medical leave of absence during portions of the plan of recovery. Failure to follow the prescribed plan of recovery or the terms of the "Last Chance Agreement" will result in termination.
- Associates will be tested when being considered for promotion into management, when suspected of violating this policy and when involved in an accident or injury at work. Certain Associates (DOT Certified and Safety Sensitive positions) will be randomly tested.
- Associates who fail a drug test or refuse to test will be terminated (where state laws allow).

Job offers are made contingent upon passing Wal-Mart's drug test. As a condition of employment, applicants must agree to successfully complete a drug test in compliance with this Policy and Procedures. Applicants who have received job offers are cautioned against giving notice at their current job, or incurring any costs associated with accepting employment with Wal-Mart until after the results of the test have been received by Wal-Mart. Applicants who fail the drug test or do not report to the collection facility within 24 hours of being instructed will have their offer of employment withdrawn and may not re-apply with the company for a minimum of one (1) year.

Compliance with this Policy is a condition of continued employment with Wal-Mart. The execution and enforcement of this policy will follow set procedures to screen bodily substances and/or bodily fluids of all applicants for drug use. A complete copy of the procedures for testing is available for review by any Associate in the office of each facility's manager. The conviction under any criminal drug statute, or failure to notify the company of any arrest or conviction under any criminal drug statute within five days after the arrest or conviction will result in termination of employment.

Neither this policy nor any of its terms are a contract of employment or contain the terms of any contract of employment. Wal-Mart retains the sole right to change, amend or modify any term or provision of this policy. This policy is effective September 1, 1994 and supersedes all prior policies and statements relating to alcohol or drugs.

WMP-26

D001903

# WAL★MART STORES, INC.

## ACKNOWLEDGMENT OF RECEIPT OF ALCOHOL AND DRUG ABUSE POLICY

I have received and read a copy of Wal-Mart Stores, Inc. ALCOHOL AND DRUG ABUSE POLICY ("POLICY"). I understand that such drug testing may consist of the taking of urine and/or blood samples or any other medically recognized test designed to detect traceable amounts of drugs or alcohol in the body. Any positive result in the initial procedures will automatically be confirmed by GC/MS method (Gas Chromatography/Mass Spectrometry).

I understand that if such testing indicates the presence of illegal drugs or abuse of prescription drugs (taking someone else's medication) in my body in any detectable amount, I will be terminated.

I further understand that testing for alcohol will be administered by blood sample. Any associate testing at .04% Blood Alcohol Content (BAC) or above will be considered under the influence, resulting in automatic termination for violation of company policy.

Job offers are made contingent upon passing Wal-Mart's drug test. As a condition of employment, applicants must agree to successfully complete a drug test in compliance with this Policy and Procedures. Applicants who have received job offers are cautioned against giving notice at their current job, or incurring any costs associated with accepting employment with Wal-Mart until after the results of the test have been received by Wal-Mart. Applicants who fail the drug test or do not report to the collection facility within 24 hours of being instructed will have their offer of employment withdrawn and may not re-apply with the company for a minimum of one (1) year.

I hereby acknowledge all of the above drug testing policies and procedures and the use by Wal-Mart of results thereof in further determining my continued employment with this company. Associates who refuse to timely submit a specimen for testing, or refuse to sign a consent form will be considered to have voluntarily resigned his or her employment. I understand this is not a contract for employment and that I remain "terminable at will" and free to resign at any time I wish.

6/13/00
DATE

_[signature]_
Associate's Signature

Associate's Social Security Number

David h Peterson
(Associate's Printed Name)

acknowl.doc\12\92

D001904