

# New Associate Orientation Checklist

**On-The-Job Training**

███████ Dave Peterson ███████ Jerry ███████ 6/13/00

**Day One Orientation**
- D.P. Welcome / Introduction
- D.P. Employment Paperwork
- D.P. Watch and discuss the "Beginning & the Difference" video
- D.P. Introduction to Computer Based Learning
- D.P. Complete the Discovery Basic CBL module
- D.P. Associate Handbook discussion  (Assistant Manager)
- D.P. Associates under 18 must have a yellow dot on their badge.  (Policy # PD – 47)
- D.P. Watch and discuss the "You Picked a Great Place to Work" video (Store Manager)
- D.P. Complete these CBL modules
  - ___ Bloodborne Pathogens
  - ___ Hazardous Communications
  - ___ Personal Protective Equipment (only if required by job code)

**Day One On-The-Job Training**
- D.P. Store Informational Tour  (Assistant Manager)
- D.P. Watch and discuss the "All the King's Horses" video  (Assistant Manager)
- D.P. Benefits overview
- D.P. Risk Management tour / New Associate Risk Control Checklist (on back) (Risk Control Team Leader)
- D.P. Watch and discuss the "Magic of a Blink" video
- ___ Job-specific training with sponsor

███████ D.P. ███████████████████ ⟨signature⟩

**30 Day Follow-up Session**
- ___ Benefit discussion
- ___ "Taking Care of your Back" video (optional)
- ___ Discuss the Scavenger Hunt

███████ D.P. ███████████████████ ⟨signature⟩

**60 Day Follow-up Session**
- ___ Discuss performance appraisals
- ___ Discuss the "No Quit Policy"  (Store Manager)
- ___ Discuss career opportunities with Wal-Mart  (Store Manager)
- ___ Discuss the 5 Commitments  (Assistant Manager)
- ___ Discuss:
  - Slip/Trip/Fall and Falling Merchandise Prevention
  - Proper Lifting Practices (Risk Control Team Leader)

███████ D.P. ███████████████████ ⟨signature⟩

**90 Day Follow-up Session**
- ___ Discuss the transfer policy
- ___ Discuss the Grass Roots process   (Assistant Manager)
- ___ Question / Answer Session
- ___ Orientation Post Test  (CBL)

███████ D.P. ███████████████████

This Training Plan is used as a tool to help Associates in new positions, as well as helping Sponsors better coach new Associates. New Associates must complete this document. Please sign and date to the right, and file in the Associates personnel folder.

⟨signature⟩
███████
6/13/00

D001905

WMP-24Z REV. 11/96

# Our People
## Make the Difference
### Always℠

EOE/MF

This application for employment will not be considered unless fully completed

**Last Name:** Peterson  **First Name:** David  **Middle Name:** Richard  **Social Security Number:**

**Street Address:**

**City, State, and Zip Code:**  **Telephone Number:**  **Alternate Telephone:**

Have you ever been employed by Wal-Mart or any of its subsidiaries?  Yes ☐  No ☑  IF YES:  **Location:**  **Dates of employment:**

**Reason for leaving:**  **Name Employed Under If Now Different:**

List all positions for which you would like to be considered: Optician
**Rate of pay expected:** 22.00 HR
**Date you can start work:** two week from acceptance.

List relatives employed by Wal-Mart, how related and where they work. (If you live in California, do not answer this question.): None

Are you 18 years of age or older?  Yes ☑  No ☐
If under 18, applicant will be required to submit a birth certificate or a work certificate as required by the state or federal laws.

Type of employment you are seeking.  Peak time ☐  Full time ☑
NOTE: Peak time is less than 28 hrs/wk.

Can you, after employment, submit verification of your legal right to work in the United States?  Temporary ☐  Yes ☑  No ☐

Check the highest level or equivalent completed:
- Elementary School or less: ☐ 8
- High School: ☐ 9 ☐ 10 ☐ 11 ☑ 12
- College/Tech: ☐ 1 ☑ 2 ☐ 3 ☐ 4

Are you currently a student?  Yes ☐  No ☑

Name of college, university or vo-tech attended: _____

**Please Print:** Last Name: Peterson  First Name: David

## YOU CAN TOO!

**WAL-MART**   **SAM'S CLUB**   **WAL-MART SUPERCENTER**

D001906

# Wal*Mart Stores, Inc.
## Customer Service Scheduling Availability
## Applicant

Dear Applicant:

Thank you for considering the many career opportunities at Wal-Mart. We offer a variety of different positions with flexible work hours. At Wal-Mart, customer service is important. We must ensure that we have trained Associates available when our customer traffic is heaviest. Wal-Mart tracks information about where and what time of day our customers are shopping. This aids management in scheduling Associates properly to assist our customers. Your flexibility in times you can work is important to this process. Please complete the form below to help us schedule you should you come to work with Wal-Mart.

**Dave Richard Peterson** (Print Name) _____ (Social Security Number)

Please indicate the hours you ARE AVAILABLE to work. Changes to your availability must be approved by your facility manager.

Wal-Mart Store # 2022

Is your store 24 hours? Please circle: Yes   No
(Shifts times vary in 24 Hr. facilities. Please see the Personnel Manager for shift times.)

| | Saturday | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|---|---|---|
| Store Shifts: (extends slightly beyond store hours) | 00-24am | 00-24am | 00-24am | 00-24am | 00-24am | 00-24am | 00-24am |
| Overnight Receiving Shifts: | 00-24am | 00-24am | 00-24am | 00-24am | 00-24am | 00-24am | 00-24am |
| Your availability: Start Time | 9:00 | 12:00 | 9:00 | 9:00 | 9:00 | 9:00 | 9:00 |
| Stop Time | 9:00 | 5:00 | 9:00 | 9:00 | 9:00 | 9:00 | 9:00 |

Are you seeking?   Part Time _____ (under 28 hours)   Full Time ✓ (over 28 hours)

**Weekly**
Minimum hours requested weekly _____
Maximum hours requested weekly _____ (not to exceed 40 hours)

**Daily**
Minimum hours requested daily _____
Maximum hours requested daily _____

Please indicate any reoccurring times you are not available to work. Some examples include night classes every other Thursday night, military service duty the 2nd weekend of every month, etc.

| Beginning Day | Time | Ending Day | Time | Exception (how often it occurs) | Date To Begin | End |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

You MUST be available for at least 16 hours per week to be considered for a position with Wal-Mart.

Applicant's Signature _____ Date 6/13/00

Interviewing Manager's Signature _____ Date _____

This form is no guarantee of employment, a position, shift, or minimum number of hours.
This form supercedes the availability section contained on the application.

**Maintain this form with the Applicant's Application**

Revised Sept./99                                                                                         WM Applicant

D001908

User Feedback

Frequently Asked Questions

# Personnel Change Notice

## PCN (# 9378) for JERRY ELLIS

trknipe submitted the PCN

| | |
|---|---|
| PCN Effective Date | 10/20/2001 |
| Action Code Description | Transfer |
| Reason Code | Transfer |

### Identification

| | | | |
|---|---|---|---|
| Associate Name | JERRY ELLIS | Associate SSN | |
| Your Name and Email ID | trknipe - TAMBRA KNIPE | Supervisor SSN | |
| Associate Employee Type | Salaried | | |

### Position Changes

(●) Regular  ( ) Temporary  (●) Full Time  ( ) Part Time  ( ) California Pharmacy    Standard Hours:

Employee Type: Salary    Employee Class:

Shift (●) 1 ( ) 2 ( ) 3 ( ) Flex ( ) Not Applicable    Management Trainee Date:  //

---

### From

| | Country | Division | Facility | | Country | Division | Facility |
|---|---|---|---|---|---|---|---|
| WorkDept #: | U.S. | 30 | 2022 | Charge Dept # | U.S. | 30 | 2022 |

### To

| | Country | Division | Facility | | Country | Division | Facility |
|---|---|---|---|---|---|---|---|
| WorkDept #: | U.S. | 30 | 1967 | Charge Dept # | U.S. | 30 | 1967 |

---

| | | | |
|---|---|---|---|
| Old Position #: | | New Position #: | |
| Job Code: | 048200 | Job Code: | 048200 |

D001909

| | | | |
|---|---|---|---|
| Job Desc: | Vision Center Mgr | Job Desc: | Vision Center Mgr |
| Payroll Check Location: | 1967 | Check Delivery Options | Salaried Field Management |
| Drug Req. #: | | Drug Test Date: | // |

Supervisor TAMBRA KNIPE - No Comments        Date Initiated: 10/23/2001

2nd Approver - Approved, no comments          Date Approved: 10/24/2001

3rd Approver TAMBRA KNIPE - Approved, no comments    Date Approved: 10/24/2001

5th Approver COMPENSATION DEPARTMENT - Approved, no comments   Date Approved: 10/30/2001

Prints paper copy WITHOUT REMOVING PCN from the Online System.

Home > Administer Workforce > Administer Workforce (GBL) > Use > Job Data

New Window

| Work Location | Job Information | Salary Plan | Compensation | GAP | W JOB | Employment Information |

Ellis, Jerry        Employee        EmplID: 130989

**Work Location**                                                View All    First ◄ 2 of 6 ► Last

| Employee Status: | Active | | Date Created: 03/24/2003 | |
| Effective Date: | 03/22/2003 | | Effective Sequence: | 0 |
| Action / Reason: | Pay Rate Change | | ANN   Annual Increase | |

Position Number: [ ]  Position Management Record        Position Entry Date:         History

| Job Code: | 048200 | | | |
| Regulatory Region: | USA | United States | | |
| Company: | WMT | Wal-Mart Stores, Inc. | | |
| Business Unit: | US007 | USA OPTICAL | | |
| Charge Div/Store: | USA | US007 | 30 | 1967  SPRINGFIELD, MA |
| Work Location: | USA | US007 | 30 | 1967  SPRINGFIELD, MA |
| Supervisor ID: | 139884 | Sullivan, Michele D. | | |
| Reports To: | | | | |
| ID: | | | | |

Dept Entry Date: 10/20/2001

Job Data    Employment Data

Work Location | Job Information | Salary Plan | Compensation | GAP | W JOB | Employment Information | W Employment | Employee Checklist | Drug test

Home > Administer Workforce > Administer Workforce (GBL) > Use > Job Data

New Window

| Work Location | Job Information | Salary Plan | Compensation | GAP | W JOB | Employment Information |

Ellis,Jerry   Employee   EmplID: 130989

Work Location   View All   First ◀ 3 of 6 ▶ Last

Employee Status: Active   Date Created: 03/26/2002
Effective Date: 03/23/2002   Effective Sequence: 0
Action / Reason: Pay Rate Change   ANN   Annual Increase

History

Position Entry Date:

☐ Position Management Record

Position Number:
Job Code: 048200
Regulatory Region: USA   United States
Company: WMT   Wal-Mart Stores, Inc.
Business Unit: US007   USA OPTICAL
Charge Div/Store: USA   US007   30   1967   SPRINGFIELD, MA   Dept Entry Date: 10/20/2001
Work Location: USA   US007   30   1967   SPRINGFIELD, MA
Supervisor ID: 139884   Sullivan,Michele D.
Reports To:
ID:

Job Data   Employment Data

Work Location | Job Information | Salary Plan | Compensation | GAP | W JOB | Employment Information | W Employment | Employee Checklist | Drug test

http://psfhri04.wal-mart.com/servlets/iclientservlet/DPHRPRD/?ICType=Panel&Menu=ADMINISTER WORKFORCE (GBL)...   3/3/2004

D001912

Home > Administer Workforce > Administer Workforce (GBL) > Use > Job Data

New Window

| Work Location | Job Information | Salary Plan | Compensation | GAP | W JOB | Employment Information |

**Ellis,Jerry**    Employee    EmplID: 130989

### Compensation

View All    First ◄ 3 of 6 ► Last

- **Effective Date:** 03/23/2002    **Effective Sequence:** 0
- **Action / Reason:** Pay Rate Change    Annual Increase
- **Compensation Rate:** 1,632.160000   USD   Bweekly    **Frequency:** B   Bweekly

▷ Comparative Information

- **Change Amount:** 47.540000    **Annual Rate:** 42436.160    **Compa-Ratio:**
- **Change Percent:** 3.000

▷ Pay Rates

History

Default Pay Components

### Pay Components

First ◄ 1 of 1 ► Last

| Amounts | Changes | Conversion | | | | | |
|---|---|---|---|---|---|---|---|
| Rate Code | Seq | Details | Comp Rate | | Currency | Frequency | Percent |
| 1 NABWLY | 0 | Details | 1,632.160000 | | USD | B | 100.000 |

Calculate Compensation

**Job Data**    Employment Data

Work Location | Job Information | Salary Plan | Compensation | GAP | W JOB | Employment Information | W Employment | Employee Checklist | Drug test

http://psfhri04.wal-mart.com/servlets/iclientservlet/DPHRPRD/?ICType=Panel&Menu=ADMINISTER_WORKFORCE_(GBL)... 3/3/2004

D001913

Home > Administer Workforce (GBL) > Use > Job Data

| Work Location | Job Information | Salary Plan | Compensation | GAP | W JOB | Employment Information |

Ellis, Jerry    Employee    EmplID: 130989

**Compensation**      View All    First ◀ 4 of 8 ▶ Last

Effective Date: 10/20/2001    Effective Sequence: 0    History

Action / Reason: Transfer    Transfer

Compensation Rate: 1,584.620000    USD   Biweekly    Frequency: B   Biweekly

**Comparative Information**

Change Amount: 0.000000    Annual Rate: 41200.120    Compa-Ratio:

Change Percent: 0.000

**Pay Rates**

Default Pay Components

**Pay Components**    First ◀ 1 of 1 ▶ Last

| Amounts | Changes | Conversion |

| Rate Code | Seq | Details | Comp Rate | Currency | Frequency | Percent |
|---|---|---|---|---|---|---|
| 1 NABWLY | 0 | Details | 1,584.620000 | USD | B | 100.000 |

Calculate Compensation

Job Data    Employment Data

Work Location | Job Information | Salary Plan | Compensation | GAP | W JOB | Employment Information | W Employment | Employee Checklist | Drug test

http://psfhri04.wal-mart.com/servlets/iclientservlet/DPHRPRD/?ICType=Panel&Menu=ADMINISTER_WORKFORCE_(GBL)... 3/3/2004

D001914

Home > Administer Workforce > Administer Workforce (GBL) > Use > Job Data

Work Location | Job Information | Salary Plan | Compensation | GAP | W JOB | Employment Information

Ellis,Jerry                    Employee                    EmplID: 130989

**Work Location**                                                    View All    First  5 of 6  Last

| | | | | |
|---|---|---|---|---|
| Employee Status: | Active | | Date Created: 04/11/2001 | |
| Effective Date: | 03/24/2001 | | Effective Sequence: 0 | |
| Action / Reason: | Pay Rate Change | | ANN  Annual Increase | |

　　　　　　　　　　　　　　　　　　　　Position Management Record　　　　　　　　　History

| | | | | | |
|---|---|---|---|---|---|
| Position Number: | 048200 | | | Position Entry Date: | |
| Job Code: | | | | | |
| Regulatory Region: | USA | | United States | | |
| Company: | WMT | | Wal-Mart Stores, Inc. | | |
| Business Unit: | US007 | | USA OPTICAL | | |
| Charge Div/Store: | USA | US007 | 30 | 2022 | NORTH WINDHAM, CT |
| Work Location: | USA | US007 | 30 | 2022 | NORTH WINDHAM, CT |
| Supervisor ID: | | | | Dept Entry Date: 04/10/2000 | |
| Reports To: | | | | | |
| ID: | | | | | |

Job Data | Employment Data

Work Location | Job Information | Salary Plan | Compensation | GAP | W JOB | Employment Information | W Employment | Employee Checklist | Drug test

http://psfhri04.wal-mart.com/servlets/iclientservlet/DPHRPRD/?ICType=Panel&Menu=ADMINISTER WORKFORCE (GBL)...   3/3/2004

D001915