Home > Administer Workforce > Administer Workforce (GBL) > Use > Job Data

New Window

| Work Location | Job Information | Salary Plan | Compensation | GAP | W JOB | Employment Information |

Ellis, Jerry                    Employee                    EmplID: 130989

**Compensation**                                                    View All    First ◄ 5 of 6 ► Last

Effective Date:      03/24/2001        Effective Sequence:    0
Action / Reason:     Pay Rate Change      Annual Increase

                                                                                History

Compensation Rate:   1,584.620000 [icon]    Frequency:    B    Biweekly

**Comparative Information**

Change                46.150000 [icon]  USD  Biweekly    Annual Rate:    41200.120    Compa-
Amount:                                                                              Ratio:
Change Percent:       3.000

**Pay Rates**

[ Default Pay Components ]

**Pay Components**                                                          First ◄ 1 of 1 ► Last

| Amounts | Changes | Conversion | | | | |
|---|---|---|---|---|---|---|
| Rate Code | Seq | Details | Comp Rate | Currency | Frequency | Percent |
| 1 NABVLY | | 0 Details | 1,584.620000 [icon] | USD | B | 100.000 |

[ Calculate Compensation ]

Job Data        Employment Data

[Save] [Return to Search] ...

Work Location | Job Information | Salary Plan | Compensation | GAP | W JOB | Employment Information | W Employment | Employee Checklist | Drug test

http://psfhrit04.wal-mart.com/servlets/iclientservlet/DFHRPRD/?ICType=Panel&Menu=ADMINISTER WORKFORCE (GBL)...    3/3/2004

D001916

for Feedback

Frequently Asked Questions **Personnel Change Notice**

## PCN (# 9378) for JERRY ELLIS

## Irknlpa submitted the PCN

| | |
|---|---|
| PCN Effective Date | 10/28/2001 |

| Action Code Description | Transfer | | Reason Code | Transfer |
|---|---|---|---|---|

## Identification

| Associate Name | JERRY ELLIS | | Associate SSA | 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 |
|---|---|---|---|---|
| Your Name and Email ID | Irknlpa - TAMBRA KNIPE | | Supervisor SSN | 484-808-954 |
| Associate Employee Type | Salaried | | | |

## Position Changes

◉ Regular  ○ Temporary        ◉ Full Time  ○ Part Time  ○ California Pharmacy          Standard Hours:

Employee Type    Salary |||          Employee Class    _____ |||

Shift  ○ 1  ○ 2  ○ 3  ○ Flex  ○ Not Applicable      Management Trainee Date:    //

---

### From

| | Country | Division | Facility | | Country | Division | Facility |
|---|---|---|---|---|---|---|---|
| Workforce # | U.S. ||| | 30 | 2023 | Charge Dept # | U.S ||| | 30 | 2023 |

### To

| | Country | Division | Facility | | Country | Division | Facility |
|---|---|---|---|---|---|---|---|
| Workforce # | U.S ||| | 30 | 1957 | Charge Dept # | U.S ||| | 30 | 1957 |

---

| Old Position #: | | New Position #: | |
|---|---|---|---|
| Job Code: | 043576 | Job Code: | 043700 |

D001917

Job Desc:        Vision Center Mgr        Job Desc:        Vision Center Mgr

Payroll Check                                Check Delivery         Salaried Field Management
Location:                                    Options

Drug Req. d:                                 Drug Test Date        ''

Supervisor ''AUBRA KNOPP - No Comments               Date Initiated: 10/23/2001

2nd Approver - Approved - no comments                 Date Approved: 10/30/2001

3rd Approver TAMERA KNIPE - Approved, no comments     Date Approved: 10/24/2001

5th Approver COMPENSATION DEPARTMENT - Approved, no comments   Date Approved: 10/30/2001

Prints paper copy WITHOUT REMOVING PCR from the
Online System

D001918

DM: Michelle Sullivan

# WM VC Manager Goal Sheet for FYE 2003

Name: Terry Ellis    Store: 916    SS#:

| Below Expectations | Valued Performer | Exceptional Performer |
|---|---|---|
| <3.0 | 3.0-3.9 | 4.0-5.0 |

*Multiply score times weight. Then add all ratings for final Overall Rating.*

| | | Score | Weight | Rating |
|---|---|---|---|---|
| **3 Basic Beliefs** | | | | |
| Strive For Excellence — Comments: Teaches to offer the best product by over 1184 mb | | 4 | 0.033 | 0 |
| Respect For The Individual — Comments: Biweekly meetings w/staff to discuss store issues | | 4.5 | 0.033 | 0 |
| | | 3 | 0.034 | 0 |
| **Retention and Diversity** | | | | |
| **Actual Performance** | | | | |
| OBJECTIVE: Diversity - Female (mgmt) Regional Goal: Represents Community (Off of People P&L) | 20% | | | |
| OBJECTIVE: Diversity - Minority (mgmt) Division Goal: Represents Community (Off of People P&L) | 20% Community: 53.2% Actual 66.67% | 4 | 0.02 | 0 |
| OBJECTIVE: Retention - Hourly Manager Goal: Division Goal: 10% Reduction (Off of People P&L) | 20% Community: 23.54% Actual 16.67% | 4 | 0.02 | 0 |
| Manager Goal: | 80% Actual 33.33% | 2.5 | 0.08 | 0 |
| **People Performance** | | | | |
| MEASUREMENT: WAV Training 100% Division Goal: All associates 100% current on WAV CBL's | 50% % CBL Completion 100% complete or | 4 | 0.05 | 0 |
| Manager Goal: Terry provides training classes biweekly | | | | |
| MEASUREMENT: LEADERSHIP DEVELOPMENT Division Goal: MS 101 Completed (w/in 90 days of promotion / hire) | 25% % WAV CBL Completion in progress | | | |
| Manager Goal: | 25% Date completed: 2/02 | 3.5 | 0.025 | 0 |
| MEASUREMENT: DM'T RELATIONSHIP Division Goal: Attend or have an associate attend Store Meeting Daily | 25% Yes [X] No [ ] | 4 | 0.025 | 0 |
| Manager Goal: | | | | |
| **Responsibilities** | | | | |
| OBJECTIVE: Area of Responsibility - 01 MEASUREMENT: COMP STORE Division Goal: 8% | 22% Actual Comp % YTD -3.98% | 2.5 | 0.154 | 0 |
| Manager Goal: | | | | |
| OBJECTIVE: Area of Responsibility - 02 MEASUREMENT: PROFIT % Division Goal: 18% & Expenses less than last year. EXP: FY -47.5% 4y -42.8% (EXP up 5%) | 13% Actual Profit % YTD 14.81% | 2.5 | 0.091 | 0 |
| Manager Goal: | | | | |
| OBJECTIVE: Area of Responsibility - 03 MEASUREMENT: SHRINK Division Goal: 1.30% | 12% Average Shrink % YTD -1.87% | 3 | 0.084 | 0 |
| Manager Goal: Had only been manager a little over 2 months @ inventory | | | | |
| OBJECTIVE: Area of Responsibility - 04 MEASUREMENT: EXAM GROWTH Division Goal: 10% | 18% YTD Actual % 1.39% | 2.5 | 0.126 | 0 |
| Manager Goal: | | | | |

D001919

**Coach's Comments:** - Jerry had a tough year w/ a remodel that did not go well which effected sales & payroll. Store is starting to turn around & needs more tools on expenses and profitability. Jerry's commitment to bettering his store is very high.

**Plan of Action:**
* WDC + Spact Turnout of Vision Center at DM ASTime.
* Goal to work with Michelle being Doctors to increase exams for partners.
* Find time to get out + increase 3rd party burden.sp and safety
* Continue to train associates to better increase profit through sales + inventory ability.
* Create a more friendly work environment amongst associates.
* Make one on one with associate, lytics
* Staffing involved with my DM + OUT + with INSTS and operations.

Profit Manager Name
[signature] 2/27/03
Manager Signature    Date

SS#

District Manager Name
Michele Sullivan 2/27/03
District Manager Signature    Date

Regional Manager Name
[signature] 3/27/03
Regional Signature    Date

Current: 42,436.16    New: 43,709.24    Increase: 3%

D001920

# Exhibit D2

.

CBL Scores for  MARVIN KEY  (USER ID:  MKEY)

| Score | Module | Date Taken |
|-------|--------|------------|
| 90 | Associate Safety | 2/16/00 |
| 100 | Bloodborne Pathogens | 2/16/00 |
| 87 | Cash Drawer Maintenance | 2/24/00 |
| 87 | Check Tendering | 3/6/00 |
| 87 | Customer Safety | 2/16/00 |
| 100 | Customer Service | 2/16/00 |
| 100 | Discovery Basic Training | 2/16/00 |
| 80 | Electronic Article Surv. | 2/23/00 |
| 83 | Family Medical Leave Act | 2/23/00 |
| 90 | General Equipment | 2/18/00 |
| 93 | Greet, Show and Ask | 2/21/00 |
| 90 | Hazard Communications | 2/16/00 |
| 100 | Inappropriate Behavior | 2/18/00 |
| 100 | Lab Overview | 2/21/00 |
| 85 | Loss Prevention | 5/2/00 |
| 92 | Optical Service One | 2/21/00 |
| 90 | Optical Service Two | 2/21/00 |
| 85 | Orientation Post Test | 5/16/00 |
| 82 | Personal Protect Equip. | 2/16/00 |
| 85 | Power Equipment | 2/18/00 |
| 80 | Price Change Overview | 3/17/00 |
| 87 | Pricing Equipment | 3/15/00 |
| 100 | Profit | 2/24/00 |
| 80 | Resources for Living | 2/21/00 |
| 100 | SMART System Overview | 3/6/00 |
| 93 | Selecting the Lens | 2/21/00 |
| 100 | Sexual Harassment - Hrly | 2/18/00 |
| 93 | Tendering | 3/6/00 |
| 90 | Three Basic Beliefs | 2/16/00 |
| 93 | Understanding the RX | 2/21/00 |
| 90 | Vision Center Overview | 2/18/00 |
| 93 | Working Price Changes | 5/16/00 |

# Meeting 6/15/00

## The Manager

I've been appointed to be your leader in this store.

I know when I came here everyone was on their best behavior and placed alot of effort into what they did.

I myself clowned around abit to break the ice with everyone.

Well, now we need to take our business alot more serious.

I'm not going to tolerate anymore disrespect from anyone

When I ask a question about an issue, I expect an answer, and to be a complete answer to my question.

I will not tolerate dishonesty, It only breaksdown integrity between everone.

When I address issues, they need to be taken care of imediately.

If I over shadow you when your with a customer, know that I am making sure everything is being attended to.

If I leave for any reason, I will tell you when I'll be returning, I do not have to account for my absence to anyone except my district mgr.

Everyone here needs to know that I am in charge over this store and every decision has to come through me.

Any major issues will be addressed with my managers by me.

If anyone has issues about me, and or the store, you need to address it with me first, If you get no satisfaction, then get in touch with Skeet. His number is under the cash counter.

please sign that we have addressed and read this.

# Service Issues

No one is to adjust or repair equipment on any machines without manager approval.

No apprentices can take measurements without an optician re-checking it for accuracy.

All employee's must be in on time for work at time scheduled and be ready to perform duties.

Any time off must be written two weeks in advance to be approved by management.

All merchandise must be loged in by <u>manager only</u>.

remakes need to be accounted for immediately to manager.
New forms are to be filled out for frames or lens breakages whatever the reason is.

The place cards for Lenses for the way you live need to be shown before choosing frames.

This store needs to look good always, not just when we have company coming to visit. their are signs under cabinets telling everyone what needs to be done in the store cleaning process. the store needs to be looking good at the end of the night!

Don't ever tell a customer you can't help them because you have to be somewhere.

Follow through with all you do.

please sign that we have addressed and read this.

# Meeting 6/15/00

## The Customer

We have learned about the ten foot rule, It needs to be applied.

The customer needs to be treated with respect always.

When you tell a customer you'll check on an order thats late, you need to check on it!, not just kick it to the curb.

We are the professionals, The customer needs to be educated on the many aspects of optical, materials, cost, optical design. We need to explain in a friendly manner their options and be to the point.

Walmart Employee's are customers too, They need to be treated the same as someone off the street.

( I don't like going to another department on my day off and being treated second rate)

Walmart employee's get ten percent off on product and eyewear until I say otherwise.

When a customer comes in looking for acuvue's or ultraflex lenses, we need to check stock first.

please sign below that you've read this          Jerry Ellis
and we've addressed it.                           MGR.

_____    _____

_____    _____ 6/19/00

# The Doctor

The Doctor is an independent doctor.

He, is not an employee but an outside contractor.

He doesn't make decisions for the store,( Mgr job.)
The doctor can give imput and offer concerns about
issues pertaining to his business. I'll do my best to accomodate
him.

When a customer arrives for exam, greet them immediately, give
them forms to fill out.
We need to do visual fields for all his patients for him.
Only employee's of walmart vision center can order contacts and
or frames and lenses.

When a customer comes out from an exam, we need to take
care of them promptly and throughly with professionalism.
Complete all orders, No orders without payment. use the stamp
When they pick up glasses, make sure no balance is due.
Follow throw with everything you do!

PA's have to be made every half hour. its vital to building our
our practice or store. speak loud and clear and use the messages
we've made. sign the sheet, anyone signing the sheet without
making  pa's will be coached.

cleaning Dr's office  sinks and floor need to be done every night.

please sign that we have addressed and read this.

6/19/2

# Exhibit D3

# WAL ★ MART®

**Date:** 1/31/02    **No. of Pages:**

**To:** David Fabricant

**Department:** Rotzella & Fabricant.

**Phone Number:** 442-0321.

**Fax Number:** ~~1-860~~ 1-860- 442.3286

**From:** Walmart - N. Nuichan.

**Department:** Personnel Dept.

**Phone Number:** 860-456-4399

**Fax Number:**

**Subject and Comments:**

Marvin Kelys Personnel file.

# WAL ★ MART®

**Date:** 1/31/02    **No. of Pages:**

**To:** David Fabricant

**Department:** Rotella & Fabricant.

**Phone Number:** 442-0321.

**Fax Number:** ~~1-860-~~ 1-860- 442.3286

**From:** Walmart - N. Nwchan.

**Department:** Personnel Dept.

**Phone Number:** 860: 456-4339

**Fax Number:**

**Subject and Comments:**

Marvin Keys Personnel file.

000029