UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARVIN KEY, | : |
| | :    CIVIL ACTION NO. |
| Plaintiff, | :    3:03CV144 (RNC) |
| | : |
| v. | : |
| | : |
| WAL-MART, INC. and | : |
| DR. ANTHONY GORDON, | : |
| | : |
| Defendants. | :    MAY 24, 2005 |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AN
AMENDED TRIAL MEMORANDUM**

Plaintiff, Marvin Key, by and through undersigned counsel, hereby moves this Court for leave to file the Amended Trial Memorandum, which is presented herewith.

Plaintiff filed his Trial Memorandum dated May 2, 2005 on an *ex parte* basis for the reasons stated therein, but agreed with Wal-Mart's counsel to continue working to resolve differences and submit a Joint Trial Memorandum shortly thereafter. Unfortunately, Plaintiff's efforts in that regard have not been successful, and therefore, in order to correct minor errors and respond to those witness and exhibits added by Wal-Mart on May 2, 2005, Plaintiff respectfully requests this Court to accept his Amended Trial Memorandum.

Done at Bridgeport, Connecticut this 24th day of May, 2005.

*Pamela J. Coyne*
Pamela J. Coyne
DURANT, NICHOLS, HOUSTON,
HODGSON & CORTESE-COSTA, P.C.
1057 Broad Street
Bridgeport, CT 06604
(203)366-3438
Federal Bar No. ct22941
ATTORNEYS FOR PLAINTIFF

## CERTIFICATION

This is to certify that I have caused to be served the foregoing via U.S. Mail, certified mail, return receipt requested, this 24th day of May, 2005 to all counsel and pro se parties as follows:

Joel Finger, Esq.
Brown Raysman Millstein Felder & Steiner, LLP
900 Third Avenue
New York, NY 10022

Kristi Mackin, Esq.
Mitchell L. Fishberg, Esq.
Brown Raysman Millstein Felder & Steiner, LLP
City Place II
185 Asylum Street, 10th Floor
Hartford, CT  06103

_____
Pamela J. Coyne

P:\lit\pjc\523818\001\00046674.DOC