UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
--------------------------------------- x
MARVIN KEY,                            :
                                       :  Case No. 3:03CV144 (RNC)
           Plaintiff,              :
                                       :
    v.                               :
                                       :
WAL-MART STORES, INC.,                 :  JUNE 1, 2005
           Defendant.              :
--------------------------------------- :
                                       x

## JOINT MOTION FOR EXTENSION OF TIME

      Pursuant to Local Rule Civ. P. 7(b), the parties jointly request a seven (7) day extension of time to and including June 14, 2005 to file their respective briefs in reply to the oppositions filed by each of the parties with respect to motions in limine and a motion to bifurcate, which are currently due to be filed on June 7, 2005. Counsel respectfully request this extension of time because due to several other existing deadlines pending in other matters, it would be difficult for the parties to meet the current June 7, 2005 deadline despite the diligent effort of counsel.

      This is the parties' first request for extension of time regarding this time limitation.

                        DEFENDANT WAL-MART STORES, INC.

                        By: _____
                        Mitchell L. Fishberg (ct19661)
                        Kristi E. Mackin (ct23394)
                        Brown Raysman Millstein Felder & Steiner LLP
                        185 Asylum Street, 10th Floor
                        Hartford, CT 06103
                        (860) 275-6400

## CERTIFICATE OF SERVICE

This is to certify that on this 1st day of June, 2005, a true copy of the foregoing Joint Motion for Extension of Time was sent via first-class mail, postage prepaid, to:

Loraine M. Cortese-Costa, Esq.
Pamela Coyne, Esq.
Durant, Nichols, Houston,
  Hodgson & Cortese-Costa, P.A.
1057 Broad Street
Bridgeport, CT  06804

_____
Mitchell L. Fishberg

2