```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

|  |  |
|---|---|
| MARVIN KEY,<br>    Plaintiff, | : <br> : <br> : <br> : |
| V. | :   CASE NO. 3:03CV144(RNC) |
| WAL-MART, INC.,<br>    Defendant. | : <br> : <br> : |

### PRETRIAL ORDER

It is hereby ordered:

1. Trial will commence with jury selection on **October 11, 2005,** at 9:00 a.m.

2. Presentation of evidence will begin as soon as possible following jury selection. Other cases are set for jury selection on the same day as this one. Consequently, presentation of evidence in this case might be delayed.

3. The final pretrial conference will be held on **September 1, 2005** at 2:00 p.m.

So ordered.

Dated at Hartford, Connecticut this ____ day of August 2005.

                                                          _____/s/_____
                                                             Robert N. Chatigny
                                                  United States District Judge