# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

**CASE NUMBER:**
3:03-CV-00144 (RNC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Plaintiff, Marvin Key

Marvin Key vs. Walmart, Inc., et al

| | |
|---|---|
| 8/11/05 | /s/ Stephen M. Sedor |
| **Date** | **Signature** |
| ct21117 | Stephen M. Sedor |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| (203) 366-3438 | Durant, Nichols, Houston, Hodgson, Cortese-Costa, P |
| | 1057 Broad Street |
| **Telephone Number** | **Address** |
| (203) 384-0317 | Bridgeport, CT  06604 |
| **Fax Number** | |
| Ssedor@durantnic.com | |
| **E-mail address** | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Brown, Raysman, Millstein, Felder & Steiner, LLP
Cityplace II, 10th Floor
185 Asylum Street
Hartford, CT  06103

Brown, Raysman, Millstein, Felder & Steiner, LLP
900 Third Avenue
New York, NY  10022

/s/ Stephen M. Sedor
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24