171

FILED

2005 MAY 25  A 10: 50

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARVIN KEY, | : |
|    Plaintiff, | :   CIVIL ACTION NO. <br> :   3:03CV144 (RNC) |
| v. | : |
| WAL-MART, INC. and <br> DR. ANTHONY GORDON, | : <br> : |
|    Defendants. | :   MAY 24, 2005 |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED TRIAL MEMORANDUM

Plaintiff, Marvin Key, by and through undersigned counsel, hereby moves this Court for leave to file the Amended Trial Memorandum, which is presented herewith.

Plaintiff filed his Trial Memorandum dated May 2, 2005 on an *ex parte* basis for the reasons stated therein, but agreed with Wal-Mart's counsel to continue working to resolve differences and submit a Joint Trial Memorandum shortly thereafter. Unfortunately, Plaintiff's efforts in that regard have not been successful, and therefore, in order to correct minor errors and

---

August 16, 2005.     Key v. Wal-Mart
                     3:03CV0144 (RNC)

Re: Plaintiff's Motion for Leave to File an Amended Trial Memorandum (Doc. # 171).

Granted. So ordered.

Robert N. Chatigny, U.S.D.J.

2005 AUG 18  A 6: 35
U.S. DISTRICT COURT
HARTFORD, CT
FILED