# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

MARVIN KEY,                          :
                                     :        CIVIL ACTION NO.
     Plaintiff,                 :        3:03CV144 (RNC)
                                     :
v.                                   :
                                     :
WAL-MART, INC. and                   :
DR. ANTHONY GORDON,                  :
                                     :
     Defendants.                :        AUGUST 24, 2005

## MOTION TO WITHDRAW APPEARANCE

Pursuant to L.Civ.R. 7(e), the undersigned hereby moves to withdraw the Appearance of Pamela J. Coyne, Esq. of Durant, Nichols, Houston, Hodgson & Cortese-Costa, P.C., on her behalf. Attorney Coyne is no longer with the firm, and is now practicing law in another state.

For the foregoing reasons, the undersigned respectfully requests that this motion be granted.

Done at Bridgeport, Connecticut this 24th day of August, 2005.

                         Loraine M. Cortese-Costa, Esq.
                         DURANT, NICHOLS, HOUSTON,
                         HODGSON & CORTESE-COSTA, P.C.
                         1057 Broad Street
                         Bridgeport, CT  06604
                         Telephone (203)366-3438
                         Facsimile (203) 384-0317
                         Federal Bar No. ct03984
                         ATTORNEYS FOR PLAINTIFF

ORAL ARGUMENT NOT REQUESTED

## **CERTIFICATION**

This is to certify that I have caused to be served the foregoing via U.S. Mail, certified mail, return receipt requested, this 2⁴ᵗʰ day of August, 2005 to all counsel and <u>pro se</u> parties as follows:

Joel Finger, Esq.
Brown Raysman Millstein Felder & Steiner, LLP
900 Third Avenue
New York, NY 10022

Kristi Mackin, Esq.
Mitchell L. Fishberg, Esq.
Brown Raysman Millstein Felder & Steiner, LLP
City Place II
10ᵗʰ Floor
185 Asylum Street
Hartford, CT  06103

_Loraine M. Cortese-Costa_
Loraine M. Cortese-Costa

P:\lit\kam\523818\001\00048562.DOC