FILED
2005 AUG 29 A II: 34
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARVIN KEY, | : |
| | : CIVIL ACTION NO. |
| Plaintiff, | : 3:03CV144 (RNC) |
| | : |
| v. | : |
| | : |
| WAL-MART, INC. and | : |
| DR. ANTHONY GORDON, | : |
| | : |
| Defendants. | : AUGUST 24, 2005 |

### MOTION TO WITHDRAW APPEARANCE

Pursuant to L.Civ.R. 7(e), the undersigned hereby moves to withdraw the Appearance of Pamela J. Coyne, Esq. of Durant, Nichols, Houston, Hodgson & Cortese-Costa, P.C., on her behalf. Attorney Coyne is no longer with the firm, and is now practicing law in another state.

For the foregoing reasons, the undersigned respectfully requests that this motion be granted.

Done at Bridgeport, Connecticut this 24th day of August, 2005.

Loraine M. Cortese-Costa, Esq.
DURANT, NICHOLS, HOUSTON,
HODGSON & CORTESE-COSTA, P.C.
1057 Broad Street
Bridgeport, CT  06604
Telephone (203)366-3438
Facsimile (203) 384-0317
Federal Bar No. ct03984
ATTORNEYS FOR PLAINTIFF

August 31, 2005.  Granted.  So ordered.
Robert N. Chatigny, U.S.D.J.

03CV144END190

ORAL ARGUMENT NOT REQUESTED