UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MARVIN KEY, :
:
    Plaintiff, :
:
v. : CASE NO. 3:03CV144 (RNC)
:
WAL-MART, INC., ET AL., :
:
    Defendants. :

### REFERRAL TO MAGISTRATE JUDGE

**The referral to Magistrate Judge Donna F. Martinez for a settlement conference is hereby vacated.**

This case is hereby referred to Magistrate Judge <u>William I. Garfinkel</u> for the following:

___     To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b);

___     To supervise discovery and resolve discovery disputes;

___     A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B);

_X_     To conduct settlement conferences;

___     To conduct a prefiling conference;

___     To assist the parties in preparing a joint trial memorandum;

___     A ruling on the following pending motions:

_____

So ordered.

Dated at Hartford, Connecticut this /3 day of September 2005.

                                     Robert N. Chatigny
                                  United States District Judge