UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARVIN KEY, | : |
| | : CIVIL ACTION NO. |
| Plaintiff, | : 3:03CV144 (RNC) |
| | : |
| v. | : |
| | : |
| WAL-MART STORES, INC. | : |
| | : |
| Defendant. | : DECEMBER 7, 2005 |

## MOTION FOR EXTENSION OF TIME

Defendant Wal-Mart Stores, Inc. ("Wal-Mart") respectfully requests an extension of time to respond to Plaintiff's Motion for Permission for Counsel to make Ex Parte Contact with Former Employee of Defendant. Defendant requests an extension of 30 days up until and including January 5, 2006 to respond because the parties are finalizing a proposed settlement agreement and are hopeful that the issue will become moot. The Plaintiff consents to this extension to time.

Respectfully Submitted,
DEFENDANT WAL-MART STORES, INC.

_____
Mitchell L. Fishberg
Kristi E. Mackin
Brown, Raysman, Millstein, Felder &
Steiner, LLP
185 Asylum Street
CityPlace II, 10th Floor
Hartford, CT  06103
860-275-6400

HARTFORD 129675v1

## CERTIFICATION

I hereby certify that I have caused to be served this 7th day of December 2005, the above and foregoing by United States mail, postage paid, return receipt requested, on the following counsel:

Stephen Sedor, Esq.
Lorraine Cortese Costa, Esq.
Durant, Nichols, Houston, Hodgson &
 Cortese-Costa, PC
1057 Broad Street
Bridgeport, CT  06604
203-366-3438

_____
Kristi E. Mackin

HARTFORD 129675v1