199

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARVIN KEY, | : | |
| | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:03CV144 (RNC) |
| | : | |
| v. | : | |
| | : | |
| WAL-MART STORES, INC. | : | |
| | : | |
| Defendant. | : | DECEMBER 7, 2005 |

**MOTION FOR EXTENSION OF TIME**

Defendant Wal-Mart Stores, Inc. ("Wal-Mart") respectfully requests an extension of time

to respond to Plaintiff's Motion for Permission for Counsel to make Ex Parte Contact with

Former Employee of Defendant. Defendant requests an extension of 30 days up until and

including January 5, 2006 to respond because the parties are finalizing a proposed settlement

agreement and are hopeful that the issue will become moot. The Plaintiff consents to this

extension to time.

Respectfully Submitted,
DEFENDANT WAL-MART STORES, INC.

Mitchell L. Fishberg
Kristi E. Mackin
Brown, Raysman, Millstein, Felder &
Steiner, LLP
185 Asylum Street
CityPlace II, 10th Floor
Hartford, CT 06103
860-275-6400

HARTFORD 129675v1

December 13, 2005. Denied as moot. So ordered.

Robert N. Chatigny, U.S.D.J.