UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARVIN KEY, | : |
| | :   CIVIL ACTION NO. |
|     Plaintiff, | :   3:03-CV-144 (RNC) |
| | : |
| v. | : |
| | : |
| WAL-MART, INC., | : |
| | : |
|     Defendant. | :   December 29, 2005 |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Local Rule 7(b), the Plaintiff Marvin Key requests a thirty (30) day extension of time, up to and including February 6, 2006, in which to file the Stipulation of Dismissal in this case. In support of this Motion, the undersigned represents that the Parties have reached a settlement. However, additional time is requested in order to allow the parties to completely fulfill their mutual obligations in accordance with the settlement.

On December 29, 2005, the undersigned attempted to contact Attorney Kristie Mackin, counsel for the Defendant, however, she was unavailable. Plaintiff is therefore unaware of Defendant's position as to this request for an extension of time.

WHEREFORE, the Plaintiff requests this Motion be granted with such other and further relief that the Court deems just and proper.

Done at Bridgeport, Connecticut this 29th day of December, 2005.

_____
Stephen M. Sedor
DURANT, NICHOLS, HOUSTON,
HODGSON & CORTESE-COSTA, P.C.
1057 Broad Street
Bridgeport, CT  06604
Tel. (203)366-3438
Facsimile (203) 384-0317
Federal Bar No. ct21117
ATTORNEYS FOR PLAINTIFF

## **CERTIFICATION**

This is to certify that I have caused to be served the foregoing via U.S. Mail, certified mail, return receipt requested, this 29th day of December, 2005 to all counsel and pro se parties as follows:

Joel Finger, Esq.
Brown Raysman Millstein Felder & Steiner, LLP
900 Third Avenue
New York, NY 10022

Kristi Mackin, Esq.
Mitchell L. Fishberg, Esq.
Brown Raysman Millstein Felder & Steiner, LLP
City Place II
10th Floor
185 Asylum Street
Hartford, CT 06103

_____
Stephen M. Sedor

P:\lit\ssedor\523818\001\00050776.DOC