201

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARVIN KEY, | : |
| Plaintiff, | : CIVIL ACTION NO. |
| | : 3:03-CV-144 (RNC) |
| v. | : |
| WAL-MART, INC., | : |
| Defendant. | : December 29, 2005 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), the Plaintiff Marvin Key requests a thirty (30) day extension of time, up to and including February 6, 2006, in which to file the Stipulation of Dismissal in this case. In support of this Motion, the undersigned represents that the Parties have reached a settlement. However, additional time is requested in order to allow the parties to completely fulfill their mutual obligations in accordance with the settlement.

On December 29, 2005, the undersigned attempted to contact Attorney Kristie Mackin, counsel for the Defendant, however, she was unavailable. Plaintiff is therefore unaware of Defendant's position as to this request for an extension of time.

WHEREFORE, the Plaintiff requests this Motion be granted with such other and further relief that the Court deems just and proper.

January 3, 2006. Granted. So ordered.

Robert N. Chatigny, U.S.D.J.